# Supreme Court of Pennsylvania

## Court of Common Pleas
### Civil Cover Sheet

_____ County

**For Prothonotary Use Only:**

Docket No: 11109-2020

TIME STAMP FILED OR ISSUED

*The information collected on this form is used solely for court administration purposes. This form does not supplement or replace the filing and service of pleadings or other papers as required by law or rules of court.*

## SECTION A

**Commencement of Action:**
- ☒ Complaint
- ☐ Writ of Summons
- ☐ Petition
- ☐ Notice of Appeal
- ☐ Transfer from Another Jurisdiction
- ☐ Declaration of Taking

| Lead Plaintiff's Name: | Lead Defendant's Name: |
|---|---|
| JODI GILL as Attorney-in-Fact of GLENN OSCA | COMPREHENSIVE HEALTHCARE MANAGEM |

☐ **Check here if you are a Self-Represented (Pro Se) Litigant**

Name of Plaintiff/Appellant's Attorney: Robert F. Daley, Esquire

| Are money damages requested? : ☒ Yes ☐ No | Dollar Amount Requested: (Check one) ☐ within arbitration limits ☒ outside arbitration limits |
|---|---|

**Is this a *Class Action Suit*?** ☐ Yes ☒ No

## SECTION B

**Nature of the Case:** Place an "X" to the left of the ONE case category that most accurately describes your *PRIMARY CASE*. If you are making more than one type of claim, check the one that you consider most important.

### TORT (do not include Mass Tort)
- ☐ Intentional
- ☐ Malicious Prosecution
- ☐ Motor Vehicle
- ☐ Nuisance
- ☐ Premises Liability
- ☐ Product Liability (does not include mass tort)
- ☐ Slander/Libel/Defamation
- ☐ Other:

### MASS TORT
- ☐ Asbestos
- ☐ Tobacco
- ☐ Toxic Tort - DES
- ☐ Toxic Tort - Implant
- ☐ Toxic Waste
- ☒ Other:

### PROFESSIONAL LIABLITY
- ☐ Dental
- ☐ Legal
- ☒ Medical
- ☐ Other Professional:

### CONTRACT (do not include Judgments)
- ☐ Buyer Plaintiff
- ☐ Debt Collection: Credit Card
- ☐ Debt Collection: Other
- ☐ Employment Dispute: Discrimination
- ☐ Employment Dispute: Other
- ☐ Other:

### REAL PROPERTY
- ☐ Ejectment
- ☐ Eminent Domain/Condemnation
- ☐ Ground Rent
- ☐ Landlord/Tenant Dispute
- ☐ Mortgage Foreclosure
- ☐ Partition
- ☐ Quiet Title
- ☐ Other:

### CIVIL APPEALS
Administrative Agencies
- ☐ Board of Assessment
- ☐ Board of Elections
- ☐ Dept. of Transportation
- ☐ Zoning Board
- ☐ Statutory Appeal: Other

Judicial Appeals
- ☐ MDJ - Landlord/Tenant
- ☐ MDJ - Money Judgment
- ☐ Other:

### MISCELLANEOUS
- ☐ Common Law/Statutory Arbitration
- ☐ Declaratory Judgment
- ☐ Mandamus
- ☐ Non-Domestic Relations Restraining Order
- ☐ Quo Warranto
- ☐ Replevin
- ☐ Other:

## FORM OF COVER SHEET FOR COMPLAINT

Court of Common Pleas of Beaver County
Civil Division
**Civil Cover Sheet**

| | |
|---|---|
| | **For Prothonotary Use Only (Docket Number)**<br>11109-2020 |
| **PLAINTIFF'S NAME**<br>Jodi Gill, Attorney-in-Fact of Glenn Oscar Gill | **DEFENDANT'S NAME**<br>Comprehensive HealthCare Management Services, LLC<br>d/b/a Brighton Rehabilitation and Wellness Center |
| **PLAINTIFF'S ADDRESS**<br>909 11th Street, Ambridge, Beaver County, PA 15003 | **DEFENDANT'S ADDRESS**<br>246 Friendship Circle, Beaver, Beaver County, Pennsylvania 15009 |

JUDITH MARIE as Guardian Ad Litem of DOROTHY UMSTEAD
136 Centennial Avenue, Unit 303, Sewickley, Allegheny County, PA 15143

JAMAL WILLIAMS as Guardian Ad Litem of LUCILLE WILLIAMS
128 Victory Lane, Leetsdale, Allegheny County, PA 15056

JAMIE WORTHY-SMITH, Individually and as Administratrix of the Estate of KIM L. McCOY-WARFORD 1036 Knoll Street, Aliquippa, Beaver County, PA 15001

MARK J. LANTON, Individually and as Administrator of the Estate of GLORIA LANTON
920 Maplewood Avenue, Ambridge, Beaver County, PA 15003

JACQUELINE YOUNG, Individually and as Administratrix of the Estate of MARION YOUNG
104 Aspen Drive, Beaver, Beaver County, PA 15009

BRANDY HEDGER Individually and as Administratrix of the Estate of REBECCA JOY VANKIRK
519 Lincoln Street, Rochester, Beaver County, PA 15074

KERI BOYER Individually and as Administratrix of the Estate of EARL DENBOW, JR.
363 Cherokee Drive, Beaver Falls, Beaver County, PA 15010

DENISE ELDRIDGE Individually and as Administratrix of the Estate of VIRGINIA ELDRIDGE
4283 Upview Terrace, Pittsburgh, PA 15201

TRACY MINEO and SUSAN FRAGOMENI, Individually and as Co-Administratrixes of the Estate of NANCY KEMERER
1331 Perry Highway, Porterville, PA 16051

PATRICIA MAZZOCCA and BARBARA MACURAK, Individually and as Co-Executrixes of the Estate of ALA MAZZOCCA
148 Winter Street, Aliquippa, Beaver County, PA 15001

CHRISTINA CLAVELLI, Individually and as Administratrix of the Estate of JOSEPH "RANDY" CLAVELLI
427 Boyle's Avenue, New Castle, Lawrence County, PA 16101

BOBBIE JOHNSON, Individually and as Administratrix of the Estate of SHIRLEY M. MIKE
1125 Greiner Street, Monaca, Beaver County, PA 15061

*FILED OR ISSUED 2020 OCT 21 AM 9:18 MICHAEL ROSSI PROTHONOTARY BEAVER COUNTY, PA*

| **NAME OF PLAINTIFF'S/PETITIONER'S/APPELLANT'S ATTORNEY (OR PRO SE LITIGANT)**<br>Robert F. Daley, Esquire | **ADDRESS (SEE INSTRUCTIONS)**<br>Robert Peirce & Associates, P.C., Suite 125<br>707 Grant Street, Pittsburgh, PA 15219 | |
|---|---|---|
| **PHONE NUMBER**<br>412-281-7229 | **FAX NUMBER**<br>412-281-4229 | **EMAIL ADDRESS**<br>dbaley@peircelaw.com |
| **SIGNATURE** | **SUPREME COURT IDENTIFICATION NO.**<br>81992 | **DATE**<br>10/21/2020 |

## FORM OF COVER SHEET FOR COMPLAINT

Court of Common Pleas of Beaver County
Civil Division
# Civil Cover Sheet

| For Prothonotary Use Only (Docket Number) |
|---|
| 11109-2020 |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| Jodi Gill, Attorney-in Fact-of Glenn Oscar Gill | Comprehensive HealthCare Management Services, LLC d/b/a Brighton Rehabilitation and Wellness Center |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| 909 11th Street, Ambridge, Beaver County, PA 15003 | 246 Friendship Circle, Beaver, Beaver County, Pennsylvania 15009 |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| Kenneth Wright | David G. Thimons, D.O. |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| P.O. Box 522, Mariana, Washington County, PA 15345 | 246 Friendship Circle, Beaver, Beaver County, Pennsylvania 15009 |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| Shelby Galton | |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| 246 Friendship Circle, Beaver, Beaver County, PA 15009 | |

| TOTAL NO. OF PLAINTIFFS | TOTAL NO. OF DEFENDANTS | COMMENCEMENT OF ACTION | |
|---|---|---|---|
| 15 | 2 | ☒ Complaint | ☐ Notice of Appeal |
| | | ☐ Writ of Summons | ☐ Transfer From Other Jurisdictions |

FILED OR ISSUED
2020 OCT 21 AM 9: 21
MICHAEL ROSSI
PROTHONOTARY
BEAVER COUNTY, PA

| AMOUNT IN CONTROVERSY | CASE TYPE | | |
|---|---|---|---|
| ☐ $25,000 or Less | ☐ Motor Vehicle | ☐ Mortgage Foreclosure | ☐ Partition |
| | ☒ Medical Malpractice | ☐ Ejectment | ☐ Declaratory Judgment |
| ☒ Over $25,000 | ☐ Other Professional Liability | ☐ Statutory Appeals | ☐ Replevin |
| | ☐ Product Liability | ☐ Quiet Title | ☐ Asbestos |
| | ☐ Other _____ | | ☐ Domestic Relations |
| | | | ☐ Divorce |
| | | | ☐ Custody |

**TO THE PROTHONOTARY:**

Kindly enter my appearance on behalf of Plaintiff/Petitioner/Appellant: (or Pro Se Litigant)

Papers may be served at the address set forth below

| NAME OF PLAINTIFF'S/PETITIONER'S/APPELLANT'S ATTORNEY (OR PRO SE LITIGANT) | ADDRESS (SEE INSTRUCTIONS) |
|---|---|
| Robert F. Daley, Esquire | Robert Peirce & Associates, P.C., Suite 125 707 Grant Street, Pittsburgh, PA 15219 |

| PHONE NUMBER | FAX NUMBER | EMAIL ADDRESS | |
|---|---|---|---|
| 412-281-7229 | 412-281-4229 | dbaley@peircelaw.com | |

| SIGNATURE | SUPREME COURT IDENTIFICATION NO. | DATE |
|---|---|---|
| [signature] | 81992 | 10/21/2020 |

Page 1 of 2

# IN THE COURT OF COMMON PLEAS OF BEAVER COUNTY, PENNSYLVANIA

## Civil Division

JODI GILL as Attorney-in-Fact of GLENN
OSCAR GILL;

KENNETH WRIGHT;

SHELBY GALTON;                                          Case No.

JUDITH MARIE as Guardian *Ad Litem* of
DOROTHY UMSTEAD;

JAMAL WILLIAMS as Guardian *Ad Litem*
of LUCILLE WILLIAMS;

JAMIE WORTHY-SMITH, Individually and
as Administratrix of the Estate of KIM L.
McCOY-WARFORD;

MARK J. LANTON, Individually and as
Administrator of the Estate of GLORIA
LANTON;

JACQUELINE YOUNG, Individually and as
Administratrix of the Estate of MARION
YOUNG;

BRANDY HEDGER Individually and as
Administratrix of the Estate of REBECCA
JOY VANKIRK;

KERI BOYER Individually and as
Administratrix of the Estate of EARL
DENBOW, JR.;

DENISE ELDRIDGE Individually and as
Administratrix of the Estate of VIRGINIA
ELDRIDGE;

TRACY MINEO and SUSAN FRAGOMENI,
Individually and as Co-Administratrixes of
the Estate of NANCY KEMERER;

FILED OR ISSUED
2020 OCT 21  AM 9: 18
MICHAEL ROSSI
PROTHONOTARY
BEAVER COUNTY, PA

1

KERI BOYER Individually and as
Administratrix of the Estate of EARL
DENBOW, JR.;

DENISE ELDRIDGE Individually and as
Administratrix of the Estate of VIRGINIA
ELDRIDGE;

TRACY MINEO and SUSAN
FRAGOMENI, Individually and as Co-
Administratrixes of the Estate of NANCY
KEMERER;

PATRICIA MAZZOCCA and BARBARA
MACURAK, Individually and as Co-
Executrixes of the Estate of ALA
MAZZOCCA;

CHRISTINA CLAVELLI, Individually and
as Administratrix of the Estate of JOSEPH
"RANDY" CLAVELLI; and,

BOBBIE JOHNSON, Individually and as
Administratrix of the Estate of SHIRLEY M.
MIKE,

       Plaintiffs,

  vs.

COMPREHENSIVE HEALTHCARE
MANAGEMENT SERVICES, LLC d/b/a
BRIGHTON REHABILITATION &
WELLNESS CENTER and DAVID G.
THIMONS, D.O.,

      Defendants.

MASSA BUTLER GIGLIONE
Three Gateway Center
401 Liberty Avenue
Suite 1543
Pittsburgh, PA 15222
(412) 338-1800

KELLY M. TOCCI, ESQUIRE
Pa. I.D. No.: 53572

MCMILLEN URICK TOCCI & JONES
2131 Brodhead Road
Aliquippa, PA 15001
(724)-375-6683

FILED OR ISSUED
2020 OCT 21  AM 9: 17
MICHAEL ROSSI
PROTHONOTARY
BEAVER COUNTY, PA

2

FILED OR ISSUED

2020 OCT 21 AM 9: 18

MICHAEL ROSSI
PROTHONOTARY
BEAVER COUNTY, PA

# IN THE COURT OF COMMON PLEAS OF BEAVER COUNTY, PENNSYLVANIA

## Civil Division

JODI GILL as Attorney-in-Fact of GLENN OSCAR GILL;

KENNETH WRIGHT;

SHELBY GALTON;

JUDITH MARIE as Guardian *Ad Litem* of DOROTHY UMSTEAD;

JAMAL WILLIAMS as Guardian *Ad Litem* of LUCILLE WILLIAMS;

JAMIE WORTHY-SMITH, Individually and as Administratrix of the Estate of KIM L. McCOY-WARFORD;

MARK J. LANTON, Individually and as Administrator of the Estate of GLORIA LANTON;

JACQUELINE YOUNG, Individually and as Administratrix of the Estate of MARION YOUNG;

BRANDY HEDGER Individually and as Administratrix of the Estate of REBECCA JOY VANKIRK;

Case No.: 11109-2020

PLAINTIFFS' COMPLAINT

Filed on behalf of: Plaintiffs

Counsel of Record for Plaintiffs:

ROBERT F. DALEY, ESQUIRE
Pa. I.D. No.: 81992

ELIZABETH A. CHIAPPETTA, ESQUIRE
Pa. I.D. No.: 205736

ROBERT PEIRCE & ASSOCIATES, P.C.
Firm I.D.: 839
707 Grant Street, Suite 125
Pittsburgh, PA 15219
(412)-281-7229

PETER D. GIGLIONE, ESQUIRE
Pa. I.D. No.: 89523

1

PATRICIA MAZZOCCA and BARBARA
MACURAK, Individually and as Co-
Executrixes of the Estate of ALA
MAZZOCCA;

CHRISTINA CLAVELLI, Individually and
as Administratrix of the Estate of JOSEPH
"RANDY" CLAVELLI; and,

BOBBIE JOHNSON, Individually and as
Administratrix of the Estate of SHIRLEY M.
MIKE,

       Plaintiffs,

   vs.

COMPREHENSIVE HEALTHCARE
MANAGEMENT SERVICES, LLC d/b/a
BRIGHTON REHABILITATION &
WELLNESS CENTER and DAVID G.
THIMONS, D.O.,

      Defendants.

*(stamp)* FILED OR ISSUED 2020 OCT 21 AH 9:18 MICHAEL ROSSI PROTHONOTARY BEAVER COUNTY, PA

## NOTICE TO DEFEND

You have been sued in court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this Complaint and Notice were served, by entering a written appearance personally or by an attorney and filing in writing with the court your defenses or objections    to the claims set forth against you. You are warned that if you fail to do so, the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the Complaint or for any claim or relief requested by the plaintiff. You may lose money or property or other rights important to you.

YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE
A LAWYER OR CANNOT AFFORD ONE, THEN YOU SHOULD GO TO OR TELEPHONE
THE OFFICE SET FORTH BELOW TO FIND OUT WHERE YOU CAN GET LEGAL HELP:

**LAWYER REFERRAL SERVICE**
**BEAVER COUNTY BAR ASSOCIATION**
**788 Turnpike Street**
**Beaver, PA 15009**
**724-728-4888**

YOU MUST RESPOND TO THIS COMPLAINT WITHIN TWENTY (20) DAYS OR A JUDGMENT FOR THE AMOUNT CLAIMED MAY BE ENTERED AGAINST YOU BEFORE THE HEARING. IF YOU DO NOT APPEAR FOR THE HEARING, THE CASE MAY BE HEARD IMMEDIATELY BEFORE A JUDGE. THERE IS NO RIGHT TO A TRIAL DE NOVO ON APPEAL FROM A DECISION ENTERED BY A JUDGE.

# IN THE COURT OF COMMON PLEAS OF BEAVER COUNTY, PENNSYLVANIA

## Civil Division

JODI GILL as Attorney-in-Fact of GLENN
OSCAR GILL;

KENNETH WRIGHT;

SHELBY GALTON;

JUDITH MARIE as Guardian *Ad Litem* of
DOROTHY UMSTEAD;

JAMAL WILLIAMS as Guardian *Ad Litem*
of LUCILLE WILLIAMS;

JAMIE WORTHY-SMITH, Individually and
as Administratrix of the Estate of KIM L.
McCOY-WARFORD;

MARK J. LANTON, Individually and as
Administrator of the Estate of GLORIA
LANTON;

JACQUELINE YOUNG, Individually and as
Administratrix of the Estate of MARION
YOUNG;

BRANDY HEDGER Individually and as
Administratrix of the Estate of REBECCA
JOY VANKIRK;

KERI BOYER Individually and as
Administratrix of the Estate of EARL
DENBOW, JR.;

DENISE ELDRIDGE Individually and as
Administratrix of the Estate of VIRGINIA
ELDRIDGE;

TRACY MINEO and SUSAN FRAGOMENI,
Individually and as Co-Administratrixes of
the Estate of NANCY KEMERER;

Case No. 1109-2020

FILED OR ISSUED
2020 OCT 21   AM 9: 18
MICHAEL ROSSI
PROTHONOTARY
BEAVER COUNTY, PA

1

PATRICIA MAZZOCCA and BARBARA
MACURAK, Individually and as Co-
Executrixes of the Estate of ALA
MAZZOCCA;

CHRISTINA CLAVELLI, Individually and
as Administratrix of the Estate of JOSEPH
"RANDY" CLAVELLI; and,

BOBBIE JOHNSON, Individually and as
Administratrix of the Estate of SHIRLEY M.
MIKE,

        Plaintiffs,

    vs.

COMPREHENSIVE HEALTHCARE
MANAGEMENT SERVICES, LLC d/b/a
BRIGHTON REHABILITATION &
WELLNESS CENTER and DAVID G.
THIMONS, D.O.,

        Defendants.

*FILED OR ISSUED*
*2020 OCT 21   AM 9: 18*
*MICHAEL ROSSI*
*PROTHONOTARY*
*BEAVER COUNTY, PA*

## **PLAINTIFFS' COMPLAINT**

    AND NOW, come the Plaintiffs, by counsel, Robert F. Daley, Esquire and the law firm of

Robert Peirce & Associates, P.C.; Peter D. Giglione, Esquire and the law firm of Massa Butler

Giglione; and Kelly M. Tocci, Esquire and the law firm of McMillen Urick Tocci & Jones, and

claim damages of Defendants Comprehensive HealthCare Management Services, LLC d/b/a

Brighton Rehabilitation and Wellness Center (hereinafter "Brighton" or "Brighton Rehab") and

David G. Thimons D.O., and allege the following in support:

**PARTIES**

**LIVING PLAINTIFFS**

**I.    Glenn Oscar Gill**

1.    Plaintiff Jodi Gill is an adult individual with an address of 909 11th Street, Ambridge, Beaver County, PA 15003.

2.    Jodi Gill is the daughter and Attorney-in Fact-of Plaintiff Glenn Oscar Gill.

3.    Glen Oscar Gill is 82 years old, and has been a resident at Brighton Rehabilitation and Wellness Center since September 25, 2019.

4.    Jodi Gill was appointed the Power-of-Attorney of Glenn Oscar Gill on July 4, 2016.

5.    As Power of Attorney, Jodi Gill, is authorized to act on behalf of her father, Glenn Oscar Gill.

**II.    Kenneth Wright**

6.    Plaintiff Kenneth Wright is an adult individual with an address of P.O. Box 522, Mariana, Washington County, PA 15345.

7.    Kenneth Wright is 57 years old, and has been a resident at Brighton Rehabilitation and Wellness Center since June 3, 2019.

**III. Shelby Galton**

8.    Plaintiff, Shelby Galton is an adult individual with an address of 246 Friendship Circle, Beaver, Beaver County, PA 15009.

9.    Shelby Galton is 41 years old, and has been a resident at Brighton Rehabilitation and Wellness Center since March 2019.

3

## IV.   Dorothy Umstead

10.     Plaintiff Judith Marie is an adult individual with an address of 136 Centennial Avenue, Unit 303, Sewickley, Allegheny County, PA 15143.

11.     Judith Marie is the daughter of Dorothy Umstead.

12.     Dorothy Umstead is 79 years old, and has been a resident at Brighton Rehabilitation and Wellness Center since March 2019.

13.     Judith Marie currently has a Petition pending to be appointed the Guardian *Ad Litem* for her mother, Dorothy Umstead.

## V.   Lucille Williams

14.     Plaintiff Jamal Williams is an adult individual with an address of 128 Victory Lane, Leetsdale, Allegheny County, PA 15056.

15.     Jamal Williams is the son of Lucille Williams.

16.     Lucille Williams is 74 years old, and has been a resident at Brighton Rehabilitation and Wellness Center since April 2019.

17.     Jamal Williams currently has a Petition pending to be appointed the Guardian *Ad Litem* for his mother, Lucille Williams.

### PARTIES

### DECEASED PLAINTIFFS

## I.   Kim L. McCoy-Warford

18.     Plaintiff Jamie Worthy-Smith is an adult individual with an address of 1036 Knoll Street, Aliquippa, Beaver County, PA 15001.

4

19. Jamie Worthy-Smith is the sister of deceased Kim L. McCoy-Warford.

20. Kim L. McCoy-Warford died on April 18, 2020 at the age of 64.

21. Jamie Worthy-Smith was appointed the Administratrix of the Estate of Kim L. McCoy Warford by the Director of the Department of Court Records of Allegheny County, PA on June 29, 2020.

22. As Administratrix of the Estate of Kim L. McCoy-Warford, Jamie Worthy-Smith brings this action under 42 Pa Cons. Stat. § 8302 (Survival) on behalf of the Estate of Kim L. McCoy-Warford.

23. As the "personal representative" of the Estate of Kim L. McCoy-Warford, Jamie Worthy-Smith brings this action under 42 Pa Cons. Stat. § 8301 (Wrongful Death) and Pa. R. Civ. P. 2202(a) on her own behalf and on behalf of all wrongful death beneficiaries.

24. The names and addresses of all persons legally entitled to recover damages for the wrongful death of Kim L. McCoy-Warford, and their relationships to her, are as follows:

| **Name** | **Address** | **Relationship** |
|---|---|---|
| Michael Warford | 425 Babbling Brook Drive Virginia Beach, VA 23462 | Son |

25. At no time during her life did Kim L. McCoy-Warford bring an action to recover damages for her personal injuries related to COVID-19 exposure and infection, and no other action has been filed to recover damages for the wrongful death of Kim L. McCoy-Warford.

## II. Gloria Lanton

26. Plaintiff Mark J. Lanton is an adult individual with an address of 920 Maplewood Avenue, Ambridge, Beaver County, PA 15003.

27. Mark J. Lanton is the son of deceased Gloria F. Lanton.

5

28.     Gloria Lanton died on April 23, 2020 at the age of 93.

29.     Mark J. Lanton was appointed the Administrator of the Estate of Gloria Lanton by the Register for the Probate of Wills in Beaver, PA County on May 28, 2020.

30.     As Administrator of the Estate of Gloria Lanton, Mark J. Lanton brings this action under 42 Pa Cons. Stat. § 8302 (Survival) on behalf of the Estate of Gloria Lanton

31.     As the "personal representative" of the Estate of Gloria Lanton, Mark J. Lanton brings this action under 42 Pa Cons. Stat. § 8301 (Wrongful Death) and Pa. R. Civ. P. 2202(a) on her own behalf and on behalf of all wrongful death beneficiaries.

32.     The names and addresses of all persons legally entitled to recover damages for the wrongful death of Gloria Lanton, and their relationships to her, are as follows:

| Name | Address | Relationship |
|------|---------|--------------|
| Mark J. Lanton | 920 Maplewood Avenue, Ambridge PA 15003 | Son |

33.     At no time during her life did Gloria Lanton bring an action to recover damages for her personal injuries, and no other action has been filed to recover damages for the wrongful death of Gloria Lanton.


**III.    Marion Young**

34.     Plaintiff Jacqueline Young is an adult individual with an address of 104 Aspen Drive, Beaver, Beaver County, PA 15009.

35.     Jacqueline Young is the daughter of deceased Marion Young.

36.     Marion Young died on April 22, 2020 at the age of 85.

37.     Jacqueline Young was appointed the Administratrix of the Estate of Marion Young by the Register for the Probate of Wills in Beaver Count, PA on September 30, 2020.

38.     As Administratrix of the Estate of Marion Young, Jacqueline Young brings this action under 42 Pa Cons. Stat. § 8302 (Survival) on behalf of the Estate of Marion Young.

39.     As the "personal representative" of the Estate of Marion Young, Jacqueline Young brings this action under 42 Pa Cons. Stat. § 8301 (Wrongful Death) and Pa. R. Civ. P. 2202(a) on her own behalf and on behalf of all wrongful death beneficiaries.

40.     The names and addresses of all persons legally entitled to recover damages for the wrongful death of Marion Young, and their relationships to her, are as follows:

| Name | Address | Relationship |
|------|---------|--------------|
| Jacqueline Young | 104 Aspen Drive<br>Beaver, PA 15009 | Daughter |

41.     At no time during her life did Marion Young bring an action to recover damages for her personal injuries, and no other action has been filed to recover damages for the wrongful death of Marion Young.

## IV.     Rebecca Joy VanKirk

42.     Plaintiff Brandy Hedger is an adult individual with an address of 519 Lincoln Street, Rochester, Beaver County, PA 15074.

43.     Brandy Hedger is the daughter of deceased Rebecca Joy VanKirk.

44.     Rebecca Joy VanKirk died on May 9, 2020 at the age of 68.

45.     Brandy Hedger was appointed the Administratrix of the Estate of Rebecca Joy VanKirk by the Register for the Probate of Wills in Beaver County on September 8, 2020

46.     As Administratrix of the Estate of Rebecca Joy VanKirk, Brandy Hedger brings this action under 42 Pa Cons. Stat. § 8302 (Survival) on behalf of the Estate of Rebecca Joy VanKirk.

47.     As the "personal representative" of the Estate of Rebecca Joy VanKirk, Brandy Hedger brings this action under 42 Pa Cons. Stat. § 8301 (Wrongful Death) and Pa. R. Civ. P. 2202(a) on her own behalf and on behalf of all wrongful death beneficiaries.

48.     The names and addresses of all persons legally entitled to recover damages for the wrongful death of Rebecca Joy VanKirk, and their relationships to her, are as follows:

| Name | Address | Relationship |
|------|---------|--------------|
| Brandy Hedger | 519 Lincoln Street, Rochester, PA 15074 | Daughter |

49.     At no time during her life did Rebecca Joy VanKirk bring an action to recover damages for her personal injuries, and no other action has been filed to recover damages for the wrongful death of Rebecca Joy VanKirk.

## V.    Earl Denbow, Jr.

50.     Plaintiff Keri Boyer is an adult individual with an address of 363 Cherokee Drive, Beaver Falls, Beaver County, PA 15010.

51.     Keri Boyer is the daughter of deceased Earl Denbow, Jr.

52.     Early Denbow, Jr. died on April 1, 2020 at the age of 73.

53.     Keri Boyer was appointed the Administratrix of the Estate of Earl Denbow, Jr. by the Register of Wills of Beaver County, PA on September 18, 2020.

54.     As Administratrix of the Estate of Earl Denbow, Jr., Keri Boyer brings this action under 42 Pa Cons. Stat. § 8302 (Survival) on behalf of the Estate of Earl Denbow, Jr.

55.     As the "personal representative" of the Estate of Earl Denbow, Jr., Keri Boyer brings this action under 42 Pa Cons. Stat. § 8301 (Wrongful Death) and Pa. R. Civ. P. 2202(a) on her own behalf and on behalf of all wrongful death beneficiaries.

56.     The names and addresses of all persons legally entitled to recover damages for the wrongful death of Earl Denbow, Jr., and their relationships to him, are as follows:

| Name | Address | Relationship |
|------|---------|--------------|
| Keri Boyer | 363 Cherokee Drive<br>Beaver Falls, PA 15010 | Daughter |

57.     At no time during his life did Earl Denbow, Jr. bring an action to recover damages for his personal injuries, and no other action has been filed to recover damages for the wrongful death of Earl Denbow, Jr.

## VI.     Virginia Eldridge

58.     Plaintiff Denise Eldridge is an adult individual with an address of 4283 Upview Terrace, Pittsburgh, PA 15201.

59.     Denise Eldridge is the daughter of deceased Virginia Eldridge.

60.     Virginia Eldridge died on April 17, 2020 at the age of 79.

61.     Denise Eldridge was appointed the Administratrix of the Estate of Virginia Eldridge by the Director of the Department of Court Records of Allegheny County, PA on September 28, 2020.

62.     As Administratrix of the Estate of Virginia Eldridge, Denise Eldridge brings this action under 42 Pa Cons. Stat. § 8302 (Survival) on behalf of the Estate of Virginia Eldridge.

63.     As the "personal representative" of the Estate of Virginia Eldridge, Virginia Eldridge brings this action under 42 Pa Cons. Stat. § 8301 (Wrongful Death) and Pa. R. Civ. P. 2202(a) on her own behalf and on behalf of all wrongful death beneficiaries.

64.     The names and addresses of all persons legally entitled to recover damages for the wrongful death of Virginia Eldridge, and their relationships to her, are as follows:

9

| Name | Address | Relationship |
|------|---------|--------------|
| Virginia Eldridge | 4283 Upview Terrace<br>Pittsburgh, PA 15201 | Daughter |
| Beth Jaimison | 944 Brintell Street<br>Pittsburgh, PA 15201 | Daughter |
| Fred Eldridge | 222 East Warrington Avenue<br>Pittsburgh, PA 15210 | Son |

65.    At no time during her life did Virginia Eldridge bring an action to recover damages for her personal injuries, and no other action has been filed to recover damages for the wrongful death of Virginia Eldridge.

## VII.    Nancy Kemerer

66.    Plaintiff Tracey Mineo is an adult individual with an address of 1331 Perry Highway, Porterville, PA 16051.

67.    Plaintiff Susan Fragomeni is an adult individual with an address of 120 Haas Drive, Darlington, PA 16615.

68.    Tracey Mineo and Susan Fragomeni are the daughters of deceased Nancy Kemerer.

69.    Nancy Kemerer died on May 15, 2020, at the age of 70.

70.    Tracey Mineo and Susan Fragomeni were appointed the Co-Administratrixes of the Estate of Nancy Kemerer by the Register or the Probate of Wills of Beaver County, PA on September 25, 2020.

71.    As Co-Administratrixes of the Estate of Nancy Kemerer, Tracey Mineo and Susan Fragomeni bring this action under 42 Pa. Cons. Stat. § 8302 (Survival) on behalf of the Estate of Nancy Kemerer.

72. As the "personal representatives" of the Estate of Nancy Kemerer, Tracey Mineo and Susan Fragomeni bring this action under 42 Pa Cons. Stat. § 8301 (Wrongful Death) and Pa. R. Civ. P. 2202(a) on their own behalf and on behalf of all wrongful death beneficiaries.

73. The names and addresses of all persons legally entitled to recover damages for the wrongful death of Nancy Kemerer, and their relationships to her, are as follows:

| Name | Address | Relationship |
|------|---------|--------------|
| Tracey Mineo | 1331 Perry Highway Porterville, PA 16051 | Daughter |
| Susan Fragomeni | 120 Haas Drive Darlington, PA 16615 | Daughter |

74. At no time during her life did Nancy Kemerer bring an action to recover damages for her personal injuries, and no other action has been filed to recover damages for the wrongful death of Nancy Kemerer.

## VIII. Ala Mazzocca

75. Plaintiff, Patricia Mazzocca, is an adult individual with an address of 148 Winter Street, Aliquippa, Beaver County, PA 15001.

76. Plaintiff, Barbara Macurak, is an adult individual with an address of 152 Winter Street, Aliquippa, Beaver County, PA 15001.

77. Patricia Mazzocca and Barbara Macurak are the daughters of Ala Mazzocca.

78. Ala Mazzocca died on April 13, 2020 at the age of 91.

79. Ms. Mazzocca and Ms. Macurak were appointed as co-executrixes of the Estate of Ala Mazzocca by the Register for the Probate of Wills in Beaver County, PA on September 30, 2020.

11

80.     As "personal representatives" of the Estate of Ala Mazzocca, Patricia Mazzocca and Barbara Macurak bring this action under 42 Pa Cons. Stat. § 8302 (Survival) on behalf of the Estate of Ala Mazzocca.

81.     As "personal representatives" of the Estate of Ala Mazzocca, Patricia Mazzocca and Barbara Macurak  bring this action under 42 Pa Cons. Stat. § 8301 (Wrongful Death) and Pa. R. Civ. P. 2202(a) on their own behalf and on behalf of all wrongful death beneficiaries.

82.     The names and addresses of all persons legally entitled to recover damages for the wrongful death of Ala Mazzocca, and their relationships to her, are as follows:

| Name | Address | Relationship |
|------|---------|--------------|
| Patricia Mazzocca | 148 Winter Street Aliquippa, PA 15001 | Daughter |
| Barbara Macurak | 152 Winter Street Aliquippa, PA 15001 | Daughter |

83.     At no time during her life did Ala Mazzocca bring an action to recover damages for her personal injuries, and no other action has been filed to recover damages for the wrongful death of Ala Mazzocca.

## IX.     Joseph "Randy" Clavelli

84.     Plaintiff, Christina Clavelli, is an adult individual, with an address of 427 Boyle's Avenue, New Castle, Lawrence County, PA 16101.

85.     Christina Clavelli is the daughter of deceased Joseph "Randy" Clavelli,

86.     Joseph "Randy" Clavelli died on April 15, 2020, at the age of 66.

87.     Ms. Clavelli was appointed as Administratrix of the Estate of Joseph "Randy" Clavelli by the Register for the Probate of Wills in Beaver County, PA on October 20, 2020.

88.     As Administratrix of the Estate of Joseph "Randy" Clavelli, Christina Clavelli brings this action under 42 Pa Cons. Stat. § 8302 (Survival) on behalf of the Estate of Joseph "Randy" Clavelli.

89.     As "personal representative" of the Estate of Joseph "Randy" Clavelli, Christina Clavelli brings this action under 42 Pa Cons. Stat. § 8301 (Wrongful Death) and Pa. R. Civ. P. 2202(a) on her own behalf and on behalf of all wrongful death beneficiaries.

90.     The names and addresses of all persons legally entitled to recover damages for the wrongful death of Joseph "Randy" Clavelli, and their relationships to her, are as follows:

| Name | Address | Relationship |
| --- | --- | --- |
| Christina Clavelli | 427 Boyle's Avenue New Castle, PA 16101 | Daughter |
| Marissa Clavelli | 1 East Garfield Avenue New Castle, PA 16101 | Daughter |
| Matthew Clavelli | 1 East Garfield Avenue New Castle, PA 16101 | Son |

91.     At no time during his life did Joseph "Randy" Clavelli bring an action to recover damages for his personal injuries, and no other action has been filed to recover damages for the wrongful death of Joseph "Randy" Clavelli.

## X.    Shirley M. Mike

92.     Plaintiff Bobbie Johnson is an adult individual with an address of 1125 Greiner Street, Monaca, Beaver County, PA 15061.

93.     Bobbie Johnson is the daughter of deceased Shirley M. Mike.

94.     Shirley M. Mike died on April 15, 2020, at the age of 95.

13

95.     Bobbie Johnson was appointed the Administratrix of the Estate of Shirley M. Mike by the Register of Wills of Beaver County, PA on October 1, 2020.

96.     As Administratrix of the Estate of Shirley M. Mike, Bobbie Johnson brings this action under 42 Pa Cons. Stat § 8302 (Survival) on behalf of the Estate of Shirley M. Mike.

97.     As the "personal representative of the Estate of Shirley M. Mike, Bobbie Johnson brings this action under 42 Pa Cons. Stat. § 8301 (Wrongful Death) and Pa. R. Civ. P. 2202(a) on her own behalf and on behalf of all wrongful death beneficiaries.

98.     The names and addresses of all persons legally entitled to recover damages for the wrongful death of Shirley M. Mike, and their relationships to her, are as follows:

| Name | Address | Relationship |
|------|---------|--------------|
| Bobbie Johnson | 1125 Greiner Street<br>Monaca, PA 15061 | Daughter |
| Robert Douds, Jr. | 4060 Tuscawaras Road<br>Beaver, PA 15009 | Son |
| Rick Douds | 821 Howe Avenue<br>Monaca, PA 15061 | Son |

99.     At no time during her life did Shirley M. Mike bring an action to recover damages for her personal injuries, and no other action has been filed to recover damages for the wrongful death of Shirley M. Mike.

14

## PARTIES

## DEFENDANTS

### I.    Comprehensive HealthCare Management Services, LLC
d/b/a Brighton Rehabilitation and Wellness Center

100.    Defendant Comprehensive HealthCare Management Services, LLC is a Pennsylvania limited liability corporation that operates a skilled nursing facility at 246 Friendship Circle, Beaver, Beaver County, Pennsylvania 15009.

101.    Defendant Comprehensive HealthCare Management Services, LLC operates its nursing facility under the fictitious name Brighton Rehabilitation and Wellness Center ("Brighton" or "Brighton Rehab").

102.    Brighton Rehab is a nursing facility in Beaver County that has a maximum capacity of 589 residents. In March 2020, when COVID-19 began to spread to Western Pennsylvania, Brighton Rehab was home to 460, mostly elderly and/or sick citizens of Beaver County. These vulnerable individuals relied on Brighton Rehab to use its considerable resources[1] to protect them from COVID-19 to the best of its ability.

103.    At all relevant times, Brighton operated as a "long-term care nursing facility" as that term is defined by Pennsylvania's Health Care Facilities Act, 35 P.S. §448.802(a) *et. seq.*, which "promote[s] the public health and welfare through the establishment and enforcement of regulations setting minimum standards in the construction, maintenance and operation of health care facilities."

104.    At all relevant times, Brighton operated as a "skilled nursing facility" as that term is defined by Title XVIII of the Social Security Act, 42 U.S.C. §1395i-3 (Medicare) and as a

---

[1] Brighton's net profits from 2016 to 2018 totaled $10,897,508.00.

15

"nursing facility" as that term is defined in Title XIX of the Social Security Act, 42 U.S.C. §1396r (Medicaid).

105.   Accordingly, Brighton Rehabilitation and Wellness Center was a "health care provider" as that term is defined in the Medical Care Availability and Reduction of Error Act (MCARE), 40 P.S. § 1303.503.

106.   As a "health care provider" under the MCARE Act, Brighton is a "licensed professional" as defined by Pennsylvania Rule of Civil Procedure 1042.1, and Plaintiffs are asserting professional liability claims against this Defendant.

107.   As to Defendant Brighton Rehab, this Complaint is brought directly against Brighton for its managerial and operational negligence, carelessness, recklessness, and willful and wanton conduct. It is not brought against Brighton's "frontline" staff who provided direct care to residents. These resident caregivers (including but not limited to staff nurses, nursing aides, care technicians, therapists, and custodial staff) were placed in the untenable position of having to care for hundreds of residents through a pandemic while being untrained, unsupervised, understaffed, and unsupported by Brighton. Brighton failed to provide these caregivers with appropriate personal protective equipment (PPE), and left them to do the best they could in the dangerous environment Brighton's administration created.

## II.   David G. Thimons, D.O.

108.   Defendant David G. Thimons, D.O. is an adult individual employed and/or contracted by Brighton Rehabilitation and Wellness Center as the facility's Medical Director.

109.   Dr. Thimons was hired to work as the Medical Director at Brighton starting in or around 2012.

110.    At all relevant times, Dr. Thimons acted within the course and scope of his employment/contract as an agent and/or ostensible agent, and in his professional capacity as the Medical Director of Brighton Rehabilitation and Wellness Center.

111.    As the Medical Director of the Brighton facility, Dr. Thimons was responsible for overseeing the facility in providing care to residents and ensuring the quality of care provided met all applicable standards.

112.    Dr. Thimons is licensed as a Doctor of Osteopathic Medicine in the Commonwealth of Pennsylvania.

113.    Dr. Thimons was a "health care provider" as that term is defined in the Medical Care Availability and Reduction of Error Act (MCARE), 40 P.S. § 1303.503.

114.    As a "health care provider" under the MCARE Act, Dr. Thimons is a "licensed professional" as defined by Pennsylvania Rule of Civil Procedure 1042.1, and Plaintiffs are asserting professional liability claims against this Defendant.

## FACTUAL ALLEGATIONS

I.    **Kim L. McCoy-Warford, Deceased**

115.    Kim L. McCoy-Warford ("Ms. Warford") was admitted to Brighton on June 5, 2013 for nursing and rehabilitation services following a hospital stay for altered mental state.

116.    While at Brighton, Ms. Warford shared a room with three other women.

117.    At some point in early March 2020, one of Ms. Warford's roommates tested positive for COVID-19.

118.    The roommate who had tested positive was not moved into isolation, and instead remained in a shared room with three COVID-19 negative roommates, including Ms. Warford.

17

119.    On or around March 23, 2020, Brighton contacted Ms. Warford's family to inform them that Ms. Warford had an elevated fever of 104 degrees.

120.    A chest x-ray was ordered, which showed that Ms. Warford had lung abnormalities.

121.    Ms. Warford was sent to Heritage Valley Beaver in Beaver, PA and was diagnosed with bacterial pneumonia.

122.    Ms. Warford stayed overnight at Heritage Valley Beaver and was discharged back to Brighton the next morning.

123.    Upon readmission, Brighton placed Ms. Warford back in her shared room with three roommates, at least one of whom was COVID-positive.

124.    Brighton continued to give Ms. Warford Tylenol to treat her fever, but the next day Ms. Warford's fever spiked again.

125.    Brighton transferred Ms. Warford and all three of her roommates to Heritage Valley Beaver.

126.    Ms. Warford was admitted to Heritage Valley Beaver, where she stayed for several days with a persistent fever and cough.

127.    Heritage Valley Beaver alerted Ms. Warford's family that she had tested positive for COVID-19.

128.    On March 30, 2020, Heritage Valley Beaver again discharged Ms. Warford to Brighton.

129.    Upon readmission, Brighton placed Ms. Warford in her original room, which was part of what was now being used as a COVID-19 wing of the Brighton facility.

130.    At Brighton, Ms. Warford's condition deteriorated.

131.    On April 16, 2020 Ms. Warford became unresponsive.

132.   Ms. Warford died on April 18, 2020 at Brighton Rehab.

133.   Ms. Warford's Death Certificate reflects that her cause of death was COVID-19.

## II.   Gloria Lanton, Deceased

134.   Gloria Lanton ("Ms. Lanton") was admitted to Brighton in or around May of 2017 for rehabilitation services after suffering injuries from a fall.

135.   While at Brighton, Ms. Lanton's financial affairs were handled by Eric O'Connor of River Communities Fiduciaries Services.

136.   Ms. Lanton's son, Mark Lanton ("Mark"), frequently called to check in on his mother, and spoke with staff of Brighton all the while Ms. Lanton was living at Brighton.

137.   Despite the fact that he frequently checked on his mother, Mark was not called or updated when his mother developed symptoms of COVID-19.

138.   Mark was not called when his mother was tested for COVID-19. In fact, Mark is unaware of whether or not his mother was ever tested for COVID while she was at Brighton.

139.   On April 23, 2020, Mark received a call from Eric O'Connor, his mother's fiduciary, who called to extend his condolences on the passing of Ms. Lanton.

140.   Mark had not known until Mr. O'Connor's call that his mother had died. In fact, Mark did not even know that his mother had ever been sick or that she had had COVID-19.

141.   Mark responded by calling Brighton and asking staff how his mother was doing. Staff responded that she was doing well, but that they weren't sure where the floor's cordless phone was at the moment. Brighton staff said they would have Mrs. Lanton call Mark back when they located it.

19

142. Mark called back and asked how his mother was doing another three or four times. The response from staff was always the same. "Ms. Lanton is doing well." "She will call you when we locate the phone."

143. Gloria Lanton died on April 23, 2020 at Brighton Rehab.

144. To this day, no one from Brighton has called to inform Mark of his mother's death.

145. Ms. Lanton's Death Certificate reflects that her cause of death was COVID-19.

## III.   Marion Young, Deceased

146. Marion Young ("Marion" or "Ms. Young") was admitted to Brighton in December 2018 for therapy services.

147. In or around late March 2020, Ms. Young's daughter Jacqueline Young was told by Brighton staff that a resident in the facility had tested positive for COVID-19, but that that person was in another unit and that Marion had not been exposed.

148. Two weeks later, in or around the second week of April 2020, Jacqueline was told by Brighton staff that Marion had pneumonia and was being treated with four different types of antibiotics.

149. At the same time, Brighton tested Ms. Young for COVID-19, and informed Jacqueline Young that it would take a few days for the results to come back.

150. About four days later, Brighton informed Jacqueline that Ms. Young had tested positive for COVID-19.

151. Brighton would not send Ms. Young to the hospital, and they informed Jacqueline that without more specific symptoms, the hospital would just send Ms. Young back to Brighton.

152.    Shortly after Ms. Young's COVID-19 diagnosis, Brighton staff called Jacqueline again to tell her that they were sending Marion to the hospital because of concerning vital signs.

153.    Marion was admitted to Heritage Valley Beaver.

154.    Marion's condition deteriorated over the next day, and she was placed on a ventilator.

155.    Marion Young died on April 22, 2020.

156.    Ms. Young's Death Certificate reflects that her cause of death was COVID-19.

## IV.    Rebecca Joy VanKirk, Deceased

157.    Rebecca Joy VanKirk ("Rebecca" or "Ms. VanKirk") was admitted to Brighton in June of 2018 for rehabilitation reservices following hip replacement surgery.

158.    Like most family members of Brighton residents, Ms. VanKirk's daughter, Brandy Hedger ("Brandy") was told in early March that she could no longer enter the facility to visit her mother because of COVID-19.

159.    After visitation ended, it became very difficult for Brandy to communicate with her mother, and Brandy was frequently unable to speak with staff at Brighton regarding her mother's care.

160.    During the first week of April, Ms. VanKirk was sent to Heritage Valley Beaver because Brighton staff noticed her mental state had changed.

161.    While in the hospital, Ms. VanKirk was tested for COVID-19 and her test came back positive.

162.     A nurse from the hospital called to inform Brandy that Ms. VanKirk had contracted the virus, and also informed her that her mother had pressure ulcers on the bottoms of her feet and back, which were not there when Brandy had last seen her mother in March at Brighton.

163.     Ms. VanKirk was sent back to Brighton from the hospital, but her health deteriorated quickly.

164.     By the end of April, Ms. VanKirk was again sent to Heritage Valley Beaver.

165.     At that time, Brandy made the decision to place her mother in hospice care, so Ms. VanKirk was returned to Brighton for that care.

166.     Rebecca Joy VanKirk died on May 9, 2020 at Brighton Rehab.

167.     Ms. VanKirk's Death Certificate reflects that her cause of death was COVID-19.


## V.     Earl Denbow, Jr., Deceased

168.     Earl Denbow, Jr. ("Mr. Denbow") was admitted to Brighton in January of 2018 for long term care for his Parkinson's Disease and associated delusions.

169.     Like most family members of Brighton residents, Mr. Denbow's daughter, Keri Boyer ("Keri") was told in early March that she could no longer enter the facility to visit her father because of COVID-19.

170.     However, Keri was able to Facetime her father frequently with assistance from a nurse on her father's floor.

171.     On March 23, 2020, Keri received a call from Brighton explaining that her father wasn't feeling well. She was informed that he had a fever and was dehydrated, so they were going to be giving him IV fluids.

172.     On March 27, 2020, Keri received a call from Brighton stating that there was a positive COVID-19 case in the facility.

173.     Again on March 27, 2020, less than one hour after the first phone call, Keri received another call from Brighton informing her that her father had tested positive for COVID-19.

174.     Once Mr. Denbow had tested positive, staff told Keri that her father was being quarantined away from other residents at the facility.

175.     However, Keri Facetimed her father, as she frequently did, and saw that Mr. Denbow was still in his original room with his roommate.

176.     Mr. Denbow was not quarantined way from his roommate, despite testing positive for COVID-19.

177.     On or around March 28, 2020, staff at Brighton told Keri that her father was responding well to treatment.

178.     However, on March 29, 2020, Mr. Denbow was placed in hospice care.

179.     Earl Denbow Jr. died on April 1, 2020 at Brighton Rehab.

180.     Mr. Denbow's Death Certificate reflects that his cause of death was COVID-19.

**VI.     Virginia Eldridge, Deceased**

181.     Virginia Eldridge ("Ms. Eldridge") was admitted to Brighton in August of 2019 for long term care for her dementia and management of her medications.

182.     Ms. Eldridge's family last visited her on March 10, 2020.

183.     On March 12, 2020, Ms. Eldridge's family was told that Brighton was on lockdown an visitors were no longer allowed in the facility.

23

184.     Brighton informed Denise Eldridge ("Denise"), Ms. Eldridge's daughter, that her mother was tested for COVID-19 numerous times in both March and April and her results were always negative.

185.     However, On April 6, 2020, Ms. Eldridge tested positive for COVID.

186.     Shortly after testing positive, Denise believed her mother was recovering. She was told by Brighton staff that her fever dropped, and she began eating again.

187.     Ms. Eldridge was given oxygen intermittently, but otherwise was never placed on a ventilator, and her family was never informed that she was declining or needed to be taken to the hospital.

188.     On April 17, 2020, Virginia Eldridge died at Brighton Rehab.

189.     Ms. Eldridge's family was never permitted to speak with a doctor at the facility regarding her condition, and to this day, her family has not received answers as to why or how their mother declined so quickly when staff led them to believe she was recovering.

190.     Ms. Eldridge's Death Certificate reflects that her cause of death was COVID-19.


**VII.    Nancy Kemerer, Deceased**

191.     Nancy Kemerer ("Ms. Kemerer") was admitted to Brighton in December of 2018 for long term care for her dementia.

192.     During her residency at Brighton, Ms. Kemerer was in a private room on the rehabilitation floor of Grove 1.

193.     Ms. Kemerer's daughter, Tracey Mineo ("Tracey") was informed in early April 2020 that there were a few residents at Brighton who had tested positive for COVID. However, Tracey was told all positive residents were isolated on the dementia floor.

24

194.    Starting at the end of April, Ms. Kemerer began experiencing symptoms of COVID-19, namely severe diarrhea.

195.    Almost a week after Ms. Kemerer's symptoms started, she was tested for COVID-19 and her results came back positive.

196.    At some point, Ms. Kemerer was moved to Floor 3, though neither of her daughters were informed of this. Upon learning of the move, Tracey was told her mother was moved to a COVID positive floor to isolate her from other residents.

197.    However, Tracey learned after her mother was moved that residents on Floor 3 were not actually being isolated, but that numerous residents were left to wander around the floor and in the sitting room areas as they pleased, with no masks on.

198.    Tracey requested that her mother be taken to the hospital for treatment, but she was told by Brighton staff that the hospital was not accepting COVID-19 patients.

199.    Tracey then called Heritage Valley Beaver and staff there told her that the hospital was in fact accepting COVID-19 patients.

200.    Tracey then called Brighton Rehab again to give them of the information she had received from the hospital.

201.    She was told by both a PA and a doctor who were treating her mother that the hospital would not be able to do anything for her mother that Brighton wasn't already doing, and refused to send Ms. Kemerer mother to the hospital.

202.    After this refusal, Tracey was connected with Brighton's Medical Director, Defendant Dr. David Thimons, via Facetime.

203.    Defendant Dr. Thimons told Tracey that he wanted to try to continue treating her mother before sending her to the hospital.

204.    Defendant Dr. Thimons started Ms. Kemerer on IV fluids and started breathing treatments.

205.    The following day, Ms. Kemerer's original Doctor stopped all treatments and told Tracey that her mother was dying and she needed to accept it, as her mother had a DNR.

206.    Nancy Kemerer died on May 15, 2020 at Brighton Rehab.

207.    Ms. Kemerer's Death Certificate reflects that her cause of death was COVID-19.

## VIII.    Glenn Oscar Gill

208.    Glenn Oscar Gill ("Mr. Gill") was admitted to Brighton on September 25, 2019 for long term care for his advanced dementia.

209.    Jodi Gill, Mr. Gill's daughter, received a call from a social worker at Brighton's facility on March 12, 2020, informing her that she could no longer come to visit her father, as the facility was on lockdown due to COVID-19.

210.    Over the next few days, Jodi attempted to call and speak with her father on the phone multiple times, but was unable to get him on the phone. There is one cordless phone for the entire floor, and there was never any guarantee that it could be located.

211.    At the end of March 2020, Jodi received a call from staff informing her that Brighton had its first positive COVID-19 case. Jodi was told the case was in "Four East", not her father's wing, and that precautions were being taken to isolate the other wings.

212.    On April 8, 2020, Jodi received a call from Brighton that her father had a slight fever of 99.4 degrees, and that they were going to test him for COVID-19.

213.    On April 9, 2020, Jodi received a follow-up call from Brighton informing her that her father's COVID-19 test had come back negative.

26

214.   On May 12, 2020 new protocols were enacted by Brighton to separate positive and negative patients. Mr. Gill was moved to Grove 1, which was meant to house negative patients.

215.   However, on May 28, 2020, Jodi received a call from Brighton staff saying her father had tested positive for COVID-19. Staff told Jodi her father had not exhibited symptoms and they were hoping the test was a false positive and as such, he was going to be tested again.

216.   However, until he could be tested again, due to new protocols, Mr. Gill had to be moved to the COVID positive floor.

217.   Despite not initially showing symptoms, Mr. Gill's second COVID-19 test also came back positive and it was confirmed that he had in fact been infected with the virus.

218.   Though Mr. Gill has since recovered from COVID-19, the infection and the drastic changes within Brighton have had a severe impact on his everyday life, namely worsening his dementia.

219.   Since contracting the virus, Mr. Gill has experienced increased confusion and anxiety, which has led to outbreaks of agitation on his part. In order to calm him, he is prescribed three daily doses of Seroquel, which have a dulling effect and make Mr. Gill socially withdrawn.

220.   Mr. Gill's ability to communicate with his daughter Jodi has declined.

## IX.   Kenneth Wright

221.   Kenneth Wright was admitted to Brighton on June 3, 2019 for therapy services after fracturing his humerus.

222.   On April 6, 2020, Mr. Wright had a dry cough and a sore throat.

223.   Because of these symptoms, Mr. Wright was tested for COVID and his test results came back as positive on April 9, 2020.

224.    Since testing positive, Mr. Wright has noticed he is extremely tired, has trouble breathing, and requires oxygen to be able to breathe.

225.    Mr. Wright still has trouble breathing and feels tired, even months after contracting the virus.

226.    Mr. Wright fears that he may contract the virus again, given that a resident who resides on the same floor as him, Grove 3, tested positive for COVID-19 on September 24, 2020.

227.    Brighton has not removed the COVID positive patient from the floor, but has instead bagged the door of the patient's room.

228.    Mr. Wright is currently recovering from the virus, but he and his loved ones' fear that he may contract the virus again, given that a resident on his floor just tested positive and given the uncertainty of retransmission.

229.    Mr. Wright and his loved ones also fear the long-term side effects he may suffer from contracting COVID-19.


**X.    Dorothy Umstead**

230.    Dorothy Umstead ("Ms. Umstead") was admitted to Brighton in March of 2019 for nursing and rehabilitation services following a change in her mental state.

231.    In April 2019, Ms. Umstead's daughter, Judith Marie ("Judith") received the following text messages from an anonymous staff member at Brighton:

> **Anonymous:** Hi Covid is in your moms room. I won't identify myself
>
> **Anonymous:** The truth is the whole building was infected and they were moving all the infected people to one side of the building. So they were able to say it's on one side of the building. But now that those sides are all full with Covid patients there is nowhere else to go.

**Anonymous:** Just to let you know that it's really hush hush but it's literally one person over from her. Nobody is safe.

**Anonymous:** Yeah. Diagonal from her is +

**Anonymous:** They are in their rooms. But in your moms room there is someone that's positive and everyone else is pending. They normally move them but they didn't today. In the beginning.

**Anonymous:** They lied and said it was all on one side of the building. That wasn't the truth.

**Anonymous:** It's everywhere. It would get her out of here.

**Anonymous:** I'm sorry. Just wanted you to know the truth. They are not going to share everything with you because you went to the media.

**Anonymous:** Your mom will likely come back positive. Just a heads up. Advocate and advocate loudly.

**Anonymous:** When this is all over I will tell you who I am. I think you'll be  pleasantly surprised, But I will take care of your mom.

232.    On April 19, 2020 Dorothy Umstead was diagnosed with COVID-19.

233.    Ms. Umstead is currently recovering from the virus, but she and her loved ones fear that she may contract the virus again, given the uncertainty of retransmission.

234.    Ms. Umstead and her loved ones also fear the long-term side effects she may suffer from contracting COVID-19.

## XI.    Lucille Williams

235.    Lucille Williams was admitted to Brighton in April 2019 for nursing and rehabilitation services and for daily help caring for herself.

236.    On or around April 20, 2020, Ms. Williams tested positive for COVID-19.

29

237.   Even after testing positive, Brighton did not move Ms. Williams to a different part of the facility to be isolated or quarantined from other residents who did not have COVID-19.

238.   Brighton never transferred Ms. Williams to the hospital for evaluation or treatment.

239.   Ms. Williams is currently recovering from the virus; but she and her loved ones fear that she may contract the virus again, given the uncertainty of retransmission.

240.   Ms. Williams and her loved ones also fear the long-term side effects she may suffer from contracting COVID-19.

## XII.   Shelby Galton

241.   Shelby Galton was admitted to Brighton in March 2019 for nursing and rehabilitation services due to intellectual and physical disabilities.

242.   Kristine Skal, Ms. Galton's close friend, was Brighton's contact person for Shelby Galton.

243.   In early March, Ms. Galton's roommate tested positive for COVID.

244.   Brighton did not remove Ms. Galton or her roommate from their shared room.

245.   On March 22, 2020 Kristine called and asked Brighton staff if residents and staff were being restricted to certain floors to prevent the spread of COVID-19. Brighton staff told Kristine that they did not know whether or not floors were being isolated.

246.   On April 15, 2020 Brighton staff informed Kristine that because the facility had more than 100 residents with COVID-19 Brighton would no longer be testing residents. Instead, floors were "sheltering in place" and it would be assumed that all residents had been exposed to the virus.

247.    At this point, Ms. Galton was presumed to have COVID-19, though she still had not received a COVID test.

248.    On May 8, 2020 Ms. Galton was admitted to Heritage Valley Beaver because of low oxygen levels.

249.    Dr. Martinez of Heritage Valley Beaver was concerned about sending Ms. Galton back to Brighton when she did not yet have a COVID test result. Dr. Martinez asked Brighton staff where Ms. Galton would be placed upon readmission at Brighton. Brighton staff told Dr. Martinez that Brighton would "sort it out."

250.    On May 11, 2020 Ms. Galton was readmitted to Brighton Rehab. Brighton placed Ms. Galton in her usual room and did not isolate or quarantine Ms. Galton from other residents.

251.    On May 13, 2020 Ms. Galton received the results of her COVID test—she had tested positive for COVID-19.

252.    By this point, members of the Pennsylvania National Guard were stationed in the facility.

253.    By recommendation of the National Guard, Ms. Galton and her roommate were moved to a four-person bedroom to be isolated from other residents who did not have COVID-19.

254.    Ms. Galton is currently recovering from the virus; but fears that she may contract the virus again, given the uncertainty of retransmission.

255.    Ms. Galton and her loved ones also fear the long-term side effects she may suffer from contracting the virus.

### XIII.  Ala Mazzocca, Deceased

256.    Ala Mazzocca was admitted to Brighton Rehab in June 2015 for long term care for her advanced dementia.

257.    On March 10, 2020, Barbara Macurak, Ms. Mazzocca's daughter, went to Brighton to visit her mother.

258.    On March 12, 2020, Barbara Macurak returned to the facility to see her mother and was informed on arrival at Brighton that the facility was on lockdown and she was not allowed in. There was no warning nor communication prior to this.

259.    Barbara Macurak called Brighton numerous times to receive updates on her mother, but all calls went without answer.

260.    Ms. Macurak was eventually able to speak with the administrator which led to a call from the facility informing her that everyone was sick, and the staff was overwhelmed.

261.    On April 8, 2020 Patricia Mazzocca received a call from Defendant Dr. Thimons, informing her that the facility is no longer testing anyone for COVID as they are assuming all residents and all staff have contracted the virus and the facility is treating everyone.

262.    Dr. Thimons also informed Patricia that her mother wasn't acting like herself.

263.    A nurse later called Patricia Mazzocca and told her "mom is totally fine, just fine."

264.    The next communication either Barbara or Patricia had with the facility was on April 13, 2020. During this call, a nurse informed Barbara that Ala Mazzocca has died of pneumonia.

265.    Tremella Celestin, a nurse who worked at Brighton from January 2020 to May 24, 2020, identified that the facility maintained a list of COVID positive patients and identified that Ala Mazzocca was one of the residents on that list.[2]

## XIV.    Joseph "Randy" Clavelli, Deceased

266.    Joseph "Randy" Clavelli was admitted to Brighton Rehab on November 6, 2019 for long term care due to life-long mental health issues.

267.    Mr. Clavelli was regularly visited by his daughter, Christina Clavelli, and his sister, Kim Clavelli.

268.    On March 31, 2020, Mr. Clavelli was tested for COVID and the test was returned positive. Staff at Brighton did call Christina Clavelli to inform her of the positive test.

269.    On April 1, 2020, the Clavelli family was contacted by Brighton and told that Mr. Clavelli had been quarantined in a COVID unit.

270.    Kim Clavelli was called by Brighton and informed that her brother was ill, but not sick enough to require hospitalization.

271.    On April 2, 2020, Christina received a call that Mr. Clavelli was being transferred to Heritage Valley Beaver after he was found unresponsive in bed.

272.    Christina Clavelli spoke with a nurse at Heritage Valley Beaver while her father was admitted to the hospital and was informed that her father was not on a ventilator and was resting.

273.    Mr. Clavelli was transferred back to Brighton Rehab on April 5, 2020.

---

[2] See Declaration of Tremella Celestin attached hereto as Exhibit 1.

274.     Christina Clavelli spoke with an employee at Brighton who reported that Mr. Clavelli's oxygen saturation level was low and that he was in pain.

275.     On or about April 9, 2020, staff at Brighton Rehab called Christina Clavelli to discuss hospice and comfort measures for Mr. Clavelli.

276.     Mr. Clavelli was admitted to Gallagher Hospice on April 10, 2020. He died days later, on April 15, 2020.

277.     Mr. Clavelli's Death Certificate reflects that his cause of death was COVID-19.

## XV.     Shirley M. Mike, Deceased

278.     Shirley M. Mike ("Ms. Mike") was admitted to Brighton on June 21, 2016 for long term care for her dementia, following a diagnosis of sepsis.

279.     During her admission at Brighton, and prior to the pandemic, Ms. Mike's family spoke with her by phone and visited regularly.

280.     In or around mid-March 2020, Ms. Mike's daughter, Bobbie Johnson, received a phone call from Brighton informing her that there had been an outbreak of COVID-9 at the facility and visitors were no longer allowed.  Ms. Johnson was told that her mother was doing well and that she had not been diagnosed with or tested for tested for COVID-19.  Johnson was further told that individuals at the facility who had COVID-19 were being quarantined in another ward, not the ward where Ms. Mike's room was located.

281.     Throughout the remainder of March and early April 2020, Ms. Johnson made multiple phone calls to Brighton to check on her mother's condition.  Often no one answered the phone at the facility and when someone did answer, they did not relay specific information as to Ms. Mike's condition or the outbreak at the facility.

282.    On or about April 2 or 3, 2020, Ms. Johnson received a phone call from Brighton informing her that her mother had fallen, that she had some bleeding in the facial area, and that she was being taken to Heritage Valley Beaver for assessment for a possible nose fracture.

283.    On or about April 3, 2020, Ms. Mike was taken to Heritage Valley Beaver for assessment following a ground level fall.  She was discharged later that day and returned to Brighton.

284.    Throughout April 3, 2020 Ms. Johnson made phone calls to Brighton but no one at the facility answered the phone, and she was unable to obtain information about her mother's condition.

285.    On or about April 4, 2020, Ms. Johnson received a phone call from Brighton informing her that her mother had not sustained serious injury in her fall, she had elevated blood pressure, but was being administered morphine for pain and was resting comfortably.

286.    On or about April 11, 2020, Ms. Mike was tested for COVID-19, with a positive result reported on April 14, 2019.

287.    According to records, on or about April 13, 2020, Ms. Johnson received a phone call from Brighton informing her that her mother was having difficulty breathing.  At or around this time an employee of Brighton took a photograph of Ms. Mike and forwarded it to Ms. Johnson.

288.    Ms. Mike died at Brighton on April 15, 2020.

289.    Brighton did not inform Ms. Johnson that her mother had been tested for COVID-19 or that her results were reported as positive for COVID-19 until they informed Ms. Johnson of her mother's death on April 15, 2020.

290.    Ms. Mike's Death Certificate reflects that her cause of death was COVID-19.

**Facts Common to All Causes of Action**

### I.   Brighton's COVID Outbreak

291.   On March 6, 2020 Pennsylvania Governor Tom Wolf issued an Emergency Order which required Pennsylvania residents to stay at home unless they were essential workers.

292.   At the same time, the Pennsylvania Department of Health ("DOH"), issued new guidelines for its inspection of nursing facilities.[3]

293.   First, the DOH suspended all "regular" on-site inspections of health care facilities, even for facilities that had previously been cited for violating infection-control regulations.

294.   Next, the DOH limited its complaint-based inspections to only those situations where a facility was putting a resident in "immediate jeopardy."[4] "Immediate jeopardy" was defined as when a nursing home's "noncompliance has placed the health and safety of recipients in its care at risk for serious injury, serious harm, serious impairment or death."[5]

---

[3] The Pennsylvania Department of Health licenses skilled nursing facilities and long-term care facilities located in the Commonwealth of Pennsylvania. The DOH is also responsible for conducting regular and complaint-based inspections of the facilities it licenses to ensure that these facilities are complying with the mandatory requirements for operation. These mandatory requirements come from state and federal regulations that provide minimum standards for patient care. If the DOH finds that a nursing facility has violated a regulation, the DOH can issue a citation. A monetary fine may accompany this citation. The DOH will also require the nursing facility to submit a written plan to correct its deficiencies. The DOH will monitor the facility to ensure that deficiency is corrected.

[4] Candy Woodall, *As coronavirus deaths increase, Pa. nursing homes have less state and federal oversight*, YORK DAILY RECORD (Apr. 24, 2020), https://www.ydr.com/story/news/2020/04/24/coronavirus-leads-pa-stop-routine-safety-inspections-nursing-homes/3016487001/

[5] CENTERS FOR MEDICARE AND MEDICAID SERVICES, *State Operations Manuel Appendix Q – Core Guidelines for Determining Immediate Jeopardy* (March 6, 2019) https://www.cms.gov/Regulations-and-Guidance/Guidance/Manuals/downloads/som107ap_q_immedjeopardy.pdf

295.    On March 12, 2020, Brighton placed its facility on "lockdown" and visitors were no longer allowed inside the building to see residents.

296.    By March 28, 2020, fourteen Brighton residents had tested positive for COVID-19.

297.    By March 30, 2020, two female residents had died from the virus.

298.    On March 31, 2020, the Service Employees International Union (SEIU) Healthcare Pennsylvania (the union representing healthcare workers at Brighton) reported that six employees of the facility had tested positive for COVID-19.

299.    By this date, nineteen residents were positive for COVID-19.

300.    Defendant David Thimons, D.O., Brighton's Medical Director, repeatedly released statements claiming that he and other medical staff were properly handling the COVID virus at Brighton. Among Thimons's statements were, "Is our staff stretched? Yes. Absolutely. But, we are doing physicians rounds with every patient seven days a week. From a medical standpoint we are doing everything everyone is doing to care for [COVID-19] patients around the country."[6]

301.    Positive COVID-19 case numbers at Brighton rose quickly, and by April 2, 2020, Brighton reported that 38 residents had tested positive for COVID-19, and that a third resident had died from the virus.

302.    However, Brighton was not reporting accurate numbers. Brighton admitted that it was omitting residents from its total COVID count by excluding those residents that it had transferred to the hospital and those residents who had died.[7]

---

[6] Sean D. Hamill, *With COVID-19 cases rising, Beaver County nursing home asks for help 'from everyone'*, PITTSBURGH POST-GAZETTE (Apr. 1, 2020), https://www.post-gazette.com/local/west/2020/04/01/With-COVID-19-cases-rising-Beaver-County-nursing-home-asks-for-help-from-everyone/stories/202004010121.

[7] Hamill, *supra*, note 4.

303.     On or around April 2, 2020, six Brighton employees walked off the job. They cited unsafe working conditions, including inadequate personal protective equipment (PPE) and resources, as their reason for leaving.

304.     After more employees began to leave Brighton, residents' families also began to remove their loved ones from Brighton, if possible. One such family member, identified in a KDKA news report as "Connie S.," stated, "Well the nurse basically said that to me with 100% certainty, everybody is going to get it. How she knew that, I don't know, but that was the final straw."[8]

305.     By April 3, 2020, five Brighton residents had died from COVID-19.

306.     By April 4, 2020, forty-two Brighton residents and ten employees had tested positive for COVID-19.

307.     By April 6, 2020, Brighton began operating under the presumption that everyone in their facility, including staff and all residents, would be assumed to be positive for COVID-19. Brighton issued a press release, stating, "Upon consultation with the Department of Health, and consistent with practices of facilities on the cutting edge of prevention and treatment, we are beginning to shift away from counting test results, and presuming all staff and residents may be positive."[9]

---

[8] CBS PITTSBURGH, *Coronavirus In Beaver County: Healthcare Workers Who Walked Off The Job Citing Unsafe Conditions Reach Deal With Owners* (Apr. 2, 2020) https://pittsburgh.cbslocal.com/2020/04/02/brighton-rehab-and-wellness-center-union-workers-owners-deal/.

[9] Sean D. Hamill, *Beaver County nursing home now presumes everyone in building may have COVID-19*, PITTSBURGH POST-GAZETTE (Apr. 6, 2020), https://www.post-gazette.com/local/west/2020/04/06/Brighton-Rehab-and-Wellness-Beaver-PA-nursing-home-coronavirus-positive-cases/stories/202004060124.

308. By April 8, 2020, eleven residents of Brighton were confirmed dead of COVID-19 and it was estimated that at least fifty residents and ten staff members were COVID-positive.

309. Brighton's reporting of COVID numbers was so unreliable that Beaver County Commissioners began to express concern about the facility's handling of COVID-19, and could not get anyone from the facility to respond to their questions. Commissioner Tony Amadio stated, "We're having our own pandemic in Beaver County at one facility… Most of this – probably 80% is coming from one facility."[10] Commissioner Daniel Camp stated "Today [April 16, 2020] we asked the management at Brighton Rehab to be transparent –as it is important to the families of loved ones who are living there, the local medical facilities, and the medical community at large to understand the situation in their facility."[11]

310. Despite these calls to action, Brighton did not publish its numbers of COVID cases and deaths transparently. In early April, Brighton stopped releasing numbers to the public, and families were forced to estimate the numbers by cross-checking data published by the Pennsylvania Department of Health (categorized by county) with the data reported by the only other two nursing facilities in the county.[12]

311. In April, two of the other nursing facilities in Beaver County (Concordia at Villa St. Joseph and Rochester Manor and Villa) each had only one resident with COVID-19.[13]

---

[10] Amy Hudak, WPXI-TV, *Beaver Co. officials express concern about coronavirus in nursing home* (Apr. 16, 2020) https://www.wpxi.com/news/local/beaver-county/beaver-co-officials-express-concern-about-coronavirus-nursing-home/L3UDGZL23VC2VFPPVRVF4V55VU/.
[11] Hudak, *supra* note 8.
[12] Daveen Rae Kurutz, THE TIMES, *State data indicates 20 new cases at Brighton Rehab, total surpasses 260* (Apr. 27, 2020) https://www.timesonline.com/news/20200427/state-data-indicates-20-new-cases-at-brighton-rehab-total-surpasses-260.
[13] Kurutz, *supra* note 10.

312.    On April 16, 2020, it was suspected that Brighton had over 100 residents with COVID-19. The Pennsylvania Emergency Management Agency reported at least 104 positive cases, but the DOH suspected that the actual number was much higher.[14]

313.    On April 20, 2020, the DOH released data based on ZIP-code which revealed that Brighton likely had around 161 COVID-19 cases, which accounted for approximately 54% of Beaver County's 298 cases. Brighton was suspected to have had 30 residents die of COVID, which was nearly 85% of Beaver County's total deaths.[15]

## II.    The Pennsylvania Department of Health's April 17, 2020 Investigation

314.    Following numerous complaints about Brighton's handling of COVID-19, the Pennsylvania Department of Health conducted an on-site inspection of Brighton on April 17, 2020, evidently believing that Brighton was placing its residents in "immediate jeopardy."

315.    The DOH's inspection included reviewing Brighton's written policies and procedures, observing staff providing care to residents, and interviewing staff.

316.    From this inspection, the DOH cited Brighton for numerous infractions and deficiencies, including Brighton's non-compliance with federal requirements for infection control.

317.    The DOH concluded that "[Brighton] failed to make certain social distancing was maintained by staff, properly store clean linens and soiled laundry, provide proper supplies to perform hand washing, properly store biohazardous waste, ensure sinks are accessible to perform handwashing, properly wear gloves and perform hand hygiene and create a clean and sanitary

---

[14] Chrissy Suttles, ELLWOOD CITY LEDGER, *County families mourn, celebrate loved ones lost at Brighton Rehab* (Apr. 21, 2020), https://www.ellwoodcityledger.com/news/20200421/county-families-mourn-celebrate-loved-ones-lost-at-brighton-rehab/1
[15] Suttles, *supra* note 12.

environment which created the potential for the cross-contamination and the spread of diseases and infections for seven of eleven nursing units."[16]

318.    The DOH reported the following from its interview of Brighton employees:

a.      "During an interview on 4/17/20, at 3:15 p.m. the Nursing Home Administrator (NHA) confirmed the facility failed to practice proper social distancing which caused the potential of cross contamination and the spread of diseases and infections."

b.      "During an interview on 4/17/20 at 4:34 p.m. the Assistant Director of Nursing (ADON) Employee E25 confirmed that the facility failed to properly store clean linens and soiled laundry and provide soap for hand washing which created the potential for cross-contamination and the spread of diseases and infections."

c.      During an interview on 4/17/20, at 4:44 p.m. the ADON Employee E25 confirmed that the facility failed to provide proper supplies to perform hand washing which created the potential for cross-contamination and the spread of diseases and infections.

319.    This was not Brighton's first time being cited by the Department of Health.

320.    In the past 30 months, Brighton received 110 total citations from the Department of Health in the following general categories:

a.      Nine citations for violations regarding "resident rights";

b.      Three citations for violations regarding "staff treatment of residents";

c.      One citation for a violation regarding "quality of life";

d.      Two citations for violations regarding "resident assessment";

---

[16] DEPARTMENT OF HEALTH AND HUMAN SERVICES HEALTH CARE FINANCING ADMINISTRATION, Statement of Deficiencies and Plan of Correction (POC) (Apr. 17, 2020), https://sais.health.pa.gov/CommonPOC/Content/PublicWeb/PDF/1QKJ1191789051800L.PDF (Attached as Exhibit 2).

e.   Seven citations for violations regarding "quality of care";

f.   Seven citations for violations regarding "nursing and physician services";

g.   Five citations for violations regarding "dietary services";

h.   Five citations for violations regarding "ancillary services";

i.   Two citations for violations regarding "physical environment";

j.   Six citations for violations regarding "administration"; and

k.   Sixty-three citations for violations regarding "building safety deficiencies."[17]

321.   This is 74 more citations than the average skilled nursing facility in Pennsylvania received in the past 30 months, and 55 more citations than the average Pennsylvania facility of similar size.[18]

322.   Additionally, Brighton had been cited three times in the past year alone (before the COVID-19 pandemic began) for infection-control infractions.

323.   On October 30, 2019, Brighton was cited by the DOH for violating federal requirements for infection prevention and control.[19]

---

[17] PENNSYLVANIA DEPARTMENT OF HEALTH, *Nursing Care Facility Performance Profile – 30 Month Period*, https://sais.health.pa.gov/commonpoc/Content/PublicWeb/PerformanceProfile.asp (Last accessed Sept. 8, 2020) (attached as Exhibit 3).

[18] PENNSYLVANIA DEPARTMENT OF HEALTH, *Nursing Care Facility Performance Profile – 30 Month Period, supra* note 17.

[19] DEPARTMENT OF HEALTH AND HUMAN SERVICES HEALTH CARE FINANCING ADMINISTRATION, *Statement of Deficiencies and Plan of Correction (POC)* (Oct. 30, 2019), https://sais.health.pa.gov/CommonPOC/Content/PublicWeb/PDF/1QKJ1191789051800L.PDF (Attached as Exhibit 4).

324.    In this inspection, Brighton received a "below average" grade for a pattern of conditions that the DOH believed could lead to the "spread of infection and diseases."[20]

325.    The DOH ordered Brighton to implement a plan to address and remedy its infection control deficiencies.

326.    However, COVID numbers and deaths at Brighton continued to rise, evidencing that Brighton did not implement an adequate plan to get their COVID outbreaks under control.

327.    On Tuesday April 28, 2020, 13 Brighton residents died from COVID in one day, increasing the total death toll from 39 to 52 residents.

328.    By April 29, 2020, another six Brighton residents died from COVID, bringing the facility's total deaths to 58 residents. At this point, approximately 10% of Brighton's residents had died from COVID-19.[21]

329.    On this date, there were 248 Brighton residents with COVID.[22]

330.    Brighton was now responsible for 68% of Beaver County's total cases and 88% of the County's COVID-19 related deaths.[23]

331.    In response to Brighton's mismanagement of its COVID outbreak, on April 15, 2020, the Department of Health appointed Long Hill Company to take over as the temporary

---

[20] DEPARTMENT OF HEALTH AND HUMAN SERVICES HEALTH CARE FINANCING ADMINISTRATION, *Statement of Deficiencies and Plan of Correction (POC)* (Oct. 30, 2019), Exhibit 4 *supra* note 19.
[21] Daveen Rae Kurutz, ELLWOOD CITY LEDGER, *Nursing home COVID deaths rise by 13 in Beaver County at Brighton Rehab* (Apr. 28, 2020),
https://www.ellwoodcityledger.com/news/20200428/nursing-home-covid-deaths-rise-by-13-in-beaver-county-at-brighton-rehab.
[22] PENNSYLVANIA DEPARTMENT OF HEALTH, PENNSYLVANIA NATIONAL ELECTRONIC DISEASE SURVEILLANCE SYSTEM, *PA Coronavirus (COVID-19) Update Archive April 2020* (Apr. 30, 2020), https://www.health.pa.gov/topics/disease/coronavirus/Pages/April-Archive.aspx.
[23] Kurutz, *supra* note 21.

manager of Brighton Rehab; though Brighton and Long Hill Company said that Long Hill's role was only to "consult."[24]

332.    The DOH also contracted with a local health care consulting company, Emergency Care Research Institute (ECRI), to aid with infection control at Brighton. ECRI began holding daily calls with Brighton staff.[25]

333.    These appointments at Brighton were announced to the public on April 30, 2020.

334.    U.S. Representative Conor Lamb publicly called for an investigation into Brighton on April 30, 2020, stating "I believe that our government owes these families a long, detailed and thorough investigation."[26]

### III.    The Department of Health's May 5, 2020 Investigation

335.    By May 1, 2020, the death toll at Brighton had reached 60 residents, and there were 272 residents with COVID in the facility.

336.    Beginning on May 1, 2020, the Department of Health conducted a 4-day on-site investigation at Brighton Rehab.

337.    Issuing its report on May 5, 2020, the DOH found that Brighton was violating various state and federal regulations for long term care facilities, thereby failing to prevent the potential for cross-contamination of disease. Out of eleven total nursing units at Brighton, the DOH

---

[24] Sean D. Hamill, PITTSBURGH POST-GAZETTE, *State will impose a temporary manager at troubled Beaver County nursing home* (May 8, 2020), https://www.post-gazette.com/local/west/2020/05/08/State-will-impose-a-temporary-manager-at-troubled-Beaver-County-nursing-home-again/stories/202005080110.

[25] Patrick Varine, TRIB LIVE, *State appoints 'temporary manager' for covid-stricken Beaver nursing home* (Apr. 30, 2020), https://triblive.com/local/regional/state-appoints-temporary-manager-for-covid-stricken-beaver-nursing-home/.

[26] J.D. Prose, THE TIMES, *Lamb calls for 'thorough investigation' of Brighton Rehab COVID-19 outbreak* (Apr. 30, 2020), https://www.timesonline.com/news/20200430/lamb-calls-for-thorough-investigation-of-brighton-rehab-covid-19-outbreak.

found that Brighton had placed the residents of nine units in "Immediate Jeopardy" (risk for serious injury, serious harm, serious impairment or death).[27]

338.    In its report, the DOH also found that Brighton's Nursing Home Administrator (NHA) and Director of Nursing ("DON") failed to "effectively manage the facility to make certain that proper infection control procedures were followed to protect residents from cross-contamination, infections, virus and disease in the facility. [...] The NHA and the DON failed to fulfill their essential job duties to ensure that the federal and state guidelines and regulations were followed."[28]

339.    The Department of Health's May 5, 2020 Report details that in just 90 minutes of the very first day of its inspection, the DOH witnessed more than two dozen regulatory violations, including:

   a.    Staff failed to wear proper Personal Protective Equipment (PPE) while in the building, creating the potential for cross-contamination and the spread of disease and infections;

   b.    Staff failed to follow proper hand hygiene procedures after glove removal;

   c.    There were no soap or paper towels at handwashing sinks;

   d.    Employees walked through the hallways with masks down around their chins;

   e.    Staff left clean linen carts open to the air, creating the potential for cross-contamination;

---

[27]DEPARTMENT OF HEALTH AND HUMAN SERVICES HEALTH CARE FINANCING ADMINISTRATION, *Statement of Deficiencies and Plan of Correction (POC)* (May 5, 2020), https://sais.health.pa.gov/CommonPOC/Content/PublicWeb/PDF/OTFS1191789051800L.PDF, (Attached as Exhibit 5).
[28] DEPARTMENT OF HEALTH AND HUMAN SERVICES HEALTH CARE FINANCING ADMINISTRATION, *Statement of Deficiencies and Plan of Correction (POC)* (May 5, 2020), *supra* note 27.

f.      Staff failed to maintain the proper 6-feet social distance between other employees who were eating in common areas without masks on;

g.      An employee obtained multiple residents' blood sugar levels using the same glucometer without changing gloves or practicing proper hand hygiene between residents;

h.      Staff allowed residents' waste baskets to overflow onto the floor, and left used gloves on the floor;

i.      An employee pushed a medical cart down the hall, touched and sorted through the drawers on the cart, and then locked the cart, all without taking off or changing gloves that they had worn while treating a resident; and,

j.      An employee emptied resident urinals while wearing gloves; that employee then used a temporal thermometer and pulse-oximeter on multiple patients without sanitizing the devices between uses or changing their gloves that they had worn to handle residents' urine. The employee never removed her gloves, performed hand hygiene, or cleaned the equipment between residents.

340.   The DOH issued Brighton a $58,260.00 fine, which would accrue an additional $110.00 each day until all violations were rectified.[29]

## IV.   National Guard, Federal Agencies Intervene

341.   On May 11, 2020, the Pennsylvania National Guard stationed 38 guard members at Brighton to "get residents who are non-COVID and those who have recovered from the disease and separate them from those who have it, and save lives."[30]

---

[29] Sean D. Hamill, PITTSBURGH POST-GAZETTE, *Inspection at Beaver County nursing home found residents were in 'Immediate Jeopardy'* (June 21, 2020), https://www.post-gazette.com/local/west/2020/06/21/Inspection-at-Beaver-County-nursing-home-found-residents-were-in-Immediate-Jeopardy/stories/202006180171.

[30] Sean D. Hamill, PITTSBURGH POST-GAZETTE, *National Guard, temporary manager move in to troubled nursing home*, https://www.post-gazette.com/local/west/2020/05/11/Brighton-Rehabilitation-and-Wellness-Center-Beaver-PA-National-Guard-temporary-manager/stories/202005110109.

342.    The same day the National Guard was deployed to Brighton, the Department of Health hired another temporary manager for the facility. Allaire Health Services of Freehold, NJ, was hired to remain until Brighton achieved compliance with the recommendations of the DOH and the rate of infection was substantially reduced.[31]

343.    On May 12, 2020, United States Secretary of Health and Human Services, Alex Azar, announced that Brighton Rehab would be subject to a federal investigation. Federal investigators from the Department of Health and Human Services were at the facility collecting data and observing from May 12 until May 14, 2020.[32] Investigators from the Federal Centers for Medicare and Medicaid Services (hereinafter "CMS") were still reviewing medical records from Brighton as late as mid-June.[33]

344.    Azar stated that the number of lives lost at the facility, totaling 71 residents as of May 12, 2020, was the reason for the investigation.[34]

345.    Following the federal investigation at Brighton Rehab, CMS Administrator Seema Verma announced that Brighton would be fined $62,580.00 for deficiencies with basic infection-

---

[31] PITTSBURGH'S ACTION NEWS 4, *PA Department of Health puts temporary manager at Brighton Rehabilitation and Wellness Center* (May 11, 2020), https://www.wtae.com/article/pa-department-of-health-puts-temporary-manager-at-brighton-rehabilitation-and-wellness-center/32437776.

[32] Nicole Ford, KDKA 2 CBS PITTSBURGH, *HHS Secretary Alex Azar: Federal Investigation Underway Into Brighton Rehab And Wellness Center, Where More Than 70 Residents Have Died* (May 29, 2020), https://pittsburgh.cbslocal.com/2020/05/29/federal-investigation-brighton-rehab-and-wellness-center/.

[33] Sean D. Hamill, PITTSBURGH POST-GAZETTE, *Feds fine Beaver County nursing home for COVID-19-related deficiencies* (June 11, 2020), https://www.post-gazette.com/local/west/2020/06/11/Brighton-Rehabilitation-and-Wellness-Center-Beaver-County-nursing-home-CMS-fine/stories/202006110148.

[34] Ford, *supra* note 32.

prevention protocols. Additional fines would continue to accrue until corrective action was taken to ensure compliance.[35]

346.    The deficiencies CMS found were similar to those found by the Pennsylvania Department of Health, including: inadequate or non-existent PPE, the use of medical equipment that was not properly cleaned, and improper medical record documentation.[36]

347.    At the end of May 2020, the Pennsylvania Department of Health released data reporting COVID numbers for each long-term care facility in the Commonwealth. Brighton was reported to have 368 residents and 31 employees with COVID-19. The number of COVID deaths at Brighton reached 76 residents, the most deaths of any facility in the Commonwealth.[37]

348.    On June 10, 2020, Brighton reported to the DOH that it was home to 334 residents, 126 fewer residents than the 460 residents Brighton reported having when the outbreak began in early March.[38]

349.    By June 11, 2020, Brighton reported that 332 of its residents and 104 employees were COVID-positive. Brighton's death toll was up to 80 residents.[39]

**V.    Brighton's Reckless Response to the COVID-19 Outbreak**

350.    Tremella Celestin worked at Brighton as a Certified Nursing Assistant ("CNA") from January 2020 until May 24, 2020.[40]

---

[35] Hamill, *supra* note 33.

[36] Hamill, *supra* note 33.

[37] PENNSYLVANIA DEPARTMENT OF HEALTH, *COVID-19 LTCF Data* (May 26, 2020), https://www.health.pa.gov/topics/Documents/Diseases%20and%20Conditions/COVID-19%20LTCF%20Data_5-26-20.pdf (Attached as Exhibit 6).

[38] Hamill, *supra* note 33.

[39] Hamill, *supra* note 33.

[40] See Declaration of Tremella Celestin, attached hereto as Exhibit 1.

351.    According to Ms. Celestin, beginning sometime in March of 2020, Brighton management kept a list of all COVID-positive residents, which could be accessed by staff members.[41]

352.    However, there was no widespread testing of residents for COVID-19; only residents who displayed symptoms were tested.[42]

353.    At the same time, Brighton's documentation of which residents were positive was wholly inaccurate. Some residents who were considered positive were never even tested for COVID-19.

354.    Even after residents at Brighton received COVID-19 positive diagnoses in March of 2020, management did not isolate or separate COVID-positive and COVID-negative residents until around May 21, 2020.[43]

355.    Worse, same staff members were assigned to care for COVID-positive and COVID-negative residents at the same time, before Personal Protective Equipment ("PPE") was issued.[44]

356.    Neither staff nor residents were consistently provided with PPE until the Pennsylvania National Guard arrived at Brighton.[45]

357.    At no point was Ms. Celestin provided with any type of in-service training related to infection prevention, precautions, or facility protocols, even though she and other nurse aides

---

[41] Celestin Declaration, *supra* note 40.
[42] Celestin Declaration, *supra* note 40.
[43] Celestin Declaration, *supra* note 40.
[44] Celestin Declaration, *supra* note 40.
[45] Celestin Declaration, *supra* note 40.

were provided with paperwork indicating that they had received training related to infections and other topics.[46]

## VI.    Brighton's Profit from Understaffing

358.    Brighton Rehab gains much of its revenue and profit from taxpayer dollars by participating in federal and state funded Medicare and Medicaid programs.

359.    In the Medicare/Medicaid system, every nursing home resident is assigned an "acuity" level which reflects the number and severity of their medical conditions and illnesses.

360.    An individual resident's acuity level is determined by their Resource Utilization Group or "RUG" score, which is calculated as a part of a resident's Minimum Data Set ("MDS").

361.    A resident with a higher acuity level places a greater demand for care and services on a nursing home and its staff.

362.    A skilled nursing facility uses acuity levels to bill Medicare/Medicaid for reimbursement for daily care and services.

363.    Medicare/Medicaid reimburses nursing facilities at a higher rate for care and services based on the resident's acuity rate and number of therapy minutes provided.

364.    Accordingly, the higher the facility's acuity levels, the more revenue the facility generates from Medicare and Medicaid.

365.    This creates a financial incentive for nursing homes, such as Brighton Rehab, to admit and keep residents with greater mental, physical, and psychosocial needs.

---

[46] Celestin Declaration, *supra* note 40.

366.     Each year, skilled nursing facilities like Brighton must submit a Medicare Cost Report to The Centers Medicare and Medicaid Services ("CMS"), in which the facility must account for each dollar received and spent. Part of this report is each resident's daily RUG score.

367.     Medicare/ Medicaid labels its highest and second-highest rates of reimbursement as "Ultra High" and "Very High" respectively.

368.     The Cost Report submitted by Comprehensive Healthcare Management Services, LLC for Brighton Rehabilitation and Wellness Center for 2016 stated that 92.12% of all Brighton residents had been assigned RUG scores within these top two rates of reimbursement. Of all Brighton residents, 82.02% were assigned "Ultra High" RUG scores, providing Brighton with the highest rate of Medicare reimbursement for these residents. An additional 10.1% of Brighton residents were assessed to have "Very High" RUG scores, providing Brighton with the second-highest rate of Medicare reimbursement for these residents.[47]

369.     In 2017, Brighton's Cost Report showed that 92.43% of all residents residing in the facility were assigned "Ultra High" or "Very High" RUG score. This year, Brighton's "Ultra High" RUG scores increased to 84.44% of all residents, with 7.99% of residents assigned "Very High" RUG scores.[48]

370.     Brighton's 2018 Cost Report showed that 91.19% of all residents residing in the facility were assigned "Ultra High" (78.3%) or "Very High" (12.89%) RUG scores.[49]

371.     Because Brighton reported acuity levels this high, CMS expects that more care and resources will be necessary to meet the needs of Brighton's residents.

---

[47] See 2017 Cost Report, attached hereto as Exhibit 7.
[48] 2017 Cost Report, *supra* note 47.
[49] See 2018 Cost Report, attached hereto as Exhibit 8.

372.    Therefore, CMS reimburses Brighton at a high rate so that Brighton can provide adequate care to its residents.

373.    A resident's acuity level is also used for CMS to determine the number of hours it expects the nursing home will have to provide each day to meet each resident's needs.

374.    CMS then pays the facility according to the hourly rate of reimbursement for the expected number of nursing hours required for each resident.

375.    At the end of each quarter, the nursing home must provide CMS with an accounting of the hours it actually spent providing nursing care to residents.

376.    To calculate nursing hours, facilities like Brighton calculate the hours spent providing care to residents by their Registered Nurses (RN), Licensed Practical Nurses ("LPN"), and Aides.

377.    In 2016, Brighton failed to provide sufficient and expected licensed care to its residents and failed to supply expected aide care to its residents.

378.    In 2016, Brighton provided an average of 1.49 nursing hours (LPN hours plus RN hours) to each resident each day,[50] though Brighton was paid by CMS to provide 2.07 nursing hours to each resident each day.[51]

379.    In 2016, Brighton provided the majority of its nursing care using LPNs. And, while Brighton did provide sufficient LPN hours, Brighton failed to provide sufficient RN hours. In particular, Brighton was paid by CMS, based on Brighton's reported acuity, to provide 1.33 RN

---

[50] See Quarterly Report on CMS Expected Staffing, attached as Exhibit 9. See also RUGs, attached as Exhibit 10.
[51] CMS Expected Staffing and RUGs, *supra* note 50.

hours to each resident each day.[52]  However, Brighton actually provided only 0.587 hours of RN care to each resident each day.[53]

380.    Similarly, Brighton failed to provide sufficient Certified Nurse Assistant (CNA) care to its residents. In 2016, Brighton provided an average (based on Brighton's quarterly reporting) of 2.09 hours of aide care to its residents each day, though Brighton was paid by CMS to provide 2.42 hours of aide care to its residents each day.

381.    In 2017, Brighton again failed to provide sufficient and expected licensed care to its residents and failed to supply expected aide care to its residents.

382.    In 2017, Brighton provided an average (based on Brighton's quarterly reporting) of 1.46 nursing hours (LPN plus RN) to each resident each day.

383.    However, in 2017, Brighton was required to provide (based on its reported resident acuity) 2.20 nursing hours (LPN plus RN) to each resident each day.

384.    In 2017, Brighton provided the majority of its nursing care using LPNs. And, while Brighton did provide sufficient LPN hours, Brighton failed to provide sufficient RN hours.  In particular, Brighton was required to provide 1.43 RN hours to each resident each day.[54]  However, Brighton actually only reported 0.554 hours or RN care to each resident each day.[55]

385.    Similarly, in 2017 Brighton failed to provide sufficient Certified Nurse Assistant (CNA) care to its residents.

386.    In 2017, Brighton provided on average (based on Brighton's quarterly reporting) an average of 2.15 hours of aide care to its residents each day.[56]

---

[52] CMS Expected Staffing and RUGs, *supra* note 50.
[53] CMS Expected Staffing and RUGs, *supra* note 50.
[54] CMS Expected Staffing and RUGs, *supra* note 50.
[55] CMS Expected Staffing and RUGs, *supra* note 50.
[56] CMS Expected Staffing and RUGs, *supra* note 50.

387.    However, in 2017, Brighton was required to provide (based on its reported resident acuity) 2.50 hours of aide care to its residents each day.[57]

388.    In 2017, Brighton provided an average of 2.76 nursing hours to each resident each day.[58]

389.    In calendar year 2017, Brighton's Quarterly reporting for CNA, LPN, and RN hours were identical across all 4 quarters of that year.[59]

390.    In the first quarter of 2018, Brighton failed to provide sufficient and expected licensed care to its residents and failed to supply expected aide care to its residents.[60]

391.    In the first quarter of 2018, Brighton provided an average of 1.52 nursing hours (LPN plus RN) to each resident each day.[61]

392.    However, in the first quarter of 2018, Brighton was required to provide (based on its reported resident acuity) 2.27 nursing hours (LPN plus RN) to each resident each day.[62]

393.    In the first quarter of 2018, Brighton provided the majority of its nursing care using LPNs. And, while Brighton did provide sufficient LPN hours during that quarter, Brighton failed to provide sufficient RN hours.  In particular, Brighton was required (based on its reported acuity) to provide 1.50 RN hours to each resident each day.[63]  However, Brighton actually only reported 0.729 hours or RN care to each resident each day.[64]

---

[57] CMS Expected Staffing and RUGs, *supra* note 50.
[58] CMS Expected Staffing and RUGs, *supra* note 50.
[59] CMS Expected Staffing and RUGs, *supra* note 50.
[60] CMS Expected Staffing and RUGs, *supra* note 50.
[61] CMS Expected Staffing and RUGs, *supra* note 50.
[62] CMS Expected Staffing and RUGs, *supra* note 50.
[63] CMS Expected Staffing and RUGs, *supra* note 50.
[64] CMS Expected Staffing and RUGs, *supra* note 50.

394.     In sum, for 2016, 2017 and 2018, Brighton failed to provide the requisite total hours of average daily care for its residents:

      a.     In 2016, Brighton provided average total care per day per resident of 3.59 hours when, based on its own self-reported acuity, it should have provided at least 4.50 hours of total care per day per resident.[65]

      b.     In 2017, Brighton provided average total care per day per resident of 3.61 hours when, based on its own self-reported acuity, it should have provided at least 4.71 hours of total care per day per resident.[66]

      c.     In the first quarter of 2018, Brighton average total care per day per resident of 4.16 hours when, based on its own self-reported acuity, it should have provided at least 4.73 hours of total care per day per resident.[67]

395.     While data from CMS is not presently available beyond the first quarter of 2018, upon information and belief, when that data does become available, it will show similar results, and it will show that Brighton continued to systemically understaff up to and including the COVID-19 pandemic and continuing through the present.

396.     Frequently, staffing numbers at Brighton were low enough that one nurse would be left to care for up to 55 residents at a time.

397.     When CMS pays facilities like Brighton at the highest acuity levels, CMS assumes that facilities will use that funding to meet residents' needs, primarily by hiring appropriate staff to provide care. Facilities primarily show that they have done this by meeting CMS's expected nursing hours.

---

[65] CMS Expected Staffing and RUGs, *supra* note 50.
[66] CMS Expected Staffing and RUGs, *supra* note 50.
[67] CMS Expected Staffing and RUGs, *supra* note 50.

398.    But instead of using CMS's funding to hire additional nursing staff, Brighton continually staffed below the hours CMS paid it for and pocketed the additional CMS money as profit.

399.    In 2016, Brighton saved $5,647,800.00 as a result of staffing below the hours CMS paid for.[68]

400.    In 2017, Brighton saved $16,981,605.00 as a result of staffing below the hours CMS paid for.[69]

401.    In 2018, Brighton saved $8,775,360.00 as a result of staffing below the hours CMS paid for.[70]

402.    Despite receiving this funding from Medicare and Medicaid, Brighton and its administration failed to ensure, through its operational, budgetary, and managerial decisions, that Brighton was sufficiently staffed to meet the individual needs of all residents, including the needs of the Plaintiffs and Plaintiffs' Decedents.

403.    With Brighton failing to provide the number of hours of nursing care that CMS expected and paid for, it must in order to provide adequate care to its residents, Brighton was quite literally "understaffed."

404.    It is no surprise then that as the Department of Health observed, Brighton's nursing staff cut corners while struggling to care for hundreds of residents during the pandemic.

405.    Ms. Celestin also confirms that Brighton operated while understaffed.[71]

---

[68] See Nursing Care Costs Sheet, attached as Exhibit 11.
[69] Nursing Care Costs Sheet, *supra* note 68.
[70] Nursing Care Costs Sheet, *supra* note 68.
[71] Celestin Declaration, *supra* note 40.

406.   According to her Declaration, Ms. Celestin was normally required to care for forty or more residents during the 3:00 p.m. to 11:00 p.m. shift; she was unable to properly do her job because of the low staffing levels.[72]

407.   For example, residents who required assistance with mobility (including turning and repositioning in their beds and chairs to prevent pressure wounds) were not timely provided it; Ms. Celestin could not assist residents to the bathroom in a timely manner; and could not timely respond to call lights.[73]

408.   Even though care was not properly provided to the residents, someone at Brighton would regularly and daily falsify and complete the "Activities of Daily Living" records indicating that care was in fact properly provided to each and every resident.[74]

409.   In this way, Brighton's understaffing caused cross-contamination among residents and staff and allowed the facility to become a breeding ground for the Coronavirus spread until most residents had contracted the virus and more than 70 residents had died.

410.   Per the PA DOH, as of October 14, 2020, Brighton had a census of 346 residents, a total of 334 resident cases, a total of 73 resident deaths and 117 staff cases.

## COUNT I

## CORPORATE NEGLIGENCE – SURVIVAL

### Deceased Plaintiffs v. Comprehensive Healthcare Management Services, LLC d/b/a Brighton Rehabilitation & Wellness Center

411.   Plaintiffs incorporate all preceding paragraphs as if set forth more fully herein.

---

[72] Celestin Declaration, *supra* note 40.
[73] Celestin Declaration, *supra* note 40.
[74] Celestin Declaration, *supra* note 40.

412.    Comprehensive Healthcare Management Services, LLC exercised complete control over all aspects of the operation and management of the Brighton Rehab facility prior to and during the COVID outbreak at Brighton, including, but not limited to: creating, setting, funding, and/or implementing budgets; creating and maintaining business relationships with related parties as defined by the Centers for Medicare and Medicaid Services ("CMS") that resulted in an undercapitalized and understaffed nursing home; hiring and training caregiving staff; monitoring resident acuity levels and staffing sufficiently to meet each resident's needs; admitting and discharging residents to and from the facility; and creating and enforcing written policies and procedures to provide for the safety and well-being of all residents.

413.    Each of these managerial and operational functions had a direct impact on the quality of care provided to the Plaintiff's Decedents and other residents in the Brighton facility.

414.    Comprehensive Healthcare Management Services, LLC had a duty to act prudently, and had a duty to provide reasonable and ordinary care and care services to the Plaintiff's Decedents.

415.    Comprehensive Healthcare Management Services, LLC had a duty to provide caregiving staff with sufficient personal protective equipment, sanitation and hygiene products, and medical tools to prevent cross-contamination and the spread of infection to residents and other staff.

416.    Comprehensive Healthcare Management Services, LLC had a duty to ensure that all persons providing care within the Brighton facility were competent to provide that care.

417.    Comprehensive Healthcare Management Services, LLC had a duty to oversee all persons who practice medicine in the Brighton facility.

418.    Comprehensive Healthcare Management Services, LLC had a duty to formulate, adopt, and enforce adequate rules and policies to ensure quality care for residents of the Brighton facility, such as the Plaintiff's Decedents.

419.    Comprehensive Healthcare Management Services, LLC had a duty to ensure that the Brighton facility was sufficiently staffed to meet the needs of its residents.

420.    Comprehensive Healthcare Management Services, LLC negligently, recklessly, willfully and wantonly breached its duties owed to the Plaintiff's Decedents in the following ways:

a.    By failing to establish and maintain an infection prevention and control program ("IPCP") that provided a safe, sanitary and comfortable environment which prevented the development and transmission of communicable diseases and infections, namely the transmission of COVID-19; as pled herein,

b.    By failing to establish adequate written standards, policies, and procedures to identify possible communicable diseases in the Brighton facility before the infection could spread to other persons in the facility, as pled herein;

c.    By failing to follow written standards, policies, and procedures to identify possible communicable diseases in the Brighton facility which were in place before the infection could spread to other persons in the facility, as pled herein;

d.    By failing to establish adequate written standards, policies, and procedures that enumerate when possible incidents of communicable disease or infections should be reported, and who they should be reported to, as pled herein;

e.    By failing to follow written standards, policies, and procedures that were in place that enumerate when possible incidents of communicable disease or infections should be reported, and who they should be reported to, as pled herein;

f.    By failing to establish adequate written standards, policies, and procedures for precautions and safeguards to prevent the spread of infection within the Brighton facility, as pled herein;

59

g. By failing to follow written standards, policies, and procedures that were in place for precautions and safeguards to prevent the spread of infection within the Brighton facility, as pled herein;

h. By failing to establish adequate written standards, policies, and procedures for when and how a resident with a communicable infection should be isolated from residents and other staff, as pled herein;

i. By failing to follow standards, policies, and procedures that were in place for when and how a resident with a communicable infection should be isolated from residents and other staff, as pled herein;

j. By failing to establish adequate written standards, policies, and procedures for when and how a staff member with exposure to a communicable infection should be prevented from exposing residents and other staff, as pled herein;

k. By failing to follow written standards, policies, and procedures that were in place for when and how a staff member with exposure to a communicable infection should be prevented from exposing residents and other staff, as pled herein;

l. By failing to provide adequate training and education to caregiving staff on infection prevention and control, as pled herein;

m. By failing to ensure all caregiving staff members attended appropriate trainings and were properly trained on infection prevention and control, and by failing to ensure all staff were properly re-educated as required; as pled herein,

n. By failing to ensure that Defendant Dr. David Thimons was properly overseeing the facility in providing care to residents;

o. By failing to ensure that Defendant Dr. David Thimons was properly safeguarding that the quality of care provided met all applicable standards;

p. By failing to ensure that Dr. David Thimons, was properly auditing infection control procedures in the Brighton facility, as required;

q.     By failing to accurately and/or truthfully communicate information to residents and their families about the spread of COVID-19 within the Brighton facility, so as to allow them to make informed decisions for the wellbeing of their loved ones in the Brighton facility, as pled herein;

r.     By failing to accurately and/or truthfully communicate with other medical providers and the Pennsylvania Department of Health about the spread of COVID-19 within the Brighton facility, as pled herein;

s.     By failing to request assistance from the proper authorities when it became apparent that COVID-19 was quickly spreading throughout the Brighton facility, as pled herein;

t.     By failing to test Brighton's residents and staff for COVID-19 so as to properly separate and isolate COVID-positive individuals from those who had not been exposed to the virus, as pled herein;

u.     By allowing COVID infected staff to care for residents, as pled herein;

v.     By failing to provide clean linens, as pled herein;

w.     By failing to communicate with residents' family members and physicians, as pled herein;

x.     By stopping testing and presuming that all residents and all staff were COVID-positive instead of taking proper precautions to identify and isolate those residents and staff who had not yet contracted the virus, as pled herein;

y.     By failing to ensure that proper social distancing was maintained by Brighton's residents and staff, as pled herein;

z.     By failing to provide adequate supplies for residents and staff to wash their hands to prevent the spread of infection, as pled herein;

aa.    By failing to ensure that sinks were accessible for residents and staff to wash their hands, as pled herein;

bb.    By failing to ensure that all employees washed their hands regularly, as pled herein;

61

cc.   By failing to properly store biohazardous waste, as pled herein;

dd.   By failing to ensure that all employees wore gloves and changed their gloves when appropriate, as pled herein;

ee.   By failing to ensure that all employees had access to sufficient Personal Protective Equipment (PPE), as pled herein;

ff.   By failing to ensure that all staff was trained in the proper use of PPE, as pled herein;

gg.   By failing to ensure that all staff used PPE properly, as pled herein;

hh.   By failing to ensure all employees were trained on, and followed, guidelines for sanitizing medical equipment between uses with different residents, as pled herein;

ii.   By failing to create a clean and sanitary environment, the lack of which created the potential for cross-contamination and the spread of diseases and infections, as pled herein;

jj.   By failing to recognize and appreciate the extreme risk that COVID-19 posed to Brighton's residents, who—due to age, pre-existing conditions, and living arrangements—were already some of the most vulnerable individuals in our communities, as pled herein;

kk.   By failing to create and implement a plan to house COVID-positive residents in an isolated unit of the Brighton facility to avoid exposing residents who were not COVID-positive, as pled herein;

ll.   By intentionally understaffing the Brighton facility in order to keep the surplus Medicare and Medicaid funding as revenue, which resulted in Brighton's nursing staff being unable to meet the needs of the facility's residents, as pled herein.

421.   At all relevant times, Comprehensive Healthcare Management Services, LLC had

a duty to not violate the legal rights of any resident, and had a duty to comply with all provisions

of Title 28, Pa. Administrative Code, Chapters 201 (General Operation of Long-Term Care Nursing Facilities) and 211 (Program Standards for Long-Term Care Nursing Facilities) and 42 C.F.R. §483 et seq. (Centers for Medicare & Medicaid Services, Department of Health and Human Services Requirements for Long Term Care Facilities).

422.    These regulations comprise part of the standard of care that facilities like Brighton must provide to its residents.

423.    These regulations are designed and intended to protect the interests of skilled nursing and long-term care residents such as the Plaintiffs' Decedents.

424.    These regulations are designed and intended to protect the interests of skilled nursing and long-term care residents against the hazards the Plaintiffs' Decedents encountered at Brighton and the type of harm and death they suffered – specifically, contracting viral infections from other residents and/or staff.

425.    Comprehensive Healthcare Management Services, LLC negligently, recklessly, willfully and wantonly violated these regulations in the following ways:

    a.    By the failure of an effective governing body to adopt and enforce rules for the health care and safety of the residents, as required by 28 Pa. Code § 201.18, as pled herein;

    b.    By failing to conduct ongoing coordinated educational programs for the development and improvement of skills of the facility's personnel, including training related to problems, needs, and rights of the residents, as required by 28 Pa. Code § 201.20(a), as pled herein;

    c.    By failing to conduct in-service training at least annually which includes infection prevention and control, as required by 28 Pa. Code §201.20(c), as pled herein;

    d.    By admitting or re-admitting residents to the Brighton facility with disease in the communicable stage when the facility did not have the capability to care for the needs of

the residents, as prohibited by 28 Pa. Code §201.24(d), as pled herein;

e.  By failing to adequately train staff in proper implementation of policies and procedures, as required by 28 Pa. Code § 201.29(d), as pled herein;

f.  By failing to treat Plaintiffs with consideration, respect, and full recognition of dignity and individuality, as required by 28 Pa. Code § 201.29(j), as pled herein;

g.  By failing to report to the appropriate health agencies and appropriate Division of Nursing Care Facilities filed office when a resident developed a reportable disease, as required by 28 Pa. Code § 211.1(a), as pled herein;

h.  By failing to design and implement resident care policies to ensure the Plaintiffs' Decedents' total medical needs were met and that they were protected from infection, as required by 28 Pa. Code § 211.10(d), as pled herein;

i.  By failing to update the facility's resident care policies as necessary to meet the total medical and psychosocial needs of Brighton's residents, as required by 28 Pa. Code §211.10, as pled herein;

j.  By failing to provide services by a sufficient number of nursing personnel on a 24-hour basis to provide nursing care to meet the needs of all residents, as required by 28 Pa. Code § 211.12, as pled herein;

k.  By failing to protect and promote Plaintiffs' Decedents' resident rights, as required by 42 C.F.R. § 483.10, as pled herein;

l.  By failing to treat each resident in a manner and in an environment that promoted maintenance or enhancement of his or her quality of life, as required by 42 C.F.R. § 483.10(a)(1), as pled herein;

m.  By failing to treat each resident with respect and dignity, as required by 42 C.F.R. § 483.10(e), as pled herein;

n.   By failing to immediately notify residents' representatives when there were significant changes in residents' physical statuses, as required by 42 C.F.R. § 483.10(g)(14), as pled herein;

o.   By failing to provide residents with a safe, clean, comfortable, and homelike environment, as required by 42 C.F.R. § 483.10(i), as pled herein;

p.   By failing to provide housekeeping and maintenance services necessary to maintain a sanitary, orderly, and comfortable interior, as require by 42 C.F.R. § 483.10(i)(2), as pled herein;

q.   By discouraging residents from communicating with federal, state, or local officials, as prohibited by 42 C.F.R. § 483.10(k), as pled herein;

r.   By failing to conduct a comprehensive assessment for the Plaintiffs' Decedents after significant changes in their condition, as required by 42 C.F.R. § 483.20, as pled herein;

s.   By failing to ensure all residents, including the Plaintiffs' Decedents, received the necessary care and services to attain or maintain the highest practicable qualify of life, including physical, mental, and psychosocial well-being, as required by 42 C.F.R. § 483.24, as pled herein;

t.   By failing to ensure all residents, including Plaintiffs' Decedents, received treatment and care in accordance with professional standards of practice, as required by 42 C.F.R. § 483.25, as pled herein;

u.   By failing to have sufficient nursing staff with the appropriate competencies and skill sets to provide nursing and related services to assure resident safety and attain or maintain the highest practicable physical, mental, and psychosocial well-being, as determined by resident assessments and individual plans of care and considering the number, acuity and diagnoses of the facility's resident population, as required by 42 C.F.R. § 483.35, as pled herein;

v.   By failing to provide nursing services by sufficient registered nurses on a 24-hour basis to the Plaintiffs'

Decedents in accordance with their care plans, as required by 42 C.F.R. § 483.35(b), as pled herein;

w. By failing to obtain diagnostic services to meet the needs of its residents, as required by 42 C.F.R. § 483.50(b), as pled herein;

x. By failing to administer the Brighton facility in a manner that enabled it to use its resources effectively and efficiently to attain or maintain the highest practicable physical, mental, and psychosocial well-being of each resident, as required by 42 C.F.R. § 483.70, as pled herein;

y. By failing to operate and provide services in compliance with all applicable Federal, State, and local laws, regulations, and codes, and with accepted professional standards and principles, as required by 42 C.F.R. § 483.70, as pled herein;

z. By failing to conduct and document a facility-wide assessment to determine what resources were necessary to care for the facility's residents competently during both day-to-day operations and emergencies; to review and update this assessment whenever there was any change that would require a substantial modification to any part of this assessment; and for this assessment to include the care required by the resident population considering the types of diseases and overall acuity present within that population, as required by 42 C.F.R. § 483.70(e), as pled herein;

aa. By failing to establish and maintain an emergency preparedness plan that meets the requirements of 42 C.F.R. § 483.73, as pled herein;

bb. By failing to establish and maintain an infection prevention and control program designed to provide a safe, sanitary, and comfortable environment and to help prevent the development and transmission of communicable diseases and infection, as required 42 C.F.R. § 483.80, as pled herein;

cc. By failing to establish a system for preventing, identifying, reporting, investigating, and controlling infections and communicable diseases for all residents, staff, volunteers, and visitors, as required by 42 C.F.R. § 483.80(a)(1), as pled herein;

66

dd. By failing to establish a system of surveillance designed to identify possible communicable diseases or infections before they can spread to other persons in the facility, as required by 42 C.F.R. § 483.80(a)(2)(i), as pled herein;

ee. By failing to establish a system which specified standard and transmission-based precautions to be followed to prevent spread of infections, as required by 42 C.F.R. § 483.80(a)(2)(iii), as pled herein;

ff. By failing to establish a system which specified when and how isolation should be used for a resident, including the type and duration of the isolation, as required by 42 C.F.R. § 483.80(a)(2)(iv), as pled herein; and,

gg. By failing to establish a system which specified the circumstances under which the facility must prohibit employees with a communicable disease from direct contact with residents, if direct contract will transmit the disease, as required by 42 C.F.R. § 483.80(a)(2)(v), as pled herein;

hh. By failing to inform residents and their families of COVID-19 occurrences in the facility, as required by 42 C.F.R. § 483.80(g)(3) as pled herein;

ii. By failing to provide a safe, functional, sanitary, and comfortable environment to residents, staff, and the public, as required by 42 C.F.R. § 483.90, as pled herein;

jj. By failing to develop, implement, and maintain an effective training program for all new and existing staff, individuals providing services under a contractual arrangement, and volunteers, as required by 42 C.F.R. § 483.95, as pled herein; and,

kk. By failing to include as part of its infection prevention and control program mandatory training that includes the written standards, policies, and procedures for the program, as required by 42 C.F.R. § 483.95(e), as pled herein.

426. As a direct and proximate result of the negligent acts and omissions of Comprehensive Healthcare Management Services, LLC, as set forth above, Brighton's caregiving staff was less able to contain and control the spread of COVID within Brighton's walls.

427.   As a direct and proximate result of the negligent acts and omissions of Comprehensive Healthcare Management Services, LLC, as set forth above, the Plaintiffs' Decedents were exposed to and contracted COVID-19 and died.

428.   As a direct and proximate result of the negligent acts and omissions of Comprehensive Healthcare Management Services, LLC, as set forth above, the Plaintiffs' Decedents suffered the following damages:

a.   The Plaintiffs' Decedents experienced pain, suffering, infirmity, deterioration, debilitation, loss of enjoyment of life, anxiety, and isolation/confinement from contracting and being treated for COVID-19; and,

b.   The Plaintiffs' Decedents incurred hospital, medical, and nursing expenses to be treated for the COVID-19 virus and its sequelae and effects.

429.   Furthermore, because the negligence of Comprehensive Healthcare Management Services, LLC went beyond ordinary negligence into gross negligence, recklessness, and willful and wanton conduct, Plaintiffs are entitled to recover punitive damages.

WHEREFORE, Plaintiffs Jamie Worthy-Smith, Individually and as Administratrix of the Estate of Kim L. McCoy-Warford; Mark J. Lanton, Individually and as Administrator of the Estate of Gloria Lanton; Jacqueline Young, Individually and as Administratrix of the Estate of Marion Young; Brandy Hedger Individually and as Administratrix of the Estate of Rebecca Joy VanKirk; Keri Boyer Individually and as Administratrix of the Estate of Earl Denbow, Jr.; Denise Eldridge Individually and as Administratrix of the Estate of Virginia Eldridge; Tracy Mineo and Susan Fragomeni, Individually and as Co-Administratrixes of the Estate of Nancy Kemerer; Patricia Mazzocca and Barbara Macurak, Individually and as Co-Executrixes of the Estate of Ala Mazzocca; Christina Clavelli, Individually and as Administratrix of the Estate of Joseph "Randy" Clavelli; and Bobbie Johnson, Individually and as Administratrix of the Estate of Shirley M. Mike,

claim damages of Comprehensive Healthcare Management Services, LLC d/b/a Brighton Rehabilitation and Wellness Center, and demand compensatory and punitive damages from Comprehensive Healthcare Management Services, LLC d/b/a Brighton Rehabilitation and Wellness Center in an amount in excess of the jurisdictional arbitration limits, together with interest, and any other relief this Honorable Court deems appropriate.

## COUNT II

### VICARIOUS NEGLIGENCE – SURVIVAL

**Deceased Plaintiffs v. Comprehensive Healthcare Management Services, LLC
d/b/a Brighton Rehabilitation & Wellness Center**

430.    Plaintiffs incorporate all preceding paragraphs as if set forth more fully herein.

431.    Brighton Rehab employs individuals who work solely in a managerial and supervisory capacity, and who generally do not provide hands-on care to residents. These managerial and supervisory employees include (but are not limited to) positions such as the Administrator, Assistant Administrator, Medical Director, Director of Nursing, Assistant Director of Nursing, Infection Preventionist and Environmental Services Director.

432.    At all relevant times, Brighton Rehab acted by and through these managerial and supervisory agents, servants, and/or employees, who were then and there acting within the course and scope of their employment. Accordingly, Brighton Rehab is vicariously liable for any negligence of these managerial and supervisory agents, servants, and/or employees.

433.    This cause of action is limited to Brighton's vicarious liability for the negligence of only these managerial/supervisory employees who generally did not provide hands-on care to residents—including but not limited to the Administrator, Assistant Administrator, Director of Nursing, Assistant Director of Nursing, Infection Preventionist, and Environmental Services

Director. Plaintiffs do not seek to hold Brighton vicariously liable for the actions or inactions of Brighton's front-line caregiving nursing staff, whose members did the best they could to provide care in the dangerous environment created by Brighton and Brighton's management.

434.    Brighton's managerial and supervisory employees had the responsibility and authority to make decisions for the facility in areas such as: creating, setting, funding, and/or implementing budgets; creating and maintaining business relationships with related parties as defined by the Centers for Medicare and Medicaid Services ("CMS") that resulted in an undercapitalized and understaffed nursing home; hiring and training staff; monitoring resident acuity levels and staffing sufficiency to meet each resident's needs; admitting and discharging residents to and from the facility; and creating and enforcing Brighton's policies and procedures.

435.    Brighton's managerial and supervisory employees– such as the Administrator, Assistant Administrator, Director of Nursing, Assistant Director of Nursing, Infection Preventionist, and Environmental Services Director– had a duty to make these decisions and carry out these functions with reasonable and ordinary care.

436.    These types of managerial decisions had a direct impact on the quality of care Brighton provided to its residents.

437.    Brighton's managerial and supervisory staff had a duty to ensure that all persons providing resident care within Brighton were competent and adequately trained to provide reasonable care to Brighton's residents.

438.    Brighton's managerial and supervisory staff had a duty to formulate, adopt, and enforce rules and policies to ensure reasonable care for Brighton's residents.

439.   Brighton's managerial and supervisory staff had a duty to supervise the nursing and caregiving staff to ensure that Brighton's policies and procedures, and basic infection protocol, were being followed.

440.   Brighton's managerial and supervisory staff negligently, recklessly, carelessly, willfully, and wantonly breached their duties owed to the Deceased Plaintiffs in the following particulars:

a.   By failing to establish and maintain an infection prevention and control program ("IPCP") that provided a safe, sanitary and comfortable environment which prevented the development and transmission of communicable diseases and infections, namely the transmission of COVID-19, as pled herein;

b.   By failing to follow an infection prevention and control program ("IPCP") that provided a safe, sanitary and comfortable environment which prevented the development and transmission of communicable diseases and infections, namely the transmission of COVID-19, as pled herein;

c.   By failing to establish written standards, policies, and procedures for the above-mentioned IPCP, which should have specified a system of surveillance designed to identify possible communicable diseases before they can spread to other persons in the facility, to whom and when possible incidents of communicable disease or infections should be reported, precautions to be followed to prevent the spread of infections, when and how isolation should be used for a resident, and circumstances under which the facility must prohibit and prevent employees with communicable disease or infections from having direct contact with residents, as pled herein;

d.   By failing to follow standards, policies, and procedures for the above-mentioned IPCP, which should have specified a system of surveillance designed to identify possible communicable diseases before they can spread to other persons in the facility, to whom and when possible incidents of communicable disease or infections should be reported, precautions to be followed to prevent the spread of infections, when and how isolation should be used for a

71

resident, and circumstances under which the facility must prohibit and prevent employees with communicable disease or infections from having direct contact with residents, as pled herein;

e.  By failing to provide adequate training and education to caregiving staff on infection prevention and control, as pled herein;

f.  By failing to ensure all caregiving staff members attended proper training sessions and were properly trained on infection prevention and control, and by failing to ensure all staff were properly re-educated as required; as pled herein;

g.  By failing to truthfully communicate information to residents and their families about the spread of COVID-19 within the Brighton facility, so as to allow them to make informed decisions for the wellbeing of themselves and their loved ones in the Brighton facility, as pled herein;

h.  By failing to make certain social distancing was maintained by staff, as pled herein;

i.  By failing to properly store clean linens and soiled laundry, as pled herein;

j.  By failing to ensure all employees properly wore gloves and performed hand hygiene, as pled herein;

k.  By failing to ensure all employees properly used PPE and were trained on proper use of PPE, as pled herein;

l.  By failing to ensure all employees knew of and properly followed guidelines for sanitizing medical equipment in between uses on different residents, as pled herein;

m.  By choosing to keep Medicare and Medicaid funding as profit instead of staffing to meet CMS's expected nursing hours, as pled herein; and,

n.  By intentionally understaffing the facility, as pled herein.

441.  At all relevant times, Brighton's managerial and supervisory personnel had a duty to not violate the legal rights of any resident and to comply with all provisions of Title 28, Pa.

Administrative Code, Chapters 201 (General Operation of Long-Term Care Nursing Facilities) and 211 (Program Standards for Long-Term Care Nursing Facilities) and 42 C.F.R. §483 et seq. (Centers for Medicare & Medicaid Services, Department of Health and Human Services Requirements for Long Term Care Facilities).

442.    These state and federal regulations comprise part of the standard of care that facilities like Brighton must provide to its residents.

443.    These state and federal regulations are designed and intended to protect the interests of skilled nursing and long-term care residents such as the Plaintiffs' Decedents.

444.    These state and federal regulations are designed and intended to protect the interests of skilled nursing and long-term care residents against the hazards the Plaintiffs' Decedents encountered at Brighton and the type of harm they suffered – specifically, contracting viral infections from other residents and/or staff.

445.    Brighton's managerial and supervisory personnel negligently, recklessly, willfully, and wantonly violated these state and federal regulations in the following ways:

    a.    By the failure of Brighton's administrator to enforce regulations relative to the level of health care and safety of residents, as required by 28 Pa. Code § 201.18(e)(1), as pled herein;

    b.    By the failure of Brighton's administrator to develop and enforce adherence to policies and procedures to protect residents' rights, as required by 28 Pa. Code § 201.29(a), as pled herein;

    c.    By failing to adequately train staff in proper implementation of policies and procedures, as required by 28 Pa. Code § 201.29(d), as pled herein;

    d.    By failing to treat Plaintiffs' Decedents with consideration, respect, and full recognition of dignity and individuality, as required by 28 Pa. Code § 201.29(j), as pled herein;

73

e.    By failing to report to the appropriate health agencies and appropriate Division of Nursing Care Facilities filed office when a resident developed a reportable disease, as required by 28 Pa. Code § 211.1(a), as pled herein;

f.    By failing to design and implement resident care policies to ensure the Plaintiffs' Decedents total medical needs were met and that they were protected from infection, as required by 28 Pa. Code § 211.10(d), as pled herein;

g.    By failing to update the facility's resident care policies as necessary to meet the total medical and psychosocial needs of Brighton's residents, as required by 28 Pa. Code §211.10, as pled herein;

h.    By the director of nursing's failure to maintain standards of accepted nursing practice, as required by 28 Pa. Code §211.12(d)(1), as pled herein;

i.    By the director of nursing's failure to ensure the adequacy of the facility's nursing policy and procedure manuals, as required by 28 Pa. Code §211.12(d)(2), as pled herein;

j.    By the director of nursing's failure to ensure the adequacy of methods for coordination of nursing services with other resident services, as required by 28 Pa. Code §211.12(d)(3), as pled herein;

k.    By the director of nursing's failure to make proper recommendations for the number and levels of nursing personnel to be employed, as required by 28 Pa. Code §211.12(d)(4), as pled herein;

l.    By the director of nursing's failure to provide adequate general supervision, guidance, and assistance in implementing residents' personal health programs to assure that preventative measures, treatments, and other health services were properly carried out, as required by 28 Pa. Code §211.12(d)(5), as pled herein;

m.    By failing to protect and promote Plaintiffs' Decedents rights as residents, as required by 42 C.F.R. § 483.10, as pled herein;

n.   By failing to ensure that every resident, including Plaintiffs' Decedents and their representatives, could exercise his or her rights without interference, coercion, discrimination, or reprisal from the facility, as required by 42 C.F.R. § 483.10(b)(1), as pled herein;

o.   By failing to treat each resident with respect and dignity and care in a manner and in an environment that promotes maintenance or enhancement of his or her quality of life, as required by 42 C.F.R. § 483.10(a)(1), as pled herein;

p.   By failing to ensure all residents, including the Plaintiffs' Decedents, received the necessary care and services to attain or maintain the highest practicable qualify of life, including physical, mental, and psychosocial well-being, as required by 42 C.F.R. § 483.24, as pled herein;

q.   By failing to ensure all residents, including the Plaintiffs' Decedents, received treatment and care in accordance with professional standards of practice, as required by 42 C.F.R. § 483.25, as pled herein;

r.   By failing to establish and maintain an emergency preparedness plan that meets the minimum requirements, as set forth by 42 C.F.R. § 483.73, as pled herein;

s.   By failing to establish and maintain an infection prevention and control program designed to provide a safe, sanitary, and comfortable environment and to help prevent the development and transmission of communicable diseases and infection, as required 42 C.F.R. § 483.80, as pled herein;

t.   By failing to establish a system for preventing, identifying, reporting, investigating, and controlling infections and communicable diseases for all residents, staff, volunteers, visitors, as required by 42 C.F.R. § 483.80(a)(1), as pled herein;

u.   By failing to establish a system of surveillance designed to identify possible communicable diseases or infections before they can spread to other persons in the facility, as required by 42 C.F.R. § 483.80(a)(2)(i), as pled herein;

v.   By failing to establish a system which specified standard and transmission-based precautions to be followed to prevent

spread of infections, as required by 42 C.F.R. § 483.80(a)(2)(iii), as pled herein;

w. By failing to establish a system which specified when and how isolation should be used for a resident, including the type and duration of the isolation, as required by 42 C.F.R. § 483.80(a)(2)(iv), as pled herein; and,

x. By failing to establish a system which specified the circumstances under which the facility must prohibit employees with a communicable disease from direct contact with residents, if direct contract will transmit the disease, as required by 42 C.F.R. § 483.80(a)(2)(v), as pled herein; and,

y. By the failure of any designated Infection Preventionist(s) to administer the facility's IPCP in accordance with the requirements of 42 C.F.R. § 483.80, as pled herein.

446. As a direct and proximate result of the negligent acts and omissions of Brighton's managerial and supervisory personnel, as set forth above, Brighton's caregiving staff was less able to contain and control the spread of COVID-19 within Brighton's walls.

447. As a direct and proximate result of the negligent acts and omissions of Brighton's managerial and supervisory personnel, as set forth above, the Plaintiffs' Decedents were exposed to and contracted COVID-19.

448. As a direct and proximate result of the negligent acts and omissions of Brighton's managerial and supervisory personnel, as set forth above, the Plaintiffs' Decedents suffered the following damages:

a. Plaintiffs' Decedents experienced pain, suffering, infirmity, deterioration, debilitation, loss of enjoyment of life, anxiety, and isolation/confinement from contracting and being treated for COVID-19; and,

b. Plaintiffs' Decedents incurred hospital, medical, and nursing expenses to be treated for the COVID-19 virus and its sequelae and effects.

449.    Furthermore, because the negligence of Brighton's managerial and supervisory staff went beyond ordinary negligence into gross negligence, recklessness, and willful and wanton conduct, Plaintiffs are entitled to recover punitive damages.

450.    Defendant Comprehensive Healthcare Management Services, LLC d/b/a Brighton Rehabilitation and Wellness Center is vicariously liable for the negligent acts and omissions of its managerial and supervisory staff, as set forth above, and therefore for the damages claimed herein.

WHEREFORE, Plaintiffs Jamie Worthy-Smith, Individually and as Administratrix of the Estate of Kim L. McCoy-Warford; Mark J. Lanton, Individually and as Administrator of the Estate of Gloria Lanton; Jacqueline Young, Individually and as Administratrix of the Estate of Marion Young; Brandy Hedger Individually and as Administratrix of the Estate of Rebecca Joy VanKirk; Keri Boyer Individually and as Administratrix of the Estate of Earl Denbow, Jr.; Denise Eldridge Individually and as Administratrix of the Estate of Virginia Eldridge; Tracy Mineo and Susan Fragomeni, Individually and as Co-Administratrixes of the Estate of Nancy Kemerer; Patricia Mazzocca and Barbara Macurak, Individually and as Co-Executrixes of the Estate of Ala Mazzocca; Christina Clavelli, Individually and as Administratrix of the Estate of Joseph "Randy" Clavelli; and Bobbie Johnson, Individually and as Administratrix of the Estate of Shirley M. Mike, claim damages of Comprehensive Healthcare Management Services, LLC d/b/a Brighton Rehabilitation and Wellness Center, and demand compensatory and punitive damages from Comprehensive Healthcare Management Services, LLC d/b/a Brighton Rehabilitation and Wellness Center in an amount in excess of the jurisdictional arbitration limits, together with interest, and any other relief this Honorable Court deems appropriate.

## COUNT III

## DR. THIMONS' NEGLIGENCE – SURVIVAL

### Deceased Plaintiffs v. Dr. David G Thimons, D.O.

451.    Plaintiffs incorporate all preceding paragraphs as if set forth more fully herein.

452.    At all relevant times, David G Thimons, D.O. acted within the course and scope of his employment or agency as the Medical Director of Brighton Rehabilitation and Wellness Center.

453.    Defendant Dr. Thimons had a duty to act prudently and to provide reasonable and ordinary care and care services to Plaintiffs' Decedents and all other Brighton Residents.

454.    Defendant Dr. Thimons had a duty to coordinate all medical care provided in the facility and to ensure the adequacy and appropriateness of the medical services provided to the residents.

455.    Defendant Dr. Thimons had a duty to formulate, implement, and enforce adequate rules and policies to ensure quality care for Brighton's residents.

456.    Defendant Dr. Thimons negligently, recklessly, willfully, and wantonly breached his duties owed to Plaintiffs in the following ways:

      a.      By failing to provide adequate training and education to caregiving staff on infection prevention and control, as pled herein;

      b.      By failing to ensure all caregiving staff members attended appropriate trainings and were properly trained on infection prevention and control, and by failing to ensure all staff were properly re-educated as required, as pled herein;

      c.      By failing to truthfully communicate information to residents and their families about the spread of COVID-19 within the Brighton facility, so as to allow them to make informed decisions for the wellbeing of their loved ones in the Brighton facility, as pled herein;

78

d.     By failing to make certain social distancing was maintained by staff, as pled herein;

e.     By failing to properly store clean linens and soiled laundry, as pled herein;

f.     By failing to ensure all employees properly wear gloves and perform hand hygiene, as pled herein;

g.     By failing to ensure all employees properly used PPE and were trained on proper use of PPE, as pled herein; and,

h.     By failing to ensure all employees knew of and properly followed guidelines for sanitizing medical equipment in between uses on different residents, as pled herein.

457.     At all relevant times, Dr. Thimons, as the Medical Director of the Brighton facility had a duty to not violate the legal rights of any resident and to comply with all provisions of Title 28, Pa. Administrative Code, Chapters 201 (General Operation of Long-Term Care Nursing Facilities) and 211 (Program Standards for Long-Term Care Nursing Facilities) and 42 C.F.R. §483 et seq. (Centers for Medicare & Medicaid Services, Department of Health and Human Services Requirements for Long Term Care Facilities).

458.     These state and federal regulations comprise part of the standard of care that facilities like Brighton must provide to its residents.

459.     These state and federal regulations are designed and intended to protect the interests of skilled nursing and long-term care residents such as the Plaintiffs' Decedents.

460.     These state and federal regulations are designed and intended to protect the interests of skilled nursing and long-term care residents against the hazards the Plaintiffs' Decedents encountered at Brighton and the type of harm and death they suffered – specifically, contracting viral infections from other residents and/or staff.

79

461.    Defendant Dr. Thimons negligently, recklessly, willfully, and wantonly violated these state and federal regulations in the following ways:

a.    By failing to ensure the adequacy and appropriateness of the medical services provided to Brighton's residents, as required by 28 Pa. Code § 211.2(c), as pled herein;

b.    By failing to review incidents occurring in the Brighton facility and address the health and safety hazards of the facility, as required by 28 Pa. Code § 211.2(d)(1), as pled herein;

c.    By failing to provide appropriate information to Brighton's Administrator to help ensure a safe and sanitary environment for residents and personnel, as required by 28 Pa. Code § 211.2(d)(1), as pled herein;

d.    By failing to properly implement resident care policies, as required by 42 C.F.R. 483.70(h), as pled herein; and,

e.    By failing to coordinate medical care in the Brighton facility, as required by 42 C.F.R. § 483.70(h), as pled herein.

462.    As a direct and proximate result of the negligent, reckless, willful and wanton actions and inactions of Dr. Thimons, as set forth above, the Plaintiffs' Decedents suffered the following damages:

a.    Plaintiffs' Decedents experienced pain, suffering, infirmity, deterioration, debilitation, loss of enjoyment of life, anxiety, and isolation/confinement from contracting and being treated for COVID-19; and,

b.    They incurred hospital, medical, and nursing expenses to be treated for the COVID-19 virus and its sequelae and effects.

463.    Furthermore, because the negligence of Dr. Thimons went beyond ordinary negligence into gross negligence, recklessness, and willful and wanton conduct, Plaintiffs are entitled to recover punitive damages.

464.    Defendant Comprehensive Healthcare Management Services, LLC d/b/a Brighton Rehabilitation and Wellness Center is vicariously liable for the acts and omissions of Dr. Thimons,

as set forth in this Count, and are therefore jointly and severally liable for the damages claimed herein.

WHEREFORE, Plaintiffs Jamie Worthy-Smith, Individually and as Administratrix of the Estate of Kim L. McCoy-Warford; Mark J. Lanton, Individually and as Administrator of the Estate of Gloria Lanton; Jacqueline Young, Individually and as Administratrix of the Estate of Marion Young; Brandy Hedger Individually and as Administratrix of the Estate of Rebecca Joy VanKirk; Keri Boyer Individually and as Administratrix of the Estate of Earl Denbow, Jr.; Denise Eldridge Individually and as Administratrix of the Estate of Virginia Eldridge; Tracy Mineo and Susan Fragomeni, Individually and as Co-Administratrixes of the Estate of Nancy Kemerer; Patricia Mazzocca and Barbara Macurak, Individually and as Co-Executrixes of the Estate of Ala Mazzocca; Christina Clavelli, Individually and as Administratrix of the Estate of Joseph "Randy" Clavelli; and Bobbie Johnson, Individually and as Administratrix of the Estate of Shirley M. Mike, claim damages of Comprehensive Healthcare Management Services, LLC d/b/a Brighton Rehabilitation and Wellness Center, and demand compensatory and punitive damages from David G. Thimons, D.O. in an amount in excess of the jurisdictional arbitration limits, together with interest, and any other relief this Honorable Court deems appropriate.

## COUNT IV

## WRONGFUL DEATH

### Deceased Plaintiffs v. Comprehensive Healthcare Management Services, LLC d/b/a Brighton Rehabilitation and Wellness Center and David G. Thimons, D.O.

465.    Plaintiffs incorporate all preceding paragraphs as if set forth more fully herein.

466.    As a direct and proximate result of the negligent, reckless, willful and wanton conduct of Comprehensive Healthcare Management Services, LLC; its managerial and

supervisory staff; and David G. Thimons, D.O., as set forth more fully in Counts I-III, Plaintiffs

Kim L. McCoy-Warford; Gloria Lanton; Marion Young; Rebecca Joy VanKirk; Earl Denbow, Jr.;

Virginia Eldridge; Nancy Kemerer; Ala Mazzocca; Joseph "Randy" Clavelli and Shirley M. Mike

died due to complications caused by the COVID-19 virus.

467.     As a direct and proximate result of the negligent, reckless, willful and wanton

conduct of Comprehensive Healthcare Management Services, LLC; its managerial and

supervisory staff; and David G. Thimons, D.O., as set forth more fully in Counts I-III, Plaintiffs'

Decedents' Wrongful Death Beneficiaries have suffered the following injuries and damages:

      a.     They have incurred expenses for the funeral and burial/internment/cremation of the decedents;

      b.     They have incurred expenses for the hospital, medical, and nursing treatment of the decedents; and,

      c.     They have lost and forever been denied the companionship, comfort, assistance, protection, guidance, counseling, society, support, and services of their loved ones Kim L. McCoy-Warford; Gloria Lanton; Marion Young; Rebecca Joy VanKirk; Earl Denbow, Jr.; Virginia Eldridge; Nancy Kemerer; Ala Mazzocca; Joseph "Randy" Clavelli and Shirley M. Mike.

WHEREFORE, Plaintiffs Jamie Worthy-Smith, Individually and as Administratrix of the

Estate of Kim L. McCoy-Warford; Mark J. Lanton, Individually and as Administrator of the Estate

of Gloria Lanton; Jacqueline Young, Individually and as Administratrix of the Estate of Marion

Young; Brandy Hedger Individually and as Administratrix of the Estate of Rebecca Joy VanKirk;

Keri Boyer Individually and as Administratrix of the Estate of Earl Denbow, Jr.; Denise Eldridge

Individually and as Administratrix of the Estate of Virginia Eldridge; Tracy Mineo and Susan

Fragomeni, Individually and as Co-Administratrixes of the Estate of Nancy Kemerer; Patricia

Mazzocca and Barbara Macurak, Individually and as Co-Executrixes of the Estate of Ala

Mazzocca; Christina Clavelli, Individually and as Administratrix of the Estate of Joseph "Randy" Clavelli; and Bobbie Johnson, Individually and as Administratrix of the Estate of Shirley M. Mike, claim damages of Comprehensive Healthcare Management Services, LLC d/b/a Brighton Rehabilitation and Wellness Center, and demand compensatory and punitive damages from Defendants in an amount in excess of the jurisdictional arbitration limits, together with interest, costs of suit, and any other relief this Honorable Court deems appropriate.

## COUNT V

## CORPORATE NEGLIGENCE

### Living Plaintiffs v. Comprehensive Healthcare Management Services, LLC d/b/a Brighton Rehabilitation and Wellness Center

468.     Plaintiffs incorporate all preceding paragraphs as if set forth more fully herein.

469.     Comprehensive Healthcare Management Services, LLC exercised complete control over all aspects of the operation and management of the Brighton Rehab facility prior to and during the COVID outbreak at Brighton, including, but not limited to: creating, setting, funding, and/or implementing budgets; creating and maintaining business relationships with related parties as defined by the Centers for Medicare Services ("CMS") that resulted in an undercapitalized and understaffed nursing home; hiring and training caregiving staff; monitoring resident acuity levels and staffing sufficiently to meet each resident's needs; admitting and discharging residents to and from the facility; and creating and enforcing written policies and procedures to provide for the safety and well-being of all residents.

470.     Each of these managerial and operational functions had a direct impact on the quality of care provided to the Plaintiff Residents and other residents in the Brighton facility.

83

471.    Comprehensive Healthcare Management Services, LLC had a duty to act prudently, and had a duty to provide reasonable and ordinary care and care services to the Plaintiff Residents.

472.    Comprehensive Healthcare Management Services, LLC had a duty to provide caregiving staff with sufficient personal protective equipment, sanitation and hygiene products, and medical tools to prevent cross-contamination and the spread of infection to residents and other staff.

473.    Comprehensive Healthcare Management Services, LLC had a duty to ensure that all persons providing care within the Brighton facility were competent to provide that care.

474.    Comprehensive Healthcare Management Services, LLC had a duty to oversee all persons who practice medicine in the Brighton facility.

475.    Comprehensive Healthcare Management Services, LLC had a duty to formulate, adopt, and enforce adequate rules and policies to ensure quality care for residents of the Brighton facility, such as the Plaintiffs.

476.    Comprehensive Healthcare Management Services, LLC had a duty to ensure that the Brighton facility was sufficiently staffed to meet the needs of its residents.

477.    Comprehensive Healthcare Management Services, LLC negligently, recklessly, willfully and wantonly breached its duties owed to the Living Plaintiffs in the following ways:

        a.      By failing to establish and maintain an infection prevention and control program ("IPCP") that provided a safe, sanitary and comfortable environment which prevented the development and transmission of communicable diseases and infections, namely the transmission of COVID-19, as pled herein,

        b.      By failing to follow an infection prevention and control program ("IPCP") that provided a safe, sanitary and comfortable environment which prevented the development and transmission of communicable diseases and infections, namely the transmission of COVID-19, as pled herein,

c.    By failing to establish adequate written standards, policies, and procedures to identify possible communicable diseases in the Brighton facility before the infection could spread to other persons in the facility, as pled herein;

d.    By failing to follow written standards, policies, and procedures to identify possible communicable diseases in the Brighton facility before the infection could spread to other persons in the facility, as pled herein;

e.    By failing to establish adequate written standards, policies, and procedures that enumerate when possible incidents of communicable disease or infections should be reported, and who they should be reported to, as pled herein;

f.    By failing to follow written standards, policies, and procedures that enumerate when possible incidents of communicable disease or infections should be reported, and who they should be reported to, as pled herein

g.    By failing to establish adequate written standards, policies, and procedures for precautions and safeguards to prevent the spread of infection within the Brighton facility, as pled herein;

h.    By failing to follow written standards, policies, and procedures for precautions and safeguards to prevent the spread of infection within the Brighton facility, as pled herein;

i.    By failing to establish adequate written standards, policies, and procedures for when and how a resident with a communicable infection should be isolated from residents and other staff, as pled herein;

j.    By failing to follow written standards, policies, and procedures for when and how a resident with a communicable infection should be isolated from residents and other staff, as pled herein;

k.    By failing to establish adequate written standards, policies, and procedures for when and how a staff member with exposure to a communicable infection should be prevented from exposing residents and other staff, as pled herein;

l.  By failing to follow written standards, policies, and procedures for when and how a staff member with exposure to a communicable infection should be prevented from exposing residents and other staff, as pled herein;

m.  By failing to provide adequate training and education to caregiving staff on infection prevention and control, as pled herein;

n.  By failing to ensure all caregiving staff members attended and were properly trained on infection prevention and control, and by failing to ensure all staff were properly re-educated as required; as pled herein,

o.  By failing to ensure that Dr. David Thimons was properly overseeing the facility in providing care to residents, as pled herein;

p.  By failing to ensure that Dr. David Thimons was properly safeguarding that the quality of care provided met all applicable standards, as pled herein;

q.  By failing to ensure that Dr. David Thimons, was properly auditing infection control procedures in the Brighton facility, as required, as pled herein;

r.  By failing to accurately and/or truthfully communicate information to residents and their families about the spread of COVID-19 within the Brighton facility, so as to allow them to make informed decisions for the wellbeing of their loved ones in the Brighton facility, as pled herein;

s.  By failing to accurately and/or truthfully communicate with other medical providers and the Pennsylvania Department of Health about the spread of COVID-19 within the Brighton facility, as pled herein;

t.  By failing to request assistance from the proper authorities when it became apparent that COVID-19 was quickly spreading throughout the Brighton facility, as pled herein;

u.  By failing to test Brighton's residents and staff for COVID-19 so as to properly separate and isolate COVID-positive individuals from those who had not been exposed to the virus, as pled herein;

86

v.   By stopping testing and presuming that all residents and all staff were COVID-positive, instead of taking proper precautions to identify and isolate those residents and staff who had not yet contracted the virus, as pled herein;

w.   By failing to ensure that proper social distancing was maintained by Brighton's residents and staff, as pled herein;

x.   By failing to provide adequate supplies for residents and staff to wash their hands to prevent the spread of infection, as pled herein;

y.   By failing to ensure that sinks were accessible for residents and staff to wash their hands, as pled herein;

z.   By failing to ensure that all employees washed their hands regularly, as pled herein;

aa.  By failing to properly store biohazardous waste, as pled herein;

bb.  By failing to ensure that all employees wore gloves and changed their gloves when appropriate, as pled herein;

cc.  By failing to ensure that all employees had access to sufficient Personal Protective Equipment (PPE), as pled herein;

dd.  By failing to ensure that all staff was trained in the proper use of PPE, as pled herein;

ee.  By failing to ensure that all staff used PPE properly, as pled herein;

ff.  By failing to ensure all employees were trained on, and followed, guidelines for sanitizing medical equipment between uses with different residents, as pled herein;

gg.  By failing to create a clean and sanitary environment, the lack of which created the potential for cross-contamination and the spread of diseases and infections, as pled herein;

hh.  By failing to recognize and appreciate the extreme risk that COVID-19 posed to Brighton's residents, who—due to age, pre-existing conditions, and living arrangements—were

already some of the most vulnerable individuals in our communities, as pled herein;

ii.    By failing to create and implement a plan to house COVID-positive residents in an isolated unit of the Brighton facility to avoid exposing residents who were not COVID-positive, as pled herein;

jj.    By intentionally understaffing the Brighton facility in order to keep the surplus Medicare and Medicaid funding as revenue, which resulted in Brighton's nursing staff being unable to meet the needs of the facility's residents, as pled herein.

478. At all relevant times, Comprehensive Healthcare Management Services, LLC had a duty to not violate the legal rights of any resident, and had a duty to comply with all provisions of Title 28, Pa. Administrative Code, Chapters 201 (General Operation of Long-Term Care Nursing Facilities) and 211 (Program Standards for Long-Term Care Nursing Facilities) and 42 C.F.R. §483 et seq. (Centers for Medicare & Medicaid Services, Department of Health and Human Services Requirements for Long Term Care Facilities).

479. These regulations comprise part of the standard of care that facilities like Brighton must provide to its residents.

480. These regulations are designed and intended to protect the interests of skilled nursing and long-term care residents such as the Plaintiff Residents.

481. These regulations are designed and intended to protect the interests of skilled nursing and long-term care residents against the hazards the Plaintiff Residents encountered at Brighton and the type of harm they suffered – specifically, contracting viral infections from other residents and/or staff.

482. Comprehensive Healthcare Management Services, LLC negligently, recklessly, willfully and wantonly violated these regulations in the following ways:

a.   By the failure of an effective governing body to adopt and enforce rules for the health care and safety of the residents, as required by 28 Pa. Code § 201.18, as pled herein;

b.   By failing to conduct ongoing coordinated educational programs for the development and improvement of skills of the facility's personnel, including training related to problems, needs, and rights of the residents, as required by 28 Pa. Code § 201.20(a), as pled herein;

c.   By failing to conduct in-service training at least annually which includes infection prevention and control, as required by 28 Pa. Code §201.20(c), as pled herein;

d.   By admitting or re-admitting residents to the Brighton facility with disease in the communicable stage when the facility did not have the capability to care for the needs of the resident, as prohibited by 28 Pa. Code §201.24(d), as pled herein;

e.   By failing to adequately train staff in proper implementation of policies and procedures, as required by 28 Pa. Code § 201.29(d), as pled herein;

f.   By failing to treat Plaintiffs with consideration, respect, and full recognition of dignity and individuality, as required by 28 Pa. Code § 201.29(j), as pled herein;

g.   By failing to report to the appropriate health agencies and appropriate Division of Nursing Care Facilities filed office when a resident developed a reportable disease, as required by 28 Pa. Code § 211.1(a), as pled herein;

h.   By failing to design and implement resident care policies to ensure the Plaintiffs' total medical needs were met and that they were protected from infection, as required by 28 Pa. Code § 211.10(d), as pled herein;

i.   By failing to update the facility's resident care policies as necessary to meet the total medical and psychosocial needs of Brighton's residents, as required by 28 Pa. Code §211.10, as pled herein;

j.    By failing to provide nursing services by a sufficient number of nursing personnel on a 24-hour basis to meet the needs of all residents, as required by 28 Pa. Code § 211.12, as pled herein;

k.    By failing to protect and promote Plaintiffs' resident rights, as required by 42 C.F.R. § 483.10, as pled herein;

l.    By failing to treat each resident in a manner and in an environment that promoted maintenance or enhancement of his or her quality of life, as required by 42 C.F.R. § 483.10(a)(1), as pled herein;

m.    By failing to treat each resident with respect and dignity, as required by 42 C.F.R. § 483.10(e), as pled herein;

n.    By failing to immediately notify residents' representatives when there were significant changes in residents' physical statuses, as required by 42 C.F.R. § 483.10(g)(14), as pled herein;

o.    By failing to provide residents with a safe, clean, comfortable, and homelike environment, as required by 42 C.F.R. § 483.10(i), as pled herein;

p.    By failing to provide housekeeping and maintenance services necessary to maintain a sanitary, orderly, and comfortable interior, as require by 42 C.F.R. § 483.10(i)(2), as pled herein;

q.    By discouraging residents from communicating with federal, state, or local officials, as prohibited by 42 C.F.R. § 483.10(k), as pled herein;

r.    By failing to conduct a comprehensive assessment for the Plaintiff residents after significant changes in their condition, as required by 42 C.F.R. § 483.20, as pled herein;

s.    By failing to ensure all residents, including the Plaintiff residents, received the necessary care and services to attain or maintain the highest practicable qualify of life, including physical, mental, and psychosocial well-being, as required by 42 C.F.R. § 483.24, as pled herein;

t.    By failing to ensure all residents, including Plaintiffs, received treatment and care in accordance with professional

standards of practice, as required by 42 C.F.R. § 483.25, as pled herein;

u.    By failing to have sufficient nursing staff with the appropriate competencies and skill sets to provide nursing and related services to assure resident safety and attain or maintain the highest practicable physical, mental, and psychosocial well-being, as determined by resident assessments and individual plans of care and considering the number, acuity and diagnoses of the facility's resident population, as required by 42 C.F.R. § 483.35, as pled herein;

v.    By failing to provide nursing services by sufficient registered nurses on a 24-hour basis to the plaintiff residents in accordance with their care plans, as required by 42 C.F.R. § 483.35(b), as pled herein;

w.    By failing to obtain diagnostic services to meet the needs of its residents, as required by 42 C.F.R. § 483.50(b), as pled herein;

x.    By failing to administer the Brighton facility in a manner that enabled it to use its resources effectively and efficiently to attain or maintain the highest practicable physical, mental, and psychosocial well-being of each resident, as required by 42 C.F.R. § 483.70, as pled herein;

y.    By failing to operate and provide services in compliance with all applicable Federal, State, and local laws, regulations, and codes, and with accepted professional standards and principles, as required by 42 C.F.R. § 483.70, as pled herein;

z.    By failing to conduct and document a facility-wide assessment to determine what resources were necessary to care for the facility's residents competently during both day-to-day operations and emergencies and to review and update this assessment whenever there was any change that would require a substantial modification to any part of this assessment, and for this assessment to include the care required by the resident population considering the types of diseases and overall acuity present within that population, as required by 42 C.F.R. § 483.70(e), as pled herein;

aa.     By failing to establish and maintain an emergency preparedness plan that meets the requirements of 42 C.F.R. § 483.73, as pled herein;

bb.     By failing to establish and maintain an infection prevention and control program designed to provide a safe, sanitary, and comfortable environment and to help prevent the development and transmission of communicable diseases and infection, as required by 42 C.F.R. § 483.80, as pled herein;

cc.     By failing to establish a system for preventing, identifying, reporting, investigating, and controlling infections and communicable diseases for all residents, staff, volunteers, visitors, as required by 42 C.F.R. § 483.80(a)(1), as pled herein;

dd.     By failing to establish a system of surveillance designed to identify possible communicable diseases or infections before they can spread to other persons in the facility, as required by 42 C.F.R. § 483.80(a)(2)(i), as pled herein;

ee.     By failing to establish a system which specified standard and transmission-based precautions to be followed to prevent spread of infections, as required by 42 C.F.R. § 483.80(a)(2)(iii), as pled herein;

ff.     By failing to establish a system which specified when and how isolation should be used for a resident, including the type and duration of the isolation, as required by 42 C.F.R. § 483.80(a)(2)(iv), as pled herein; and,

gg.     By failing to establish a system which specified the circumstances under which the facility must prohibit employees with a communicable disease from direct contact with residents, if direct contract will transmit the disease, as required by 42 C.F.R. § 483.80(a)(2)(v), as pled herein;

hh.     By failing to inform residents and their families of COVID-19 occurrences in the facility, as required by 42 C.F.R. § 483.80(g)(3), as pled herein;

ii.     By failing to provide a safe, functional, sanitary, and comfortable environment to residents, staff, and the public, as required by 42 C.F.R. § 483.90, as pled herein;

jj.    By failing to develop, implement, and maintain an effective training program for all new and existing staff, individuals providing services under a contractual arrangement, and volunteers, as required by 42 C.F.R. § 483.95, as pled herein; and,

kk.    By failing to include as part of its infection prevention and control program mandatory training that includes the written standards, policies, and procedures for the program, as required by 42 C.F.R. § 483.95(e), as pled herein.

483.    As a direct and proximate result of the negligent acts and omissions of Comprehensive Healthcare Management Services, LLC, as set forth above, Brighton's caregiving staff was less able to contain and control the spread of COVID-19 within Brighton's walls.

484.    As a direct and proximate result of the negligent acts and omissions of Comprehensive Healthcare Management Services, LLC, as set forth above, the Plaintiff Residents were exposed to and contracted COVID-19.

485.    As a direct and proximate result of the negligent acts and omissions of Comprehensive Healthcare Management Services, LLC, as set forth above, the Plaintiff Residents suffered the following damages:

a.    The Plaintiff Residents have experienced and may continue to experience pain, suffering, infirmity, deterioration, debilitation, loss of enjoyment of life, anxiety, and isolation/confinement from contracting and being treated for COVID-19; and,

b.    The Plaintiff Residents have incurred and may continue to occur hospital, medical, and nursing expenses to be treated for the COVID-19 virus and its sequelae and effects.

486.    Furthermore, because the negligence of Comprehensive Healthcare Management Services, LLC went beyond ordinary negligence into gross negligence, recklessness, and willful and wanton conduct, Plaintiffs are entitled to recover punitive damages.

WHEREFORE, Plaintiffs Jodi Gill as Attorney-in-Fact of Glenn Oscar Gill; Kenneth Wright; Shelby Galton; Judith Marie as Guardian *Ad Litem* of Dorothy Umstead; and, Jamal Williams as Guardian *Ad Litem* of Lucille Williams claim damages of Comprehensive Healthcare Management Services, LLC d/b/a Brighton Rehabilitation and Wellness Center, and demand compensatory and punitive damages from the Defendant in an amount in excess of the jurisdictional arbitration limits, together with interest, and any other relief this Honorable Court deems appropriate.

## COUNT VI

### VICARIOUS NEGLIGENCE

### Living Plaintiffs v. Comprehensive Healthcare Management Services, LLC d/b/a Brighton Rehabilitation and Wellness Center

487.    Plaintiffs incorporates all preceding paragraphs herein as if set forth at length.

488.    Brighton Rehab employs individuals who work solely in a managerial and supervisory capacity, and who do not provide hands-on care to residents. These managerial and supervisory employees include positions such as the Administrator, Assistant Administrator, Medical Director, Director of Nursing, Infection Preventionist and Assistant Director of Nursing.

489.    At all relevant times, Brighton Rehab acted by and through these managerial and supervisory agents, servants, and/or employees, who were then and there acting within the course and scope of their employment. Accordingly, Brighton Rehab is vicariously liable for any negligence of these managerial and supervisory agents, servants, and/or employees.

490.    This cause of action is limited to Brighton's vicarious liability for the negligence of only these managerial/supervisory employees who did not provide hands-on care to residents—

94

such as the Administrator, Assistant Administrator, Director of Nursing, Assistant Director of Nursing, Infection Preventionist, and Environmental Services Director. Plaintiffs do not seek to hold Brighton vicariously liable for the actions or inactions of Brighton's front-line caregiving nursing staff, whose members did the best they could to provide care in the dangerous environment created by Brighton and Brighton's management.

491.    Brighton's managerial and supervisory employees had the responsibility and authority to make decisions for the facility in areas such as: creating, setting, funding, and/or implementing budgets; creating and maintaining business relationships with related parties as defined by the Centers for Medicare and Medicaid Services ("CMS") that resulted in an undercapitalized and understaffed nursing home; hiring and training staff; monitoring resident acuity levels and staffing sufficiency to meet each resident's needs; admitting and discharging residents to and from the facility; and creating and enforcing Brighton's policies and procedures.

492.    Brighton's managerial and supervisory employees – such as the Administrator, Assistant Administrator, Director of Nursing, Infection Preventionist, and Assistant Director of Nursing – had a duty to make these decisions and carry out these functions with reasonable and ordinary care.

493.    These types of managerial decisions had a direct impact on the quality of care Brighton provided to its residents.

494.    Brighton's managerial and supervisory staff had a duty to ensure that all persons providing resident care within Brighton were competent and adequately trained to provide reasonable care to Brighton's residents.

495.    Brighton's managerial and supervisory staff had a duty to formulate, adopt, and enforce rules and policies to ensure reasonable care for Brighton's residents.

95

496.    Brighton's managerial and supervisory staff had a duty to supervise the nursing and caregiving staff to ensure that Brighton's policies and procedures, and basic infection protocol, were being followed.

497.    Brighton's managerial and supervisory staff negligently, recklessly, carelessly, and willfully and wantonly breached their duties owed to the Plaintiffs in the following particulars:

a.    By failing to establish and maintain an infection prevention and control program ("IPCP") that provided a safe, sanitary and comfortable environment which prevented the development and transmission of communicable diseases and infections, namely the transmission of COVID-19, as pled herein;

b.    By failing to establish written standards, policies, and procedures for the above-mentioned IPCP, which should have specified a system of surveillance designed to identify possible communicable diseases before they can spread to other persons in the facility, to whom and when possible incidents of communicable disease or infections should be reported, precautions to be followed to prevent the spread of infections, when and how isolation should be used for a resident, and circumstances under which the facility must prohibit and prevent employees with communicable disease or infections from having direct contact with residents, as pled herein;

c.    By failing to provide adequate training and education to caregiving staff on infection prevention and control, as pled herein;

d.    By failing to ensure all caregiving staff members attended and were properly trained on infection prevention and control, and by failing to ensure all staff were properly re-educated as required, as pled herein;

e.    By failing to truthfully communicate information to residents and their families about the spread of COVID-19 within the Brighton facility, so as to allow them to make informed decisions for the wellbeing of their loved ones in the Brighton facility, as pled herein;

f.   By failing to make certain social distancing was maintained by staff, as pled herein;

g.   By failing to properly store clean linens and soiled laundry, as pled herein;

h.   By failing to ensure all employees properly wore gloves and performed hand hygiene, as pled herein;

i.   By failing to ensure all employees properly used PPE and were trained on proper use of PPE, as pled herein;

j.   By failing to ensure all employees knew of and properly followed guidelines for sanitizing medical equipment in between uses on different residents, as pled herein;

k.   By choosing to keep Medicare and Medicaid funding as profit instead of staffing to meet CMS's expected nursing hours, as pled herein; and,

l.   By intentionally understaffing the facility, as pled herein.

498.   At all relevant times, Brighton's managerial and supervisory personnel had a duty to not violate the legal rights of any resident and to comply with all provisions of Title 28, Pa. Administrative Code, Chapters 201 (General Operation of Long-Term Care Nursing Facilities) and 211 (Program Standards for Long-Term Care Nursing Facilities), and 42 C.F.R. §483 et seq. (Centers for Medicare & Medicaid Services, Department of Health and Human Services Requirements for Long Term Care Facilities).

499.   These state and federal regulations comprise part of the standard of care that facilities like Brighton must provide to its residents.

500.   These state and federal regulations are designed and intended to protect the interests of skilled nursing and long-term care residents such as the Plaintiff Residents.

501.   These state and federal regulations are designed and intended to protect the interests of skilled nursing and long-term care residents against the hazards the Plaintiff Residents

97

encountered at Brighton and the type of harm they suffered – specifically, contracting viral infections from other residents and/or staff.

502.    Brighton's managerial and supervisory personnel negligently, recklessly, carelessly, and willfully and wantonly violated these state and federal regulations in the following ways:

a.    By the failure of Brighton's administrator to enforce regulations relative to the level of health care and safety of residents, as required by 28 Pa. Code § 201.18(e)(1), as pled herein;

b.    By the failure of Brighton's administrator to develop and enforce adherence to policies and procedures to protect residents' rights, as required by 28 Pa. Code § 201.29(a), as pled herein;

c.    By failing to adequately train staff in proper implementation of policies and procedures, as required by 28 Pa. Code § 201.29(d), as pled herein;

d.    By failing to treat Plaintiffs with consideration, respect, and full recognition of dignity and individuality, as required by 28 Pa. Code § 201.29(j), as pled herein;

e.    By failing to report to the appropriate health agencies and appropriate Division of Nursing Care Facilities filed office when a resident developed a reportable disease, as required by 28 Pa. Code § 211.1(a), as pled herein;

f.    By failing to design and implement resident care policies to ensure the Plaintiffs' total medical needs were met and that they were protected from infection, as required by 28 Pa. Code § 211.10(d), as pled herein;

g.    By failing to update the facility's resident care policies as necessary to meet the total medical and psychosocial needs of Brighton's residents, as required by 28 Pa. Code §211.10, as pled herein;

h.   By the director of nursing's failure to maintain standards of accepted nursing practice, as required by 28 Pa. Code §211.12(d)(1), as pled herein;

i.   By the director of nursing's failure to ensure the adequacy of the facility's nursing policy and procedure manuals, as required by 28 Pa. Code §211.12(d)(2), as pled herein;

j.   By the director of nursing's failure to ensure the adequacy of methods for coordination of nursing services with other resident services, as required by 28 Pa. Code §211.12(d)(3), as pled herein;

k.   By the director of nursing's failure to make proper recommendations for the number and levels of nursing personnel to be employed, as required by 28 Pa. Code §211.12(d)(4), as pled herein;

l.   By the director of nursing's failing to provide adequate general supervision, guidance, and assistance in implementing residents' personal health programs to assure that preventative measures, treatments, and other health services were properly carried out, as required by 28 Pa. Code §211.12(d)(5), as pled herein;

m.   By failing to protect and promote Plaintiffs' rights as residents, as required by 42 C.F.R. § 483.10, as pled herein;

n.   By failing to ensure that every resident, including Plaintiffs and their representatives, could exercise his or her rights without interference, coercion, discrimination, or reprisal from the facility, as required by 42 C.F.R. § 483.10(b)(1), as pled herein;

o.   By failing to treat each resident with respect and dignity and care in a manner and in an environment that promotes maintenance or enhancement of his or her quality of life, as required by 42 C.F.R. § 483.10(a)(1), as pled herein;

p.   By failing to ensure all residents, including the Living Plaintiffs, received the necessary care and services to attain or maintain the highest practicable qualify of life, including physical, mental, and psychosocial well-being, as required by 42 C.F.R. § 483.24, as pled herein;

99

q.    By failing to ensure all residents, including the Living Plaintiffs, received treatment and care in accordance with professional standards of practice, as required by 42 C.F.R. § 483.25, as pled herein;

r.    By failing to establish and maintain an emergency preparedness plan that meets the minimum requirements, as set forth by 42 C.F.R. § 483.73, as pled herein;

s.    By failing to establish and maintain an infection prevention and control program designed to provide a safe, sanitary, and comfortable environment and to help prevent the development and transmission of communicable diseases and infection, as required by 42 C.F.R. § 483.80, as pled herein;

t.    By failing to establish a system for preventing, identifying, reporting, investigating, and controlling infections and communicable diseases for all residents, staff, volunteers, visitors, as required by 42 C.F.R. § 483.80(a)(1), as pled herein;

u.    By failing to establish a system of surveillance designed to identify possible communicable diseases or infections before they can spread to other persons in the facility, as required by 42 C.F.R. § 483.80(a)(2)(i), as pled herein;

v.    By failing to establish a system which specified standard and transmission-based precautions to be followed to prevent spread of infections, as required by 42 C.F.R. § 483.80(a)(2)(iii), as pled herein;

w.    By failing to establish a system which specified when and how isolation should be used for a resident, including the type and duration of the isolation, as required by 42 C.F.R. § 483.80(a)(2)(iv), as pled herein;

x.    By failing to establish a system which specified the circumstances under which the facility must prohibit employees with a communicable disease from direct contact with residents, if direct contract will transmit the disease, as required by 42 C.F.R. § 483.80(a)(2)(v), as pled herein; and,

y.    By the failure of any designated Infection Preventionist(s) to administer the facility's IPCP in accordance with the requirements of 42 C.F.R. § 483.80, as pled herein.

503.   As a direct and proximate result of the negligent acts and omissions of Brighton's managerial and supervisory personnel, as set forth above, Brighton's caregiving staff was less able to contain and control the spread of COVID within Brighton's walls.

504.   As a direct and proximate result of the negligent acts and omissions of Brighton's managerial and supervisory personnel, as set forth above, the Plaintiff Residents were exposed to and contracted COVID-19.

505.   As a direct and proximate result of the negligent acts and omissions of Brighton's managerial and supervisory personnel, as set forth above, the Plaintiff Residents suffered the following damages:

        a.    The Plaintiffs experienced and may continue to experience pain, suffering, infirmity, deterioration, debilitation, loss of enjoyment of life, anxiety, and isolation/confinement from contracting and being treated for COVID-19; and,

        b.    The Plaintiffs incurred and may continue to incur hospital, medical, and nursing expenses to be treated for the COVID-19 virus and its sequelae and effects.

506.   Furthermore, because the negligence of Brighton's managerial and supervisory staff went beyond ordinary negligence into gross negligence, recklessness, and willful and wanton conduct, Plaintiffs are entitled to recover punitive damages.

507.   Defendant Comprehensive Healthcare Management Services, LLC d/b/a Brighton Rehabilitation and Wellness Center is vicariously liable for the negligent acts and omissions of its managerial and supervisory staff, as set forth above, and therefore for the damages claimed herein.

WHEREFORE, Living Plaintiffs Jodi Gill as Attorney-in-Fact of Glenn Oscar Gill; Kenneth Wright; Shelby Galton; Judith Marie as Guardian *Ad Litem* of Dorothy Umstead; and, Jamal Williams as Guardian *Ad Litem* of Lucille Williams claim damages of Comprehensive

Healthcare Management Services, LLC d/b/a Brighton Rehabilitation and Wellness Center, and demand compensatory and punitive damages from the Defendant in an amount in excess of the jurisdictional arbitration limits, together with interest, and any other relief this Honorable Court deems appropriate.

<div align="center">

**COUNT VII**

**DR. THIMONS' NEGLIGENCE**

</div>

**Living Plaintiffs v. Dr. David G. Thimons, D.O. and Comprehensive Healthcare Management Services, LLC d/b/a Brighton Rehabilitation and Wellness Center**

508.    Plaintiffs incorporate all preceding paragraphs as if more fully set forth herein.

509.    At all relevant times, David G Thimons, D.O. acted within the course and scope of his employment or agency as the Medical Director of Brighton Rehabilitation and Wellness Center.

510.    Defendant Dr. Thimons had a duty to act prudently and to provide reasonable and ordinary care and care services to Plaintiffs and all other Brighton Residents.

511.    Defendant Dr. Thimons had a duty to oversee all persons who practice medicine within Brighton's facility.

512.    Defendant Dr. Thimons had a duty to formulate, adopt, and enforce adequate rules and policies to ensure quality care for Brighton's residents.

513.    Defendant Dr. Thimons negligently, recklessly, willfully and wantonly breached his duties owed to Plaintiffs in the following ways:

        a.    By failing to provide adequate training and education to caregiving staff on infection prevention and control, as pled herein;

<div align="center">

102

</div>

b.     By failing to ensure all caregiving staff members attended and were properly trained on infection prevention and control, and by failing to ensure all staff were properly re-educated as required, as pled herein;

c.     By failing to truthfully communicate information to residents and their families about the spread of COVID-19 within the Brighton facility, so as to allow them to make informed decisions for the wellbeing of themselves and their loved ones in the Brighton facility, as pled herein;

d.     By failing to make certain social distancing was maintained by staff, as pled herein;

e.     By failing to properly store clean linens and soiled laundry, as pled herein;

f.     By failing to ensure all employees properly wear gloves and perform hand hygiene, as pled herein;

g.     By failing to ensure all employees properly used PPE and were trained on proper use of PPE, as pled herein; and,

h.     By failing to ensure all employees knew of and properly followed guidelines for sanitizing medical equipment in between uses on different residents, as pled herein.

514.    At all relevant times, Dr. Thimons, as the Medical Director of the Brighton facility had a duty to not violate the legal rights of any resident and to comply with all provisions of Title 28, Pa. Administrative Code, Chapters 201 (General Operation of Long-Term Care Nursing Facilities) and 211 (Program Standards for Long-Term Care Nursing Facilities) and 42 C.F.R. §483 et seq. (Centers for Medicare & Medicaid Services, Department of Health and Human Services Requirements for Long Term Care Facilities).

515.    These state and federal regulations comprise part of the standard of care that facilities like Brighton must provide to its residents.

516.    These state and federal regulations are designed and intended to protect the interests of skilled nursing and long-term care residents such as the Plaintiff Residents.

103

517.    These state and federal regulations are designed and intended to protect the interests of skilled nursing and long-term care residents against the hazards the Plaintiff Residents encountered at Brighton and the type of harm they suffered – specifically, contracting viral infections from other residents and/or staff.

518.    Defendant Dr. Thimons negligently, recklessly, and willfully and wantonly violated these state and federal regulations in the following ways:

   a.    By failing to ensure the adequacy and appropriateness of the medical services provided to Brighton's residents, as required by 28 Pa. Code § 211.2(c), as pled herein;

   b.    By failing to review incidents occurring in the Brighton facility and address the health and safety hazards of the facility, as required by 28 Pa. Code § 211.2(d)(1), as pled herein;

   c.    By failing to provide appropriate information to Brighton's Administrator to help ensure a safe and sanitary environment for residents and personnel, as required by 28 Pa. Code § 211.2(d)(1), as pled herein;

   d.    By failing to properly implement resident care policies, as required by 42 C.F.R. 483.70(h), as pled herein; and,

   e.    By failing to coordinate medical care in the Brighton facility, as required by 42 C.F.R. § 483.70(h), as pled herein.

519.    As a direct and proximate result of the negligent, reckless, willful and wanton actions and inactions of Dr. Thimons, as set forth above, the Plaintiff Residents suffered the following damages:

   a.    The Plaintiffs experienced and may continue to experience pain, suffering, infirmity, deterioration, debilitation, loss of enjoyment of life, anxiety, and isolation/confinement from contracting and being treated for COVID-19; and,

   b.    The Plaintiffs incurred and may continue to incur hospital, medical, and nursing expenses to be treated for the COVID-19 virus and its sequelae and effects.

104

520.   Furthermore, because the negligence of Dr. Thimons went beyond ordinary negligence into gross negligence, recklessness, and willful and wanton conduct, Plaintiffs are entitled to recover punitive damages.

521.   Defendant Comprehensive Healthcare Management Services, LLC d/b/a Brighton Rehabilitation and Wellness Center is vicariously liable for the acts and omissions of Dr. Thimons, as set forth in this Count, and are therefore jointly and severally liable for the damages claimed herein.

WHEREFORE, Living Plaintiffs Jodi Gill as Attorney-in-Fact of Glenn Oscar Gill; Kenneth Wright; Shelby Galton; Judith Marie as Guardian *Ad Litem* of Dorothy Umstead; and, Jamal Williams as Guardian *Ad Litem* of Lucille Williams claim damages of Comprehensive Healthcare Management Services, LLC d/b/a Brighton Rehabilitation and Wellness Center, and demand compensatory and punitive damages from the Defendant in an amount in excess of the jurisdictional arbitration limits, together with interest, and any other relief this Honorable Court deems appropriate.

**A JURY TRIAL IS DEMANDED.**                     Respectfully submitted,

ROBERT PEIRCE & ASSOCIATES, P.C.

By:_____
      ROBERT F. DALEY, ESQUIRE

By:_____
      ELIZABETH CHIAPPETTA, ESQUIRE

MASSA BUTLER GIGLIONE

By:_____
      PETER D. GIGLIONE, ESQUIRE

McMILLEN URICK TOCCI & JONES

By:_____
      KELLY M. TOCCI, ESQUIRE

## Declaration of Tremella Celestin

1.       I am Tremella Celestin, an adult residing in Houma, Louisiana.

2.       From approximately January 2020 until May 24, 2020, I was a Certified Nursing Assistant at Brighton Rehabilitation and Wellness Center in Beaver County, Pennsylvania, working the 3 p.m. to 11 p.m. shift on the 4 Main unit.

3.       I have been certified as a Nursing Assistant since 1995.

4.       Even though I was never a Pennsylvania resident, I was recruited along with others from my home state to work at Brighton by individuals who I believe owned the facility.

5.       From February 2020 until the end of April or early May 2020, I never saw anyone from the Pennsylvania Department of Health in Brighton.

6.       After the inspectors left, I overheard Brighton's Director of Nursing tell the facility's Social Worker that the Department of Health provided them 21 days to correct the infection control problems there, or the Department would take over its operation.

7.       Beginning sometime in March of 2020, facility management kept a list of all COVID-positive residents, which could be accessed by staff members.

8.       While I worked at Brighton, there was no widespread testing of residents for COVID-19; only residents who displayed symptoms were tested.

9.       Even after residents at Brighton received COVID-19 positive diagnoses in March of 2020, we did not isolate or separate COVID-positive and COVID-negative residents until around May 21, 2020.

10.      Similarly, the same staff members, including me, were assigned to care for COVID-positive and COVID-negative residents at the same time, before Personal Protective Equipment ("PPE") was issued.

1

**EXHIBIT**

**1**

11.     Neither staff nor residents were consistently provided with PPE until the Pennsylvania National Guard arrived at Brighton around May 11, 2020.

12.     At no point was I provided with any type of in-service training related to infection prevention, precautions, or facility protocols, even though I and other nurse aides were provided with paperwork indicating that we had received training related to infections and other topics.

13.     Brighton was also understaffed during my employment. I was normally required to care for forty or more residents during the 3-11 shift. I was unable to properly do my job because of this. Residents who required assistance with mobility (including turning and repositioning in their beds and chairs to prevent pressure wounds) were not timely provided it; I could not assist residents to the bathroom in a timely manner; and could not timely respond to call lights.

14.     Even though care was not properly provided to the residents, someone at Brighton would complete the Activities of Daily Living records indicating that care was in fact properly provided.

15.     Additionally, many resident call lights were not functional at all, so if residents pushed the button, the light above their room would not activate. When the Pennsylvania National Guard arrived, they began to repair the broken lights.

16.     I affirm, under penalty of perjury, that the information contained within this Declaration is true and correct to the best of my knowledge, information, and belief.

Date: June 24, 2020

Tremella Celestin

2

### Declaration of Tremella Celestin

1.      I am Tremella Celestin, an adult residing in Houma, Louisiana.

2.      From approximately January 2020 until May 24, 2020, I was a Certified Nursing Assistant at Brighton Rehabilitation and Wellness Center in Beaver County, Pennsylvania, working the 3 p.m. to 11 p.m. shift on the 4 Main unit.

3.      I have been certified as a Nursing Assistant since 1995.

4.      Even though I was never a Pennsylvania resident, I was recruited along with others from my home state to work at Brighton by individuals who I believe owned the facility.

5.      Ala Mazzocca was one of the residents to whom I was frequently assigned at Brighton, on the unit known as 4 Main.

6.      Beginning sometime in March of 2020, facility management kept a list of all COVID-positive residents, which could be accessed by staff members.

7.      Ms. Mazzocca was on the list of COVID-positive residents, even though it is my understanding that her family was told that she was not COVID-positive.

8.      While I worked at Brighton, there was no widespread testing of residents for COVID-19; only residents who displayed symptoms were tested.

9.      Even after residents at Brighton received COVID-19 positive diagnoses in March of 2020, we did not isolate or separate COVID-positive and COVID-negative residents until around May 21, 2020.

1

10.     Similarly, the same staff members, including me, were assigned to care for COVID-positive and COVID-negative residents at the same time, before Personal Protective Equipment ("PPE") was issued.

11.     Neither staff nor residents were consistently provided with PPE until the Pennsylvania National Guard arrived at Brighton around May 11, 2020.

12.     Before she tested as COVID-positive, Ms. Mazzocca shared a room with at least one COVID-positive resident.

13.     I was not present when Ms. Mazzocca died, but I was informed by a co-worker that Ms. Mazzocca died of pneumonia.  However, I do not recall her ever being diagnosed with pneumonia.

14.     Within a few days of her death, Ms. Mazzocca also fell at Brighton; I do not believe that the fall was documented, investigated, that neuro checks were performed on Ms. Mazzocca, or that her family was informed of the fall.

15.     At no point was I provided with any type of in-service training related to infection prevention, precautions, or facility protocols, even though I and other nurse aides were provided with paperwork indicating that we had received training related to infections and other topics.

16.     Brighton was also understaffed during my employment.  I was normally required to care for forty or more residents during the 3-11 shift.  I was unable to properly do my job because of this.  Residents who required assistance with mobility (including turning and repositioning in their beds and chairs to prevent pressure wounds) were not timely provided it; I could not assist residents to the bathroom in a timely manner; and I could not timely respond to call lights.

2

17.     Even though care was not properly provided to the residents, someone at Brighton would complete the Activities of Daily Living records indicating that care was in fact properly provided.

18.     Additionally, many resident call lights were not functional at all, so if residents pushed the button, the light above their room would not activate.  When the Pennsylvania National Guard arrived, they began to repair the broken lights.

19.     I witnessed numerous residents die from COVID-related health problems.  I was required to assist with placing toe tags on deceased residents and putting them into body bags.

20.     I affirm, under penalty of perjury, that the information contained within this Declaration is true and correct to the best of my knowledge, information, and belief.

Date: June 14, 2020

Tremella Celestin

3

PRINTED: 9/8/2020
FORM APPROVED
2567-L

DEPARTMENT OF HEALTH AND HUMAN SERVICES
HEALTH CARE FINANCING ADMINISTRATION

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION (POC) | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: 395015 | (X2) MULTIPLE CONSTRUCTION: A. BLDG: __00__ B. WING: _____ | (X3) DATE SURVEY COMPLETED: 04/17/2020 |
|---|---|---|---|

| NAME OF PROVIDER OR SUPPLIER: **BRIGHTON REHABILITATION AND WELLNESS CENTER** STATE LICENSE NUMBER: **020802** | STREET ADDRESS, CITY, STATE, ZIP CODE: **246 FRIENDSHIP CIRCLE BEAVER, PA 15009** |
|---|---|

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE | (X5) COMPLETE DATE |
|---|---|---|---|---|
| F 0000 | INITIAL COMMENT | F 0000 | | |
| | Based on an Abbreviated Survey in response to a complaint, completed on April 17, 2020, it was determined that Brighton Rehabilitation and Wellness Center was not in compliance with the following requirements of 42 CFR Part 483, Subpart B, Requirements for Long Term Care Facilities and the 28 Pa. Code, Commonwealth of Pennsylvania Long Term Care Licensure Regulations. | | | |
| F 0880 SS=E | | F 0880 | | |

**EXHIBIT
2**

| LABORATORY DIRECTOR'S OR PROVIDER/SUPPLIER REPRESENTATIVE'S SIGNATURE | TITLE: | (X6) DATE: |
|---|---|---|

Any deficiency statement ending with an asterisk (*) denotes a deficiency which may be excused from correction providing it is determined that other safeguards provide sufficient protection to the patients. The findings stated above are disclosable whether or not a plan of correction is provided. The findings are disclosable within 14 days after such information is made available to the facility. If deficiencies are cited, an approved plan of correction is requisite to continued program participation.

This form is a printed electronic version of the CMS 2567L. It contains all the information found on the standard document in much the same form. This electronic form once printed and signed by the facility administrator and appropriately posted will satisfy the CMS requirement to post survey information found on the CMS 2567L.

DEPARTMENT OF HEALTH AND HUMAN SERVICES
HEALTH CARE FINANCING ADMINISTRATION

Case 2:20-cv-01754-CB   Document 1-2   Filed 11/12/20   Page 120 of 285

PRINTED: 9/8/2020
FORM APPROVED
2567-L

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION (POC) | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: 395015 | (X2) MULTIPLE CONSTRUCTION: A. BLDG: 00 B. WING: | (X3) DATE SURVEY COMPLETED: 04/17/2020 |
|---|---|---|---|

NAME OF PROVIDER OR SUPPLIER:
**BRIGHTON REHABILITATION AND WELLNESS CENTER**

STATE LICENSE NUMBER: **020802**

STREET ADDRESS, CITY, STATE, ZIP CODE:
**246 FRIENDSHIP CIRCLE
BEAVER, PA 15009**

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE | (X5) COMPLETE DATE |
|---|---|---|---|---|
| F 0880 SS=E | Continued from page 1

483.80(a)(1)(2)(4)(e)(f) Infection Prevention & Control

§483.80 Infection Control
The facility must establish and maintain an infection prevention and control program designed to provide a safe, sanitary and comfortable environment and to help prevent the development and transmission of communicable diseases and infections.

§483.80(a) Infection prevention and control program.
The facility must establish an infection prevention and control program (IPCP) that must include, at a minimum, the following elements:

§483.80(a)(1) A system for preventing, identifying, reporting, investigating, and controlling infections and communicable diseases for all residents, staff, volunteers, visitors, and other individuals providing services under a contractual arrangement based upon the facility assessment conducted according to §483.70(e) and following accepted national standards;

§483.80(a)(2) Written standards, policies, and procedures for the program, which must include, but are not limited to:
(i) A system of surveillance designed to identify possible communicable diseases or infections before they can spread to other persons in the facility;
(ii) When and to whom possible incidents of communicable disease or infections should be reported; | F 0880 | Preparation, submission, and implementation of this plan of correction does not constitute an admission of or agreement with the facts and conclusion set forth on the survey report. Our plan of correction is prepared and executed to continuously improve the quality of care and to comply with all state and federal regulatory requirements.

The facility cannot retroactively correct the failed social distancing observed by staff, failed use of gloves, and failed hand hygiene. All sinks have been made accessible and provided with appropriate supplies for the performance of hand hygiene. All soiled linens have been appropriately placed and clean linens appropriately stored. All biohazardous waste has been properly discarded.

Comprehensive environmental rounds have been completed to identify needs and create a clean and sanitary environment. Employee #26 has been re-educated on proper | Completion Date: 06/08/2020 Status: APPROVED Date: 06/03/2020 |

DEPARTMENT OF HEALTH AND HUMAN SERVICES
HEALTH CARE FINANCING ADMINISTRATION

PRINTED: 9/8/2020
FORM APPROVED
2567-L

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION (POC) | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: 395015 | (X2) MULTIPLE CONSTRUCTION: A. BLDG: __00__ B. WING: _____ | (X3) DATE SURVEY COMPLETED: 04/17/2020 |
|---|---|---|---|

| NAME OF PROVIDER OR SUPPLIER: BRIGHTON REHABILITATION AND WELLNESS CENTER | STREET ADDRESS, CITY, STATE, ZIP CODE: 246 FRIENDSHIP CIRCLE BEAVER, PA 15009 |
|---|---|

STATE LICENSE NUMBER: 020802

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE | (X5) COMPLETE DATE |
|---|---|---|---|---|
| F 0880 SS=E | Continued from page 2 | F 0880 | | |

(iii) Standard and transmission-based precautions to be followed to prevent spread of infections;
(iv)When and how isolation should be used for a resident; including but not limited to:
(A) The type and duration of the isolation, depending upon the infectious agent or organism involved, and
(B) A requirement that the isolation should be the least restrictive possible for the resident under the circumstances.
(v) The circumstances under which the facility must prohibit employees with a communicable disease or infected skin lesions from direct contact with residents or their food, if direct contact will transmit the disease; and
(vi)The hand hygiene procedures to be followed by staff involved in direct resident contact.

§483.80(a)(4) A system for recording incidents identified under the facility's IPCP and the corrective actions taken by the facility.

§483.80(e) Linens.
Personnel must handle, store, process, and transport linens so as to prevent the spread of infection.

§483.80(f) Annual review.
The facility will conduct an annual review of its IPCP and update their program, as necessary.

This REQUIREMENT is not met as evidenced by:

infection control practices for prevention of cross contamination and transmission of infectious diseases by DON/designee. Existing clean and dirty linen barrels will be replaced with new covered linen carts and soiled linen hampers with lids.

All facility staff have been re-educated by DON/designee on the social distancing policy and procedure, hand hygiene policy and procedure, proper use of PPE's to include gloves, proper storage of bio-hazardous materials, and maintenance of a clean and sanitary environment to prevent cross contamination and the spread of diseases and infections. All nursing and housekeeping staff have been re-educated by the DON/ Environmental Services Director/designee on the proper handling of clean and dirty linens. All housekeeping staff have been re-educated by the Environmental Services Director/designee on maintaining accessibility to all sinks

DEPARTMENT OF HEALTH AND HUMAN SERVICES
HEALTH CARE FINANCING ADMINISTRATION

PRINTED: 9/8/2020
FORM APPROVED
2567-L'

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION (POC) | (XI) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: 395015 | (X2) MULTIPLE CONSTRUCTION: A. BLDG: __00__ B. WING: _____ | (X3) DATE SURVEY COMPLETED: 04/17/2020 |
|---|---|---|---|

| NAME OF PROVIDER OR SUPPLIER: BRIGHTON REHABILITATION AND WELLNESS CENTER STATE LICENSE NUMBER: 020802 | STREET ADDRESS, CITY, STATE, ZIP CODE: 246 FRIENDSHIP CIRCLE BEAVER, PA  15009 |
|---|---|

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE | (X5) COMPLETE DATE |
|---|---|---|---|---|
| F 0880 SS=E | Continued from page 3 | F 0880 | and adequate supplies for proper hand washing. Competencies will be completed by the DON/designee on hand hygiene, proper handling of clean and dirty linens, and proper use of PPE for all direct care and environmental services staff. Audits will then be completed by DON/ Environmental Services Director/designee weekly times 4 weeks then monthly. Audits will be completed by DON/NHA/designee to ensure social distancing, daily times 1 week then weekly times 3 weeks, then monthly. Comprehensive environmental rounds/audits to include: resident rooms (walls, curtains, lights/switches, heating and cooling units, furniture, waste baskets and floors), bathrooms (soap dispensers, waste baskets, sinks, toilets and curtains), community and living areas (walls, heating and cooling units, furniture, soiled linen storage, vents, sinks, toilets, curtains) will be completed by NHA/Environmental | |

CMS-2567L                                1QKJ11                    IF CONTINUATION SHEET Page 4 of 16

DEPARTMENT OF HEALTH AND HUMAN SERVICES
HEALTH CARE FINANCING ADMINISTRATION

PRINTED: 9/8/2020
FORM APPROVED
2567-L

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION (POC) | (XI) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: 395015 | (X2) MULTIPLE CONSTRUCTION: A. BLDG: __00_____ B. WING: _____ | (X3) DATE SURVEY COMPLETED: 04/17/2020 |
|---|---|---|---|

NAME OF PROVIDER OR SUPPLIER:
**BRIGHTON REHABILITATION AND WELLNESS CENTER**

STATE LICENSE NUMBER: **020802**

STREET ADDRESS, CITY, STATE, ZIP CODE:
**246 FRIENDSHIP CIRCLE**
**BEAVER, PA  15009**

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE | (X5) COMPLETE DATE |
|---|---|---|---|---|
| F 0880 SS=E | Continued from page 4 | F 0880 | Services Director/Designee daily X 1 week, weekly X 3 weeks, then monthly thereafter. Results of the audits, patterns and trends will be reported to the Quality Assurance and Performance Improvement Committee monthly times 3 months. | |

CMS-2567L

1QKJ11

IF CONTINUATION SHEET Page 5 of 16

DEPARTMENT OF HEALTH AND HUMAN SERVICES
HEALTH CARE FINANCING ADMINISTRATION

PRINTED: 9/8/2020
FORM APPROVED
2567-L

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION (POC) | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: 395015 | (X2) MULTIPLE CONSTRUCTION: A. BLDG: __00__ B. WING: _____ | (X3) DATE SURVEY COMPLETED: 04/17/2020 |
|---|---|---|---|

NAME OF PROVIDER OR SUPPLIER:
**BRIGHTON REHABILITATION AND WELLNESS CENTER**

STATE LICENSE NUMBER: **020802**

STREET ADDRESS, CITY, STATE, ZIP CODE:
**246 FRIENDSHIP CIRCLE**
**BEAVER, PA 15009**

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE | (X5) COMPLETE DATE |
|---|---|---|---|---|
| F 0880 SS=E | Continued from page 5<br><br>Based on review of facility policy, observation, and staff interviews, it was determined that the facility failed to make certain social distancing was maintained by staff, properly store clean linens and soiled laundry, provide proper supplies to perform hand washing, properly store biohazardous waste, ensure sinks are accessible to perform handwashing, properly wear gloves and perform hand hygiene and create a clean and sanitary environment which created the potential for the cross-contamination and the spread of diseases and infections for seven of 11 nursing units (Grove 1, 2, 3 and 2 West and 2, 3 and 4 East Nursing Units).<br><br>Findings include:<br><br>Review of the facility policy "Hand Hygiene" dated 8/27/19, indicated that the purpose of hand hygiene is to decrease the risk of transmission of infection. Handwashing is performed when hands are visibly dirty or contaminated with proteinaceous material, are visible soiled with blood or other body fluids, before performing an invasive procedure, and after | F 0880 | | |

DEPARTMENT OF HEALTH AND HUMAN SERVICES
HEALTH CARE FINANCING ADMINISTRATION

PRINTED: 9/8/2020
FORM APPROVED
2567-L

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION (POC) | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER:<br><br>395015 | (X2) MULTIPLE CONSTRUCTION:<br>A. BLDG: __00_____<br>B. WING: _____ | (X3) DATE SURVEY COMPLETED:<br><br>04/17/2020 |
|---|---|---|---|

| NAME OF PROVIDER OR SUPPLIER:<br>**BRIGHTON REHABILITATION AND WELLNESS CENTER**<br><br>STATE LICENSE NUMBER: **020802** | STREET ADDRESS, CITY, STATE, ZIP CODE:<br>**246 FRIENDSHIP CIRCLE**<br>**BEAVER, PA  15009** |
|---|---|

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE | (X5) COMPLETE DATE |
|---|---|---|---|---|
| F 0880<br><br>SS=E | Continued from page 6<br><br>providing care to a resident.<br><br>Review of the facility policy "Cleaning, Disinfection and Sterilization" dated 8/27/19, indicated that the purpose is to provide supplies and equipment that are adequately cleaned, disinfected or sterilized. Supplies and equipment will be cleaned immediately after use. Thermometers are cleaned with hospital disinfectant.<br><br>Review of the facility policy "Glove Use" dated 8/27/19, indicated that gloves are disposable single-use and to perform hand hygiene after removing gloves. Gloves should be used when touching excretions, secretions, blood, body fluids, mucous membranes, handling potentially contaminated items, when hands will possible come in contact with blood, body fluids, or other potentially infectious material.<br><br>Review of the facility policy "Housekeeping Services" dated 8/27/19, indicated that purpose is to promote a safe and sanitary environment and that | F 0880 | | |

DEPARTMENT OF HEALTH AND HUMAN SERVICES
HEALTH CARE FINANCING ADMINISTRATION

PRINTED: 9/8/2020
FORM APPROVED
2567-L

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION (POC) | (XI) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: 395015 | (X2) MULTIPLE CONSTRUCTION: A. BLDG: __00___ B. WING: _____ | (X3) DATE SURVEY COMPLETED: 04/17/2020 |
|---|---|---|---|

| NAME OF PROVIDER OR SUPPLIER: BRIGHTON REHABILITATION AND WELLNESS CENTER STATE LICENSE NUMBER: 020802 | STREET ADDRESS, CITY, STATE, ZIP CODE: 246 FRIENDSHIP CIRCLE BEAVER, PA 15009 |
|---|---|

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE | (X5) COMPLETE DATE |
|---|---|---|---|---|
| F 0880 SS=E | Continued from page 7

regular scheduled environmental rounds should be done to monitor housekeeping, regulated medical waste and compliance to policy.

During an observation on 4/17/20, at 2:55 p.m. of the building via the main entrance, numerous staff entered the building failing to maintain social distancing of at least 6 feet or more.

During an interview on 4/17/20, at 3:15 p.m. the Nursing Home Administrator (NHA) confirmed the facility failed to practice proper social distancing which caused the potential of cross contamination and the spread of diseases and infections.

During an observation on 4/17/20, from 4:18 p.m. through 4:32 p.m. of the Grove 1 Nursing Unit revealed the following:

-Two clean linen carts in the hallway uncovered open to air.
-double linen hamper with an open, blue bag tied to the side which contained residents soiled personal | F 0880 | | |

PRINTED: 9/8/2020
FORM APPROVED
2567-L

DEPARTMENT OF HEALTH AND HUMAN SERVICES
HEALTH CARE FINANCING ADMINISTRATION

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION (POC) | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: 395015 | (X2) MULTIPLE CONSTRUCTION: A. BLDG: __00_____ B. WING: _____ | (X3) DATE SURVEY COMPLETED: 04/17/2020 |
|---|---|---|---|

| NAME OF PROVIDER OR SUPPLIER: BRIGHTON REHABILITATION AND WELLNESS CENTER STATE LICENSE NUMBER: 020802 | STREET ADDRESS, CITY, STATE, ZIP CODE: 246 FRIENDSHIP CIRCLE BEAVER, PA 15009 |
|---|---|

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE | (X5) COMPLETE DATE |
|---|---|---|---|---|
| F 0880 SS=E | Continued from page 8 | F 0880 | | |
| | laundry in the hallway. -soiled utility room soap dispenser had a sign stating "Broken" push on handle and was stuck and did not dispense soap. During an interview on 4/17/20, at 4:34 p.m. the Assistant Director of Nursing (ADON) Employee E25 confirmed that the facility failed to properly store clean linens and soiled laundry and provide soap for hand washing which created the potential for cross-contamination and the spread of diseases and infections. During an observation on 4/17/20, from 4:35 p.m. through 4:43 p.m. of the Grove 2 Nursing Unit revealed the following: -soiled utility room over the hand washing sink was a large rubber floor matt blocking the sink. -no soap or paper towel dispensers. -sink in personal laundry- soap dispenser was empty. | | | |

CMS-2567L                     1QKJ11                     IF CONTINUATION SHEET Page 9 of 16

DEPARTMENT OF HEALTH AND HUMAN SERVICES
HEALTH CARE FINANCING ADMINISTRATION

Case 2:20-cv-01754-CB   Document 1-2   Filed 11/12/20   Page 128 of 285

PRINTED: 9/8/2020
FORM APPROVED
2567-L

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION (POC) | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: 395015 | (X2) MULTIPLE CONSTRUCTION: A. BLDG: __00__ B. WING: _____ | (X3) DATE SURVEY COMPLETED: 04/17/2020 |
|---|---|---|---|

NAME OF PROVIDER OR SUPPLIER:
**BRIGHTON REHABILITATION AND WELLNESS CENTER**

STATE LICENSE NUMBER: **020802**

STREET ADDRESS, CITY, STATE, ZIP CODE:
**246 FRIENDSHIP CIRCLE
BEAVER, PA 15009**

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE | (X5) COMPLETE DATE |
|---|---|---|---|---|
| F 0880 SS=E | Continued from page 9<br><br>During an interview on 4/17/20, at 4:44 p.m. the ADON Employee E25 confirmed that the facility failed to provide proper supplies to perform hand washing which created the potential for cross-contamination and the spread of diseases and infections.<br><br>During an observation on 4/17/20, from 4:45 p.m. through 4:55 p.m. of the Grove 3 Nursing Unit revealed the following:<br><br>-hallway outside room 306 was a Broda Chair (reclining chair for resident comfort) which contained dried crusty substances on the seat and arms of the chair.<br>-soiled utility room soap dispenser was empty.<br>-numerous biohazardous bags on the floor open, spilling onto the floor.<br>-window in soiled utility room was open and had no screen.<br><br>During an interview on 4/17/20, at 4:58 p.m. the ADON Employee E25 confirmed that the facility | F 0880 | | |

DEPARTMENT OF HEALTH AND HUMAN SERVICES
HEALTH CARE FINANCING ADMINISTRATION

PRINTED: 9/8/2020
FORM APPROVED
2567-L

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION (POC) | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: 395015 | (X2) MULTIPLE CONSTRUCTION: A. BLDG: 00 B. WING: | (X3) DATE SURVEY COMPLETED: 04/17/2020 |
|---|---|---|---|

NAME OF PROVIDER OR SUPPLIER:
**BRIGHTON REHABILITATION AND WELLNESS CENTER**

STATE LICENSE NUMBER: **020802**

STREET ADDRESS, CITY, STATE, ZIP CODE:
**246 FRIENDSHIP CIRCLE**
**BEAVER, PA  15009**

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE | (X5) COMPLETE DATE |
|---|---|---|---|---|
| F 0880<br><br>SS=E | Continued from page 10<br><br>failed to clean resident chair, provide proper supplies to perform handwashing and store biohazardous waste in a manner which created the potential for cross-contamination and the spread of diseases and infections.<br><br>During an observation on 4/17/20, from 4:59 p.m. 5:04 p.m. of the 2 West Nursing Unit revealed the following:<br><br>-Two clean linen carts in the hallway uncovered and open to air.<br>-double linen hamper with an open, blue bag tied to the side which contained residents soiled personal laundry in the hallway.<br>-soiled utility room handwashing and hopper (sink to flush and rinse bedpans) sinks was blocked by two trash cans and hampers.<br><br>During an interview on 4/17/20, 5:04 p.m. ADON Employee E25 confirmed that the facility failed to properly store clean linen and soiled laundry, make certain that sinks are accessible to perform | F 0880 | | |

CMS-2567L                                   1QKJ11                                   IF CONTINUATION SHEET Page 11 of 16

DEPARTMENT OF HEALTH AND HUMAN SERVICES
HEALTH CARE FINANCING ADMINISTRATION

PRINTED: 9/8/2020
FORM APPROVED
2567-L

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION (POC) | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: 395015 | (X2) MULTIPLE CONSTRUCTION: A. BLDG: 00 B. WING: | (X3) DATE SURVEY COMPLETED: 04/17/2020 |
|---|---|---|---|

NAME OF PROVIDER OR SUPPLIER:
**BRIGHTON REHABILITATION AND WELLNESS CENTER**

STATE LICENSE NUMBER: **020802**

STREET ADDRESS, CITY, STATE, ZIP CODE:
**246 FRIENDSHIP CIRCLE**
**BEAVER, PA 15009**

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE | (X5) COMPLETE DATE |
|---|---|---|---|---|
| F 0880 SS=E | Continued from page 11

handwashing and properly dispose of waste in a manner to prevent cross-contamination and the spread of diseases and infections.

During an observation on 4/17/20, from 5:05 p.m. through 5:35 p.m. of the 4 East Nursing Unit revealed the following:

-Three clean linen carts in the hallway uncovered open to air.
-shower room- on the shower curtain and floor was a brown substance.
-soiled utility room (east side) sink was blocked by seven hampers and two trash cans.
-sink had no soap in dispenser.
- soiled utility room (west side) sink was blocked by boxes and two trash cans.
-Solarium (dining room) two large soiled linen carts.

During this same observation on 4/17/20, from 5:05 p.m. through 5:35 p.m., Nursing Assistant (NA) Employee E26 with gloved hands opened the soiled utility room door, removed gloves touched hair, | F 0880 | | |

CMS-2567L                     1QKJ11                     IF CONTINUATION SHEET Page 12 of 16

DEPARTMENT OF HEALTH AND HUMAN SERVICES
HEALTH CARE FINANCING ADMINISTRATION

PRINTED: 9/8/2020
FORM APPROVED
2567-L

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION (POC) | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: 395015 | (X2) MULTIPLE CONSTRUCTION: A. BLDG: __00__ B. WING: _____ | (X3) DATE SURVEY COMPLETED: 04/17/2020 |
|---|---|---|---|

| NAME OF PROVIDER OR SUPPLIER: **BRIGHTON REHABILITATION AND WELLNESS CENTER** STATE LICENSE NUMBER: **020802** | STREET ADDRESS, CITY, STATE, ZIP CODE: **246 FRIENDSHIP CIRCLE BEAVER, PA  15009** |
|---|---|

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE | (X5) COMPLETE DATE |
|---|---|---|---|---|
| F 0880 SS=E | Continued from page 12 removed gloves from pocket reapplied gloves without washing hands, removed towel from linen cart and cleaned brown substance off the floor in the shower room. During an interview on 4/17/20, at 5:35 p.m. Licensed Practical Nurse (LPN) Unit Manager E27 confirmed that the facility failed to properly store clean linens and soiled laundry, make certain that sinks are accessible to perform handwashing, create a clean environment, properly wear gloves and perform hand hygiene which created the potential for the cross-contamination, the spread of diseases and infections. During an observation on 4/17/20,  from 5:37 p.m. through 6:00 p.m. of the 3 East Nurses Unit the following was observed: -two large soiled linen carts stored in the hallway. -on a table next to the soiled carts were five clear bags of clean lines open to air, falling out of the bags. | F 0880 | | |

DEPARTMENT OF HEALTH AND HUMAN SERVICES
HEALTH CARE FINANCING ADMINISTRATION

Case 2:20-cv-01754-CB   Document 1-2   Filed 11/12/20   Page 132 of 285

PRINTED: 9/8/2020
FORM APPROVED
2567-L

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION (POC) | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: 395015 | (X2) MULTIPLE CONSTRUCTION: A. BLDG: __00_____ B. WING: _____ | (X3) DATE SURVEY COMPLETED: 04/17/2020 |
|---|---|---|---|

| NAME OF PROVIDER OR SUPPLIER: BRIGHTON REHABILITATION AND WELLNESS CENTER STATE LICENSE NUMBER: 020802 | STREET ADDRESS, CITY, STATE, ZIP CODE: 246 FRIENDSHIP CIRCLE BEAVER, PA 15009 |
|---|---|

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE | (X5) COMPLETE DATE |
|---|---|---|---|---|
| F 0880 SS=E | Continued from page 13 | F 0880 | | |

-double linen hamper with an open, blue bag tied to the side which contained residents soiled personal laundry in the hallway.
-toilet room (east side) three toilets had a brown substance on top, sides and the seat and three privacy curtains contained a brown substance on the surface.
-in hallway outside room 342 was a pile of linens which was identified as dirty.
-soiled utility room contained two trash cans and an open trash bag on the floor blocking the sink, the sink had a trash can lid on top of the sink and a shoe in the sink.
-toilet room (west side) two of the three toilets had a brown substance on the floors and privacy curtains contained a brown substance on the surface.

During an interview on 4/17/20, at 6:00 p.m. LPN Unit Manager E27 confirmed that the facility failed to properly store clean linens and soiled laundry, make certain that sinks are accessible to perform handwashing and create a clean environment which

DEPARTMENT OF HEALTH AND HUMAN SERVICES
HEALTH CARE FINANCING ADMINISTRATION

PRINTED: 9/8/2020
FORM APPROVED
2567-L

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION (POC) | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER:<br><br>395015 | (X2) MULTIPLE CONSTRUCTION:<br><br>A. BLDG: ___00___<br>B. WING: _____ | (X3) DATE SURVEY COMPLETED:<br><br>04/17/2020 |
|---|---|---|---|

| NAME OF PROVIDER OR SUPPLIER:<br>**BRIGHTON REHABILITATION AND WELLNESS CENTER**<br><br>STATE LICENSE NUMBER: **020802** | STREET ADDRESS, CITY, STATE, ZIP CODE:<br>**246 FRIENDSHIP CIRCLE**<br>**BEAVER, PA  15009** |
|---|---|

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE | (X5) COMPLETE DATE |
|---|---|---|---|---|
| F 0880<br><br>SS=E | Continued from page 14<br><br>created the potential for cross-contamination and the spread of diseases and infections.<br><br>During an observation on 4/17/20, from 6:05 p.m. through 6:10 p.m. of the 2 East Nurses Unit the following was observed:<br>-two large soiled linen carts stored in the hallway.<br>-double linen hamper with an open, blue bag tied to the side which contained residents soiled personal laundry in the hallway.<br>-toilet room (east side) brown substance on brief on the floor, floor and privacy curtains had a brown substance on the surface.<br>-soiled utility room contained a washcloth on the floor in a ball, with a brown substance, sink was blocked by two opened trash bags on the floor.<br><br>During an interview on 4/17/20, at 6:15 p.m. LPN Unit Manager E27 confirmed that the facility failed to properly store soiled linens, make certain that sinks are accessible to perform handwashing and maintain a clean environment which created the potential for cross-contamination, spread of | F 0880 | | |

DEPARTMENT OF HEALTH AND HUMAN SERVICES
HEALTH CARE FINANCING ADMINISTRATION

PRINTED: 9/8/2020
FORM APPROVED
2567-L

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION (POC) | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER:  395015 | (X2) MULTIPLE CONSTRUCTION:  A. BLDG: __00_____ B. WING: _____ | (X3) DATE SURVEY COMPLETED:  04/17/2020 |
|---|---|---|---|

NAME OF PROVIDER OR SUPPLIER:
**BRIGHTON REHABILITATION AND WELLNESS CENTER**

STATE LICENSE NUMBER: **020802**

STREET ADDRESS, CITY, STATE, ZIP CODE:
**246 FRIENDSHIP CIRCLE
BEAVER, PA  15009**

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE | (X5) COMPLETE DATE |
|---|---|---|---|---|
| F 0880  SS=E | Continued from page 15   diseases and infections.   28 Pa. Code 201.18(b)(1):  Management. 28 Pa. Code 201.20(c):  Staff development. 28 Pa. Code 211.10(d):  Resident care policies. 28 Pa. Code 201.21(a):  Outside resources. | F 0880 | | |



# Certified End Page

**BRIGHTON REHABILITATION AND WELLNESS CENTER**

**STATE LICENSE NUMBER: 020802**

**SURVEY EXIT DATE: 04/17/2020**

**I Certify This Document to be a True and Correct Statement of Deficiencies and Approved Facility Plan of Correction for the Above-Identified Facility Survey**

*Susan Coble*
Deputy Secretary for Quality Assurance

*Rachel L. Levine, MD*
Secretary of Health



THIS IS A CERTIFICATION PAGE

# PLEASE DO NOT DETACH

THIS PAGE IS NOW PART OF THIS SURVEY

9/8/2020

Nursing Care Facility Performance Profile - 30 Month Period

**Pennsylvania Department of Health**
**Nursing Care Facility Performance Profile - 30 Month Period**

Nursing Care Facility Information
Department of Health
Definitions

Nursing Care Facility Locator
Long Term Care Portal
HELP

## Number of Citations in Each Category

| Nursing Care Facility | Resident Rights: Admission, Transfer and Discharge | Staff Treatment of Residents | Quality of Life | Resident Assessment | Quality of Care | Nursing and Physician Services | Dietary Services | Ancillary Services | Physical Environment | Administration | Building Safety Deficiencies | Other |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BRIGHTON REHABILITATION AND WELLNESS CENTER 246 FRIENDSHIP CIRCLE BEAVER, PA 15009 (724)775-7100 | 9 | 3 | 1 | 2 | 7 | 7 | 5 | 5 | 2 | 6 | 63 | 0 |

## Level of Potential Harm to Resident

| Deficiency Comparison | Minimal Citation No Harm / Minimal Harm | Actual Harm / Serious Harm |
|---|---|---|
| This Facility | 7 | 31 ... 98 ... 2 3 |
| Comparison Statewide | 5 | 49 |
| Comparison to similar sized facilities | 5 | 1 |



EXHIBIT
3

tabbies®

DEPARTMENT OF HEALTH AND HUMAN SERVICES
HEALTH CARE FINANCING ADMINISTRATION

PRINTED: 9/8/2020
FORM APPROVED
2567-L

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION (POC) | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: 395015 | (X2) MULTIPLE CONSTRUCTION: A. BLDG: __00__ B. WING: _____ | (X3) DATE SURVEY COMPLETED: 10/30/2019 |
|---|---|---|---|

| NAME OF PROVIDER OR SUPPLIER: BRIGHTON REHABILITATION AND WELLNESS CENTER | STREET ADDRESS, CITY, STATE, ZIP CODE: 246 FRIENDSHIP CIRCLE BEAVER, PA 15009 |
|---|---|

STATE LICENSE NUMBER: 020802·

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE | (X5) COMPLETE DATE |
|---|---|---|---|---|
| F 0000 | INITIAL COMMENT | F 0000 | | |
| | Based on a Revisit Survey, completed on October 30, 2019, it was determined that Brighton Rehabilitation and Wellness Center failed to correct all the federal deficiencies cited for the survey ending September 9, 2019, and new deficiencies were identified under the requirements of 42 CFR Part 483, Subpart B, Requirements for Long Term Care Facilities and the 28 Pa. Code, Commonwealth of Pennsylvania Long Term Care Facilities Licensure Regulations. | | | |
| F 0550 SS=D | | F 0550 | | |

EXHIBIT
tabbies®
4
____

LABORATORY DIRECTOR'S OR PROVIDER/SUPPLIER REPRESENTATIVE'S SIGNATURE                    TITLE:                    (X6) DATE:

Any deficiency statement ending with an asterisk (*) denotes a deficiency which may be excused from correction providing it is determined that other safeguards provide sufficient protection to the patients. The findings stated above are disclosable whether or not a plan of correction is provided. The findings are disclosable within 14 days after such information is made available to the facility. If deficiencies are cited, an approved plan of correction is requisite to continued program participation.

This form is a printed electronic version of the CMS 2567L. It contains all the information found on the standard document in much the same form. This electronic form once printed and signed by the facility administrator and appropriately posted will satisfy the CMS requirement to post survey information found on the CMS 2567L.

DEPARTMENT OF HEALTH AND HUMAN SERVICES
HEALTH CARE FINANCING ADMINISTRATION

PRINTED: 9/8/2020
FORM APPROVED
2567-L

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION (POC) | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: 395015 | (X2) MULTIPLE CONSTRUCTION: A. BLDG: __00__ B. WING: _____ | (X3) DATE SURVEY COMPLETED: 10/30/2019 |
|---|---|---|---|

| NAME OF PROVIDER OR SUPPLIER: BRIGHTON REHABILITATION AND WELLNESS CENTER STATE LICENSE NUMBER: 020802 | STREET ADDRESS, CITY, STATE, ZIP CODE: 246 FRIENDSHIP CIRCLE BEAVER, PA 15009 |
|---|---|

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE | (X5) COMPLETE DATE |
|---|---|---|---|---|
| F 0550 SS=D | Continued from page 1

483.10(a)(1)(2)(b)(1)(2) Resident Rights/Exercise of Rights

§483.10(a) Resident Rights.
The resident has a right to a dignified existence, self-determination, and communication with and access to persons and services inside and outside the facility, including those specified in this section.

§483.10(a)(1) A facility must treat each resident with respect and dignity and care for each resident in a manner and in an environment that promotes maintenance or enhancement of his or her quality of life, recognizing each resident's individuality. The facility must protect and promote the rights of the resident.

§483.10(a)(2) The facility must provide equal access to quality care regardless of diagnosis, severity of condition, or payment source. A facility must establish and maintain identical policies and practices regarding transfer, discharge, and the provision of services under the State plan for all residents regardless of payment source.

§483.10(b) Exercise of Rights.
The resident has the right to exercise his or her rights as a resident of the facility and as a citizen or resident of the United States.

§483.10(b)(1) The facility must ensure that the resident can exercise his or her rights without interference, coercion, discrimination, or reprisal from the facility. | F 0550 | Resident R47 suffered no ill effects. Facility reviewed wound care treatment guidelines policy. DON/designee will educate nursing staff on providing privacy and dignity during provision of care. DON/designee will audit episodes of provision of care to ensure dignity being maintained daily x5, then weekly x 4 then monthly x3. Additionally, facility will implement recommendations issued by Bureau of Epidemiology as follows – monthly hand hygiene audits occurring on days, evenings, and night shifts. Colonization screening of staff and residents as directed by Bureau of Epidemiology. Education of staff on hand hygiene and ABHR as well as modes of transmission. Routine audits of wound care dressing changes. Facility continues to have weekly calls with Bureau of Epidemiology. | Completion Date: 11/21/2019 Status: APPROVED Date: 11/20/2019 |

DEPARTMENT OF HEALTH AND HUMAN SERVICES
HEALTH CARE FINANCING ADMINISTRATION

PRINTED: 9/8/2020
FORM APPROVED
2567-L

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION (POC) | (XI) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER:<br><br>395015 | (X2) MULTIPLE CONSTRUCTION:<br><br>A. BLDG: __00__ _____<br>B. WING: _____ | (X3) DATE SURVEY COMPLETED:<br><br>10/30/2019 |
|---|---|---|---|

| NAME OF PROVIDER OR SUPPLIER:<br>**BRIGHTON REHABILITATION AND WELLNESS CENTER**<br><br>STATE LICENSE NUMBER: **020802** | STREET ADDRESS, CITY, STATE, ZIP CODE:<br>**246 FRIENDSHIP CIRCLE**<br>**BEAVER, PA  15009** |
|---|---|

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE | (X5) COMPLETE DATE |
|---|---|---|---|---|
| F 0550<br><br>SS=D | Continued from page 2<br><br><br>§483.10(b)(2) The resident has the right to be free of interference, coercion, discrimination, and reprisal from the facility in exercising his or her rights and to be supported by the facility in the exercise of his or her rights as required under this subpart.<br><br>This REQUIREMENT is not met as evidenced by: | F  0550 | | |

DEPARTMENT OF HEALTH AND HUMAN SERVICES
HEALTH CARE FINANCING ADMINISTRATION

PRINTED: 9/8/2020
FORM APPROVED
2567-L

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION (POC) | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER:<br><br>395015 | (X2) MULTIPLE CONSTRUCTION:<br><br>A. BLDG: __00__<br>B. WING: ____ | (X3) DATE SURVEY COMPLETED:<br><br>10/30/2019 |
|---|---|---|---|

| NAME OF PROVIDER OR SUPPLIER:<br>BRIGHTON REHABILITATION AND WELLNESS CENTER<br><br>STATE LICENSE NUMBER: 020802 | STREET ADDRESS, CITY, STATE, ZIP CODE:<br>246 FRIENDSHIP CIRCLE<br>BEAVER, PA  15009 |
|---|---|

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE | (X5) COMPLETE DATE |
|---|---|---|---|---|
| F 0550<br>SS=D | Continued from page 3<br><br>Based on review of facility policies, observations and staff interview, it was determined that the facility failed to maintain resident privacy and dignity during a dressing change for one of one resident (Resident R47).<br><br>Findings include:<br><br>Review of facility policy "Wound Care/Treatment Guidelines" dated 8/27/19, indicated that resident privacy should be maintained during treatment. A "procedure in progress" sign is needed on the door. The door should be closed and the curtain pulled.<br><br>Review of Resident R47's clinical record revealed that resident was admitted to the facility on 8/28/19, with the diagnosis that included intellectual disabilities, constipation, sepsis with septic shock (systematic infection), high blood pressure, kidney failure, iron deficiency anemia (low iron in blood) and muscle wasting. | F 0550 | | |

CMS-2567L                            RL1L12                            IF CONTINUATION SHEET Page 4 of 21

DEPARTMENT OF HEALTH AND HUMAN SERVICES
HEALTH CARE FINANCING ADMINISTRATION

PRINTED: 9/8/2020
FORM APPROVED
2567-L

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION (POC) | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: 395015 | (X2) MULTIPLE CONSTRUCTION: A. BLDG: __00__ B. WING: _____ | (X3) DATE SURVEY COMPLETED: 10/30/2019 |
|---|---|---|---|

| NAME OF PROVIDER OR SUPPLIER: BRIGHTON REHABILITATION AND WELLNESS CENTER  STATE LICENSE NUMBER: 020802 | STREET ADDRESS, CITY, STATE, ZIP CODE: 246 FRIENDSHIP CIRCLE BEAVER, PA  15009 |
|---|---|

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE | (X5) COMPLETE DATE |
|---|---|---|---|---|
| F 0550 SS=D | Continued from page 4

During an observation on 10/30/19, at 2:30 p.m. of a right lateral (outside) ankle dressing change for Resident R47 Wound Care Registered Nurse (RN) Employee E1 performed the dressing change and failed to pull curtain and failed to close Resident R47's door.

During the dressing change, LPN Unit Manager Employee E2 was standing in the doorway of Resident R47's room talking to Wound Care LPN Employee E1.

During an interview on 10/30/19, at 3:20 p.m. Wound Care LPN Employee E1 confirmed that Resident R47's dignity was not maintained during the dressing change.

28 Pa. Code: 201.29(j) Resident rights.

28 Pa. Code: 211.10(a)(b)(c)(d) Resident care policies.

28 Pa. Code: 211.12(d)(1)(2)(3)(4) Nursing | F 0550 | | |

DEPARTMENT OF HEALTH AND HUMAN SERVICES
HEALTH CARE FINANCING ADMINISTRATION

PRINTED: 9/8/2020
FORM APPROVED
2567-L

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION (POC) | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: 395015 | (X2) MULTIPLE CONSTRUCTION: A. BLDG: __00_____ B. WING: _____ | (X3) DATE SURVEY COMPLETED: 10/30/2019 |
|---|---|---|---|

| NAME OF PROVIDER OR SUPPLIER: BRIGHTON REHABILITATION AND WELLNESS CENTER STATE LICENSE NUMBER: 020802 | STREET ADDRESS, CITY, STATE, ZIP CODE: 246 FRIENDSHIP CIRCLE BEAVER, PA 15009 |
|---|---|

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE | (X5) COMPLETE DATE |
|---|---|---|---|---|
| F 0550 SS=D | Continued from page 5 services. | F 0550 | | |
| F 0867 SS=D | | F 0867 | | |

CMS-2567L                                   RL1L12                         IF CONTINUATION SHEET Page 6 of 21

DEPARTMENT OF HEALTH AND HUMAN SERVICES
HEALTH CARE FINANCING ADMINISTRATION

PRINTED: 9/8/2020
FORM APPROVED
2567-L

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION (POC) | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: 395015 | (X2) MULTIPLE CONSTRUCTION: A. BLDG: __00__ B. WING: _____ | (X3) DATE SURVEY COMPLETED: 10/30/2019 |
|---|---|---|---|

| NAME OF PROVIDER OR SUPPLIER: BRIGHTON REHABILITATION AND WELLNESS CENTER STATE LICENSE NUMBER: 020802 | STREET ADDRESS, CITY, STATE, ZIP CODE: 246 FRIENDSHIP CIRCLE BEAVER, PA  15009 |
|---|---|

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE | (X5) COMPLETE DATE |
|---|---|---|---|---|
| F 0867 SS=D | Continued from page 6 483.75(g)(2)(ii) QAPI/QAA Improvement Activities §483.75(g) Quality assessment and assurance. §483.75(g)(2) The quality assessment and assurance committee must: (ii) Develop and implement appropriate plans of action to correct identified quality deficiencies; This REQUIREMENT is not met as evidenced by: | F 0867 | 1.   Plans of Correction were reviewed for identified areas for failure. 2.   Quality Assurance Performance Improvement plans will be reviewed to ensure compliance with the facility's Quality Assurance Performance Improvement process for infection control procedure related to the handling of soiled linens and infection control procedures during dressing changes. 3.   Department Managers will be re-educated by the Nursing Home Administrator on the Quality Assurance Performance Improvement process, including the Quality Assurance monitoring for infection control procedures related to the handling of soiled linens and infection control procedures during dressing changes. 4.   The Nursing Home Administrator/designee will audit the Plan of Correction action plans to ensure appropriate plans of actions are carried out. Any issues identified will be addressed.  Results | Completion Date: 11/21/2019 Status: APPROVED Date: 12/09/2019 |

DEPARTMENT OF HEALTH AND HUMAN SERVICES
HEALTH CARE FINANCING ADMINISTRATION

PRINTED: 9/8/2020
FORM APPROVED
2567-L

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION (POC) | (XI) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER:<br><br>395015 | (X2) MULTIPLE CONSTRUCTION:<br><br>A. BLDG: __00__<br>B. WING: _____ | (X3) DATE SURVEY COMPLETED:<br><br>10/30/2019 |
|---|---|---|---|

NAME OF PROVIDER OR SUPPLIER:
**BRIGHTON REHABILITATION AND WELLNESS CENTER**

STATE LICENSE NUMBER: **020802**

STREET ADDRESS, CITY, STATE, ZIP CODE:
**246 FRIENDSHIP CIRCLE**
**BEAVER, PA 15009**

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE | (X5) COMPLETE DATE |
|---|---|---|---|---|
| F 0867<br><br>SS=D | Continued from page 7 | F 0867 | of the audits will be submitted the Quality Assurance Improvement Performance committee for review and recommendations. NHA will audit weekly x 4 then monthly x 3.<br><br>Additionally, facility will implement recommendations issued by Bureau of Epidemiology as follows –<br>1.  Monthly hand hygiene audits occurring on days, evenings, and night shifts.<br>2.  Staff were educated by Director of Education on use of ABHR.<br>3.  Colonization screening of staff and residents as directed by Bureau of Epidemiology.<br>4.  Facility will consult certified wound nurse not employed by facility to perform competency evaluation for treatment administration for Wound Nurse as well as competency evaluation for treatment administration for licensed nurses. Competency for wound nurse occurred on 11/21. Competency for other licensed nurses with Certified Wound Nurse will be ongoing. | |

DEPARTMENT OF HEALTH AND HUMAN SERVICES
HEALTH CARE FINANCING ADMINISTRATION

PRINTED: 9/8/2020
FORM APPROVED
2567-L

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION (POC) | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: 395015 | (X2) MULTIPLE CONSTRUCTION: A. BLDG: __00__ B. WING: _____ | (X3) DATE SURVEY COMPLETED: 10/30/2019 |
|---|---|---|---|

| NAME OF PROVIDER OR SUPPLIER: BRIGHTON REHABILITATION AND WELLNESS CENTER | STREET ADDRESS, CITY, STATE, ZIP CODE: 246 FRIENDSHIP CIRCLE BEAVER, PA 15009 |
|---|---|

STATE LICENSE NUMBER: 020802

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE | (X5) COMPLETE DATE |
|---|---|---|---|---|
| F 0867 SS=D | Continued from page 8 | F 0867 | 5.   Certified wound nurse will also provide education to Wound Nurse and licensed nurses on treatment administration, focusing on appropriate gloving and hand hygiene, creation and maintenance of a surface barrier or disinfection of surface area, cross contamination risk of equipment and supplies. 6.   Certified Wound Nurse will review facility policies related to treatment administration and dressing changes and will prepare recommendations to be reviewed by QAPI committee. 7.   Infection Preventionist will educate licensed staff and non-licensed support staff on use of PPE. 8.   Infection Preventionist/designee will audit staff PPE usage and will provide feedback to staff regarding results of audits. Audits will occur weekly x 4 then monthly x 3. 9.   Infection Preventionist/designee will educate staff on signs/symptoms of Group A streptococcus infection. | |

DEPARTMENT OF HEALTH AND HUMAN SERVICES
HEALTH CARE FINANCING ADMINISTRATION

PRINTED: 9/8/2020
FORM APPROVED
2567-L

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION (POC) | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER:   395015 | (X2) MULTIPLE CONSTRUCTION:  A. BLDG: __00__  B. WING: _____ | (X3) DATE SURVEY COMPLETED:  10/30/2019 |
|---|---|---|---|

| NAME OF PROVIDER OR SUPPLIER:  BRIGHTON REHABILITATION AND WELLNESS CENTER   STATE LICENSE NUMBER: 020802 | STREET ADDRESS, CITY, STATE, ZIP CODE:  246 FRIENDSHIP CIRCLE  BEAVER, PA  15009 |
|---|---|

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE | (X5) COMPLETE DATE |
|---|---|---|---|---|
| F 0867  SS=D | Continued from page 9 | F 0867 | 10.  Facility procured disinfectant wipes with 2 minute-contact kill time per policy.  11.  Infection Preventionist will review facility policies relating to treatment administration, hand hygiene/ABHR, reusable medical equipment and will present recommendations for changes to QAPI committee.  12.  Ad-hoc QAPI committee meeting will be held to review IP recommendations and Certified Wound Nurse recommendations. | |

CMS-2567L                                    RL1L12                                    IF CONTINUATION SHEET Page 10 of 21

DEPARTMENT OF HEALTH AND HUMAN SERVICES
HEALTH CARE FINANCING ADMINISTRATION

PRINTED: 9/8/2020
FORM APPROVED
2567-L

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION (POC) | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: 395015 | (X2) MULTIPLE CONSTRUCTION: A. BLDG: __00__ B. WING: _____ | (X3) DATE SURVEY COMPLETED: 10/30/2019 |
|---|---|---|---|

| NAME OF PROVIDER OR SUPPLIER: BRIGHTON REHABILITATION AND WELLNESS CENTER  STATE LICENSE NUMBER: 020802 | STREET ADDRESS, CITY, STATE, ZIP CODE: 246 FRIENDSHIP CIRCLE BEAVER, PA  15009 |
|---|---|

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE | (X5) COMPLETE DATE |
|---|---|---|---|---|
| F 0867 SS=D | Continued from page 10<br><br>Based on review of the facility's plans of correction for previous surveys, and the results of the current survey, it was determined that the facility's Quality Assurance Performance Improvement (QAPI) committee failed to correct quality deficiencies and ensure that plans to improve the delivery of care and services effectively addressed recurring deficiencies.<br><br>Findings include:<br><br>The facility's deficiencies and plans of correction for State Survey and Certification (Department of Health) surveys ending 9/13/19, revealed that the facility developed plans of correction that included quality assurance systems to ensure that the facility maintained compliance with cited nursing home regulations. The results of the current survey, ending 10/30/19, identified repeated deficiencies related to proper infection control procedures not maintained during the dressing change, improper storage of soiled linens and failure to providing appropriate facilities for handwashing which created the potential for cross contamination and the potential spread of | F 0867 | | |

DEPARTMENT OF HEALTH AND HUMAN SERVICES
HEALTH CARE FINANCING ADMINISTRATION

PRINTED: 9/8/2020
FORM APPROVED
2567-L

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION (POC) | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER:<br><br>395015 | (X2) MULTIPLE CONSTRUCTION:<br><br>A. BLDG: __00__<br>B. WING: _____ | (X3) DATE SURVEY COMPLETED:<br><br>10/30/2019 |
|---|---|---|---|

| NAME OF PROVIDER OR SUPPLIER:<br>**BRIGHTON REHABILITATION AND WELLNESS CENTER**<br><br>STATE LICENSE NUMBER: **020802** | STREET ADDRESS, CITY, STATE, ZIP CODE:<br>**246 FRIENDSHIP CIRCLE**<br>**BEAVER, PA 15009** |
|---|---|

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE | (X5) COMPLETE DATE |
|---|---|---|---|---|
| F 0867<br><br>SS=D | Continued from page 11<br><br>infections and diseases.<br><br>The facility's plan of correction for a deficiency regarding proper infection control procedures, revealed that the facility would complete audits, educate staff and report the results of the audits to the QAPI committee for review. The results of the current survey, cited under F880, revealed that the facility's QAPI committee was ineffective in developing and implementing corrective actions for noncompliance by staff on procedures related to infection control and the prevention of cross-contamination.<br><br>Refer to F880. | F 0867 | | |
| F 0880<br><br>SS=E | | F 0880 | | |

CMS-2567L                                              RL1L12                                  IF CONTINUATION SHEET Page 12 of 21

DEPARTMENT OF HEALTH AND HUMAN SERVICES
HEALTH CARE FINANCING ADMINISTRATION

PRINTED: 9/8/2020
FORM APPROVED
2567-L

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION (POC) | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: 395015 | (X2) MULTIPLE CONSTRUCTION: A. BLDG: __00_____ B. WING: _____ | (X3) DATE SURVEY COMPLETED: 10/30/2019 |
|---|---|---|---|

| NAME OF PROVIDER OR SUPPLIER: BRIGHTON REHABILITATION AND WELLNESS CENTER STATE LICENSE NUMBER: 020802 | STREET ADDRESS, CITY, STATE, ZIP CODE: 246 FRIENDSHIP CIRCLE BEAVER, PA 15009 |
|---|---|

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE | (X5) COMPLETE DATE |
|---|---|---|---|---|
| F 0880 SS=E | Continued from page 12<br><br>483.80(a)(1)(2)(4)(e)(f) Infection Prevention & Control<br><br>§483.80 Infection Control<br>The facility must establish and maintain an infection prevention and control program designed to provide a safe, sanitary and comfortable environment and to help prevent the development and transmission of communicable diseases and infections.<br><br>§483.80(a) Infection prevention and control program.<br>The facility must establish an infection prevention and control program (IPCP) that must include, at a minimum, the following elements:<br><br>§483.80(a)(1) A system for preventing, identifying, reporting, investigating, and controlling infections and communicable diseases for all residents, staff, volunteers, visitors, and other individuals providing services under a contractual arrangement based upon the facility assessment conducted according to §483.70(e) and following accepted national standards;<br><br>§483.80(a)(2) Written standards, policies, and procedures for the program, which must include, but are not limited to:<br>(i) A system of surveillance designed to identify possible communicable diseases or infections before they can spread to other persons in the facility;<br>(ii) When and to whom possible incidents of communicable disease or infections should be reported; | F 0880 | Resident R47 suffered no ill effects. The soap dispenser in Grove 3 soiled utility room was moved next to sink and refilled. Regional Clinical Consultant will educate DON and Wound Nurse on infection control procedures as they relate to treatment administration. DON/designee will educate nursing staff on infection control procedures as they relate to treatment administration. DON/designee will audit treatment administration provision to ensure infection control maintained weekly x4 then monthly x3. DON/designee will educate nursing staff on infection control procedures related to soiled linen handling. DON/designee will audit soiled linen handling and storage and handling to ensure infection control practices are being followed. Members of QAPI committee will audit hand hygiene facilities to ensure supplies are accessible. Audits will occur weekly x 4 then monthly x3.<br><br>Additionally, facility will implement | Completion Date: 11/21/2019 Status: APPROVED Date: 12/09/2019 |

DEPARTMENT OF HEALTH AND HUMAN SERVICES
HEALTH CARE FINANCING ADMINISTRATION

PRINTED: 9/8/2020
FORM APPROVED
2567-L

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION (POC) | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: 395015 | (X2) MULTIPLE CONSTRUCTION: A. BLDG: ___00___ B. WING: _____ | (X3) DATE SURVEY COMPLETED: 10/30/2019 |
|---|---|---|---|

| NAME OF PROVIDER OR SUPPLIER: **BRIGHTON REHABILITATION AND WELLNESS CENTER** STATE LICENSE NUMBER: **020802** | STREET ADDRESS, CITY, STATE, ZIP CODE: **246 FRIENDSHIP CIRCLE BEAVER, PA 15009** |
|---|---|

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE | (X5) COMPLETE DATE |
|---|---|---|---|---|
| F 0880 SS=E | Continued from page 13<br><br>(iii) Standard and transmission-based precautions to be followed to prevent spread of infections;<br>(iv) When and how isolation should be used for a resident; including but not limited to:<br>(A) The type and duration of the isolation, depending upon the infectious agent or organism involved, and<br>(B) A requirement that the isolation should be the least restrictive possible for the resident under the circumstances.<br>(v) The circumstances under which the facility must prohibit employees with a communicable disease or infected skin lesions from direct contact with residents or their food, if direct contact will transmit the disease; and<br>(vi) The hand hygiene procedures to be followed by staff involved in direct resident contact.<br><br>§483.80(a)(4) A system for recording incidents identified under the facility's IPCP and the corrective actions taken by the facility.<br><br>§483.80(e) Linens.<br>Personnel must handle, store, process, and transport linens so as to prevent the spread of infection.<br><br>§483.80(f) Annual review.<br>The facility will conduct an annual review of its IPCP and update their program, as necessary.<br><br>This REQUIREMENT is not met as evidenced by: | F 0880 | recommendations issued by Bureau of Epidemiology as follows –<br>1.    Monthly hand hygiene audits occurring on days, evenings, and night shifts.<br>2.    Staff were educated by Director of Education on use of ABHR.<br>3.    Colonization screening of staff and residents as directed by Bureau of Epidemiology.<br>4.    Facility will consult certified wound nurse not employed by facility to perform competency evaluation for treatment administration for Wound Nurse as well as competency evaluation for treatment administration for licensed nurses. Competency for wound nurse occurred on 11/21. Competency for other licensed nurses with Certified Wound Nurse will be  ongoing.<br>5.    Certified wound nurse will also provide education to Wound Nurse and licensed nurses on treatment administration, focusing on appropriate gloving and hand hygiene, creation and maintenance of a surface barrier or disinfection of | |

CMS-2567L                                    RL1L12                        IF CONTINUATION SHEET Page 14 of 21

DEPARTMENT OF HEALTH AND HUMAN SERVICES
HEALTH CARE FINANCING ADMINISTRATION

PRINTED: 9/8/2020
FORM APPROVED
2567-L

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION (POC) | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: 395015 | (X2) MULTIPLE CONSTRUCTION: A. BLDG: __00____ B. WING: _____ | (X3) DATE SURVEY COMPLETED: 10/30/2019 |
|---|---|---|---|

| NAME OF PROVIDER OR SUPPLIER: BRIGHTON REHABILITATION AND WELLNESS CENTER STATE LICENSE NUMBER: 020802 | STREET ADDRESS, CITY, STATE, ZIP CODE: 246 FRIENDSHIP CIRCLE BEAVER, PA  15009 |
|---|---|

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE | (X5) COMPLETE DATE |
|---|---|---|---|---|
| F 0880 SS=E | Continued from page 14 | F 0880 | surface area, cross contamination risk of equipment and supplies. 6.   Certified Wound Nurse will review facility policies related to treatment administration and dressing changes and will prepare recommendations to be reviewed by QAPI committee. 7.   Infection Preventionist will educate licensed staff and non-licensed support staff on use of PPE. 8.   Infection Preventionist/designee will audit staff PPE usage and will provide feedback to staff regarding results of audits. Audits will occur weekly x 4 and monthly x 3. 9.   Infection Preventionist/designee will educate staff on signs/symptoms of Group A streptococcus infection. 10.   Facility procured disinfectant wipes with 2 minute-contact kill time per policy. 11.   Infection Preventionist will review facility policies relating to treatment administration, hand hygiene/ABHR, reusable medical | |

DEPARTMENT OF HEALTH AND HUMAN SERVICES
HEALTH CARE FINANCING ADMINISTRATION

PRINTED: 9/8/2020
FORM APPROVED
2567-L

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION (POC) | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: 395015 | (X2) MULTIPLE CONSTRUCTION: A. BLDG. __00__ B. WING: _____ | (X3) DATE SURVEY COMPLETED: 10/30/2019 |
|---|---|---|---|

NAME OF PROVIDER OR SUPPLIER: BRIGHTON REHABILITATION AND WELLNESS CENTER

STATE LICENSE NUMBER: 020802

STREET ADDRESS, CITY, STATE, ZIP CODE: 246 FRIENDSHIP CIRCLE BEAVER, PA 15009

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE | (X5) COMPLETE DATE |
|---|---|---|---|---|
| F 0880 SS=E | Continued from page 15 | F 0880 | equipment and will present recommendations for changes to QAPI committee. 12. Ad-hoc QAPI committee meeting will be held to review IP recommendations and Certified Wound Nurse recommendations. | |

CMS-2567L   RL1L12   IF CONTINUATION SHEET Page 16 of 21

DEPARTMENT OF HEALTH AND HUMAN SERVICES
HEALTH CARE FINANCING ADMINISTRATION

PRINTED: 9/8/2020
FORM APPROVED
2567-L

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION (POC) | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER:  395015 | (X2) MULTIPLE CONSTRUCTION:  A. BLDG: ___00___  B. WING: _____ | (X3) DATE SURVEY COMPLETED:  10/30/2019 |
|---|---|---|---|

| NAME OF PROVIDER OR SUPPLIER:  BRIGHTON REHABILITATION AND WELLNESS CENTER  STATE LICENSE NUMBER: 020802 | STREET ADDRESS, CITY, STATE, ZIP CODE:  246 FRIENDSHIP CIRCLE  BEAVER, PA  15009 |
|---|---|

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE | (X5) COMPLETE DATE |
|---|---|---|---|---|
| F 0880  SS=E | Continued from page 16  Based on review of facility policy, observation and staff interviews, it was revealed that the facility failed to provide a sanitary environment to prevent possible cross contamination during a dressing change for one of one residents (Resident R47), store soiled linens to prevent the potential spread of infection on one of 9 nursing units (Grove 3 Nursing Unit) and failed to maintain adequate handwashing facilities to prevent the potential for cross contamination on one of 9 nursing units (Grove 3 Nursing Unit).  Findings include:  The facility policy entitled "Infection Prevention Program" dated 8/27/19, indicated that the goals of the program are to decrease the risk of infection to residents and personnel and identify and correct problems relating to infection prevention practices.  Review of the facility policy "Hand Washing Technique" dated 8/27/19, indicated that the purpose of handwashing is to prevent spread of | F 0880 | | |

PRINTED: 9/8/2020
FORM APPROVED
2567-L

DEPARTMENT OF HEALTH AND HUMAN SERVICES
HEALTH CARE FINANCING ADMINISTRATION

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION (POC) | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: 395015 | (X2) MULTIPLE CONSTRUCTION: A. BLDG: __00__ B. WING: _____ | (X3) DATE SURVEY COMPLETED: 10/30/2019 |
|---|---|---|---|

| NAME OF PROVIDER OR SUPPLIER: BRIGHTON REHABILITATION AND WELLNESS CENTER STATE LICENSE NUMBER: 020802 | STREET ADDRESS, CITY, STATE, ZIP CODE: 246 FRIENDSHIP CIRCLE BEAVER, PA 15009 |
|---|---|

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE | (X5) COMPLETE DATE |
|---|---|---|---|---|
| F 0880 SS=E | Continued from page 17<br><br>infection and diseases and limit the transfer of organisms from one person to another and handwashing should be performed before and after handling body secretions, before and after direct resident care, following a dressing change and after the removal of gloves.<br><br>The facility policy "Infection Control: Laundry Services " dated 8/27/19, indicated that all soiled linen should be bagged at the location where it is used.<br><br>Review of Resident R47's clinical record revealed that resident was admitted to the facility on 8/28/19, with the diagnosis that included intellectual disabilities, constipation, sepsis with septic shock (systematic infection), high blood pressure, kidney failure, iron deficiency anemia (low iron in blood) and muscle wasting.<br><br>During an observation of a dressing change on 10/30/19, at 2:30 p.m. the following was observed: Wound Care Registared Nurse (RN) Employee E1 | F 0880 | | |

PRINTED: 9/8/2020
FORM APPROVED
2567-L

DEPARTMENT OF HEALTH AND HUMAN SERVICES
HEALTH CARE FINANCING ADMINISTRATION

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION (POC) | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: 395015 | (X2) MULTIPLE CONSTRUCTION: A. BLDG: ___00___ B. WING: _____ | (X3) DATE SURVEY COMPLETED: 10/30/2019 |
|---|---|---|---|

| NAME OF PROVIDER OR SUPPLIER: BRIGHTON REHABILITATION AND WELLNESS CENTER STATE LICENSE NUMBER: 020802 | STREET ADDRESS, CITY, STATE, ZIP CODE: 246 FRIENDSHIP CIRCLE BEAVER, PA  15009 |
|---|---|

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE | (X5) COMPLETE DATE |
|---|---|---|---|---|
| F 0880 SS=E | Continued from page 18<br><br>placed Resident R47 foot on a pillow, placed a field under resident's foot then with the same gloved hands removed supplies from clean field, cleansed wound and went back to the clean field for other supplies with the same gloved hands. When Wound Care RN Employee E1 completed the dressing change and contaminated supplies were place in a biohazardous bag and removed one glove, with gloved hand took biohazardous bag to the soiled utility room, with the ungloved hand typed in the door code and disposed of the biohazard bag in the soiled utility room. Wound Care RN Employee E1 then removed second glove and want to perform hand washing and the soap dispenser was out of soap and located opposite side of the soiled utility room from where the handwashing sink is located. Wound Care RN Employee E1 removed a bottle of personal hand sanitizer from his/her scrub pocket. Wound Care RN Employee E1 then returned to Resident R47's room retrieved soiled bagged linens and took linens to a hamper the hamper bag was full of soiled linens the bag was loose from the hamper omitting a foul odor and on the top lid of the hamper | F  0880 | | |

CMS-2567L                                    RL1L12                    IF CONTINUATION SHEET Page 19 of 21

DEPARTMENT OF HEALTH AND HUMAN SERVICES
HEALTH CARE FINANCING ADMINISTRATION

PRINTED: 9/8/2020
FORM APPROVED
2567-L

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION (POC) | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER:<br><br>395015 | (X2) MULTIPLE CONSTRUCTION:<br><br>A. BLDG: ___00___<br>B. WING: _____ | (X3) DATE SURVEY COMPLETED:<br><br>10/30/2019 |
|---|---|---|---|

| NAME OF PROVIDER OR SUPPLIER:<br>BRIGHTON REHABILITATION AND WELLNESS CENTER<br><br>STATE LICENSE NUMBER: 020802 | STREET ADDRESS, CITY, STATE, ZIP CODE:<br>246 FRIENDSHIP CIRCLE<br>BEAVER, PA 15009 |
|---|---|

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE | (X5) COMPLETE DATE |
|---|---|---|---|---|
| F 0880<br><br>SS=E | Continued from page 19<br><br>was a clear bag with soiled linens that hand brown stains seen through the bag. Wound Care RN Employee E1 verbalized that the dressing change was complete and failed to return to Resident R47's room to disinfect resident's over bed table that was used for the clean field during the dressing change.<br><br>During an interview on 10/30/19, at 3:20 p.m. Wound Care RN Employee E1 confirmed that proper infection control procedures were not maintained during the dressing change which created the potential for cross contamination, that soiled linens were not stored properly to prevent the potential spread of infection and failed to maintain adequate handwashing facilities which created the potential for cross contamination.<br><br>Refer to F867.<br><br>28 Pa. Code: 201.14(a) Responsibility of licensee. Previously cited 2/16/19 and 9/13/19. | F 0880 | | |

CMS-2567L                                        RL1L12                                        IF CONTINUATION SHEET Page 20 of 21

DEPARTMENT OF HEALTH AND HUMAN SERVICES
HEALTH CARE FINANCING ADMINISTRATION

PRINTED: 9/8/2020
FORM APPROVED
2567-L

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION (POC) | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: 395015 | (X2) MULTIPLE CONSTRUCTION: A. BLDG: __00_____ B. WING: _____ | (X3) DATE SURVEY COMPLETED: 10/30/2019 |
|---|---|---|---|

NAME OF PROVIDER OR SUPPLIER:
**BRIGHTON REHABILITATION AND WELLNESS CENTER**

STATE LICENSE NUMBER: **020802**

STREET ADDRESS, CITY, STATE, ZIP CODE:
**246 FRIENDSHIP CIRCLE**
**BEAVER, PA  15009**

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE | (X5) COMPLETE DATE |
|---|---|---|---|---|
| F 0880 SS=E | Continued from page 20 | F 0880 | | |
| | 28 Pa. Code: 201.18(b)(1)(e)(1) Management. Previously cited 2/16/19 and 9/13/19. | | | |
| | 28 Pa. Code: 207.(a) Administrator's responsibility. Previously cited 9/13/19. | | | |
| | 28 Pa. Code: 211.12(d)(1)(5) Nursing services. Previously cited 9/13/19. | | | |



# Certified End Page

**BRIGHTON REHABILITATION AND WELLNESS CENTER**

STATE LICENSE NUMBER: 020802

SURVEY EXIT DATE: 10/30/2019

I Certify This Document to be a True and Correct Statement of Deficiencies and
Approved Facility Plan of Correction for the Above-Identified Facility Survey

*Susan Coble*
Susan Coble
*Deputy Secretary for Quality Assurance*

*Rachel L. Levine, MD*
*Secretary of Health*



**pennsylvania**
DEPARTMENT OF HEALTH

THIS IS A CERTIFICATION PAGE

## PLEASE DO NOT DETACH

THIS PAGE IS NOW PART OF THIS SURVEY

DEPARTMENT OF HEALTH AND HUMAN SERVICES
HEALTH CARE FINANCING ADMINISTRATION

PRINTED: 9/8/2020
FORM APPROVED
2567-L

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION (POC) | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER:<br><br>395015 | (X2) MULTIPLE CONSTRUCTION:<br>A. BLDG: __00__<br>B. WING: _____ | (X3) DATE SURVEY COMPLETED:<br><br>05/05/2020 |
|---|---|---|---|

| NAME OF PROVIDER OR SUPPLIER:<br>**BRIGHTON REHABILITATION AND WELLNESS CENTER**<br><br>STATE LICENSE NUMBER: **020802** | STREET ADDRESS, CITY, STATE, ZIP CODE:<br>**246 FRIENDSHIP CIRCLE**<br>**BEAVER, PA  15009** |
|---|---|

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE | (X5) COMPLETE DATE |
|---|---|---|---|---|
| E 0000 | INITIAL COMMENT<br><br><br>Based on a COVID-19 focused and complaint survey completed on May 5, 2020, it was determined that Brighton Rehabilitation was found to be in compliance with the requirements of 42 CFR, Part 484.22, Subpart B, Conditions of Participation: Emergency Preparedness. | E 0000 | | |

EXHIBIT
5
_____

LABORATORY DIRECTOR'S OR PROVIDER/SUPPLIER REPRESENTATIVE'S SIGNATURE                    TITLE:                    (X6) DATE:

Any deficiency statement ending with an asterisk (*) denotes a deficiency which may be excused from correction providing it is determined that other safeguards provide sufficient protection to the patients. The findings stated above are disclosable whether or not a plan of correction is provided. The findings are disclosable within 14 days after such information is made available to the facility. If deficiencies are cited, an approved plan of correction is requisite to continued program participation.

This form is a printed electronic version of the CMS 2567L. It contains all the information found on the standard document in much the same form. This electronic form once printed and signed by the facility administrator and appropriately posted will satisfy the CMS requirement to post survey information found on the CMS 2567L.

PRINTED: 9/8/2020
FORM APPROVED
2567-L

DEPARTMENT OF HEALTH AND HUMAN SERVICES
HEALTH CARE FINANCING ADMINISTRATION

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION (POC) | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: 395015 | (X2) MULTIPLE CONSTRUCTION: A. BLDG: __00__ B. WING: _____ | (X3) DATE SURVEY COMPLETED: 05/05/2020 |
|---|---|---|---|

| NAME OF PROVIDER OR SUPPLIER: BRIGHTON REHABILITATION AND WELLNESS CENTER STATE LICENSE NUMBER: 020802 | STREET ADDRESS, CITY, STATE, ZIP CODE: 246 FRIENDSHIP CIRCLE BEAVER, PA  15009 |
|---|---|

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE | (X5) COMPLETE DATE |
|---|---|---|---|---|
| F 0000 | INITIAL COMMENT | F 0000 | | |
| | Based on a COVID-19 focused and complaint survey completed on May 5, 2020, it was determined that Brighton Rehabilitation was not in compliance with the following requirements of 42 CFR Part 483, Subpart B, Requirements for Long Term Care Facilities and the 28 Pa. Code, Commonwealth of Pennsylvania Long Term Care Licensure Regulations which the facility failed to prevent the potential for cross contamination of disease which created the potential for cross-contamination and placed residents of nine of eleven nursing units in Immediate Jeopardy (Two East, Three East, Four East, Two Main, Two West, Four Main, Five Main, Grove Two, and Grove Three). | | | |
| F 0755 SS=D | | F 0755 | | |

LABORATORY DIRECTOR'S OR PROVIDER/SUPPLIER REPRESENTATIVE'S SIGNATURE                    TITLE:                    (X6) DATE:

Any deficiency statement ending with an asterisk (*) denotes a deficiency which may be excused from correction providing it is determined that other safeguards provide sufficient protection to the patients. The findings stated above are disclosable whether or not a plan of correction is provided. The findings are disclosable within 14 days after such information is made available to the facility. If deficiencies are cited, an approved plan of correction is requisite to continued program participation.

This form is a printed electronic version of the CMS 2567L. It contains all the information found on the standard document in much the same form. This electronic form once printed and signed by the facility administrator and appropriately posted will satisfy the CMS requirement to post survey information found on the CMS 2567L.

CMS-2567L                                OTFS11                                IF CONTINUATION SHEET Page 1 of 48

DEPARTMENT OF HEALTH AND HUMAN SERVICES
HEALTH CARE FINANCING ADMINISTRATION

PRINTED: 9/8/2020
FORM APPROVED
2567-L

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION (POC) | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER:  395015 | (X2) MULTIPLE CONSTRUCTION:  A. BLDG: __00_____  B. WING: _____ | (X3) DATE SURVEY COMPLETED:  05/05/2020 |
|---|---|---|---|

| NAME OF PROVIDER OR SUPPLIER  BRIGHTON REHABILITATION AND WELLNESS CENTER  STATE LICENSE NUMBER: 020802 | STREET ADDRESS, CITY, STATE, ZIP CODE:  246 FRIENDSHIP CIRCLE  BEAVER, PA  15009 |
|---|---|

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE | (X5) COMPLETE DATE |
|---|---|---|---|---|
| F 0755  SS=D | Continued from page 1  483.45(a)(b)(1)-(3) Pharmacy Srvcs/Procedures/Pharmacist/Records  §483.45 Pharmacy Services  The facility must provide routine and emergency drugs and biologicals to its residents, or obtain them under an agreement described in §483.70(g). The facility may permit unlicensed personnel to administer drugs if State law permits, but only under the general supervision of a licensed nurse.  §483.45(a) Procedures. A facility must provide pharmaceutical services (including procedures that assure the accurate acquiring, receiving, dispensing, and administering of all drugs and biologicals) to meet the needs of each resident.  §483.45(b) Service Consultation. The facility must employ or obtain the services of a licensed pharmacist who-  §483.45(b)(1) Provides consultation on all aspects of the provision of pharmacy services in the facility.  §483.45(b)(2) Establishes a system of records of receipt and disposition of all controlled drugs in sufficient detail to enable an accurate reconciliation; and  §483.45(b)(3) Determines that drug records are in order and that an account of all controlled drugs is maintained and periodically reconciled | F 0755 | 1.   The facility cannot retroactively correct the failure to complete the medication passes with resident R1.  2.   Resident R1's care plan and medication administration record was reviewed by the provider. Resident R1 provider and family member notified of incomplete medication administration. Resident R1 suffered no ill effects from incomplete medication administration.  3.   All licensed nurses have been re- educated by DON/designee on policy and procedure for medication administration, specifically regarding medications being left at bedside.  4.   Competencies have been completed by DON/designee for all licensed nurses as it relates to policy and procedure of medication administration.  5.   DON/designee will audit all competencies to ensure all licensed nurses are competent with | Completion Date: 06/08/2020 Status: APPROVED Date: 06/08/2020 |

PRINTED: 9/8/2020
FORM APPROVED
2567-L

DEPARTMENT OF HEALTH AND HUMAN SERVICES
HEALTH CARE FINANCING ADMINISTRATION

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION (POC) | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: 395015 | (X2) MULTIPLE CONSTRUCTION: A. BLDG: ___00_____ B. WING: _____ | (X3) DATE SURVEY COMPLETED: 05/05/2020 |
|---|---|---|---|

NAME OF PROVIDER OR SUPPLIER:
**BRIGHTON REHABILITATION AND WELLNESS CENTER**

STATE LICENSE NUMBER: **020802**

STREET ADDRESS, CITY, STATE, ZIP CODE:
**246 FRIENDSHIP CIRCLE
BEAVER, PA  15009**

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE | (X5) COMPLETE DATE |
|---|---|---|---|---|
| F 0755 SS=D | Continued from page 2<br><br>This REQUIREMENT is not met as evidenced by: | F 0755 | medication administration. Random competencies will be completed weekly times four weeks, monthly times three months, then no less than upon hire and annually.<br><br>6.   DON/designee will audit residents to ensure medications are not left at bedside. Audits will include 10 residents and will occur daily x 5 days, then weekly x 4 weeks, then monthly x 2 months.<br><br>Results of the audits, patterns and trends will be reported to the Quality Assurance and Performance Improvement Committee monthly times 3 months. | |

CMS-2567L                                   OTFS11                                   IF CONTINUATION SHEET Page 3 of 48

DEPARTMENT OF HEALTH AND HUMAN SERVICES
HEALTH CARE FINANCING ADMINISTRATION

PRINTED: 9/8/2020
FORM APPROVED
2567-L

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION (POC) | (XI) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: 395015 | (X2) MULTIPLE CONSTRUCTION: A. BLDG: __00__ B. WING: _____ | (X3) DATE SURVEY COMPLETED: 05/05/2020 |
|---|---|---|---|

| NAME OF PROVIDER OR SUPPLIER: BRIGHTON REHABILITATION AND WELLNESS CENTER  STATE LICENSE NUMBER: 020802 | STREET ADDRESS, CITY, STATE, ZIP CODE: 246 FRIENDSHIP CIRCLE BEAVER, PA 15009 |
|---|---|

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE | (X5) COMPLETE DATE |
|---|---|---|---|---|
| F 0755 SS=D | Continued from page 3  Based on a review of facility policy, observation and staff interview, it was determined that the facility failed to properly administer medications in one of four resident rooms (Room 406).  The facility policy "Medication Pass" last reviewed 8/27/19, indicated medications will be administered by a licensed nurse.  The facility policy "Resident Self-Administration of Medication" last reviewed 8/27/19, indicated that a resident requesting self-administration of medication will have a physician's order and a "Self Administration of Medication Assessment".  The Face Sheet indicated that Resident R1 was readmitted to the facility on 10/31/19, with diagnoses that included hypertension (high blood pressure), dysphagia (a condition in which a person's ability to eat and drink is disrupted), and schizoaffective disorder (a mental disorder in which a person experiences a combination of schizophrenia and mood disorder symptoms). | F 0755 | | |

PRINTED: 9/8/2020
FORM APPROVED
2567-L

DEPARTMENT OF HEALTH AND HUMAN SERVICES
HEALTH CARE FINANCING ADMINISTRATION

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION (POC) | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: 395015 | (X2) MULTIPLE CONSTRUCTION: A. BLDG: 00 B. WING: | (X3) DATE SURVEY COMPLETED: 05/05/2020 |
|---|---|---|---|

| NAME OF PROVIDER OR SUPPLIER: BRIGHTON REHABILITATION AND WELLNESS CENTER STATE LICENSE NUMBER: 020802 | STREET ADDRESS, CITY, STATE, ZIP CODE: 246 FRIENDSHIP CIRCLE BEAVER, PA 15009 |
|---|---|

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE | (X5) COMPLETE DATE |
|---|---|---|---|---|
| F 0755 SS=D | Continued from page 4 | F 0755 | | |
| | The Annual Minimum Data Set (MDS-periodic assessment of care needs) for Resident R1 dated 3/27/20, indicated the above diagnoses remain current. | | | |
| | Review of Resident R1's plan of care indicated goals and interventions related to Resident R1's self-care deficit and related to impaired cognition. | | | |
| | Review of the physician's orders, assessments, and plan of care failed to reveal an order, assessment, or plan of care for the self-administration of medication. | | | |
| | During an observation on 5/1/20, at 5:45 p.m. in Room 406, there was a medication cup that contained three pills sitting on the overbed table in front of a resident. Upon inquiry, she stated that she was unable to take her medications due to not having anything to drink. | | | |
| | Review of the physician's orders dated 3/17/20, | | | |

CMS-2567L                OTFS11                IF CONTINUATION SHEET Page 5 of 48

DEPARTMENT OF HEALTH AND HUMAN SERVICES
HEALTH CARE FINANCING ADMINISTRATION

PRINTED: 9/8/2020
FORM APPROVED
2567-L

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION (POC) | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: 395015 | (X2) MULTIPLE CONSTRUCTION: A. BLDG: __00__ B. WING: _____ | (X3) DATE SURVEY COMPLETED: 05/05/2020 |
|---|---|---|---|

| NAME OF PROVIDER OR SUPPLIER: BRIGHTON REHABILITATION AND WELLNESS CENTER  STATE LICENSE NUMBER: 020802 | STREET ADDRESS, CITY, STATE, ZIP CODE: 246 FRIENDSHIP CIRCLE BEAVER, PA  15009 |
|---|---|

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE | (X5) COMPLETE DATE |
|---|---|---|---|---|
| F 0755 SS=D | Continued from page 5  Resident R1 was ordered Zyprexa (an anti-psychotic medications) 5mg once per day, Neurontin (medication used to treat nerve pain) 300 mg twice per day, and Lisinopril (a medication to treat high blood pressure) 40 mg once per day.  During an interview on 5/1/20, at 6:15 p.m. Licensed Practical Nurse Employee (LPN) E19 confirmed that he had not provided any medication to Resident R1 during his shift, and upon viewing the medications, stated they were from her morning medication pass.  Review of the Medication Administration Record confirmed the medications were provided to Resident R1 by LPN Employee E21.  During an observation on 5/4/20, at 1:40 p.m. LPN Employee E20 was observed providing medication to Resident R1.  During a second observation on 5/4/20, at 1:55 p.m. Resident R1 had three pills in a medication cup | F 0755 | | |

CMS-2567L                                    OTFS11                         IF CONTINUATION SHEET Page 6 of 48

PRINTED: 9/8/2020
FORM APPROVED
2567-L

DEPARTMENT OF HEALTH AND HUMAN SERVICES
HEALTH CARE FINANCING ADMINISTRATION

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION (POC) | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: 395015 | (X2) MULTIPLE CONSTRUCTION: A. BLDG: __00_____ B. WING: _____ | (X3) DATE SURVEY COMPLETED: 05/05/2020 |
|---|---|---|---|

NAME OF PROVIDER OR SUPPLIER:
**BRIGHTON REHABILITATION AND WELLNESS CENTER**

STATE LICENSE NUMBER: **020802**

STREET ADDRESS, CITY, STATE, ZIP CODE:
**246 FRIENDSHIP CIRCLE**
**BEAVER, PA  15009**

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE | (X5) COMPLETE DATE |
|---|---|---|---|---|
| F 0755 SS=D | Continued from page 6<br><br>on her overbed table.<br><br>During an interview on 5/4/20, at 2:00 p.m. Licensed Practical Nurse E20 stated that Resident R1 takes a long time to take her medications, and she leaves the medication with her.<br><br>During an interview on 5/4/20, at 2:45 p.m. Assisstant Director of Nursing Employee E24 confirmed the facility failed to properly administer medications to Resident R1 in Room 406.<br><br>28 Pa. Code:  211.12 (d)(1)(5) Nursing services. Previously cited: 8/7/18, 1/28/19, 2/1/19, 2/6/19, 5/16/19, 8/14/19, 9/13/19<br><br>28 Pa. Code:  211.12 (d)(2) Nursing services Previously cited: 8/7/18, 1/28/19, 2/1/19, 5/16/19 | F 0755 | | |
| F 0835 SS=F | | F 0835 | | |

CMS-2567L                                    OTFS11                                    IF CONTINUATION SHEET Page 7 of 48

DEPARTMENT OF HEALTH AND HUMAN SERVICES
HEALTH CARE FINANCING ADMINISTRATION

PRINTED: 9/8/2020
FORM APPROVED
2567-L

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION (POC) | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: 395015 | (X2) MULTIPLE CONSTRUCTION: A. BLDG: __00__ B. WING: _____ | (X3) DATE SURVEY COMPLETED: 05/05/2020 |
|---|---|---|---|

| NAME OF PROVIDER OR SUPPLIER: BRIGHTON REHABILITATION AND WELLNESS CENTER STATE LICENSE NUMBER: 020802 | STREET ADDRESS, CITY, STATE, ZIP CODE: 246 FRIENDSHIP CIRCLE BEAVER, PA  15009 |
|---|---|

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE | (X5) COMPLETE DATE |
|---|---|---|---|---|
| F 0835 SS=F | Continued from page 7 <br><br> 483.70 Administration <br><br> §483.70 Administration. A facility must be administered in a manner that enables it to use its resources effectively and efficiently to attain or maintain the highest practicable physical, mental, and psychosocial well-being of each resident. <br><br> This REQUIREMENT is not met as evidenced by: | F 0835 | 1.    The facility NHA and DON submitted an abatement plan on 5/2/20 to address the immediate jeopardy: <br> a.    The Director of Nursing and/or designees will immediately provide re-education to nursing staff on infection control procedures for cleaning of glucometers, pulse oximeters and thermometers. Re-education will also encompass hand hygiene and glove use to include changing gloves between residents and disease transmission. In addition, nursing staff will be educated on appropriate mask use for resident care and community areas of the center.  Staff will complete competencies on education received. <br> i.    All nursing staff on duty will be educated prior to leaving their shift today. <br> ii.    All incoming nursing staff will be educated prior to starting their shift, ongoing until all nursing staff have received education. <br> iii.    A master list of education will be maintained and any outstanding | Completion Date: 06/08/2020 Status: APPROVED Date: 06/03/2020 |

CMS-2567L                                    OTFS11                                    IF CONTINUATION SHEET Page 8 of 48

DEPARTMENT OF HEALTH AND HUMAN SERVICES
HEALTH CARE FINANCING ADMINISTRATION

PRINTED: 9/8/2020
FORM APPROVED
2567-L

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION (POC) | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: 395015 | (X2) MULTIPLE CONSTRUCTION: A. BLDG: __00__ B. WING: _____ | (X3) DATE SURVEY COMPLETED: 05/05/2020 |
|---|---|---|---|

NAME OF PROVIDER OR SUPPLIER:
**BRIGHTON REHABILITATION AND WELLNESS CENTER**

STATE LICENSE NUMBER: **020802**

STREET ADDRESS, CITY, STATE, ZIP CODE:
**246 FRIENDSHIP CIRCLE**
**BEAVER, PA 15009**

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE | (X5) COMPLETE DATE |
|---|---|---|---|---|
| F 0835 SS=F | Continued from page 8 | F 0835 | staff, to include agency, will be cross referenced upon entry to the facility, those persons identified as not having received education will report to Clinical Leadership on duty for completion of education prior to starting their shift. 1. Glucometers, pulse oximeters and thermometers used between resident will be cleaned with disinfectant per manufacturers guidelines. 2. Hand hygiene will be performed before and after each use of glucometers, pulse oximeters and thermometers 3. Hand hygiene will be completed before and after direct care contact with residents to include removal of gloves after each resident. 4. Masks will be donned upon entering the center and worn throughout. Masks may be removed for brief periods of time outside of the resident care areas, while social distancing is respected. b. The Director of Nursing/designee will audit infection control procedures, with a focus on | |

CMS-2567L                    OTFS11                    IF CONTINUATION SHEET Page 9 of 48

PRINTED: 9/8/2020
FORM APPROVED
2567-L

DEPARTMENT OF HEALTH AND HUMAN SERVICES
HEALTH CARE FINANCING ADMINISTRATION

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION (POC) | (XI) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER:  395015 | (X2) MULTIPLE CONSTRUCTION:  A. BLDG: __00_____  B. WING: _____ | (X3) DATE SURVEY COMPLETED:  05/05/2020 |
|---|---|---|---|

| NAME OF PROVIDER OR SUPPLIER:  BRIGHTON REHABILITATION AND WELLNESS CENTER  STATE LICENSE NUMBER: 020802 | STREET ADDRESS, CITY, STATE, ZIP CODE:  246 FRIENDSHIP CIRCLE  BEAVER, PA 15009 |
|---|---|

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE | (X5) COMPLETE DATE |
|---|---|---|---|---|
| F 0835  SS=F | Continued from page 9 | F 0835 | cleaning glucometers, pulse oximeters and thermometers, hand hygiene related to changing gloves and proper use of masks every on each shift, 30 observations per day, for 1 month.  c.    The Quality Assurance Performance Improvement Committee will determine continuation and frequency of auditing after 1 month.  2.    The individual job descriptions have been reviewed with both the NHA and the DON by an active governing body representative.  3.    The DON and NHA have been re-educated on the regulations related to infection control by an active governing body representative.  4.    The facilities governing body will review all audits related to the infection control program weekly times three weeks, monthly times three, then annually.  Results of the audits, patterns and trends will be reported to the Quality Assurance and Performance | |

DEPARTMENT OF HEALTH AND HUMAN SERVICES
HEALTH CARE FINANCING ADMINISTRATION

PRINTED: 9/8/2020
FORM APPROVED
2567-L

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION (POC) | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: 395015 | (X2) MULTIPLE CONSTRUCTION: A. BLDG: 00 B. WING: | (X3) DATE SURVEY COMPLETED: 05/05/2020 |
|---|---|---|---|

NAME OF PROVIDER OR SUPPLIER:
BRIGHTON REHABILITATION AND WELLNESS CENTER

STATE LICENSE NUMBER: 020802

STREET ADDRESS, CITY, STATE, ZIP CODE:
246 FRIENDSHIP CIRCLE
BEAVER, PA  15009

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE | (X5) COMPLETE DATE |
|---|---|---|---|---|
| F 0835 SS=F | Continued from page 10 | F 0835 | Improvement Committee monthly times 3 months. | |

CMS-2567L

OTFS11

IF CONTINUATION SHEET Page 11 of 48

PRINTED: 9/8/2020
FORM APPROVED
2567-L

DEPARTMENT OF HEALTH AND HUMAN SERVICES
HEALTH CARE FINANCING ADMINISTRATION

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION (POC) | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: 395015 | (X2) MULTIPLE CONSTRUCTION: A. BLDG: ___00___ B. WING: _____ | (X3) DATE SURVEY COMPLETED: 05/05/2020 |
|---|---|---|---|

| NAME OF PROVIDER OR SUPPLIER: BRIGHTON REHABILITATION AND WELLNESS CENTER STATE LICENSE NUMBER: 020802 | STREET ADDRESS, CITY, STATE, ZIP CODE: 246 FRIENDSHIP CIRCLE BEAVER, PA  15009 |
|---|---|

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE | (X5) COMPLETE DATE |
|---|---|---|---|---|
| F 0835 SS=F | Continued from page 11 | F 0835 | | |
| | Based on a review of job descriptions,clinical records, and staff interviews, it was determined that the Nursing Home Administrator (NHA) and the Director of Nursing (DON) did not effectively manage the facility to make certain that proper infection control procedures were followed to protect residents from cross-contamination, infections, virus' and disease in the facility. | | | |
| | Findings include: | | | |
| | The job description for the NHA specified the primary purpose of the job position is to manage the facility in accordance with current applicable federal, state and local standards, guidelines and regulations that govern long term care facilities. To ensure the highest degree of quality care is provided to all residents at all times. | | | |
| | The job description for the DON specified the purpose of the job position was to plan, organize, develop and direct the overall operation of the nursing service department in accordance with | | | |

CMS-2567L.                    OTFS11                    IF CONTINUATION SHEET Page 12 of 48

DEPARTMENT OF HEALTH AND HUMAN SERVICES
HEALTH CARE FINANCING ADMINISTRATION

PRINTED: 9/8/2020
FORM APPROVED
2567-L

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION (POC) | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER:<br><br>395015 | (X2) MULTIPLE CONSTRUCTION:<br><br>A. BLDG: ___00___<br>B. WING: _____ | (X3) DATE SURVEY COMPLETED:<br><br>05/05/2020 |
|---|---|---|---|

| NAME OF PROVIDER OR SUPPLIER:<br>BRIGHTON REHABILITATION AND WELLNESS CENTER<br><br>STATE LICENSE NUMBER: 020802 | STREET ADDRESS, CITY, STATE, ZIP CODE:<br>246 FRIENDSHIP CIRCLE<br>BEAVER, PA 15009 |
|---|---|

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE | (X5) COMPLETE DATE |
|---|---|---|---|---|
| F 0835<br><br>SS=F | Continued from page 12<br><br>current federal, state and local standards, guidelines and regulations that govern the facility to ensure that the highest degree of quality of care is maintained at all times.<br><br>Based on the findings in this report that identified that the facility failed to consistently maintain an infection prevention and control program which placed residents in Immediate Jeopardy. The facility staff failed ensured proper cleaning and disinfecting of multi-use equipment, staff failed to use proper PPE, perform proper hand-hygiene, and store/handle linens in the proper manner to prevent the potential for cross contamination of disease which created the potential for cross-contamination. The NHA and the DON failed to fulfill their essential job duties to ensure that the federal and state guidelines and regulations were followed.<br><br>Refer to F880,<br><br>28 Pa. Code 201.14(a) Responsibility of licensee. Previously cited 12/14/18, 9/22/17. | F 0835 | | |

CMS-2567L                                    OTFS11                        IF CONTINUATION SHEET Page 13 of 48

PRINTED: 9/8/2020
FORM APPROVED
2567-L

DEPARTMENT OF HEALTH AND HUMAN SERVICES
HEALTH CARE FINANCING ADMINISTRATION

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION (POC) | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER:  395015 | (X2) MULTIPLE CONSTRUCTION:  A. BLDG: __00__ _____  B. WING: _____ | (X3) DATE SURVEY COMPLETED:  05/05/2020 |
|---|---|---|---|

| NAME OF PROVIDER OR SUPPLIER  BRIGHTON REHABILITATION AND WELLNESS CENTER  STATE LICENSE NUMBER: 020802 | STREET ADDRESS, CITY, STATE, ZIP CODE:  246 FRIENDSHIP CIRCLE  BEAVER, PA  15009 |
|---|---|

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE | (X5) COMPLETE DATE |
|---|---|---|---|---|
| F 0835  SS=F | Continued from page 13  28 Pa. Code 201.18(b)(1) Management.  Previously cited 9/22/17.  28 Pa. Code 201.18(b)(3) Management.  Previously cited 12/14/18, 8/7/18, 9/22/17.  28 Pa. Code 201.18(e)(1) Management.  Previously cited 12/14/18, 4/2/18, 9/22/17.  28 Pa. Code 207.2(a) Administrator's responsibility.  Previously cited 8/7/18, 9/22/17.  28 Pa. Code 211.12(d)(1)(5) Nursing services.  Previously cited 8/7/18, 4/2/18, 9/22/17.  28 Pa. Code 211.12(d)(2)(3) Nursing services.  Previously cited 8/7/18, 9/22/17. | F 0835 | | |

CMS-2567L                                   OTFS11                        IF CONTINUATION SHEET Page 14 of 48

DEPARTMENT OF HEALTH AND HUMAN SERVICES
HEALTH CARE FINANCING ADMINISTRATION

PRINTED: 9/8/2020
FORM APPROVED
2567-L

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION (POC) | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: 395015 | (X2) MULTIPLE CONSTRUCTION: A. BLDG: ___00___ B. WING: _____ | (X3) DATE SURVEY COMPLETED: 05/05/2020 |
|---|---|---|---|

| NAME OF PROVIDER OR SUPPLIER: BRIGHTON REHABILITATION AND WELLNESS CENTER STATE LICENSE NUMBER: 020802 | STREET ADDRESS, CITY, STATE, ZIP CODE: 246 FRIENDSHIP CIRCLE BEAVER, PA 15009 |
|---|---|

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE | (X5) COMPLETE DATE |
|---|---|---|---|---|
| F 0835 SS=F | Continued from page 14 | F 0835 | | |
| F 0838 SS=E | | F 0838 | | |

CMS-2567L                                          OTFS11                                          IF CONTINUATION SHEET Page 15 of 48

PRINTED: 9/8/2020
FORM APPROVED
2567-L

DEPARTMENT OF HEALTH AND HUMAN SERVICES
HEALTH CARE FINANCING ADMINISTRATION

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION (POC) | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER:  395015 | (X2) MULTIPLE CONSTRUCTION:  A. BLDG: __00_____  B. WING: _____ | (X3) DATE SURVEY COMPLETED:  05/05/2020 |
|---|---|---|---|

| NAME OF PROVIDER OR SUPPLIER:  BRIGHTON REHABILITATION AND WELLNESS CENTER  STATE LICENSE NUMBER: 020802 | STREET ADDRESS, CITY, STATE, ZIP CODE:  246 FRIENDSHIP CIRCLE  BEAVER, PA  15009 |
|---|---|

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE | (X5) COMPLETE DATE |
|---|---|---|---|---|
| F 0838  SS=E | Continued from page 15  483.70(e)(1)-(3) Facility Assessment  §483.70(e) Facility assessment.  The facility must conduct and document a facility-wide assessment to determine what resources are necessary to care for its residents competently during both day-to-day operations and emergencies. The facility must review and update that assessment, as necessary, and at least annually. The facility must also review and update this assessment whenever there is, or the facility plans for, any change that would require a substantial modification to any part of this assessment. The facility assessment must address or include:  §483.70(e)(1) The facility's resident population, including, but not limited to,  (i) Both the number of residents and the facility's resident capacity;  (ii) The care required by the resident population considering the types of diseases, conditions, physical and cognitive disabilities, overall acuity, and other pertinent facts that are present within that population;  (iii) The staff competencies that are necessary to provide the level and types of care needed for the resident population;  (iv) The physical environment, equipment, services, and other physical plant considerations that are necessary to care for this population; and  (v) Any ethnic, cultural, or religious factors that may potentially affect the care provided by the facility, | F 0838 | 1.   The facility cannot retroactively provide updates to the facility assessment.  2.   The facility assessment has been updated to reflect the facilities annual in-servicing policy and program, to include at least infection prevention and control, fire prevention and safety, accident prevention, disaster preparedness, resident confidential information, resident psychosocial needs, restorative nursing techniques and resident rights, including personal property rights, privacy, preservation of dignity and the prevention and reporting of resident abuse.  3.   All employees have been re-educated on the facilities infection prevention program.  The NHA and DON have been reeducated on the requirements of the facility assessment by an active representative of the governing body (management company). | Completion Date:  06/08/2020  Status:  APPROVED  Date:  06/08/2020 |

DEPARTMENT OF HEALTH AND HUMAN SERVICES
HEALTH CARE FINANCING ADMINISTRATION

PRINTED: 9/8/2020
FORM APPROVED
2567-L

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION (POC) | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: 395015 | (X2) MULTIPLE CONSTRUCTION: A. BLDG: ___00___ B. WING: _____ | (X3) DATE SURVEY COMPLETED: 05/05/2020 |
|---|---|---|---|

| NAME OF PROVIDER OR SUPPLIER: BRIGHTON REHABILITATION AND WELLNESS CENTER STATE LICENSE NUMBER: 020802 | STREET ADDRESS, CITY, STATE, ZIP CODE: 246 FRIENDSHIP CIRCLE BEAVER, PA 15009 |
|---|---|

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE | (X5) COMPLETE DATE |
|---|---|---|---|---|
| F 0838 SS=E | Continued from page 16<br><br>including, but not limited to, activities and food and nutrition services.<br><br>§483.70(e)(2) The facility's resources, including but not limited to,<br>(i) All buildings and/or other physical structures and vehicles;<br>(ii) Equipment (medical and non- medical);<br>(iii) Services provided, such as physical therapy, pharmacy, and specific rehabilitation therapies;<br>(iv) All personnel, including managers, staff (both employees and those who provide services under contract), and volunteers, as well as their education and/or training and any competencies related to resident care;<br>(v) Contracts, memorandums of understanding, or other agreements with third parties to provide services or equipment to the facility during both normal operations and emergencies; and<br>(vi) Health information technology resources, such as systems for electronically managing patient records and electronically sharing information with other organizations.<br><br>§483.70(e)(3) A facility-based and community-based risk assessment, utilizing an all-hazards approach.<br><br>This REQUIREMENT is not met as evidenced by: | F 0838 | 4.   A representative of the governing body (management company) will complete an audit of the facility assessment monthly times 3 months, then quarterly times six months to ensure the facility assessment is complete and accurate. The DON/designee will conduct audits monthly times six months to ensure all annual training and new hire training has been completed, to include at least infection prevention and control, fire prevention and safety, accident prevention, disaster preparedness, resident confidential information, resident psychosocial needs, restorative nursing techniques and resident rights, including personal property rights, privacy, preservation of dignity and the prevention and reporting of resident abuse<br><br>Results of the audits, patterns and trends will be reported to the Quality Assurance and Performance Improvement Committee for review and recommendation. | |

CMS-2567L                                    OTFS11                              IF CONTINUATION SHEET Page 17 of 48

PRINTED: 9/8/2020
FORM APPROVED
2567-L

DEPARTMENT OF HEALTH AND HUMAN SERVICES
HEALTH CARE FINANCING ADMINISTRATION

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION (POC) | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: 395015 | (X2) MULTIPLE CONSTRUCTION: A. BLDG: __00__ B. WING: _____ | (X3) DATE SURVEY COMPLETED: 05/05/2020 |
|---|---|---|---|

| NAME OF PROVIDER OR SUPPLIER: BRIGHTON REHABILITATION AND WELLNESS CENTER STATE LICENSE NUMBER: 020802 | STREET ADDRESS, CITY, STATE, ZIP CODE: 246 FRIENDSHIP CIRCLE BEAVER, PA  15009 |
|---|---|

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE | (X5) COMPLETE DATE |
|---|---|---|---|---|
| F 0838 SS=E | Continued from page 17<br><br>Based on a review of facility documents and staff interview it was determined that the facility failed to implement staff training, assess staff knowledge, skills, and abilities of the staff to be able to perform work roles successfully to meet each residents' needs.<br><br>Findings include:<br><br>A review of the "Facility Assessment Tool" dated 1/7/19, and updated January 2020, indicated the facility will maintain an adequately trained and competent staff.<br><br>Based on the findings of an Abbreviated survey in response to a COVID-19 survey and four complaints, completed on 5/5/20, which identified areas of regulatory non-compliance, it was determined that the Nursing Home Administrator and the Director of Nursing failed to ensure adequate and proper training of staff in infection control procedures to identify and prevent the possibility of cross-contamination. | F 0838 | | |

CMS-2567L                                       OTFS11                                    IF CONTINUATION SHEET Page 18 of 48

DEPARTMENT OF HEALTH AND HUMAN SERVICES
HEALTH CARE FINANCING ADMINISTRATION

PRINTED: 9/8/2020
FORM APPROVED
2567-L

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION (POC) | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: 395015 | (X2) MULTIPLE CONSTRUCTION: A. BLDG: 00 B. WING: | (X3) DATE SURVEY COMPLETED: 05/05/2020 |
| --- | --- | --- | --- |

NAME OF PROVIDER OR SUPPLIER:
BRIGHTON REHABILITATION AND WELLNESS CENTER

STATE LICENSE NUMBER: 020802

STREET ADDRESS, CITY, STATE, ZIP CODE:
246 FRIENDSHIP CIRCLE
BEAVER, PA  15009

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE | (X5) COMPLETE DATE |
| --- | --- | --- | --- | --- |
| F 0838 SS=E | Continued from page 18 | F 0838 | | |

A review of the facility "Infection Prevention Program Overview" dated 9/1/18, and last reviewed by the facility on 8/27/19, indicated that training of staff in infection prevention occurs at least annually.

Review of Nurse Aide (NA) Employees E1, E2, E3, E4, E5, E6, E7, E8, E9, E10, E11, E12, E13, E14, E15, E16, and E17's education records with hire date greater than 12 months revealed the following:

NA Employee E1 had a hire date of 9/7/14, did not receive annual training in infection prevention during the period of 9/7/18/18, through 9/7/19.

NA Employee E2 had a hire date of 9/4/17, did not receive annual training in infection prevention during the period of 9/4/18, through 9/4/19.

NA Employee E3 had a hire date of 9/10/12, did not receive annual training in infection prevention during the period of 9/10/18, through 9/10/19.

CMS-2567L                                    OTFS11                                    IF CONTINUATION SHEET Page 19 of 48

DEPARTMENT OF HEALTH AND HUMAN SERVICES
HEALTH CARE FINANCING ADMINISTRATION

PRINTED: 9/8/2020
FORM APPROVED
2567-L

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION (POC) | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER:  395015 | (X2) MULTIPLE CONSTRUCTION:  A. BLDG: __00_____  B. WING: _____ | (X3) DATE SURVEY COMPLETED:  05/05/2020 |
|---|---|---|---|

| NAME OF PROVIDER OR SUPPLIER:  BRIGHTON REHABILITATION AND WELLNESS CENTER  STATE LICENSE NUMBER: 020802 | STREET ADDRESS, CITY, STATE, ZIP CODE:  246 FRIENDSHIP CIRCLE  BEAVER, PA  15009 |
|---|---|

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE | (X5) COMPLETE DATE |
|---|---|---|---|---|
| F 0838 SS=E | Continued from page 19  NA Employee E4 had a hire date of 10/31/11, did not receive annual training in infection prevention during the period of 10/31/18, through 10/31/19.  NA Employee E5 had a hire date of 11/1/17, did not receive annual training in infection prevention during the period of 11/1/18, through 11/1/19.  NA Employee E6 had a hire date of 6/2/18, did not receive annual training in infection prevention during the period of 6/2/18, through 6/2/19.  NA Employee E7 had a hire date of 7/14/14, did not receive annual training in infection prevention during the period of 11/15/18, through 11/15/19.  NA Employee E8 had a hire date of 1/2/16, did not receive annual training in infection prevention during the period of 1/2/19, through 1/2/20.  NA Employee E9 had a hire date of 7/6/87, did not receive annual training in infection prevention during | F 0838 | | |

CMS-2567L

OTFS11

DEPARTMENT OF HEALTH AND HUMAN SERVICES
HEALTH CARE FINANCING ADMINISTRATION

PRINTED: 9/8/2020
FORM APPROVED
2567-L

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION (POC) | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: 395015 | (X2) MULTIPLE CONSTRUCTION: A. BLDG: __00__ B. WING: _____ | (X3) DATE SURVEY COMPLETED: 05/05/2020 |
|---|---|---|---|

| NAME OF PROVIDER OR SUPPLIER: BRIGHTON REHABILITATION AND WELLNESS CENTER STATE LICENSE NUMBER: 020802 | STREET ADDRESS, CITY, STATE, ZIP CODE: 246 FRIENDSHIP CIRCLE BEAVER, PA  15009 |
|---|---|

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE | (X5) COMPLETE DATE |
|---|---|---|---|---|
| F 0838 SS=E | Continued from page 20 | F 0838 | | |
| | the period of 7/6/18, through 7/6/19. | | | |
| | NA Employee E10 had a hire date of 7/28/14, did not receive annual training in infection prevention during the period of 7/28/18, through 7/28/19. | | | |
| | NA Employee E11 had a hire date of 1/7/15, did not receive annual training in infection prevention during the period of 1/7/19, through 1/7/20. | | | |
| | NA Employee E12 had a hire date of 8/16/99, did not receive annual training in infection prevention during the period of 8/16/18, through 8/16/19. | | | |
| | NA Employee E13 had a hire date of 3/30/17, did not receive annual training in infection prevention during the period of 3/30/19, through 3/30/20. | | | |
| | NA Employee E14 had a hire date of 11/1/17, did not receive annual training in infection prevention during the period of 11/1/18, through 11/1/19. | | | |
| | NA Employee E15 had a hire date of 3/31/08, did | | | |

CMS-2567L                                           OTFS11                          IF CONTINUATION SHEET Page 21 of 48

DEPARTMENT OF HEALTH AND HUMAN SERVICES
HEALTH CARE FINANCING ADMINISTRATION

PRINTED: 9/8/2020
FORM APPROVED
2567-L

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION (POC) | (XI) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: 395015 | (X2) MULTIPLE CONSTRUCTION: A. BLDG: ___00___ B. WING: _____ | (X3) DATE SURVEY COMPLETED: 05/05/2020 |
|---|---|---|---|

| NAME OF PROVIDER OR SUPPLIER: BRIGHTON REHABILITATION AND WELLNESS CENTER STATE LICENSE NUMBER: 020802 | STREET ADDRESS, CITY, STATE, ZIP CODE: 246 FRIENDSHIP CIRCLE BEAVER, PA 15009 |
|---|---|

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE | (X5) COMPLETE DATE |
|---|---|---|---|---|
| F 0838 SS=E | Continued from page 21 | F 0838 | | |

not receive annual training in infection prevention during the period of 3/31/19, through 3/31/20.

NA Employee E16 had a hire date of 7/17/95, did not receive annual training in infection prevention during the period of 7/17/18, through 7/17/19.

NA Employee E17 had a hire date of 9/8/14, did not receive annual training in infection prevention during the period of 9/8/18, through 9/8/19.

During an interview on 5/3/20, at 8:00 p.m. the Nursing Home Administrator confirmed that the facility failed to provide the required annual in-service education in infection control for NA Employee E1, E2, E3, E4, E5, E6, E7, E8, E9, E10, E11, E12, E13, E14, E15, E16, and E17.

During an interview on 5/5/20, at 2:30 p.m. the Nursing Home Administrator confirmed that the Facility Assessment failed to reveal proper training, assess staff knowledge, skills, and abilities of the

CMS-2567L                          OTFS11                          IF CONTINUATION SHEET Page 22 of 48

DEPARTMENT OF HEALTH AND HUMAN SERVICES
HEALTH CARE FINANCING ADMINISTRATION

PRINTED: 9/8/2020
FORM APPROVED
2567-L

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION (POC) | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER:  395015 | (X2) MULTIPLE CONSTRUCTION:  A. BLDG: __00__  B. WING: _____ | (X3) DATE SURVEY COMPLETED:  05/05/2020 |
|---|---|---|---|

| NAME OF PROVIDER OR SUPPLIER: BRIGHTON REHABILITATION AND WELLNESS CENTER  STATE LICENSE NUMBER: 020802 | STREET ADDRESS, CITY, STATE, ZIP CODE: 246 FRIENDSHIP CIRCLE BEAVER, PA 15009 |
|---|---|

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE | (X5) COMPLETE DATE |
|---|---|---|---|---|
| F 0838  SS=E | Continued from page 22  staff to be able to perform work roles successfully in infection control procedures.  28 Pa. Code 201.14(a) Responsibility of licensee Previously cited 2/1/19, 2/6/19, 8/14/19, 9/13/19, 12/13/19  28 Pa. Code 201.18(b)(1) Management Previously cited: 1/28/19, 2/6/19, 5/16/19, 8/14/19, 9/13/19  28 Pa. Code 201.18(b)(3) Management Previously cited: 8/7/18, 10/24/18, 1/28/19, 2/6/19, 8/14/19, 9/13/19  28 Pa. Code 201.18(e)(1) Management Previously cited: 10/24/18, 1/28/19, 2/6/19, 8/14/19, 9/13/19  28 Pa. Code 201.18(e)(2) Management  28 Pa. Code 201.20(a)(c) Staff development | F 0838 | | |

DEPARTMENT OF HEALTH AND HUMAN SERVICES
HEALTH CARE FINANCING ADMINISTRATION

PRINTED: 9/8/2020
FORM APPROVED
2567-L

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION (POC) | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: 395015 | (X2) MULTIPLE CONSTRUCTION: A. BLDG: __00_____ B. WING: _____ | (X3) DATE SURVEY COMPLETED 05/05/2020 |
|---|---|---|---|

| NAME OF PROVIDER OR SUPPLIER: BRIGHTON REHABILITATION AND WELLNESS CENTER STATE LICENSE NUMBER: 020802 | STREET ADDRESS, CITY, STATE, ZIP CODE: 246 FRIENDSHIP CIRCLE BEAVER, PA 15009 |
|---|---|

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE | (X5) COMPLETE DATE |
|---|---|---|---|---|
| F 0838 SS=E | Continued from page 23<br><br>28 Pa. Code 201.29(c)(d) Resident rights<br>Previously cited: 1/28/19, 9/13/19<br><br>28 Pa. Code 211.12(c) Nursing services<br>Previously cited: 12/14/18, 9/13/19 | F 0838 | | |
| F 0880 SS=K | | F 0880 | | |

CMS-2567L

OTFS11

DEPARTMENT OF HEALTH AND HUMAN SERVICES
HEALTH CARE FINANCING ADMINISTRATION

PRINTED: 9/8/2020
FORM APPROVED
2567-L

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION (POC) | (XI) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: 395015 | (X2) MULTIPLE CONSTRUCTION: A. BLDG: __00_____ B. WING: _____ | (X3) DATE SURVEY COMPLETED: 05/05/2020 |
|---|---|---|---|

| NAME OF PROVIDER OR SUPPLIER: BRIGHTON REHABILITATION AND WELLNESS CENTER STATE LICENSE NUMBER: 020802 | STREET ADDRESS, CITY, STATE, ZIP CODE: 246 FRIENDSHIP CIRCLE BEAVER, PA 15009 |
|---|---|

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE | (X5) COMPLETE DATE |
|---|---|---|---|---|
| F 0880 SS=K | Continued from page 24

483.80(a)(1)(2)(4)(e)(f) Infection Prevention & Control

§483.80 Infection Control
The facility must establish and maintain an infection prevention and control program designed to provide a safe, sanitary and comfortable environment and to help prevent the development and transmission of communicable diseases and infections.

§483.80(a) Infection prevention and control program.
The facility must establish an infection prevention and control program (IPCP) that must include, at a minimum, the following elements:

§483.80(a)(1) A system for preventing, identifying, reporting, investigating, and controlling infections and communicable diseases for all residents, staff, volunteers, visitors, and other individuals providing services under a contractual arrangement based upon the facility assessment conducted according to §483.70(e) and following accepted national standards;

§483.80(a)(2) Written standards, policies, and procedures for the program, which must include, but are not limited to:
(i) A system of surveillance designed to identify possible communicable diseases or infections before they can spread to other persons in the facility;
(ii) When and to whom possible incidents of communicable disease or infections should be reported; | F 0880 | 1.   An immediate corrective plan was submitted to and accepted by on site surveyors on 05/02/2020.
a.   The Director of Nursing and/or designees will immediately provide re-education to nursing staff on infection control procedures for cleaning of glucometers, pulse oximeters and thermometers. Re-education will also encompass hand hygiene and glove use to include changing gloves between residents and disease transmission. In addition, nursing staff will be educated on appropriate mask use for resident care and community areas of the center. Staff will complete competencies on education received.
i.   All nursing staff on duty will be educated prior to leaving their shift today.
ii.   All incoming nursing staff will be educated prior to starting their shift, ongoing until all nursing staff have received education.
iii.   A master list of education will be maintained and any outstanding staff, to include agency, will be cross | Completion Date: 06/08/2020 Status: APPROVED Date: 06/03/2020 |

DEPARTMENT OF HEALTH AND HUMAN SERVICES
HEALTH CARE FINANCING ADMINISTRATION

PRINTED: 9/8/2020
FORM APPROVED
2567-L

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION (POC) | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: 395015 | (X2) MULTIPLE CONSTRUCTION: A. BLDG: __00__ B. WING: _____ | (X3) DATE SURVEY COMPLETED: 05/05/2020 |
|---|---|---|---|

| NAME OF PROVIDER OR SUPPLIER: BRIGHTON REHABILITATION AND WELLNESS CENTER STATE LICENSE NUMBER: 020802 | STREET ADDRESS, CITY, STATE, ZIP CODE: 246 FRIENDSHIP CIRCLE BEAVER, PA 15009 |
|---|---|

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE | (X5) COMPLETE DATE |
|---|---|---|---|---|
| F 0880 SS=K | Continued from page 25 (iii) Standard and transmission-based precautions to be followed to prevent spread of infections; (iv)When and how isolation should be used for a resident; including but not limited to: (A) The type and duration of the isolation, depending upon the infectious agent or organism involved, and (B) A requirement that the isolation should be the least restrictive possible for the resident under the circumstances. (v) The circumstances under which the facility must prohibit employees with a communicable disease or infected skin lesions from direct contact with residents or their food, if direct contact will transmit the disease; and (vi)The hand hygiene procedures to be followed by staff involved in direct resident contact. §483.80(a)(4) A system for recording incidents identified under the facility's IPCP and the corrective actions taken by the facility. §483.80(e) Linens. Personnel must handle, store, process, and transport linens so as to prevent the spread of infection. §483.80(f) Annual review. The facility will conduct an annual review of its IPCP and update their program, as necessary. This REQUIREMENT is not met as evidenced by: | F 0880 | referenced upon entry to the facility, those persons identified as not having received education will report to Clinical Leadership on duty for completion of education prior to starting their shift. 1.   Glucometers, pulse oximeters and thermometers used between resident will be cleaned with disinfectant per manufacturers guidelines. 2.   Hand hygiene will be performed before and after each use of glucometers, pulse oximeters and thermometers 3.   Hand hygiene will be completed before and after direct care contact with residents to include removal of gloves after each resident. 4.   Masks will be donned upon entering the center and worn throughout.  Masks may be removed for brief periods of time outside of the resident care areas, while social distancing is respected. b.   The Director of Nursing/designee will audit infection control procedures, with a focus on cleaning glucometers, pulse | |

DEPARTMENT OF HEALTH AND HUMAN SERVICES
HEALTH CARE FINANCING ADMINISTRATION

PRINTED: 9/8/2020
FORM APPROVED
2567-L

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION (POC) | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: 395015 | (X2) MULTIPLE CONSTRUCTION: A. BLDG: __00__ B. WING: _____ | (X3) DATE SURVEY COMPLETED: 05/05/2020 |

NAME OF PROVIDER OR SUPPLIER:
**BRIGHTON REHABILITATION AND WELLNESS CENTER**

STREET ADDRESS, CITY, STATE, ZIP CODE:
**246 FRIENDSHIP CIRCLE**
**BEAVER, PA  15009**

STATE LICENSE NUMBER: **020802**

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE | (X5) COMPLETE DATE |
|---|---|---|---|---|
| F 0880 SS=K | Continued from page 26 | F 0880 | oximeters and thermometers, hand hygiene related to changing gloves and proper use of masks every on each shift, 30 observations per day, for 1 month. c.    The Quality Assurance Performance Improvement Committee will determine continuation and frequency of auditing after 1 month. 1.    A master list of education and audits have been maintained per immediate corrective plan. 2.    All facility staff have been re-educated by DON/designee on the hand hygiene policy and procedure, proper use of PPE's to include gloves, proper storage of bio-hazardous materials, and maintenance of a clean and sanitary environment to prevent cross contamination and the spread of diseases and infections. All nursing staff members continue to be re-educated on proper cleaning and disinfecting of multi-use equipment. All nursing and housekeeping staff have been re-educated by the DON/ Environmental Services | |

CMS-2567L                                OTFS11                                IF CONTINUATION SHEET Page 27 of 48

DEPARTMENT OF HEALTH AND HUMAN SERVICES
HEALTH CARE FINANCING ADMINISTRATION

PRINTED: 9/8/2020
FORM APPROVED
2567-L

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION (POC) | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: 395015 | (X2) MULTIPLE CONSTRUCTION: A. BLDG: __00__ B. WING: _____ | (X3) DATE SURVEY COMPLETED: 05/05/2020 |
|---|---|---|---|

| NAME OF PROVIDER OR SUPPLIER: BRIGHTON REHABILITATION AND WELLNESS CENTER STATE LICENSE NUMBER: 020802 | STREET ADDRESS, CITY, STATE, ZIP CODE: 246 FRIENDSHIP CIRCLE BEAVER, PA  15009 |
|---|---|

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE | (X5) COMPLETE DATE |
|---|---|---|---|---|
| F 0880 SS=K | Continued from page 27 | F 0880 | Director/designee on the proper handling of clean and dirty linens. All housekeeping staff have been re-educated by the Environmental Services Director/designee on maintaining accessibility to all sinks and adequate supplies for proper hand washing. 3.  Competencies will be completed by the DON/designee on hand hygiene, proper handling of clean and dirty linens, proper cleaning and disinfecting of multi-use equipment, and proper use of PPE's for all direct care and environmental services staff. Audits will then be completed by DON/ Environmental Services Director/designee weekly times 4 weeks then monthly. Audits will be completed by DON/NHA/designee to ensure social distancing, daily times 1 week then weekly times 3 weeks, then monthly. Comprehensive environmental rounds/audit will be completed by NHA/Environmental Services Director/Designee daily times 1-week, weekly times 3 weeks, then monthly. | |

CMS-2567L                                      OTFS11                    IF CONTINUATION SHEET Page 28 of 48

DEPARTMENT OF HEALTH AND HUMAN SERVICES
HEALTH CARE FINANCING ADMINISTRATION

PRINTED: 9/8/2020
FORM APPROVED
2567-L

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION (POC) | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: 395015 | (X2) MULTIPLE CONSTRUCTION: A. BLDG: __00__ B. WING: _____ | (X3) DATE SURVEY COMPLETED: 05/05/2020 |
|---|---|---|---|

NAME OF PROVIDER OR SUPPLIER:
**BRIGHTON REHABILITATION AND WELLNESS CENTER**

STATE LICENSE NUMBER: **020802**

STREET ADDRESS, CITY, STATE, ZIP CODE:
**246 FRIENDSHIP CIRCLE**
**BEAVER, PA  15009**

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEEDED BY FULL, REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE | (X5) COMPLETE DATE |
|---|---|---|---|---|
| F 0880 SS=K | Continued from page 28 | F 0880 | Results of the audits, patterns and trends will be reported to the Quality Assurance and Performance Improvement Committee monthly times 3 months. | |

CMS-2567L

OTFS11

DEPARTMENT OF HEALTH AND HUMAN SERVICES
HEALTH CARE FINANCING ADMINISTRATION

PRINTED: 9/8/2020
FORM APPROVED
2567-L

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION (POC) | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: 395015 | (X2) MULTIPLE CONSTRUCTION: A. BLDG: __00_____ B. WING: _____ | (X3) DATE SURVEY COMPLETED: 05/05/2020 |
|---|---|---|---|

| NAME OF PROVIDER OR SUPPLIER: BRIGHTON REHABILITATION AND WELLNESS CENTER   STATE LICENSE NUMBER: 020802 | STREET ADDRESS, CITY, STATE, ZIP CODE: 246 FRIENDSHIP CIRCLE BEAVER, PA 15009 |
|---|---|

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE | (X5) COMPLETE DATE |
|---|---|---|---|---|
| F 0880 SS=K | Continued from page 29

Based on a review of facility policies, manufacturer guidelines, observations, and staff interviews, it was determined that the facility failed to consistently maintain an infection prevention and control program which ensured proper cleaning and disinfecting of multi-use equipment for three of 11 residents (Resident R4, R5, and R6) and that facility staff failed to use proper Personal Protective Equipment (PPE), perform proper hand-hygiene, and store/handle linens in the proper manner to prevent the potential for cross contamination of disease which created the potential for cross-contamination and placed residents of nine of eleven nursing units in Immediate Jeopardy (Two East, Three East, Four East, Two Main, Two West, Four Main, Five Main, Grove Two, and Grove Three).

Review of the facility policy "Infection Control Committee By-Laws" dated 8/12/19, indicated the committee's objectives are to control infections within the Center by insuring a clean and healthful environment and to evaluate the infection potential of the related environment. | F 0880 | | |

DEPARTMENT OF HEALTH AND HUMAN SERVICES
HEALTH CARE FINANCING ADMINISTRATION

PRINTED: 9/8/2020
FORM APPROVED
2567-L

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION (POC) | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER:  395015 | (X2) MULTIPLE CONSTRUCTION:  A. BLDG: __00__  B. WING: _____ | (X3) DATE SURVEY COMPLETED:  05/05/2020 |
|---|---|---|---|

| NAME OF PROVIDER OR SUPPLIER:  BRIGHTON REHABILITATION AND WELLNESS CENTER  STATE LICENSE NUMBER: 020802 | STREET ADDRESS, CITY, STATE, ZIP CODE:  246 FRIENDSHIP CIRCLE  BEAVER, PA  15009 |
|---|---|

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE | (X5) COMPLETE DATE |
|---|---|---|---|---|
| F 0880  SS=K | Continued from page 30  Review of the facility policy "Infection Control" dated 8/27/19, indicated the the purpose of isolation is to provide care for the resident, confine the contamination to the smallest area as possible and prevent transmission of the disease, by either direct or indirect contact.  Review of the facility policy "Infection Control Isolation" dated 8/27/19, indicated that the purpose of isolation is to prevent contact between between potentially pathogenic micro-organisms and uninfected residents.  Review of the facility policy "Standard Precautions-Personal Protective Equipment (PPE)" dated 8/27/19, indicated that the type of PPE should be appropriate for the procedure and the type of exposure anticipated.  Review of the facility policy "Hand Hygiene" dated 8/27/19, indicated that the purpose of hand hygiene is to decrease the risk of transmission of infection. | F  0880 | | |

DEPARTMENT OF HEALTH AND HUMAN SERVICES
HEALTH CARE FINANCING ADMINISTRATION

PRINTED: 9/8/2020
FORM APPROVED
2567-L

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION (POC) | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: 395015 | (X2) MULTIPLE CONSTRUCTION: A. BLDG: __00__ B. WING: _____ | (X3) DATE SURVEY COMPLETED: 05/05/2020 |
|---|---|---|---|

| NAME OF PROVIDER OR SUPPLIER: BRIGHTON REHABILITATION AND WELLNESS CENTER STATE LICENSE NUMBER: 020802 | STREET ADDRESS, CITY, STATE, ZIP CODE: 246 FRIENDSHIP CIRCLE BEAVER, PA 15009 |
|---|---|

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE | (X5) COMPLETE DATE |
|---|---|---|---|---|
| F 0880 SS=K | Continued from page 31<br><br>Handwashing is performed when hands are visibly dirty or contaminated with proteinaceous material, are visible soiled with blood or other body fluids, before performing an invasive procedure, and after providing care to a resident.<br><br>Review of the facility policy "Glucometer Decontamination" (a device used to test the amount of sugar in a person's blood) dated 8/27/19, indicated that the glucometer shall be decontaminated with the facility approved wipes following use on each resident.<br><br>Review of the glucometer manufacturer's recommendation provided by the facility under "Cleaning and Disinfecting Procedure for the Meter" revealed, the meter should be cleaned and disinfected between each patient. The following products have been approved for cleaning and disinfecting the meter: Dispatch Hospital Cleaner Disinfectant Towels with Bleach, Medline Micro-Kill Disinfecting, Deodorizing, Cleaning Wipes with Alcohol, Clorox Healthcare Bleach | F 0880 | | |

DEPARTMENT OF HEALTH AND HUMAN SERVICES
HEALTH CARE FINANCING ADMINISTRATION

PRINTED: 9/8/2020
FORM APPROVED
2567-L

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION (POC) | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION: | (X3) DATE SURVEY COMPLETED: |
|---|---|---|---|
| | 395015 | A. BLDG: __00_____<br>B. WING: _____ | 05/05/2020 |

| NAME OF PROVIDER OR SUPPLIER: | STREET ADDRESS, CITY, STATE, ZIP CODE: |
|---|---|
| BRIGHTON REHABILITATION AND WELLNESS CENTER<br><br>STATE LICENSE NUMBER: 020802 | 246 FRIENDSHIP CIRCLE<br>BEAVER, PA  15009 |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE | (X5) COMPLETE DATE |
|---|---|---|---|---|
| F 0880<br><br>SS=K | Continued from page 32<br><br>Germicidal and Disinfectant Wipes and Medline Micro-Kill Bleach Germicidal Bleach Wipes.<br><br>Review of the facility policy "Cleaning, Disinfection and Sterilization" dated 8/27/19, indicated that the purpose is to provide supplies and equipment that are adequately cleaned, disinfected or sterilized. Supplies and equipment will be cleaned immediately after use. Thermometers are cleaned with hospital disinfectant.<br><br>Review of the facility policy "Glove Use" indicated that gloves are disposable single-use and to perform hand hygiene after removing gloves. Gloves should be used when touching excretions, secretions, blood, body fluids, mucous membranes, handling potentially contaminated items, when hands will possible come in contact with blood, body fluids, or other potentially infectious material.<br><br>Review of the facility policy "Laundry Collection" dated 8/27/19, indicated that soiled linen carts are to be covered while in resident areas. | F 0880 | | |

CMS-2567L                                     OTFS11                              IF CONTINUATION SHEET Page 33 of 48

DEPARTMENT OF HEALTH AND HUMAN SERVICES
HEALTH CARE FINANCING ADMINISTRATION

PRINTED: 9/8/2020
FORM APPROVED
2567-L

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION (POC) | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER:<br><br>395015 | (X2) MULTIPLE CONSTRUCTION:<br><br>A. BLDG: __00__<br>B. WING: _____ | (X3) DATE SURVEY COMPLETED:<br><br>05/05/2020 |
|---|---|---|---|

| NAME OF PROVIDER OR SUPPLIER:<br>BRIGHTON REHABILITATION AND WELLNESS CENTER<br><br>STATE LICENSE NUMBER: 020802 | STREET ADDRESS, CITY, STATE, ZIP CODE:<br>246 FRIENDSHIP CIRCLE<br>BEAVER, PA 15009 |
|---|---|

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE | (X5) COMPLETE DATE |
|---|---|---|---|---|
| F 0880<br><br>SS=K | Continued from page 33<br><br><br>During an observation on 5/1/20, at 4:35 p.m. Receptionist Employee E28 was sitting at the desk at the Main Entrance eating a meal without a mask on and two staff members who were not wearing masks walked past Receptionist Employee E28 less than 6 foot distance.<br><br>During an interview on 5/1/20, at 4:40 p.m. with Receptionist Employee E28 and Nursing Assistant (NA) Employee E29-(who was monitoring staff members enter building) confirmed that the two staff members and Receptionist E28 failed to wear proper Personal Protective Equipment (PPE) while in the building which created the potential for cross-contamination and the spread of disease and infections.<br><br>During an observation on 5/1/20, at 4:45 p.m. on the 2 West Nursing Unit, Licensed Practical Nurse (LPN) Employee E30 exited a resident room, removed gloves, touched equipment on medication cart, pick up pen and wrote on paper, then typed on | F 0880 | | |

CMS-2567L                                    OTFS11                          IF CONTINUATION SHEET Page 34 of 48

DEPARTMENT OF HEALTH AND HUMAN SERVICES
HEALTH CARE FINANCING ADMINISTRATION

PRINTED: 9/8/2020
FORM APPROVED
2567-L

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION (POC) | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: 395015 | (X2) MULTIPLE CONSTRUCTION: A. BLDG: __00__ B. WING: _____ | (X3) DATE SURVEY COMPLETED: 05/05/2020 |
|---|---|---|---|

| NAME OF PROVIDER OR SUPPLIER: BRIGHTON REHABILITATION AND WELLNESS CENTER STATE LICENSE NUMBER: 020802 | STREET ADDRESS, CITY, STATE, ZIP CODE: 246 FRIENDSHIP CIRCLE BEAVER, PA 15009 |
|---|---|

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE | (X5) COMPLETE DATE |
|---|---|---|---|---|
| F 0880 SS=K | Continued from page 34<br><br>keyboard, then pushed medication cart down the hallway, failing to perform hand hygiene after glove removal.<br><br>During an interview on 5/1/20, at 4:55 p.m. LPN Employee E30 confirmed that by failing to perform hand hygiene after removal of gloves which created the potential for the possibility of cross contamination and the spread of disease and infections.<br><br>During an observation on 5/1/20, at 4:56 p.m. of the 2 West Nursing Unit two linen carts were in the hallway uncovered and open to air.<br><br>During an interview on 5/1/20, at 4:56 p.m. LPN Unit Manager Employee E31 confirmed that leaving linen exposed creates the potential for cross-contamination and the spread of disease and infection.<br><br>During an observation on 5/1/20, at 4:50 p.m. of the Grove 2 soiled Utility room there was no soap or | F 0880 | | |

CMS-2567L                                    OTFS11                                    IF CONTINUATION SHEET Page 35 of 48

DEPARTMENT OF HEALTH AND HUMAN SERVICES
HEALTH CARE FINANCING ADMINISTRATION

PRINTED: 9/8/2020
FORM APPROVED
2567-L

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION (POC) | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER:<br><br>395015 | (X2) MULTIPLE CONSTRUCTION:<br><br>A. BLDG: __00__<br>B. WING: _____ | (X3) DATE SURVEY COMPLETED:<br><br>05/05/2020 |
|---|---|---|---|

NAME OF PROVIDER OR SUPPLIER:
**BRIGHTON REHABILITATION AND WELLNESS CENTER**

STATE LICENSE NUMBER: **020802**

STREET ADDRESS, CITY, STATE, ZIP CODE:
**246 FRIENDSHIP CIRCLE**
**BEAVER, PA  15009**

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE | (X5) COMPLETE DATE |
|---|---|---|---|---|
| F 0880<br><br>SS=K | Continued from page 35<br><br>paper towels at the handwashing sink.<br><br>During an interview on 5/1/20, at 4:54 p.m. LPN Unit Manager Employee E31 confirmed that the facility failed to provide the proper supplies to perform handwashing which creates the potential for cross-contamination and the spread of disease and infection.<br><br>During an observation on 5/1/20, at 5:06 p.m. of the Grove 3 Nursing Unit the following was observed:<br>-open drink can on top of the medication cart in the hallway.<br>-NA Employee E32 walked out of resident room, removed gloves, towel from clean linen cart and returned back to room to provide care.<br>-NA Employee E33 was walking in the unit hallway with mask down around chin.<br><br>During an interview on 5/1/20, at 5:25 p.m. LPN Employee E34, NA Employee E32 and E33 confirmed that leaving open drinks in resident care areas, failing to properly perform hand hygiene after | F 0880 | | |

DEPARTMENT OF HEALTH AND HUMAN SERVICES
HEALTH CARE FINANCING ADMINISTRATION

PRINTED: 9/8/2020
FORM APPROVED
2567-L

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION (POC) | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER:<br><br>395015 | (X2) MULTIPLE CONSTRUCTION:<br><br>A. BLDG: __00_____<br>B. WING: _____ | (X3) DATE SURVEY COMPLETED:<br><br>05/05/2020 |
|---|---|---|---|

| NAME OF PROVIDER OR SUPPLIER:<br>**BRIGHTON REHABILITATION AND WELLNESS CENTER**<br><br>STATE LICENSE NUMBER: **020802** | STREET ADDRESS, CITY, STATE, ZIP CODE:<br>**246 FRIENDSHIP CIRCLE**<br>**BEAVER, PA  15009** |
|---|---|

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE | (X5) COMPLETE DATE |
|---|---|---|---|---|
| F 0880<br><br>SS=K | Continued from page 36<br><br>glove removal and failing to wear PPE- mask in the proper manner create the potential for cross-contamination and the spread of disease and infection.<br><br>During an observation on 5/1/20, at 4:42 p.m. Resident R2 was laying in his bed. Food spillage was present on the floor next to Resident R2's bed, the waste basket in the room was overflowing onto the floor, and used gloves were present on the floor.<br><br>During an observation on 5/1/20, at 4:52 p.m. the floor next to Resident R3's bed had food spilled on it.<br><br>During an observation on 5/1/20, at 4:56 p.m. Registered Nurse (RN) Employee E18 entered Room 518 with gloves on and used a glucometer to obtain Resident R4's blood sugar level. After completing the check, RN Employee E18 cleaned the glucometer with hand sanitizer, and a brown paper towel. At this time, RN Employee E18 proceeded across the room to Resident R5, and | F 0880 | | |

DEPARTMENT OF HEALTH AND HUMAN SERVICES
HEALTH CARE FINANCING ADMINISTRATION

PRINTED: 9/8/2020
FORM APPROVED
2567-L

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION (POC) | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER:<br><br>395015 | (X2) MULTIPLE CONSTRUCTION:<br><br>A. BLDG: __00__<br>B. WING: _____ | (X3) DATE SURVEY COMPLETED:<br><br>05/05/2020 |
|---|---|---|---|

| NAME OF PROVIDER OR SUPPLIER:<br>BRIGHTON REHABILITATION AND WELLNESS CENTER<br><br>STATE LICENSE NUMBER: 020802 | STREET ADDRESS, CITY, STATE, ZIP CODE:<br>246 FRIENDSHIP CIRCLE<br>BEAVER, PA  15009 |
|---|---|

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE | (X5) COMPLETE DATE |
|---|---|---|---|---|
| F 0880<br><br>SS=K | Continued from page 37<br><br>without changing gloves or performing hand hygiene, obtained Resident R5's blood sugar level, and again cleaned the glucometer with hand sanitizer and a brown paper towel. RN Employee E18 did not remove her gloves or perform hand hygiene.<br><br>During an observation on 5/1/20, at 5:00 p.m., RN Employee E18 exited Room 518, proceeded down the hall to the medication cart outside the nurses' station, unlocked the cart, and looked through multiple drawers on the cart. RN Employee E18 then changed gloves, using hand sanitizer prior to putting new gloves on.<br><br>During an observation on 5/1/20, at 5:03 p.m. Registered Nurse (RN) Employee E18 entered Room 524 with gloves on and used a glucometer to obtain Resident R6's blood sugar level. After completing the check, RN Employee E18 cleaned the glucometer with hand sanitizer, and a brown paper towel.<br><br>During an observation on 5/1/20, between 5:08 | F 0880 | | |

CMS-2567L                                OTFS11                                IF CONTINUATION SHEET Page 38 of 48

DEPARTMENT OF HEALTH AND HUMAN SERVICES
HEALTH CARE FINANCING ADMINISTRATION

PRINTED: 9/8/2020
FORM APPROVED
2567-L

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION (POC) | (XI) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: 395015 | (X2) MULTIPLE CONSTRUCTION: A. BLDG: __00_____ B. WING: _____ | (X3) DATE SURVEY COMPLETED: 05/05/2020 |
|---|---|---|---|

| NAME OF PROVIDER OR SUPPLIER: BRIGHTON REHABILITATION AND WELLNESS CENTER STATE LICENSE NUMBER: 020802 | STREET ADDRESS, CITY, STATE, ZIP CODE: 246 FRIENDSHIP CIRCLE BEAVER, PA 15009 |
|---|---|

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE | (X5) COMPLETE DATE |
|---|---|---|---|---|
| F 0880 SS=K | Continued from page 38<br><br>p.m. and 5:14 p.m. Nurse Aide (NA) Employee E13 entered Resident R7's (diagnosed with COVID-19) room while wearing gloves with a temporal thermometer (a type of thermometer that is slid across the skin on the forehead to take body temperature) and pulse oximeter (a small handheld device that encloses a patient's fingertip and measures the oxygen saturation in the blood), setting them on the overbed table. NA Employee E13 exited Room 525 with a half full urinal, which she brought to the soiled utility room down the hall. NA Employee 13 entered the soiled utility room, and promptly exited it with an empty urinal. NA Employee E13 reentered Resident R7's room and proceeded to obtain Resident R7's temperature and oxygen saturation. NA Employee 13 exited Room 525, and entered Room 526, obtaining Resident R8's and Resident R9's temperature and oxygen saturation. Residents R8 and R9 have not been diagnosed with COVID-19. Throughout this observation, NA Employee 13 did not remove her gloves, perform hand hygiene, or clean her equipment between patients. | F 0880 | | |

CMS-2567L                                    OTFS11                    IF CONTINUATION SHEET Page 39 of 48

DEPARTMENT OF HEALTH AND HUMAN SERVICES
HEALTH CARE FINANCING ADMINISTRATION

PRINTED: 9/8/2020
FORM APPROVED
2567-L

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION (POC) | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER:  395015 | (X2) MULTIPLE CONSTRUCTION:  A. BLDG: __00_____  B. WING: _____ | (X3) DATE SURVEY COMPLETED:  05/05/2020 |
|---|---|---|---|

| NAME OF PROVIDER OR SUPPLIER:  BRIGHTON REHABILITATION AND WELLNESS CENTER  STATE LICENSE NUMBER: 020802 | STREET ADDRESS, CITY, STATE, ZIP CODE:  246 FRIENDSHIP CIRCLE  BEAVER, PA  15009 |
|---|---|

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE | (X5) COMPLETE DATE |
|---|---|---|---|---|
| F 0880  SS=K | Continued from page 39  During an interview on 5/1/20, at 6:05 p.m. RN Employee E18 confirmed that she failed to use an approved disinfectant to clean the glucometer and confirmed that NA Employee E13 failed to change gloves, perform hand hygiene, and confirmed that by not disinfecting the equipment between patients, created the possibility of cross contamination between residents.  During an observation on 5/1/20, between 5:25 p.m. through 5:50 p.m. on the Four Main nursing unit, the following was observed:  -The large 4M North linen cart had four uncovered pillows on top of it.  -The patient restroom on Four Main North had no paper towels, and one cloth towel hanging on a hook next to the sink, with its ends draped against a garbage can.  -Room 404 had dirty gloves in the sink.  -The soiled linen hampers in the hallway were open, and partially full.  -The Four South medication cart did not have | F  0880 | | |

CMS-2567L                           OTFS11                           IF CONTINUATION SHEET Page 40 of 48

DEPARTMENT OF HEALTH AND HUMAN SERVICES
HEALTH CARE FINANCING ADMINISTRATION

PRINTED: 9/8/2020
FORM APPROVED
2567-L

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION (POC) | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: 395015 | (X2) MULTIPLE CONSTRUCTION: A. BLDG: 00 B. WING: | (X3) DATE SURVEY COMPLETED: 05/05/2020 |
|---|---|---|---|

| NAME OF PROVIDER OR SUPPLIER: BRIGHTON REHABILITATION AND WELLNESS CENTER STATE LICENSE NUMBER: 020802 | STREET ADDRESS, CITY, STATE, ZIP CODE: 246 FRIENDSHIP CIRCLE BEAVER, PA 15009 |
|---|---|

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE | (X5) COMPLETE DATE |
|---|---|---|---|---|
| F 0880 SS=K | Continued from page 40

supplies to correctly clean the glucometer.
-The patient restroom on Four Main South had an inoperable paper towel dispenser.
-The large 4M South linen cart had its cover folded behind the cart, exposing all of the clean linen.

During an interview on 5/1/20, at 5:50 p.m. LPN Employee E19 confirmed the above observations on the Four Main nursing unit.

During an observation on 5/2/20, between 12:35 p.m. through 1:05 p.m. on the Three Main nursing unit, the following was observed:
-One uncovered small linen cart in the North hall.
-Room 310 had dirty linen on the floor.
-Room 304 had a bag of green soap on the patient sink.
-The soiled utility room in the South hall did not have running cold water.
-One partially covered small linen cart in the South hall.

During an interview on 5/2/20, at 1:05 p.m. LPN | F 0880 | | |

DEPARTMENT OF HEALTH AND HUMAN SERVICES
HEALTH CARE FINANCING ADMINISTRATION

PRINTED: 9/8/2020
FORM APPROVED
2567-L

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION (POC) | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER:  395015 | (X2) MULTIPLE CONSTRUCTION:  A. BLDG: __00_____  B. WING: _____ | (X3) DATE SURVEY COMPLETED:  05/05/2020 |
|---|---|---|---|

| NAME OF PROVIDER OR SUPPLIER:  BRIGHTON REHABILITATION AND WELLNESS CENTER  STATE LICENSE NUMBER: 020802 | STREET ADDRESS, CITY, STATE, ZIP CODE:  246 FRIENDSHIP CIRCLE  BEAVER, PA  15009 |
|---|---|

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE | (X5) COMPLETE DATE |
|---|---|---|---|---|
| F 0880  SS=K | Continued from page 41  Employee E25 confirmed the above observations on the Three Main nursing unit.  During an observation on 5/4/20, between 8:00 p.m. through 8:10 p.m. on the Five Main nursing unit, the following was observed:  -Room 506 had food spillage on the floor.  -NA Employee E13 placing soiled linen in the hallway hamper without gloves on.  During an interview on 5/4/20, at 8:10 p.m. LPN Employee E26 confirmed the above observations on the Five Main nursing unit.  During an observation on 5/4/20, between 8:15 p.m. through 8:30 p.m. on the Four Main nursing unit, the following was observed:  -The small 4M South linen carts only partially covered.  -Two large clear bags of personal clothing labeled with Resident R8's name, in wheelchair in the hallway.  -The small 4M North linen cart was uncovered. | F 0880 | | |

DEPARTMENT OF HEALTH AND HUMAN SERVICES
HEALTH CARE FINANCING ADMINISTRATION

PRINTED: 9/8/2020
FORM APPROVED
2567-L

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION (POC) | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: 395015 | (X2) MULTIPLE CONSTRUCTION: A. BLDG: __00__ B. WING: _____ | (X3) DATE SURVEY COMPLETED: 05/05/2020 |
|---|---|---|---|

| NAME OF PROVIDER OR SUPPLIER: BRIGHTON REHABILITATION AND WELLNESS CENTER | STREET ADDRESS, CITY, STATE, ZIP CODE: 246 FRIENDSHIP CIRCLE BEAVER, PA 15009 |
|---|---|

STATE LICENSE NUMBER: 020802

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE | (X5) COMPLETE DATE |
|---|---|---|---|---|
| F 0880 SS=K | Continued from page 42 <br><br> -NA Employee E27 carried soiled linen to the hallway linen hamper without gloves, then removed clean linen from the linen cart without performing hand hygiene. <br><br> During an interview on 5/4/20, at 8:30 p.m. LPN Employee E19 confirmed the above observations of the linen carts on the Four Main nursing unit, and confirmed that NA Employee E27 did not use correct hand hygiene when carrying soiled and clean linen. <br><br> During an observation on 5/4/20, between 8:35 p.m. through 8:50 p.m. on the Two Main nursing unit, the following was observed: <br><br> -The 2M South patient restroom had multiple soiled towels in the sink, and a visibly soiled washcloth on the floor. Additionally, a partially full soiled linen bag was on the floor next to the restroom hopper. <br><br> During an interview on 5/4/20, at 8:50 p.m. LPN Employee E22 confirmed the above observations on | F 0880 | | |

DEPARTMENT OF HEALTH AND HUMAN SERVICES
HEALTH CARE FINANCING ADMINISTRATION

PRINTED: 9/8/2020
FORM APPROVED
2567-L

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION (POC) | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: 395015 | (X2) MULTIPLE CONSTRUCTION: A. BLDG: __00__ B. WING: _____ | (X3) DATE SURVEY COMPLETED. 05/05/2020 |
|---|---|---|---|

| NAME OF PROVIDER OR SUPPLIER: BRIGHTON REHABILITATION AND WELLNESS CENTER STATE LICENSE NUMBER: 020802 | STREET ADDRESS, CITY, STATE, ZIP CODE: 246 FRIENDSHIP CIRCLE BEAVER, PA  15009 |
|---|---|

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE | (X5) COMPLETE DATE |
|---|---|---|---|---|
| F 0880 SS=K | Continued from page 43 the Two Main nursing unit. During an observation on 5/5/20, between 1:55 p.m. through 2:05 p.m. on the Two Main nursing unit, the following was observed: -The 2M South patient restroom had a soiled brief rolled up, placed on top of a cart labeled infectious waste, next to a small black, partially full plastic bag. During an interview on 5/5/20, at 2:05 p.m. Environmental Services Employee E23 confirmed the above observations on the Two Main nursing unit. On 5/2/20, at 4:45 p.m. the Nursing Home Administrator and DON were informed of Immediate Jeopardy at the facility and a request for a written Corrective Action Plan. On 5/2/20, at 10:43 p.m. the Corrective Action Plan was approved which included the following interventions: | F 0880 | | |

DEPARTMENT OF HEALTH AND HUMAN SERVICES
HEALTH CARE FINANCING ADMINISTRATION

PRINTED: 9/8/2020
FORM APPROVED
2567-L

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION (POC) | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER:  395015 | (X2) MULTIPLE CONSTRUCTION:  A. BLDG: __00_____  B. WING: _____ | (X3) DATE SURVEY COMPLETED:  05/05/2020 |
|---|---|---|---|

| NAME OF PROVIDER OR SUPPLIER:  BRIGHTON REHABILITATION AND WELLNESS CENTER  STATE LICENSE NUMBER: 020802 | STREET ADDRESS, CITY, STATE, ZIP CODE:  246 FRIENDSHIP CIRCLE  BEAVER, PA 15009 |
|---|---|

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE | (X5) COMPLETE DATE |
|---|---|---|---|---|
| F 0880  SS=K | Continued from page 44  1. The Director of Nursing and/or designees will immediately provide re-education to nursing staff on infection control procedures for cleaning of glucometers, pulse oximeter and thermometers. Re-education will also encompass hand hygiene and glove use to include changing gloves between residents and disease transmission. In addition, nursing staff will be educated on appropriate mask use for resident care and community areas of the center. Staff will complete competencies on education received.  a. All nursing staff on duty will be educated prior to leaving their shift today.  b. All incoming nursing staff will be educated prior to starting their shift, ongoing until all nursing staff have been educated.  c. A master list of education will be maintained and any outstanding staff, to include agency, will be cross referenced upon entry to the facility, those persons identified as not having received education will report to Clinical Leadership on duty for completion of education; prior to starting their shift. | F 0880 | | |

CMS-2567L                                OTFS11                          IF CONTINUATION SHEET Page 45 of 48

DEPARTMENT OF HEALTH AND HUMAN SERVICES
HEALTH CARE FINANCING ADMINISTRATION

PRINTED: 9/8/2020
FORM APPROVED
2567-L

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION (POC) | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: 395015 | (X2) MULTIPLE CONSTRUCTION: A. BLDG: ___00___ B. WING: _____ | (X3) DATE SURVEY COMPLETED: 05/05/2020 |
|---|---|---|---|

NAME OF PROVIDER OR SUPPLIER:
**BRIGHTON REHABILITATION AND WELLNESS CENTER**

STATE LICENSE NUMBER: **020802**

STREET ADDRESS, CITY, STATE, ZIP CODE:
**246 FRIENDSHIP CIRCLE**
**BEAVER, PA  15009**

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE | (X5) COMPLETE DATE |
|---|---|---|---|---|
| F 0880 SS=K | Continued from page 45<br><br>  i. Glucometers, pulse oximeter, and thermometers used between residents will be cleaned with disinfectant per manufacturers' guidelines.<br>  ii. Hand hygiene will be performed before and after each use of glucometers, pulse oximeter and thermometers.<br>  iii. Hand hygiene will be completed before and after direct care contact with residents to include removal of gloves after each resident.<br>  iv. Masks will be donned upon entering and worn throughout. Masks may be removed for brief periods outside of the resident care areas, while social distancing is respected.<br>2. The Director of Nursing/designee will audit infection control procedures, with a focus on cleaning glucometers, pulse oximeter and thermometers, hand hygiene related to changing gloves and proper use of masks on every shift, 30 observations per day, for 1 month.<br>3. The Quality Assurance Performance Improvement Committee will determine continuation and frequency of auditing after 1 month. | F 0880 | | |

CMS-2567L                                              OTFS11                                   IF CONTINUATION SHEET Page 46 of 48

DEPARTMENT OF HEALTH AND HUMAN SERVICES
HEALTH CARE FINANCING ADMINISTRATION

PRINTED: 9/8/2020
FORM APPROVED
2567-L

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION (POC) | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER:  395015 | (X2) MULTIPLE CONSTRUCTION: A. BLDG: __00____ B. WING: _____ | (X3) DATE SURVEY COMPLETED:  05/05/2020 |
|---|---|---|---|

| NAME OF PROVIDER OR SUPPLIER: BRIGHTON REHABILITATION AND WELLNESS CENTER  STATE LICENSE NUMBER: 020802 | STREET ADDRESS, CITY, STATE, ZIP CODE: 246 FRIENDSHIP CIRCLE BEAVER, PA  15009 |
|---|---|

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE | (X5) COMPLETE DATE |
|---|---|---|---|---|
| F 0880 SS=K | Continued from page 46  On May 5, 2020, at 4:00 p.m. during an on-site survey, verification was made that the Corrective Action Plan was being implemented. It was verified that the facility immediately re-educated the nursing staff on infection control procedures for cleaning glucometers, pulse oximeters, thermometers, hand hygiene, glove use and appropriate use of PPE. The staff did complete competencies on education they received. All nursing staff on duty were educated prior to leaving their shift and incoming nursing staff were educated prior to starting their shift. Observations of the staff using glucometers, pulse oximeters, and thermometers and cleaning with disinfectant per manufacturers' guidelines were conducted. Observations of proper hand hygiene, use of proper PPE and social distancing were conducted. Observations of the management team conducting audits of the infection control procedures was conducted.  The NHA was notified that the Immediate Jeopardy was lifted. | F 0880 | | |

CMS-2567L                                     OTFS11                               IF CONTINUATION SHEET Page 47 of 48

DEPARTMENT OF HEALTH AND HUMAN SERVICES
HEALTH CARE FINANCING ADMINISTRATION

PRINTED: 9/8/2020
FORM APPROVED
2567-L

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION (POC) | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER:<br><br>395015 | (X2) MULTIPLE CONSTRUCTION:<br><br>A. BLDG: __00__<br>B. WING: _____ | (X3) DATE SURVEY COMPLETED:<br><br>05/05/2020 |

| NAME OF PROVIDER OR SUPPLIER:<br>**BRIGHTON REHABILITATION AND WELLNESS CENTER**<br><br>STATE LICENSE NUMBER: **020802** | STREET ADDRESS, CITY, STATE, ZIP CODE:<br>**246 FRIENDSHIP CIRCLE**<br>**BEAVER, PA  15009** |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE | (X5) COMPLETE DATE |
|---|---|---|---|---|
| F 0880<br><br>SS=K | Continued from page 47<br><br>28 Pa. Code 201.14(a) Responsibility of licensee. Previously cited 2/16/19.<br><br>28 Pa. Code 201.18(b)(1) Management. Previously cited 2/16/19.<br><br>28 Pa. Code 201.18(b)(3) Management. Previously cited 2/16/19.<br><br>28 Pa. Code 201.18(e)(1) Management. Previously cited 2/16/19.<br><br>28 Pa. Code 207.2(a) Administrator's responsibility. Previously cited 2/16/19.<br><br>28 Pa. Code 211.10(d) Resident care policies.<br><br>28 Pa. Code 211.12(d)(1)(5) Nursing services. | F 0880 | | |

CMS-2567L                                    OTFS11                                    IF CONTINUATION SHEET Page 48 of 48

PRINTED: 9/8/2020
FORM APPROVED

Pennsylvania Department of Health

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION (POC) | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER:<br><br>395015 | (X2) MULTIPLE CONSTRUCTION:<br>A. BLDG: __00__<br>B. WING: _____ | (X3) DATE SURVEY COMPLETED:<br><br>05/05/2020 |
|---|---|---|---|

| NAME OF PROVIDER OR SUPPLIER:<br>BRIGHTON REHABILITATION AND WELLNESS CENTER<br><br>STATE LICENSE NUMBER: 020802 | STREET ADDRESS, CITY, STATE, ZIP CODE:<br>246 FRIENDSHIP CIRCLE<br>BEAVER, PA  15009 |
|---|---|

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE | (X5) COMPLETE DATE |
|---|---|---|---|---|
| P 0555 | | P 0555 | | |

| LABORATORY DIRECTOR'S OR PROVIDER/SUPPLIER REPRESENTATIVE'S SIGNATURE | TITLE: | (X6) DATE: |
|---|---|---|
| | | |

State Form                                        OTFS11                                        IF CONTINUATION SHEET Page 1 of 8

PRINTED: 9/8/2020
FORM APPROVED

Pennsylvania Department of Health

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION (POC) | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER:<br>395015 | (X2) MULTIPLE CONSTRUCTION:<br>A. BLDG: __00_____<br>B. WING: _____ | (X3) DATE SURVEY COMPLETED:<br>05/05/2020 |
|---|---|---|---|

| NAME OF PROVIDER OR SUPPLIER:<br>**BRIGHTON REHABILITATION AND WELLNESS CENTER**<br>STATE LICENSE NUMBER: **020802** | STREET ADDRESS, CITY, STATE, ZIP CODE:<br>**246 FRIENDSHIP CIRCLE**<br>**BEAVER, PA  15009** |
|---|---|

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE | (X5) COMPLETE DATE |
|---|---|---|---|---|
| P 0555 | Continued from page 1<br><br>§ 201.20(c) Staff development.<br><br>(c)  There shall be at least annual inservice training which includes at least infection prevention and control, fire prevention and safety, accident prevention, disaster preparedness, resident confidential information, resident psychosocial needs, restorative nursing techniques and resident rights, including personal property rights, privacy, preservation of dignity and the prevention and reporting of resident abuse.<br><br>This REGULATION is not met as evidenced by: | P 0555 | 1.   The facility cannot retroactively provide annual in-service education in infection control for employees; E1, E2, E3, E4, E5, E6, E7, E8, E9, E10, E11, E12, E13, E14, E15, E16, AND E17.<br><br>2.   All employees have been re-educated on the facilities infection prevention program.<br><br>3.   The facilities annual in-servicing policy and program has been reviewed and updated to include at least infection prevention and control, fire prevention and safety, accident prevention, disaster preparedness, resident confidential information, resident psychosocial needs, restorative nursing techniques and resident rights, including personal property rights, privacy, preservation of dignity and the prevention and reporting of resident abuse.<br><br>4.   The DON/designee will conduct audits monthly times six months to ensure all annual training and new | Completion Date: **06/08/2020** Status: **APPROVED** Date: **06/03/2020** |

PRINTED: 9/8/2020
FORM APPROVED

Pennsylvania Department of Health

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION (POC) | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER:<br><br>395015 | (X2) MULTIPLE CONSTRUCTION:<br><br>A. BLDG: __00_____<br>B. WING: _____ | (X3) DATE SURVEY COMPLETED:<br><br>05/05/2020 |
|---|---|---|---|

| NAME OF PROVIDER OR SUPPLIER:<br>**BRIGHTON REHABILITATION AND WELLNESS CENTER**<br><br>STATE LICENSE NUMBER: **020802** | STREET ADDRESS, CITY, STATE, ZIP CODE:<br>**246 FRIENDSHIP CIRCLE**<br>**BEAVER, PA  15009** |
|---|---|

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE | (X5) COMPLETE DATE |
|---|---|---|---|---|
| P 0555 | Continued from page 2 | P 0555 | hire training has been completed, to include at least infection prevention and control, fire prevention and safety, accident prevention, disaster preparedness, resident confidential information, resident psychosocial needs, restorative nursing techniques and resident rights, including personal property rights, privacy, preservation of dignity and the prevention and reporting of resident abuse.<br><br>Results of the audits, patterns and trends will be reported to the Quality Assurance and Performance Improvement Committee monthly times 3 months. | |

State Form                                    OTFS11                                    IF CONTINUATION SHEET Page 3 of 8

PRINTED: 9/8/2020
FORM APPROVED

Pennsylvania Department of Health

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION (POC) | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER:<br><br>395015 | (X2) MULTIPLE CONSTRUCTION:<br><br>A. BLDG: __00_____<br>B. WING: _____ | (X3) DATE SURVEY COMPLETED:<br><br>05/05/2020 |
|---|---|---|---|

| NAME OF PROVIDER OR SUPPLIER:<br>**BRIGHTON REHABILITATION AND WELLNESS CENTER**<br><br>STATE LICENSE NUMBER: **020802** | STREET ADDRESS, CITY, STATE, ZIP CODE:<br>**246 FRIENDSHIP CIRCLE**<br>**BEAVER, PA 15009** |
|---|---|

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE | (X5) COMPLETE DATE |
|---|---|---|---|---|
| P 0555 | Continued from page 3<br><br>Based on review of staff education records, and staff interviews, it was determined that the facility failed to conduct required areas of in-service education, within 12 months of their hire date anniversary, for nurse aides as required for 17 of 70 nurse aides (Employees E1, E2, E3, E4, E5, E6, E7, E8, E9, E10, E11, E12, E13, E14, E15, E16, and E17).<br><br>Finding include:<br><br>A review of the facility "Infection Prevention Program Overview" dated 9/1/18, and last reviewed by the facility on 8/27/19, indicated that training of staff in infection prevention occurs at least annually.<br><br>Review of Nurse Aide (NA) Employees E1, E2, E3, E4, E5, E6, E7, E8, E9, E10, E11, E12, E13, E14, E15, E16, and E17's education records with hire date greater than 12 months revealed the following:<br><br>NA Employee E1 had a hire date of 9/7/14, did not | P 0555 | | |

PRINTED: 9/8/2020
FORM APPROVED

Pennsylvania Department of Health

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION (POC) | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION: | (X3) DATE SURVEY COMPLETED: |
|---|---|---|---|
| | 395015 | A. BLDG: __00__<br>B. WING: _____ | 05/05/2020 |

| NAME OF PROVIDER OR SUPPLIER: | STREET ADDRESS, CITY, STATE, ZIP CODE: |
|---|---|
| BRIGHTON REHABILITATION AND WELLNESS CENTER<br><br>STATE LICENSE NUMBER: 020802 | 246 FRIENDSHIP CIRCLE<br>BEAVER, PA  15009 |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE | (X5) COMPLETE DATE |
|---|---|---|---|---|
| P 0555 | Continued from page 4<br><br>receive annual training in infection prevention during the period of 9/7/18/18, through 9/7/19.<br><br>NA Employee E2 had a hire date of 9/4/17, did not receive annual training in infection prevention during the period of 9/4/18, through 9/4/19.<br><br>NA Employee E3 had a hire date of 9/10/12, did not receive annual training in infection prevention during the period of 9/10/18, through 9/10/19.<br><br>NA Employee E4 had a hire date of 10/31/11, did not receive annual training in infection prevention during the period of 10/31/18, through 10/31/19.<br><br>NA Employee E5 had a hire date of 11/1/17, did not receive annual training in infection prevention during the period of 11/1/18, through 11/1/19.<br><br>NA Employee E6 had a hire date of 6/2/18, did not receive annual training in infection prevention during the period of 6/2/18, through 6/2/19. | P 0555 | | |

State Form                                      OTFS11                                 IF CONTINUATION SHEET Page 5 of 8

PRINTED: 9/8/2020
FORM APPROVED

Pennsylvania Department of Health

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION (POC) | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER:<br><br>395015 | (X2) MULTIPLE CONSTRUCTION:<br><br>A. BLDG: __00_____<br>B. WING: _____ | (X3) DATE SURVEY COMPLETED:<br><br>05/05/2020 |
|---|---|---|---|

| NAME OF PROVIDER OR SUPPLIER:<br>BRIGHTON REHABILITATION AND WELLNESS CENTER<br><br>STATE LICENSE NUMBER: 020802 | STREET ADDRESS, CITY, STATE, ZIP CODE:<br>246 FRIENDSHIP CIRCLE<br>BEAVER, PA  15009 |
|---|---|

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE | (X5) COMPLETE DATE |
|---|---|---|---|---|
| P 0555 | Continued from page 5<br><br>NA Employee E7 had a hire date of 7/14/14, did not receive annual training in infection prevention during the period of 11/15/18, through 11/15/19.<br><br>NA Employee E8 had a hire date of 1/2/16, did not receive annual training in infection prevention during the period of 1/2/19, through 1/2/20.<br><br>NA Employee E9 had a hire date of 7/6/87, did not receive annual training in infection prevention during the period of 7/6/18, through 7/6/19.<br><br>NA Employee E10 had a hire date of 7/28/14, did not receive annual training in infection prevention during the period of 7/28/18, through 7/28/19.<br><br>NA Employee E11 had a hire date of 1/7/15, did not receive annual training in infection prevention during the period of 1/7/19, through 1/7/20.<br><br>NA Employee E12 had a hire date of 8/16/99, did not receive annual training in infection prevention during the period of 8/16/18, through 8/16/19. | P 0555 | | |

PRINTED: 9/8/2020
FORM APPROVED

Pennsylvania Department of Health

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION (POC) | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER:<br><br>395015 | (X2) MULTIPLE CONSTRUCTION:<br><br>A. BLDG: __00<br>B. WING: _____ | (X3) DATE SURVEY COMPLETED.<br><br>05/05/2020 |
|---|---|---|---|

| NAME OF PROVIDER OR SUPPLIER:<br>BRIGHTON REHABILITATION AND WELLNESS CENTER<br><br>STATE LICENSE NUMBER: 020802 | STREET ADDRESS, CITY, STATE, ZIP CODE:<br>246 FRIENDSHIP CIRCLE<br>BEAVER, PA  15009 |
|---|---|

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE | (X5) COMPLETE DATE |
|---|---|---|---|---|
| P 0555 | Continued from page 6<br><br>NA Employee E13 had a hire date of 3/30/17, did not receive annual training in infection prevention during the period of 3/30/19, through 3/30/20.<br><br>NA Employee E14 had a hire date of 11/1/17, did not receive annual training in infection prevention during the period of 11/1/18, through 11/1/19.<br><br>NA Employee E15 had a hire date of 3/31/08, did not receive annual training in infection prevention during the period of 3/31/19, through 3/31/20.<br><br>NA Employee E16 had a hire date of 7/17/95, did not receive annual training in infection prevention during the period of 7/17/18, through 7/17/19.<br><br>NA Employee E17 had a hire date of 9/8/14, did not receive annual training in infection prevention during the period of 9/8/18, through 9/8/19.<br><br>During an interview on 5/3/20, at 8:00 p.m. the | P 0555 | | |

State Form                                    OTFS11                          IF CONTINUATION SHEET Page 7 of 8

PRINTED: 9/8/2020
FORM APPROVED

Pennsylvania Department of Health

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION (POC) | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER:<br><br>395015 | (X2) MULTIPLE CONSTRUCTION:<br><br>A. BLDG: __00_____<br>B. WING: _____ | (X3) DATE SURVEY COMPLETED:<br><br>05/05/2020 |
|---|---|---|---|

NAME OF PROVIDER OR SUPPLIER:
**BRIGHTON REHABILITATION AND WELLNESS CENTER**

STATE LICENSE NUMBER: **020802**

STREET ADDRESS, CITY, STATE, ZIP CODE:
**246 FRIENDSHIP CIRCLE**
**BEAVER, PA 15009**

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE | (X5) COMPLETE DATE |
|---|---|---|---|---|
| P 0555 | Continued from page 7<br><br>Nursing Home Administrator confirmed that the facility failed to provide the required annual in-service education in infection control for NA Employee E1, E2, E3, E4, E5, E6, E7, E8, E9, E10, E11, E12, E13, E14, E15, E16, and E17. | P 0555 | | |

State Form                                          OTFS11                                          IF CONTINUATION SHEET Page 8 of 8



# Certified End Page

**BRIGHTON REHABILITATION AND WELLNESS CENTER**
**STATE LICENSE NUMBER: 020802**
**SURVEY EXIT DATE: 05/05/2020**

**I Certify This Document to be a True and Correct Statement of Deficiencies and Approved Facility Plan of Correction for the Above-Identified Facility Survey**

*Susan Coble*
*Deputy Secretary for Quality Assurance*

*Rachel L. Levine, MD*
*Secretary of Health*


**pennsylvania**
DEPARTMENT OF HEALTH

THIS IS A CERTIFICATION PAGE

## PLEASE DO NOT DETACH

THIS PAGE IS NOW PART OF THIS SURVEY

**Disclaimer:**
The numbers in this table below reflect cumulative counts of cases of COVID-19 that are part of an outbreak investigation at, or have the same residential address as a campus or facility that included a licensed skilled nursing facility (SNF) and/or a personal care home (PCH). Many facilities offer different levels of care at the same location. For example, a rehab facility, skilled nursing facility, and assisted living may all be located on the same campus. From the data received by PA-NEDSS, it is usually not possible to determine which part of the facility the case is associated with. Thus, the case count in the table may not correctly capture the number of cases within that specific licensed facility. It is also usually not possible from the PA-NEDSS data to determine where the case was when they were exposed or became symptomatic. The original intent of this table was to identify locations that may have cases associated with them and potentially need public health support. Staff numbers reflect cumulative counts of staff members who are reported to a public health investigator that they worked at the facility or campus since they are attributed to one facility to prevent double-counting facilities and for the purpose of this report, staff members are attributed to one facility to prevent double-counting.

* Indicates less than 5 cases

DHSPCH is a DHS regulated facility

PADOHLTC is a DOH regulated facility

| ID | Type | NAME | COUNTY | CITY | NumberOfResidentsOrInpatientsCases | NumberOfEmployeeCases | NumberOfDeaths | Data Source |
|---|---|---|---|---|---|---|---|---|
| 3010050100 | DHSPCH | CROSS KEYS VILLAGE THE BRETHREN HOME COMMUNIT | ADAMS | NEW OXFORD | • | 0 | 0 | PA-NEDSS |
| 30110601176 | DHSPCH | PARAMOUNT SENIOR LIVING AT CHAMBERSBURG ROAD | ADAMS | FAYETTEVILLE | • | 0 | 0 | PA-NEDSS |
| 3010050102 | DHSPCH | SPIRITRUST LUTHERAN THE VILLAGE AT GETTYSBURG | ADAMS | GETTYSVILLE | • | • | • | PA-NEDSS |
| 42012060234 | PADOHLTCF | PARAMOUNT NURSING & REHAB FAYETTEVILLE | ADAMS | FAYETTEVILLE | 25 | 5 | 5 | PA-NEDSS |
| 4021060234 | DHSPCH | ANGELS 211 LLC | ALLEGHENY | SHARPSBURG | • | 0 | 0 | PA-NEDSS |
| 4021060285 | DHSPCH | ARDEN COURTS OF NORTH HILLS | ALLEGHENY | PITTSBURGH | 13 | 9 | 0 | PA-NEDSS |
| 4021060390 | DHSPCH | GRACE MANOR AT NORTH PARK | ALLEGHENY | ALLISON PARK | 16 | • | 9 | PA-NEDSS |
| 4020060046 | DHSPCH | MON YOUGH COMMUNITY SERVICES | ALLEGHENY | MCKEESPORT | • | • | • | PA-NEDSS |
| 4021060383 | DHSPCH | OVERLOOK GREEN | ALLEGHENY | PITTSBURGH | • | • | • | PA-NEDSS |
| 4020060068 | DHSPCH | PARAMOUNT SENIOR LIVING AT BETHEL PARK | ALLEGHENY | BETHEL PARK | 0 | • | 0 | PA-NEDSS |
| 4021060902 | DHSPCH | PROVIDENCE POINT | ALLEGHENY | PITTSBURGH | 18 | 0 | 7 | PA-NEDSS |
| 4020060379 | DHSPCH | QUIET RIDGE MANOR GROUP | ALLEGHENY | MCKEESPORT | • | • | • | PA-NEDSS |
| 402100015 | DHSPCH | REFORMED PRESBYTERIAN HOME | ALLEGHENY | PITTSBURGH | 10 | 0 | 0 | PA-NEDSS |
| 4020060372 | DHSPCH | VILLAGE AT PENNWOOD | ALLEGHENY | VERONA | • | • | • | PA-NEDSS |
| 280102 | PADOHLTCF | BAPTIST HOMES OF WESTERN PENNSYLVANIA | ALLEGHENY | PITTSBURGH | • | 0 | 0 | PA-NEDSS |
| 125402 | PADOHLTCF | BRIDGEVILLE REHABILITATION & CARE CENTER | ALLEGHENY | BRIDGEVILLE | • | • | • | PA-NEDSS |
| 198602 | PADOHLTCF | CARING HEIGHTS COMMUNITY CARE & REHAB CTR | ALLEGHENY | CORAOPOLIS | 65 | 22 | 4 | PA-NEDSS |
| 101602 | PADOHLTCF | CHARLES M MORRIS NURSING & REHAB CENTER | ALLEGHENY | PITTSBURGH | 0 | 28 | 0 | PA-NEDSS |
| 095302 | PADOHLTCF | ELDERCREST HEALTHCARE & REHAB CENTER | ALLEGHENY | PITTSBURGH | 0 | 0 | 0 | PA-NEDSS |
| 060402 | PADOHLTCF | FORBES CENTER FOR REHAB & HEALTHCARE | ALLEGHENY | PITTSBURGH | 0 | 0 | 0 | PA-NEDSS |
| 077802 | PADOHLTCF | HARMARVILLAGE CARE CENTER | ALLEGHENY | CHESWICK | • | 0 | 0 | PA-NEDSS |
| 102202 | PADOHLTCF | JEFFERSON HILLS HEALTHCARE & REHAB CTR | ALLEGHENY | JEFFERSON HILLS | • | 0 | 0 | PA-NEDSS |
| 364802 | PADOHLTCF | JOHN J KANE REGIONAL CENTER GLEN HAZEL | ALLEGHENY | PITTSBURGH | • | • | • | PA-NEDSS |
| 364702 | PADOHLTCF | JOHN J KANE REGIONAL CENTER MCKEESPORT | ALLEGHENY | MCKEESPORT | 105 | 30 | 21 | PA-NEDSS |
| 365002 | PADOHLTCF | JOHN J KANE REGIONAL CENTER ROSS TWP | ALLEGHENY | PITTSBURGH | • | 0 | 0 | PA-NEDSS |
| 364902 | PADOHLTCF | JOHN J KANE REGIONAL CENTER SCOTT TWP | ALLEGHENY | PITTSBURGH | • | • | • | PA-NEDSS |
| 024002 | PADOHLTCF | LAWSON NURSING HOME INC | ALLEGHENY | JEFFERSON HILLS | 12 | • | 0 | PA-NEDSS |
| 140202 | PADOHLTCF | MANORCARE HEALTH SERVICES PITTSBURGH | ALLEGHENY | PITTSBURGH | 26 | • | 0 | PA-NEDSS |
| 090302 | PADOHLTCF | MANORCARE HEALTH SERVICES SHADYSIDE | ALLEGHENY | PITTSBURGH | 53 | 7 | 7 | PA-NEDSS |
| 131002 | PADOHLTCF | MARIAN MANOR CORPORATION | ALLEGHENY | PITTSBURGH | • | 0 | 0 | PA-NEDSS |
| 070302 | PADOHLTCF | PLATINUM RIDGE CTR FOR REHAB AND HEALING | ALLEGHENY | BRACKENRIDGE | • | • | • | PA-NEDSS |
| 216002001 | PADOHLTCF | PROVIDENCE POINT HEALTHCARE RESIDENCE | ALLEGHENY | PITTSBURGH | • | 0 | 0 | PA-NEDSS |
| 183002 | PADOHLTCF | REFORMED PRESBYTERIAN HOME | ALLEGHENY | PITTSBURGH | 5 | 7 | • | PA-NEDSS |
| 452202 | PADOHLTCF | SOUTHWESTERN NURSING CENTER | ALLEGHENY | PITTSBURGH | • | 0 | 0 | PA-NEDSS |
| 068802 | PADOHLTCF | SOUTHWESTERN VETERANS CENTER | ALLEGHENY | PITTSBURGH | 0 | 0 | 0 | PA-NEDSS |
| 710302 | PADOHLTCF | ST BARNABAS NURSING HOME | ALLEGHENY | GIBSONIA | 0 | 14 | 31 | PA-NEDSS |
| 016002 | PADOHLTCF | VILLAGE AT PENNWOOD | ALLEGHENY | WILKINSBURG | 42 | 11 | 10 | PA-NEDSS |



EXHIBIT 6

tabbles

| ID | Type | Facility | County | City | | | Source |
|---|---|---|---|---|---|---|---|
| 221002 | PADOH/LTCF | VINCENTIAN HOME | ALLEGHENY | PITTSBURGH | 0 | 0 | PA-NEDSS |
| 403060060003 | DHSPCH | PARKER PERSONAL CARE FACILITY | ARMSTRONG | PARKER | 6 | 6 | PA-NEDSS |
| 020802 | PADOH/LTCF | BRIGHTON REHAB AND WELLNESS CENTER | BEAVER | BEAVER | 31 | 31 | PA-NEDSS |
| 069302 | PADOH/LTCF | CONCORDIA AT VILLA ST JOSEPH | BEAVER | BADEN | 368 | 76 | PA-NEDSS |
| 189502 | PADOH/LTCF | ROCHESTER MANOR | BEAVER | ROCHESTER | 0 | 0 | PA-NEDSS |
| 2061060038 | DHSPCH | BERKSHIRE COMMONS GENESIS HEALTHCARE | BEAVER | ROCHESTER | 0 | 0 | PA-NEDSS |
| 209902 | PADOH/LTCF | COLUMBIA COTTAGE WYOMISSING LLC | BERKS | WYOMISSING | 0 | 0 | PA-NEDSS |
| 2061060001 | DHSPCH | COUNTRY MEADOWS OF WYOMISSING II | BERKS | WYOMISSING | 40 | 10 | PA-NEDSS |
| 2061060010 | DHSPCH | DOWN ON THE FARM ADULT DAYCARE | BERKS | WYOMISSING | • | 5 | PA-NEDSS |
| 206106007 | DHSPCH | DOUGLASSVILLE | BERKS | DOUGLASSVILLE | • | 0 | PA-NEDSS |
| 2061060007 | DHSPCH | KEYSTONE VILLA AT DOUGLASSVILLE PERSONAL CARE | BERKS | DOUGLASSVILLE | 5 | 0 | PA-NEDSS |
| 2061060039 | DHSPCH | MAIDENCREEK PLACE | BERKS | HAMBURG | • | 0 | PA-NEDSS |
| 2061060045 | DHSPCH | LAUREL CENTER | BERKS | READING | • | 0 | PA-NEDSS |
| 2061060053 | DHSPCH | RITTENHOUSE VILLAGE AT MUHLENBERG | BERKS | READING | • | 0 | PA-NEDSS |
| 2061060002 | DHSPCH | THE BURPHLE CENTER | BERKS | TOPTON | • | 0 | PA-NEDSS |
| 206060013 | DHSPCH | THE HAWTHORNE HOME | BERKS | READING | 34 | 0 | PA-NEDSS |
| 021202 | PADOH/LTCF | BERKS HEIM NURSING & REHABILITATION | BERKS | LEESPORT | 60 | 14 | PA-NEDSS |
| 044502 | PADOH/LTCF | BERKSHIRE CENTER | BERKS | READING | 13 | 21 | PA-NEDSS |
| 026202 | PADOH/LTCF | FAIRLANE GARDENS NURSING & REHAB READING | BERKS | READING | 75 | 9 | PA-NEDSS |
| 089602 | PADOH/LTCF | KUTZTOWN MANOR INC | BERKS | KUTZTOWN | 21 | 0 | PA-NEDSS |
| 069902 | PADOH/LTCF | LAUREL CENTER AT TOPTON | BERKS | TOPTON | • | 6 | PA-NEDSS |
| 117702 | PADOH/LTCF | LUTHERAN HOME AT TOPTON | BERKS | TOPTON | 26 | 6 | PA-NEDSS |
| 129902 | PADOH/LTCF | MANORCARE HEALTH SERVICES LAURELDALE | BERKS | LAURELDALE | 39 | 17 | PA-NEDSS |
| 641102 | PADOH/LTCF | MANORCARE HEALTH SERVICES SINKING SPRING | BERKS | SINKING SPRING | • | 0 | PA-NEDSS |
| 903502 | PADOH/LTCF | MANORCARE HEALTH SERVICES WEST READING | BERKS | WEST READING | 33 | 6 | PA-NEDSS |
| 903502 | PADOH/LTCF | MIFFLIN CENTER | BERKS | SHILLINGTON | 34 | 9 | PA-NEDSS |
| 890702 | PADOH/LTCF | PHOEBE BERKS HEALTH CARE CENTER INC | BERKS | WERNERSVILLE | 157 | 22 | PA-NEDSS |
| 902202 | PADOH/LTCF | SPRUCE MANOR NURSING & REHAB CENTER | BERKS | WEST READING | 131 | 44 | PA-NEDSS |
| 081002 | PADOH/LTCF | TRANSITIONAL SUB-ACUTE UNIT | BERKS | WYOMISSING | 46 | 14 | PA-NEDSS |
| 167802 | PADOH/LTCF | WYOMISSING HEALTH & REHAB CENTER | BERKS | WYOMISSING | 28 | 4 | PA-NEDSS |
| 180302 | PADOH/LTCF | ALLEGHANY THE OAKS | BERKS | READING | 15 | • | PA-NEDSS |
| 440402 | PADOH/LTCF | ALLEGHANY HEALTH & REHAB CENTER | BERKS | WEST READING | 50 | 13 | PA-NEDSS |
| 232202 | PADOH/LTCF | WYOMISSING HEALTH & REHAB | BERKS | WYOMISSING | 0 | 13 | PA-NEDSS |
| 1091060079 | DHSPCH | ALLEGHANY THE OAKS | BUCKS | READING | • | 0 | PA-NEDSS |
| 1091060080 | DHSPCH | ANNS CHOICE | BUCKS | BENSALEM | 18 | 5 | PA-NEDSS |
| 1091060039 | DHSPCH | ARDEN COURTS OF WARMINSTER | BUCKS | WARMINSTER | • | 8 | PA-NEDSS |
| 1091030002 | DHSPCH | ARDEN COURTS OF YARDLEY | BUCKS | YARDLEY | • | 0 | PA-NEDSS |
| 1091060050 | DHSPCH | BEECHWOOD CENTER 8 | BUCKS | LANGHORNE | • | 0 | PA-NEDSS |
| 1091060051 | DHSPCH | BRISTOL HOUSE MEMORY CARE | BUCKS | WARMINSTER | 41 | 0 | PA-NEDSS |
| 1091060055 | DHSPCH | CHANDLER HALL HEALTH SERVICES INC HICKS | BUCKS | SELLERSVILLE | • | 5 | PA-NEDSS |
| 1091060033 | DHSPCH | CHRISTS HOME RETIREMENT COMMUNITY | BUCKS | SELLERSVILLE | 23 | 28 | PA-NEDSS |
| 1091060079 | DHSPCH | HIDDEN MEADOWS ON THE RIDGE | BUCKS | BRISTOL | • | 0 | PA-NEDSS |
| 1091060079 | DHSPCH | HIDDEN MEADOWS ON THE RIDGE SENIOR LIVING COO | BUCKS | LANGHORNE | 10 | 7 | PA-NEDSS |
| 1090060043 | DHSPCH | LEGACY GARDENS OF BRISTOL | BUCKS | WARMINSTER | 0 | 0 | PA-NEDSS |
| 1090060038 | DHSPCH | NEW SEASONS AT NEW BRITAIN | BUCKS | NEWTOWN | 7 | 7 | PA-NEDSS |
| 1091060070 | DHSPCH | OAKBRIDGE TERRACE AT SOUTHAMPTON ESTATES | BUCKS | SOUTHAMPTON | 0 | 0 | PA-NEDSS |
| 1091060073 | DHSPCH | SUCCESS REHABILITATION AT ROCK RIDGE | BUCKS | QUAKERTOWN | 0 | 0 | PA-NEDSS |
| 1091060051 | DHSPCH | SUNRISE SENIOR LIVING OF LOWER MAKEFIELD | BUCKS | YARDLEY | 0 | 0 | PA-NEDSS |
| 1091060053 | DHSPCH | SYMPHONY MANOR OF FEASTERVILLE | BUCKS | FEASTERVILLE | 3 | • | PA-NEDSS |
| 1091060070 | DHSPCH | THE BIRCHES AT NEWTOWN | BUCKS | NEWTOWN | 24 | 12 | PA-NEDSS |
| 1091060039 | DHSPCH | THE BRIDGES AT WARWICK | BUCKS | JAMISON | 22 | 10 | PA-NEDSS |
| 1090030001 | DHSPCH | THE BRUNSWICK AT ATTLEBORO | BUCKS | LANGHORNE | 5 | 0 | PA-NEDSS |
| 1091060027 | DHSPCH | THE GARDEN AT PINE RUN HEALTH CENTER | BUCKS | DOYLESTOWN | • | 0 | PA-NEDSS |
| 1091060017 | DHSPCH | THE LANDING OF SOUTHAMPTON | BUCKS | SOUTHAMPTON | • | 0 | PA-NEDSS |
| 1091060056 | DHSPCH | ALLEGLAND DOYLESTOWN | BUCKS | WARRINGTON | • | 0 | PA-NEDSS |
| 1091060022 | DHSPCH | TWINING VILLAGE | BUCKS | HOLLAND | 7 | • | PA-NEDSS |
| 1091060074 | DHSPCH | WOODBOURNE PLACE | BUCKS | LEVITTOWN | 0 | 0 | PA-NEDSS |
| 1091060201 | PADOH/LTCF | ANNS CHOICE | BUCKS | WARMINSTER | 0 | 0 | PA-NEDSS |
| 188602001 | PADOH/LTCF | ANNS CHOICE | BUCKS | WARMINSTER | 0 | 0 | PA-NEDSS |

| ID | Type | Facility | County | City | | | System |
|---|---|---|---|---|---|---|---|
| 014002 | PADHLTCF | ATTLEBORO NURSING & REHABILITATION CTR | BUCKS | LANGHORNE | 55 | 17 | PAREDSS |
| 024002 | PADHLTCF | BELLE HAVEN HEALTHCARE & REHAB CENTER | BUCKS | QUAKERTOWN | 29 | 8 | PAREDSS |
| 331402 | PADHLTCF | BRIARLEAF NURSING & CONVALESCENT CTR INC | BUCKS | DOYLESTOWN | 93 | 20 | PAREDSS |
| 023502 | PADHLTCF | BUCKINGHAM VALLEY REHAB & NURSING CENTER | BUCKS | NEWTOWN | 47 | 10 | PAREDSS |
| 031402 | PADHLTCF | CHANDLER HALL HEALTH SERVICES | BUCKS | NEWTOWN | 6 | 10 | PAREDSS |
| 550202 | PADHLTCF | CHRISTS HOME RETIREMENT COMMUNITY | BUCKS | WARMINSTER | 9 | * | PAREDSS |
| 038002 | PADHLTCF | CRESTVIEW CENTER | BUCKS | LANGHORNE | 116 | 23 | PAREDSS |
| 070202 | PADHLTCF | GREEN LEAF NURSING & CONVALESCENT CENTER | BUCKS | LANGHORNE | 13 | 0 | PAREDSS |
| 040502 | PADHLTCF | HARBORVIEW REHAB & CARE CTR DOYLESTOWN | BUCKS | DOYLESTOWN | 84 | 8 | PAREDSS |
| 233802 | PADHLTCF | JUNIPER VILLAGE AT BUCKS-REHAB & SC | BUCKS | DOYLESTOWN | 9 | 14 | PAREDSS |
| 120702 | PADHLTCF | LANGHORNE GARDENS HEALTH & REHAB CENTER | BUCKS | BENSALEM | 43 | 22 | PAREDSS |
| 124502 | PADHLTCF | LUTHERAN COMMUNITY AT TELFORD | BUCKS | TELFORD | 50 | 12 | PAREDSS |
| 559802 | PADHLTCF | MAJESTIC OAKS REHAB & NURSING CENTER | BUCKS | WARMINSTER | 64 | 5 | PAREDSS |
| 125802 | PADHLTCF | MANORCARE HEALTH SERVICES OXFORD VALLEY | BUCKS | YARDLEY | 103 | 31 | PAREDSS |
| 310107 | PADHLTCF | MASONIC VILLAGE AT WARMINSTER | BUCKS | WARMINSTER | 12 | 7 | PAREDSS |
| 140202 | PADHLTCF | NESHAMINY MANOR HOME | BUCKS | WARRINGTON | 128 | 41 | PAREDSS |
| 164002 | PADHLTCF | PENNSWOOD VILLAGE | BUCKS | NEWTOWN | * | 0 | PAREDSS |
| 260502 | PADHLTCF | PHOEBE RICHLAND HEALTH CARE CENTER | BUCKS | RICHLANDTOWN | 0 | 0 | PAREDSS |
| 680502 | PADHLTCF | PINE RUN HEALTH CENTER | BUCKS | DOYLESTOWN | 32 | 18 | PAREDSS |
| 028802 | PADHLTCF | RICHBORO REHABILITATION & NURSING CENTER | BUCKS | RICHBORO | 54 | 7 | PAREDSS |
| 131902 | PADHLTCF | SILVER LAKE CENTER | BUCKS | BRISTOL | 57 | 16 | PAREDSS |
| 197702 | PADHLTCF | STATESMAN HEALTH & REHABILITATION CTR | BUCKS | LEVITTOWN | 12 | 20 | PAREDSS |
| 182802 | PADHLTCF | THE COMMUNITY AT ROCKHILL | BUCKS | SELLERSVILLE | 6 | 11 | PAREDSS |
| 071202 | PADHLTCF | TWINING HALL | BUCKS | HOLLAND | 38 | 9 | PAREDSS |
| 480202 | PADHLTCF | VALLEY MANOR REHAB & HEALTHCARE CENTER | BUCKS | COOPERSBURG | 123 | 17 | PAREDSS |
| 085502 | PADHLTCF | WESLEY ENHANCED LIVNG - DOYLESTOWN | BUCKS | DOYLESTOWN | 42 | 23 | PAREDSS |
| 151302 | PADHLTCF | WILLOWBROOKE COURT AT SOUTHAMPTON STATE | BUCKS | SOUTHAMPTON | 64 | 16 | PAREDSS |
| 410188 | DHSPCH | COLOCOLA AT THE ORCHARD | BUTLER | | * | 21 | PAREDSS |
| 711002 | PADHLTCF | SAXONY HEALTH CENTER | BUTLER | SAXONBURG | 6 | 8 | PAREDSS |
| 197002 | PADHLTCF | SHERWOOD OAKS | BUTLER | CRANBERRY TWP | 0 | * | PAREDSS |
| 970102 | PADHLTCF | SUNNYVIEW NURSING & REHABILITATION CTR | BUTLER | BUTLER | 0 | 0 | PAREDSS |
| 051302 | PADHLTCF | THE GROVE AT HARMONY | BUTLER | HARMONY | 0 | 0 | PAREDSS |
| 022102 | PADHLTCF | TRANSITIONS HLTH CR AUTUMN GROVE CARE CTR | BUTLER | HARRISVILLE | 0 | 0 | PAREDSS |
| 340102 | PADHLTCF | HAIDA HEALTHCARE AND REHAB CENTER | CAMBRIA | HASTINGS | 0 | 0 | PAREDSS |
| 130202 | PADHLTCF | MAHONING VALLEY NURSING & REHAB CENTER | CARBON | LEHIGHTON | 0 | 0 | PAREDSS |
| 030602 | PADHLTCF | WEATHERWOOD HEALTHCARE & REHAB CENTER | CARBON | WEATHERLY | 58 | 14 | PAREDSS |
| 214060000 | DHSPCH | SCHREIBER MANOR | CENTRE | PLEASANT GAP | * | * | PAREDSS |
| 214140000 | DHSPCH | VWNWOOD HOUSE AT STATE COLLEGE | CENTRE | STATE COLLEGE | 17 | 12 | PAREDSS |
| 115100217 | DHSPCH | ARBOR TERRACE AT WILLISTOWN | CHESTER | WEST CHESTER | 15 | * | PAREDSS |
| 115100293 | DHSPCH | BELLINGHAM RETIREMENT LIVING | CHESTER | WEST CHESTER | 15 | 11 | PAREDSS |
| 115100395 | DHSPCH | BRANDYWINE LIVING AT UPPER PROVIDENCE | CHESTER | PHOENIXVILLE | 32 | 14 | PAREDSS |
| 115100336 | DHSPCH | BRIGHTVIEW DEVON | CHESTER | WAYNE | 0 | 0 | PAREDSS |
| 115100237 | DHSPCH | CROSSLANDS | CHESTER | KENNETT SQUARE | 0 | 0 | PAREDSS |
| 115100325 | DHSPCH | DARLESFORD CROSSING | CHESTER | PAOLI | * | 0 | PAREDSS |
| 115060339 | DHSPCH | EXTON SENIOR LIVING | CHESTER | EXTON | 14 | 0 | PAREDSS |
| 115060253 | DHSPCH | GATESIDE | CHESTER | BERWYN | * | 0 | PAREDSS |
| 115100291 | DHSPCH | HARRISON SENIOR LIVING OF COATESVILLE | CHESTER | COATESVILLE | 16 | 0 | PAREDSS |
| 115100316 | DHSPCH | HIGHGATE AT PAOLI POINTE | CHESTER | PAOLI | 15 | 7 | PAREDSS |
| 115060233 | DHSPCH | MANATAWNY MANOR | CHESTER | POTTSTOWN | * | 0 | PAREDSS |
| 115100320 | DHSPCH | RMED | CHESTER | PAOLI | 7 | 0 | PAREDSS |
| 115060307 | DHSPCH | RMED | CHESTER | MALVERN | * | 0 | PAREDSS |
| 115060302 | DHSPCH | RMED RECOVERY CARE CENTERS | CHESTER | DOWNINGTOWN | 30 | 6 | PAREDSS |
| 115100302 | DHSPCH | SIMPSON MEADOWS | CHESTER | DOWNINGTOWN | * | 9 | PAREDSS |
| 115060255 | DHSPCH | SOUTHEASTERN VETERANS CENTER | CHESTER | SPRING CITY | 21 | * | PAREDSS |
| 115010326 | DHSPCH | SPRING MILL SENIOR LIVING | CHESTER | PHOENIXVILLE | 0 | 0 | PAREDSS |
| 115030003 | DHSPCH | STEWARD PLACE | CHESTER | OXFORD | * | 5 | PAREDSS |

| ID | Type | Facility | County | City | | | System |
|---|---|---|---|---|---|---|---|
| 1151060328 | DHSPCH | SUNRISE OF PAOLI | CHESTER | MALVERN | 9 | 5 | PA-MEDSS |
| 1151060338 | DHSPCH | SUNRISE OF WESTTOWN | CHESTER | WEST CHESTER | • | 0 | PA-MEDSS |
| 1151060333 | DHSPCH | THE COMMUNITY AT PHOENIXVILLE | CHESTER | PHOENIXVILLE | 0 | • | PA-MEDSS |
| 1151060310 | DHSPCH | THE DEVON SENIOR LIVING | CHESTER | DEVON | • | 0 | PA-MEDSS |
| 1151060301 | DHSPCH | THE GARDENS AT FREEDOM VILLAGE | CHESTER | WEST BRANDYWINE | • | • | PA-MEDSS |
| 1150060202 | DHSPCH | THE GARDENS AT FREEDOM VILLAGE | CHESTER | WEST CHESTER | 0 | 0 | PA-MEDSS |
| 1150060232 | DHSPCH | THE HICKMAN | CHESTER | WEST CHESTER | 8 | 0 | PA-MEDSS |
| 1151060397 | DHSPCH | THE INN AT FREEDOM VILLAGE | CHESTER | WEST BRANDYWINE | 7 | 6 | PA-MEDSS |
| 1151060324 | DHSPCH | WELLINGTON COURT AT HERSHEYS MILL | CHESTER | WEST CHESTER | • | • | PA-MEDSS |
| 1151060330 | DHSPCH | WOODBRIDGE PLACE | CHESTER | PHOENIXVILLE | 0 | • | PA-MEDSS |
| 009702 | PADOHLTCF | BARCLAY FRIENDS | CHESTER | WEST CHESTER | 43 | 17 | PA-MEDSS |
| 009707 | PADOHLTCF | BELLINGHAM PARK LANE | CHESTER | WEST CHESTER | 8 | • | PA-MEDSS |
| 012701 | PADOHLTCF | BRANDYWINE HALL | CHESTER | WEST CHESTER | 117 | 29 | PA-MEDSS |
| 011502001 | PADOHLTCF | POWERBACK REHABILITATION PHOENIXVILLE | CHESTER | PHOENIXVILLE | 5 | 5 | PA-MEDSS |
| 023901 | PADOHLTCF | GREEN MEADOWS NURSING & REHAB CENTER | CHESTER | MALVERN | 62 | 32 | PA-MEDSS |
| 137702 | PADOHLTCF | HICKORY HOUSE NURSING HOME | CHESTER | HONEY BROOK | 16 | 34 | PA-MEDSS |
| 083002 | PADOHLTCF | INN AT FREEDOM VILLAGE | CHESTER | WEST BRANDYWINE | • | • | PA-MEDSS |
| 050502 | PADOHLTCF | KENDAL AT LONGWOOD | CHESTER | KENNETT SQUARE | • | • | PA-MEDSS |
| 110402 | PADOHLTCF | PEMBROOKE HEALTH & REHABILITATION CENTER | CHESTER | WEST GROVE | 18 | 0 | PA-MEDSS |
| 050502 | PADOHLTCF | PHOENIX CENTER FOR REHAB AND NURSING | CHESTER | PHOENIXVILLE | 67 | 14 | PA-MEDSS |
| 215502001 | PADOHLTCF | POCOPSON HOME | CHESTER | WEST CHESTER | 9 | 4 | PA-MEDSS |
| 230602 | PADOHLTCF | POWERBACK REHABILITATION EXTON | CHESTER | WEST CHESTER | 11 | 0 | PA-MEDSS |
| 160702 | PADOHLTCF | POWERBACK REHABILITATION PHOENIXVILLE | CHESTER | PHOENIXVILLE | 8 | • | PA-MEDSS |
| 011502001 | PADOHLTCF | SOUTHEASTERN VETERANS CENTER | CHESTER | SPRING CITY | 31 | 0 | PA-MEDSS |
| 281102 | PADOHLTCF | ST MARTHA CENTER FOR REHAB & HEALTHCARE | CHESTER | DOWNINGTOWN | 96 | 33 | PA-MEDSS |
| 011502001 | PADOHLTCF | TWIN PINES HEALTH CARE CENTER | CHESTER | WEST GROVE | 15 | 15 | PA-MEDSS |
| 137702 | PADOHLTCF | WELLINGTON TERRACE | CHESTER | WEST CHESTER | 0 | • | PA-MEDSS |
| 436002 | PADOHLTCF | CLARION HEALTHCARE AND REHAB CENTER | CLARION | CLARION | 26 | 5 | PA-MEDSS |
| 457402 | PADOHLTCF | KNICKERBOCKER VILLA | CLEARFIELD | WEST CHESTER | 9 | • | PA-MEDSS |
| 032102 | DHSPCH | MOUNTAIN LAUREL HEALTHCARE & REHAB CTR | CLEARFIELD | CLEARFIELD | • | • | PA-MEDSS |
| 215502001 | PADOHLTCF | BERWICK RETIREMENT VILLAGE NURSING HOME | CLEARFIELD | CLEARFIELD | • | • | PA-MEDSS |
| 591202 | PADOHLTCF | WOODSBURG CARE & REHABILITATION CENTER | COLUMBIA | BERWICK | 0 | 0 | PA-MEDSS |
| 417160015B | PADOHLTCF | THE GARDENS AT ORANGEVILLE | COLUMBIA | BLOOMSBURG | 54 | 20 | PA-MEDSS |
| 281102 | PADOHLTCF | THORNWALD HOME | COLUMBIA | ORANGEVILLE | 6 | 6 | PA-MEDSS |
| 013702 | DHSPCH | CLAREMONT NSG & REHAB CTR-CUMBERLAND CO | CUMBERLAND | CARLISLE | • | 19 | PA-MEDSS |
| 261602001 | PADOHLTCF | FOREST PARK HEALTHCARE & REHAB CENTER | CUMBERLAND | CARLISLE | 40 | 10 | PA-MEDSS |
| 379502 | PADOHLTCF | MANORCARE HEALTH SERVICES CARLISLE | CUMBERLAND | CARLISLE | • | 0 | PA-MEDSS |
| 379507 | DHSPCH | SARAH A TODD MEMORIAL HOME | CUMBERLAND | CARLISLE | • | 0 | PA-MEDSS |
| 321060014S | PADOHLTCF | SHIPPENSBURG HEALTH CARE CENTER | CUMBERLAND | CARLISLE | • | 0 | PA-MEDSS |
| 027602 | DHSPCH | THE GARDENS AT CAMP HILL | CUMBERLAND | SHIPPENSBURG | 62 | 0 | PA-MEDSS |
| 060802 | PADOHLTCF | THE GARDENS AT WEST SHORE | CUMBERLAND | CAMP HILL | 90 | 23 | PA-MEDSS |
| 392802 | PADOHLTCF | VIBRA REHABILITATION CENTER | CUMBERLAND | CAMP HILL | 52 | 7 | PA-MEDSS |
| 711402 | PADOHLTCF | COUNTRY MEADOWS OF HERSHEY | CUMBERLAND | CAMP HILL | 15 | 12 | PA-MEDSS |
| 035002 | PADOHLTCF | FREY VILLAGE | CUMBERLAND | MECHANICSBURG | 80 | 26 | PA-MEDSS |
| 035002 | DHSPCH | PREMIER AT SUSQUEHANNA NURSING & REHAB | DAUPHIN | HERSHEY | • | • | PA-MEDSS |
| 280201 | PADOHLTCF | SPRING CREEK REHAB & NURSING CENTER | DAUPHIN | MIDDLETOWN | 35 | 11 | PA-MEDSS |
| 227160022S | DHSPCH | THE GARDENS AT BLUE RIDGE | DAUPHIN | MILLERSBURG | 0 | 30 | PA-MEDSS |
| 062102 | PADOHLTCF | ACCOLADES SENIOR CARE | DAUPHIN | HARRISBURG | 67 | 25 | PA-MEDSS |
| 451902 | PADOHLTCF | BRANDYWINE LIVING AT HAVERFORD ESTATES | DAUPHIN | HARRISBURG | 194 | 23 | PA-MEDSS |
| 040202 | PADOHLTCF | CARELINK COMMUNITY SUPPORT SERVICES TORREY H | DELAWARE | EAST LANSDOWNE | 5 | 25 | PA-MEDSS |
| 022002 | PADOHLTCF | DUNWOODY VILLAGE | DELAWARE | HAVERFORD | 10 | • | PA-MEDSS |
| 1231060242 | DHSPCH | ELWYN HARMONY HALL | DELAWARE | HAVERFORD | • | • | PA-MEDSS |
| 1231060253 | DHSPCH | ELWYN RAINBOW HOUSE | DELAWARE | NEWTOWN SQUARE | 5 | 25 | PA-MEDSS |
| 1231060182 | DHSPCH | ELWYN WHITEHOUSE | DELAWARE | ELWYN | 10 | 0 | PA-MEDSS |
| 1230060169 | DHSPCH | INNE AT RIDDLE VILLAGE THE | DELAWARE | ELWYN | • | • | PA-MEDSS |
| 1230060179 | DHSPCH | MARIS GROVE | DELAWARE | ELWYN | 70 | 15 | PA-MEDSS |
| 1230060181 | DHSPCH | OAKBRIDGE TERRACE AT LIMA ESTATES | ELWYN | ELWYN | 0 | 0 | PA-MEDSS |
| 1230060187 | DHSPCH | | DELAWARE | MEDIA | • | • | PA-MEDSS |
| 1230060193 | DHSPCH | | DELAWARE | GLEN MILLS | 6 | • | PA-MEDSS |
| 1230060191 | DHSPCH | | MEDIA | MEDIA | 6 | 0 | PA-MEDSS |
| 1230060253 | DHSPCH | | DELAWARE | MEDIA | • | 0 | PA-MEDSS |

| ID | Source | Facility Name | County | City | Cases | Deaths | System |
|---|---|---|---|---|---|---|---|
| 1231060237 | DHSPOH | PLUSH MILLS | DELAWARE | WALLINGFORD | 9 | * | PAHEDSS |
| 1231060234 | DHSPOH | QUADRANGLE PERSONAL CARE | DELAWARE | HAVERFORD | 6 | 6 | PAHEDSS |
| 1231060239 | DHSPOH | ROSE TREE PLACE | DELAWARE | MEDIA | 25 | 0 | PAHEDSS |
| 1231060172 | DHSPOH | ROSEMONT PRESBYTERIAN VILLAGE | DELAWARE | ROSEMONT | 5 | 7 | PAHEDSS |
| 1231060256 | DHSPOH | SUNRISE OF GRANITE RUN | DELAWARE | MEDIA | 0 | * | PAHEDSS |
| 1231060257 | DHSPOH | SUNRISE OF HAVERFORD | DELAWARE | HAVERFORD | 0 | * | PAHEDSS |
| 1231060251 | DHSPOH | SUNRISE OF NEWTOWN SQUARE | DELAWARE | NEWTOWN SQUARE | 0 | 0 | PAHEDSS |
| 1230060159 | DHSPOH | THE BRYN MAWR TERRACE | DELAWARE | BRYN MAWR | 0 | * | PAHEDSS |
| 1231060246 | DHSPOH | THE RESIDENCE AT CHADDS FORD | DELAWARE | GLEN MILLS | 5 | * | PAHEDSS |
| 1231060245 | DHSPOH | THE RESIDENCE AT GLEN RIDDLE | DELAWARE | MEDIA | 0 | 14 | PAHEDSS |
| 1230060175 | DHSPOH | WESLEY ENHANCED LIVING MAIN LINE PERSONAL CARE | DELAWARE | MEDIA | 6 | * | PAHEDSS |
| 1231060175 | DHSPOH | THE SUMMIT AT GLEN MILLS | DELAWARE | GLEN MILLS | 8 | 6 | PAHEDSS |
| 024202 | PADOHLTCF | BELVEDERE CENTER GENESIS HEALTHCARE | DELAWARE | CHESTER | 39 | 11 | PAHEDSS |
| 024302 | PADOHLTCF | BRINTON MANOR NURSING AND REHAB CENTER | DELAWARE | GLEN MILLS | 40 | 44 | PAHEDSS |
| 033502 | PADOHLTCF | BROOMALL MANOR | DELAWARE | BROOMALL | 54 | 51 | PAHEDSS |
| 023102 | PADOHLTCF | BROOMALL PRESBYTERIAN VILLAGE | DELAWARE | BROOMALL | 173 | * | PAHEDSS |
| 283202 | PADOHLTCF | BROOMALL REHABILITATION & NURSING CENTER | DELAWARE | BROOMALL | 11 | 8 | PAHEDSS |
| 180802 | PADOHLTCF | BRYN MAWR EXTENDED CARE CENTER | DELAWARE | BRYN MAWR | 58 | 7 | PAHEDSS |
| 032002 | PADOHLTCF | BRYN MAWR TERRACE | DELAWARE | BRYN MAWR | 155 | 34 | PAHEDSS |
| 2167001 | PADOHLTCF | CONTINUING CARE AT MARIS GROVE | DELAWARE | GLEN MILLS | 9 | 17 | PAHEDSS |
| 061002 | PADOHLTCF | FAIR ACRES GERIATRIC CENTER | DELAWARE | LIMA | 8 | 20 | PAHEDSS |
| 080402 | PADOHLTCF | HARLEE MANOR NURSING & REHAB CENTER | DELAWARE | SPRINGFIELD | 39 | 13 | PAHEDSS |
| 235902 | PADOHLTCF | HEALTH CARE CTR AT WHITE HORSE VILLAGE | DELAWARE | NEWTOWN SQUARE | 51 | 19 | PAHEDSS |
| 211902 | PADOHLTCF | LITTLE FLOWER MANOR | DELAWARE | DARBY | 12 | 18 | PAHEDSS |
| 230102 | PADOHLTCF | MANORCARE HEALTH SERVICES WALLINGFORD | DELAWARE | WALLINGFORD | 30 | 20 | PAHEDSS |
| 122002 | PADOHLTCF | MANORCARE HEALTH SERVICES YEADON | DELAWARE | YEADON | 8 | 9 | PAHEDSS |
| 017902 | PADOHLTCF | MONTICELLO HOUSE | DELAWARE | MEDIA | 151 | 18 | PAHEDSS |
| 162502 | PADOHLTCF | PROSPECT PARK HEALTH & REHAB CENTER | DELAWARE | PROSPECT PARK | 120 | 24 | PAHEDSS |
| 070902 | PADOHLTCF | PROVIDENCE REHAB & HLTHCR CTR MERCY FITZ | DELAWARE | DARBY | 44 | 16 | PAHEDSS |
| 172002 | PADOHLTCF | QUADRANGLE | DELAWARE | HAVERFORD | 63 | 11 | PAHEDSS |
| 440502 | PADOHLTCF | RIDDLE MEMORIAL HOSPITAL-BASED SNF | DELAWARE | MEDIA | 41 | 7 | PAHEDSS |
| 190502 | PADOHLTCF | ST FRANCIS CENTER FOR REHAB & HEALTHCARE | DELAWARE | DARBY | 81 | 10 | PAHEDSS |
| 17450201 | PADOHLTCF | STERLING HEALTH CARE & REHAB CENTER | DELAWARE | MEDIA | 124 | 6 | PAHEDSS |
| 750102 | PADOHLTCF | WAYNE CENTER | DELAWARE | WAYNE | 71 | 15 | PAHEDSS |
| 390102 | PADOHLTCF | WESLEY ENHANCED LIVING MAIN LINE REHB SN | DELAWARE | MEDIA | 29 | 12 | PAHEDSS |
| 081302 | PADOHLTCF | WESTGATE HILLS REHAB & NURSING CENTER | DELAWARE | HAVERTOWN | 7 | * | PAHEDSS |
| 041602 | PADOHLTCF | WILLIAM HOOD DUNWOODY CARE CENTER | DELAWARE | NEWTOWN SQUARE | 54 | 10 | PAHEDSS |
| 073602 | PADOHLTCF | WILLOWBROOK COURT AT GRANITE FARMS ESTS | DELAWARE | MEDIA | 8 | 6 | PAHEDSS |
| 151002 | PADOHLTCF | WILLOWBROOK COURT AT LIMA ESTATES | DELAWARE | LIMA | 20 | 15 | PAHEDSS |
| 423060213 | DHSPOH | SPRINGHILL SENIOR LIVING COMMUNITY | ERIE | ERIE | 50 | 12 | PAHEDSS |
| 181302 | PADOHLTCF | ABINGTON CREST HEALTHCARE & REHAB CENTER | ERIE | ERIE | 0 | 0 | PAHEDSS |
| 680202 | PADOHLTCF | ELMWOOD GARDENS OF PRESBY SENIORCARE | ERIE | ERIE | 0 | 0 | PAHEDSS |
| 530402 | PADOHLTCF | LECOM AT PRESQUE ISLE, INC | ERIE | ERIE | 0 | 0 | PAHEDSS |
| 131102 | PADOHLTCF | MILLCREEK MANOR | ERIE | ERIE | 0 | 0 | PAHEDSS |
| 191302 | PADOHLTCF | SAINT MARYS EAST | ERIE | ERIE | * | 0 | PAHEDSS |
| 710002 | PADOHLTCF | SARAH REED SENIOR LIVING | ERIE | ERIE | 0 | 0 | PAHEDSS |
| 382602 | PADOHLTCF | VILLAGE AT LUTHER SQUARE | ERIE | ERIE | 0 | 0 | PAHEDSS |
| 026002 | PADOHLTCF | WALNUT CREEK HEALTHCARE AND REHAB CENTER | ERIE | ERIE | 0 | 0 | PAHEDSS |
| 394102 | PADOHLTCF | MT MACRINA MANOR | FAYETTE | UNIONTOWN | 0 | 0 | PAHEDSS |
| 328060165 | DHSPOH | PROVIDENCE PLACE OF CHAMBERSBURG | FRANKLIN | CHAMBERSBURG | 0 | 0 | PAHEDSS |
| 328060000 | DHSPOH | SPIRITRUST LUTHERAN THE VILLAGE AT LUTHER RIDGE | FRANKLIN | CHAMBERSBURG | 0 | 0 | PAHEDSS |
| 640702 | PADOHLTCF | MANORCARE HEALTH SERVICES CHAMBERSBURG | FRANKLIN | CHAMBERSBURG | 10 | 5 | PAHEDSS |
| 100902 | PADOHLTCF | SHOOK HOME | FRANKLIN | CHAMBERSBURG | 5 | 6 | PAHEDSS |
| 233002 | PADOHLTCF | WOODLAND PARK REHAB CENTER | HUNTINGDON | ORBISONIA | 43 | 6 | PAHEDSS |
| 432106099 | DHSPOH | THE FOUNTAINS AT INDIANA | INDIANA | INDIANA | 13 | 4 | PAHEDSS |

| Code | Type | Facility | County | City | | | | System |
|---|---|---|---|---|---|---|---|---|
| 033102 | PADCHLTCF | BEACON RIDGE A CHOICE COMMUNITY | INDIANA | INDIANA | 0 | | 0 | PA-HBDSS |
| 090102 | DHSPCH | COMMUNITIES AT INDIAN HAVEN | INDIANA | INDIANA | 0 | 0 | 0 | PA-HBDSS |
| 2351060306 | DHSPCH | CLARKS SUMMIT SENIOR LIVING | LACKAWANNA | CLARKS SUMMIT | 0 | | 0 | PA-HBDSS |
| 2351060207 | DHSPCH | MID VALLEY MANOR PERSONAL CARE CENTER | LACKAWANNA | PECKVILLE | 10 | | 0 | PA-HBDSS |
| 120902 | DHSPCH | OAKWOOD TERRACE | LACKAWANNA | MOOSIC | 16 | | 8 | PA-HBDSS |
| 014902 | DHSPCH | OLD FORGE MANOR PERSONAL CARE CENTER | LACKAWANNA | OLD FORGE | 0 | | 0 | PA-HBDSS |
| 360402 | DHSPCH | ST MARYS VILLA RESIDENCE | LACKAWANNA | MOSCOW | 24 | | 0 | PA-HBDSS |
| 2350060006 | DHSPCH | WILLOWBROOK PLACE | LACKAWANNA | MOSCOW | 0 | | 7 | PA-HBDSS |
| 2351060303 | DHSPCH | ABINGTON MANOR | LACKAWANNA | CLARKS SUMMIT | 7 | | 0 | PA-HBDSS |
| 011902 | PADCHLTCF | ALLIED SERVICES SKILLED NURSING CENTER | LACKAWANNA | CLARKS SUMMIT | 12 | | | PA-HBDSS |
| 020702 | PADCHLTCF | CARBONDALE NURSING & REHABILITATION CTR | LACKAWANNA | CARBONDALE | 156 | 35 | 41 | PA-HBDSS |
| 120902 | PADCHLTCF | DUNMORE HEALTH CARE CENTER | LACKAWANNA | DUNMORE | 86 | 7 | 21 | PA-HBDSS |
| 014902 | PADCHLTCF | GINO J MERLI VETERANS CENTER | LACKAWANNA | SCRANTON | 29 | 7 | 7 | PA-HBDSS |
| 360402 | PADCHLTCF | JEWISH HOME OF EASTERN PENNSYLVANIA | LACKAWANNA | SCRANTON | 8 | | 0 | PA-HBDSS |
| 134902 | PADCHLTCF | LACKAWANNA HEALTH & REHABILITATION CTR | LACKAWANNA | SCRANTON | 53 | 17 | 20 | PA-HBDSS |
| 394502 | PADCHLTCF | LINWOOD NURSING & REHABILITATION CENTER | LACKAWANNA | SCRANTON | 0 | 0 | 0 | PA-HBDSS |
| 055902 | PADCHLTCF | MOUNTAIN VIEW CARE AND REHAB CENTER | LACKAWANNA | SCRANTON | 46 | 10 | 11 | PA-HBDSS |
| 711502 | PADCHLTCF | SAINT MARYS VILLA NURSING HOME, INC | LACKAWANNA | ELMHURST TOWNSHIP | 113 | 25 | 22 | PA-HBDSS |
| 055602 | PADCHLTCF | THE GARDENS AT SCRANTON | LACKAWANNA | SCRANTON | 56 | 12 | 15 | PA-HBDSS |
| 01001A | DHSPCH | COUNTRY MEADOWS OF LANCASTER | LANCASTER | LANCASTER | 37 | 13 | 9 | PA-HBDSS |
| 3361060013 | DHSPCH | ELDERWOOD SENIOR LIVING AT LANCASTER | LANCASTER | LANCASTER | 6 | | 0 | PA-HBDSS |
| 3360060014 | DHSPCH | FAITH FRIENDSHIP VILLA OF MOUNTVILLE | LANCASTER | MOUNTVILLE | 13 | | 0 | PA-HBDSS |
| 3360060015 | DHSPCH | FAITHFUL LIVING | LANCASTER | DENVER | 58 | | 0 | PA-HBDSS |
| 3360060021 | DHSPCH | HOMESTEAD VILLAGE | LANCASTER | LANCASTER | 10 | | 0 | PA-HBDSS |
| 3360060001 | DHSPCH | LANDIS HOMES RETIREMENT COMMUNITY | LANCASTER | LITITZ | 5 | | 0 | PA-HBDSS |
| 282602 | DHSPCH | MEADOW RIDGE AT WILLOW VALLEY | LANCASTER | WILLOW STREET | 9 | | 0 | PA-HBDSS |
| 030102 | DHSPCH | MENNONITE HOME | LANCASTER | LANCASTER | 0 | | 0 | PA-HBDSS |
| 033302 | DHSPCH | OAK LEAF MANOR NORTH | LANCASTER | LANDISVILLE | 0 | | 0 | PA-HBDSS |
| 028202 | DHSPCH | PLEASANT VIEW COMMUNITIES | LANCASTER | MANHEIM | 8 | | 0 | PA-HBDSS |
| 023202 | DHSPCH | ST JOHNS HERR ESTATE | LANCASTER | COLUMBIA | 5 | | 0 | PA-HBDSS |
| 123202 | DHSPCH | SUNNY CREST HOME | LANCASTER | MORGANTOWN | 0 | | 0 | PA-HBDSS |
| 055602 | DHSPCH | WELSH MOUNTAIN HOME | LANCASTER | NEW HOLLAND | 16 | | 0 | PA-HBDSS |
| 143150250 | PADCHLTCF | BRETHREN VILLAGE | LANCASTER | LITITZ | 12 | | 6 | PA-HBDSS |
| 080202 | PADCHLTCF | CALVARY FELLOWSHIP HOMES INC | LANCASTER | LANCASTER | 0 | | 0 | PA-HBDSS |
| 080502 | PADCHLTCF | CONESTOGA VIEW | LANCASTER | LANCASTER | 107 | | 34 | PA-HBDSS |
| 085902 | PADCHLTCF | ELIZABETH MANOR HEALTHCARE AND REHAB CTR | LANCASTER | ELIZABETHTOWN | 0 | | 0 | PA-HBDSS |
| 233602 | PADCHLTCF | ELIZABETHTOWN HEALTHCARE & REHAB CENTER | LANCASTER | ELIZABETHTOWN | 42 | | 5 | PA-HBDSS |
| 120302 | PADCHLTCF | EPHRATA MANOR | LANCASTER | EPHRATA | 8 | | 0 | PA-HBDSS |
| 122402 | PADCHLTCF | GARDEN SPOT VILLAGE | LANCASTER | NEW HOLLAND | 0 | | 0 | PA-HBDSS |
| 233202 | PADCHLTCF | HAMILTON ARMS CENTER | LANCASTER | LANCASTER | 65 | | 18 | PA-HBDSS |
| 131502 | PADCHLTCF | HARRISON SENIOR LIVING OF CHRISTIANA | LANCASTER | CHRISTIANA | 46 | | 20 | PA-HBDSS |
| 131502 | PADCHLTCF | HOMESTEAD VILLAGE INC | LANCASTER | LANCASTER | 15 | | 11 | PA-HBDSS |
| 131202 | PADCHLTCF | LAKESIDE AT WILLOW VALLEY | LANCASTER | WILLOW STREET | 22 | | 4 | PA-HBDSS |
| 135202 | PADCHLTCF | LANCASHIRE HALL | LANCASTER | LANCASTER | 113 | 31 | 18 | PA-HBDSS |
| 134002 | PADCHLTCF | LANCASTER NURSING AND REHABILITATION | LANCASTER | LITITZ | 42 | 12 | 24 | PA-HBDSS |
| 681902 | PADCHLTCF | LUTHER ACRES MANOR | LANCASTER | LITITZ | 75 | 13 | 18 | PA-HBDSS |
| 040702 | PADCHLTCF | MANORCARE HEALTH SERVICES LANCASTER | LANCASTER | LANCASTER | 0 | | 0 | PA-HBDSS |
| 077902 | PADCHLTCF | MASONIC VILLAGE AT ELIZABETHTOWN | LANCASTER | ELIZABETHTOWN | 41 | 19 | 14 | PA-HBDSS |
| 470402 | PADCHLTCF | MENNONITE HOME INC | LANCASTER | LANCASTER | 0 | | 0 | PA-HBDSS |
| 135202 | PADCHLTCF | PLEASANT VIEW RETIREMENT COMMUNITY | LANCASTER | MANHEIM | 27 | | 10 | PA-HBDSS |
| 134002 | PADCHLTCF | MT HOPE NAZARENE RETIREMENT COMMUNITY | LANCASTER | MANHEIM | 0 | | 0 | PA-HBDSS |
| 681902 | PADCHLTCF | ROSE CITY NURSING AND REHAB AT LANCASTER | LANCASTER | LANCASTER | 17 | | | PA-HBDSS |
| 077902 | PADCHLTCF | THE GLEN AT WILLOW VALLEY | LANCASTER | LANCASTER | 63 | 6 | 6 | PA-HBDSS |
| 470402 | PADCHLTCF | UNITED ZION RETIREMENT COMMUNITY | LANCASTER | LITITZ | 15 | 9 | | PA-HBDSS |

| Code | Provider | Facility | County | City | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 850302 | PADOH/LCF | QUALITY LIFE SERVICES NEW CASTLE | LAWRENCE | NEW CASTLE | 0 | | 0 | PANEDSS | PANEDSS |
| 150502 | PADOH/LCF | THE GROVE AT NEW WILLINGTON | LAWRENCE | NEW WILLINGTON | 0 | | 0 | PANEDSS | PANEDSS |
| 033902 | PADOH/LCF | CORNWALL MANOR | LEBANON | CORNWALL | 11 | | • | PANEDSS | PANEDSS |
| 905002 | PADOH/LCF | MANORCARE HEALTH SERVICES LEBANON | LEBANON | LEBANON | 15 | | • | PANEDSS | PANEDSS |
| 055702 | PADOH/LCF | STONEBRIDGE POPLAR RUN | LEBANON | MYERSTOWN | 0 | | 0 | PANEDSS | PANEDSS |
| 051102 | PADOH/LCF | STONEBRIDGE MOUNTAIN CENTRE | LEBANON | MYERSTOWN | 75 | 10 | 14 | PANEDSS | PANEDSS |
| 2391060030 | DHSPCH | ABOVE & BEYOND | LEHIGH | ALLENTOWN | • | 0 | 0 | PANEDSS | PANEDSS |
| 2391060036 | DHSPCH | ABOVE & BEYOND MOUNTAIN VIEW | LEHIGH | ALLENTOWN | 10 | 0 | 12 | PANEDSS | PANEDSS |
| 2391060031 | DHSPCH | ARDEN COURTS OF ALLENTOWN | LEHIGH | ALLENTOWN | 41 | 0 | 0 | PANEDSS | PANEDSS |
| 2391060021 | DHSPCH | AT HOME PALLIATIVE AND HOSPICE FOUNDATION BU | LEHIGH | SCHNECKSVILLE | 24 | 0 | 9 | PANEDSS | PANEDSS |
| 2390050019 | DHSPCH | BETHLEHEM | LEHIGH | BETHLEHEM | • | 0 | 0 | PANEDSS | PANEDSS |
| 2391060050 | DHSPCH | COUNTRY MEADOWS OF ALLENTOWN | LEHIGH | ALLENTOWN | 7 | • | 0 | PANEDSS | PANEDSS |
| 2391060023 | DHSPCH | DEVONHOUSE OF ALLENTOWN | LEHIGH | ALLENTOWN | 10 | • | 0 | PANEDSS | PANEDSS |
| 2391060039 | DHSPCH | HEATHER GLEN SENIOR LIVING | LEHIGH | ALLENTOWN | 0 | • | 0 | PANEDSS | PANEDSS |
| 2391060055 | DHSPCH | LEGEND PERSONAL CARE AND MEMORY CARE OF ALLEN | LEHIGH | ALLENTOWN | 7 | 0 | 0 | PANEDSS | PANEDSS |
| 2390060006 | DHSPCH | LEHIGH COMMONS | LEHIGH | MACUNGIE | 16 | 6 | 0 | PANEDSS | PANEDSS |
| 2391050002 | DHSPCH | MOUNT TREXLER MANOR | LEHIGH | LIMEPORT | 5 | 5 | 0 | PANEDSS | PANEDSS |
| 550102 | DHSPCH | PARKLAND MANOR | LEHIGH | ALLENTOWN | • | 0 | 0 | PANEDSS | PANEDSS |
| 063102 | PADOH/LCF | RITTENHOUSE VILLAGE AT LEHIGH VALLEY | LEHIGH | ALLENTOWN | 173 | 66 | 29 | PANEDSS | PANEDSS |
| 082702 | PADOH/LCF | SALISBURY BEHAVIORAL HEALTH | LEHIGH | EMMAUS | 50 | 10 | 10 | PANEDSS | PANEDSS |
| 044602 | PADOH/LCF | SOUTH MOUNTAIN MEMORY CARE | LEHIGH | EMMAUS | 31 | 14 | 0 | PANEDSS | PANEDSS |
| 125502 | PADOH/LCF | WESTMINSTER VILLAGE | LEHIGH | ALLENTOWN | 84 | 16 | 18 | PANEDSS | PANEDSS |
| 181102 | PADOH/LCF | WHITEHALL MANOR | LEHIGH | WHITEHALL | 13 | • | 0 | PANEDSS | PANEDSS |
| 900202 | PADOH/LCF | CEDARBROOK SENIOR CARE & REHABILITATION | LEHIGH | ALLENTOWN | 49 | 9 | 6 | PANEDSS | PANEDSS |
| 900102 | PADOH/LCF | FELLOWSHIP MANOR | LEHIGH | WHITEHALL | 127 | 14 | 21 | PANEDSS | PANEDSS |
| 133902 | PADOH/LCF | HOLY FAMILY MANOR | LEHIGH | BETHLEHEM | 70 | 13 | • | PANEDSS | PANEDSS |
| 124302 | PADOH/LCF | LEHIGH CENTER | LEHIGH | MACUNGIE | 18 | • | • | PANEDSS | PANEDSS |
| 2400060114 | PADOH/LCF | LUTHER CREST NURSING FACILITY | LEHIGH | ALLENTOWN | 8 | 0 | 0 | PANEDSS | PANEDSS |
| 2400050115 | DHSPCH | MANORCARE HEALTH SERVICES ALLENTOWN | LEHIGH | ALLENTOWN | 50 | 19 | 12 | PANEDSS | PANEDSS |
| 2401060334 | DHSPCH | MANORCARE HEALTH SERVICES BETHLEHEM 2021 | LEHIGH | BETHLEHEM | • | 0 | 0 | PANEDSS | PANEDSS |
| 2401030002 | DHSPCH | MANORCARE HEALTH SERVICES BETHLEHEM 2029 | LEHIGH | BETHLEHEM | 20 | 8 | 8 | PANEDSS | PANEDSS |
| 2401060321 | DHSPCH | NCSSEH NURSING HOME | LEHIGH | TREXLERTOWN | 13 | • | 7 | PANEDSS | PANEDSS |
| 2401060332 | DHSPCH | SACRED HEART HOSP TRANSITIONAL CARE FAC | LEHIGH | ALLENTOWN | 13 | 0 | 0 | PANEDSS | PANEDSS |
| 026402 | DHSPCH | WESTMINSTER VILLAGE | LEHIGH | ALLENTOWN | • | 0 | 0 | PANEDSS | PANEDSS |
| 191502 | DHSPCH | ALLIED SERVICES CENTER CITY RESIDENCE | LEHIGH | ALLENTOWN | 15 | 6 | 0 | PANEDSS | PANEDSS |
| 0137020 | DHSPCH | ALLIED SERVICES MEADE STREET RESIDENCE | LUZERNE | WILKES-BARRE | 28 | • | 5 | PANEDSS | PANEDSS |
| 340902 | DHSPCH | NORTH-PENN MANOR | LUZERNE | WILKES-BARRE | 0 | • | 0 | PANEDSS | PANEDSS |
| 195202 | DHSPCH | PROVIDENCE PLACE OF HAZLETON | LUZERNE | DRUMS | 0 | • | 0 | PANEDSS | PANEDSS |
| 900102 | DHSPCH | THE PATRICIAN | LUZERNE | HAZLETON | 0 | • | • | PANEDSS | PANEDSS |
| 085602 | PADOH/LCF | TIFFANY COURT AT KINGSTON | LUZERNE | KINGSTON | • | • | • | PANEDSS | PANEDSS |
| 040802 | PADOH/LCF | BIRCHWOOD NURSING & REHABILITATION CTR | LUZERNE | NANTICOKE | 15 | 6 | 0 | PANEDSS | PANEDSS |
| 455202 | PADOH/LCF | GUARDIAN HEALTHCARE AND REHAB CENTER | LUZERNE | NANTICOKE | 28 | 5 | 0 | PANEDSS | PANEDSS |
| 345002 | PADOH/LCF | HEINZ TRANSITIONAL REHABILITATION UNIT | LUZERNE | WILKES-BARRE | 0 | 0 | 0 | PANEDSS | PANEDSS |
| 381102 | PADOH/LCF | HIGHLAND MANOR REHABILITATION & NURSING | LUZERNE | EXETER | 0 | • | • | PANEDSS | PANEDSS |
| 195302 | PADOH/LCF | MANOR AT ST LUKE VILLAGE | LUZERNE | HAZLETON | • | • | • | PANEDSS | PANEDSS |
| 971402 | PADOH/LCF | MANORCARE HEALTH SERVICES KINGSTON | LUZERNE | KINGSTON | 85 | 20 | 22 | PANEDSS | PANEDSS |
| 220102 | PADOH/LCF | MOUNTAIN CITY NURSING & REHAB CENTER | LUZERNE | HAZLE TOWNSHIP | 24 | 8 | • | PANEDSS | PANEDSS |
| 123002 | PADOH/LCF | MOUNTAIN TOP HEALTHCARE AND REHAB CENTER | LUZERNE | MOUNTAIN TOP | 58 | 21 | 19 | PANEDSS | PANEDSS |
| 455202 | PADOH/LCF | PAVILION AT SAINT LUKE VILLAGE | LUZERNE | HAZLETON | 83 | 15 | 8 | PANEDSS | PANEDSS |
| 181602 | PADOH/LCF | RIVER RUN REHAB AND NURSING CENTER | LUZERNE | KINGSTON | 0 | 0 | 0 | PANEDSS | PANEDSS |
| 195302 | PADOH/LCF | RIVERSTREET MANOR | LUZERNE | WILKES-BARRE | 0 | 0 | 0 | PANEDSS | PANEDSS |
| 971402 | PADOH/LCF | THE GARDENS AT WYOMING VALLEY | LUZERNE | WILKES-BARRE | 8 | 20 | 22 | PANEDSS | PANEDSS |
| 220102 | PADOH/LCF | TIMBER RIDGE HEALTH CENTER | LUZERNE | WILKES-BARRE | 0 | 8 | 0 | PANEDSS | PANEDSS |
| 123002 | PADOH/LCF | MANORCARE HEALTH SERVICES JERSEY SHORE | LYCOMING | JERSEY SHORE | 101 | 10 | 27 | PANEDSS | PANEDSS |
| 195502 | PADOH/LCF | ROSE VIEW NURSING AND REHAB CENTER | LYCOMING | WILLIAMSPORT | 81 | 16 | 16 | PANEDSS | PANEDSS |

| ID | Type | Facility | County | City | | | | | Source |
|---|---|---|---|---|---|---|---|---|---|
| 491902 | PADCHLTCF | WILLIAMSPORT HOME | LYCOMING | WILLIAMSPORT | 0 | • | • | 0 | PANEDSS |
| 433006176 | DHSPCH | HELEN'S PLACE FOR PERSONAL CARE | MERCER | SHARON | • | 0 | 0 | 0 | PANEDSS |
| 131202 | PADCHLTCF | CHESSON MANOR | MIFFLIN | LEWISTOWN | • | 0 | 0 | 0 | PANEDSS |
| 750602 | PADCHLTCF | WILLIAM PENN HEALTHCARE AND REHAB CENTER | MIFFLIN | LEWISTOWN | 0 | • | • | 0 | PANEDSS |
| 2435005005 | DHSPCH | FITZMAURICE COMMUNITY SERVICES INC | MONROE | STROUDSBURG | • | 0 | 0 | 0 | PANEDSS |
| 2451006138 | DHSPCH | GLUCO LODGE | MONROE | STROUDSBURG | 26 | • | • | 0 | PANEDSS |
| 2451006175 | DHSPCH | GRACE PARK | MONROE | STROUDSBURG | 6 | • | • | 9 | PANEDSS |
| 2451006134 | DHSPCH | SPRING VILLAGE AT POCONO | MONROE | STROUDSBURG | 26 | • | • | 0 | PANEDSS |
| 023002 | PADCHLTCF | BROOKMONT HEALTHCARE CENTER LLC | MONROE | EFFORT | 0 | • | • | 0 | PANEDSS |
| 161702 | PADCHLTCF | PLEASANT VALLEY MANOR INC MONROE CO HOME | MONROE | STROUDSBURG | 95 | • | • | 21 | PANEDSS |
| 194002 | PADCHLTCF | THE GARDENS AT STROUD | MONROE | EAST STROUDSBURG | 24 | • | • | 0 | PANEDSS |
| 22480201 | PADCHLTCF | WHITESTONE CARE CENTER | MONROE | STROUDSBURG | 22 | • | • | 5 | PANEDSS |
| 1461050013 | DHSPCH | ARDEN COURTS OF KING OF PRUSSIA | MONTGOMERY | KING OF PRUSSIA | 7 | • | • | 5 | PANEDSS |
| 1461050073 | DHSPCH | ARTIS SENIOR LIVING OF HUNTINGDON VALLEY | MONTGOMERY | HUNTINGDON VALLEY | 17 | • | • | 5 | PANEDSS |
| 1461060043 | DHSPCH | BIRCHES AT ARBOUR SQUARE | MONTGOMERY | HARLEYSVILLE | 0 | • | • | 0 | PANEDSS |
| 1461060046 | DHSPCH | BLUE BELL PLACE | MONTGOMERY | BLUE BELL | 26 | • | • | 6 | PANEDSS |
| 1461060027 | DHSPCH | BRANDYWINE SENIOR LIVING AT DRESHER ESTATES | MONTGOMERY | DRESHER | 10 | • | • | 0 | PANEDSS |
| 1461060078 | DHSPCH | BRANDYWINE SENIOR LIVING AT SENIOR SUITES | MONTGOMERY | EAST NORRITON | • | 0 | 0 | 0 | PANEDSS |
| 1461060079 | DHSPCH | BRIGHTVIEW EAST NORRITON | MONTGOMERY | EAST NORRITON | 11 | • | • | 0 | PANEDSS |
| 1461060081 | DHSPCH | PARK CREEK PLACE PERSONAL CARE | MONTGOMERY | NORTH WALES | 5 | • | • | 0 | PANEDSS |
| 1461060083 | DHSPCH | ELM TERRACE GARDENS | MONTGOMERY | LANSDALE | 29 | • | • | 11 | PANEDSS |
| 1461050014 | DHSPCH | FOULKEWAYS AT GWYNEDD | MONTGOMERY | GWYNEDD | 10 | • | • | 0 | PANEDSS |
| 1461050026 | DHSPCH | KYFFIN GROVE | MONTGOMERY | NORTH WALES | 7 | • | • | 0 | PANEDSS |
| 1461060038 | DHSPCH | PERSONAL CARE/MEMORY CARE @ THE PARK | MONTGOMERY | HATBORO | 6 | • | • | 0 | PANEDSS |
| 1461050005 | DHSPCH | PHOEBE WYNCOTE | MONTGOMERY | WYNCOTE | 39 | • | • | 0 | PANEDSS |
| 1461050006 | DHSPCH | PROVIDENCE PLACE AT THE COLLEGEVILLE INN | MONTGOMERY | COLLEGEVILLE | 22 | • | • | 22 | PANEDSS |
| 1461060039 | DHSPCH | RYDAL PARK PERSONAL CARE | MONTGOMERY | RYDAL | 5 | • | • | 0 | PANEDSS |
| 1461060018 | DHSPCH | SALISBURY BEHAVIORAL HEALTH | MONTGOMERY | ROSLYN | 0 | • | • | 0 | PANEDSS |
| 1461060001 | DHSPCH | SPRING MILL PRESBYTERIAN VILLAGE | MONTGOMERY | LAFAYETTE HILL | 5 | • | • | • | PANEDSS |
| 1461060022 | DHSPCH | SPRINGFIELD SENIOR LIVING COMMUNITY | MONTGOMERY | WYNDMOOR | 0 | • | • | 0 | PANEDSS |
| 1461030000 | DHSPCH | STMARY VILLA FOR INDEPENDENT & RETIREMENT LIVIN | MONTGOMERY | LANSDALE | 15 | • | • | 0 | PANEDSS |
| 1461060064 | DHSPCH | SUNRISE OF ABINGTON | MONTGOMERY | ABINGTON | 17 | • | • | 6 | PANEDSS |
| 1461060081 | DHSPCH | SUNRISE OF BLUE BELL | MONTGOMERY | BLUE BELL | • | 0 | 0 | 6 | PANEDSS |
| 1461030001 | DHSPCH | SUNRISE OF LAFAYETTE HILL | MONTGOMERY | LAFAYETTE HILL | 9 | • | • | 6 | PANEDSS |
| 1461060072 | DHSPCH | SWPHOXY SQUARE AT BALA CYNWYD | MONTGOMERY | BALA CYNWYD | 8 | • | • | 6 | PANEDSS |
| 1461030000 | DHSPCH | THE HEARTH AT DREXEL | MONTGOMERY | BALA CYNWYD | 15 | • | • | 0 | PANEDSS |
| 1461030007 | DHSPCH | THE HILL AT WHITEMARSH OAKLEHALL ASSISTED LIVIN | MONTGOMERY | LAFAYETTE HILL | 22 | • | • | 0 | PANEDSS |
| 1461030000 | DHSPCH | THE HILL AT WHITEMARSH OAKLEHALL ASSISTED LIVIN | MONTGOMERY | LAFAYETTE HILL | 9 | • | • | • | PANEDSS |
| 1461060033 | DHSPCH | THE LANDING AT TOWAMENCIN | MONTGOMERY | LANSDALE | 5 | • | • | • | PANEDSS |
| 1461060080 | DHSPCH | THE LANDING OF COLLEGEVILLE | MONTGOMERY | COLLEGEVILLE | 5 | • | • | • | PANEDSS |
| 1461060082 | DHSPCH | THE MEADOWS AT SHANNONDELL | MONTGOMERY | AUDUBON | 23 | • | • | • | PANEDSS |
| 1461060089 | DHSPCH | TRADITIONS OF LANSDALE | MONTGOMERY | LANSDALE | • | 0 | 0 | • | PANEDSS |
| 1461060025 | DHSPCH | WAVERLY HEIGHTS | MONTGOMERY | GLADWYNE | 0 | • | • | 0 | PANEDSS |
| 1461060010 | DHSPCH | WHITEMARSH HOUSE | MONTGOMERY | FLOURTOWN | 0 | • | • | 0 | PANEDSS |
| 1461050069 | DHSPCH | WYNCOTE PLACE | MONTGOMERY | WYNCOTE | 0 | • | • | 0 | PANEDSS |
| 093120200 | PADCHLTCF | ABRAMSON RESIDENCE | MONTGOMERY | NORTH WALES | 11 | • | • | 15 | PANEDSS |
| 120402 | PADCHLTCF | ABRAMSON SENIOR CARE AT LANKENAU MED CTR | MONTGOMERY | WYNNEWOOD | 42 | • | • | 0 | PANEDSS |
| 010802 | PADCHLTCF | ANGLER EXTENDED CARE CENTER | MONTGOMERY | AMBLER | 0 | • | • | 0 | PANEDSS |
| 393602 | PADCHLTCF | ARISTACARE AT MEADOW SPRINGS | MONTGOMERY | PLYMOUTH MEETING | 9 | • | • | 10 | PANEDSS |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 011102 | PADCHLTCF | ARTMAN LUTHERAN HOME | MONTGOMERY | AMBLER | 35 | • | 8 | PA-EDSS |
| 063802 | PADCHLTCF | BEAUMONT AT BRYN MAWR | MONTGOMERY | BRYN MAWR | 28 | • | • | PA-EDSS |
| 181502 | PADCHLTCF | BROOKSIDE HEALTHCARE & REHAB CENTER | MONTGOMERY | ROSLYN | 57 | • | • | PA-EDSS |
| 700102 | PADCHLTCF | CHESTNUT HILL LODGE HEALTH & REHAB CTR | MONTGOMERY | WYNDMOOR | 59 | • | 14 | PA-EDSS |
| 044402 | PADCHLTCF | DOCK TERRACE | MONTGOMERY | LANSDALE | 48 | • | • | PA-EDSS |
| 271202 | PADCHLTCF | DRESHER HILL HEALTH & REHABILITATION CTR | MONTGOMERY | DRESHER | 42 | • | 11 | PA-EDSS |
| 052702 | PADCHLTCF | EDGEHILL NURSING & REHABILITATION CENTER | MONTGOMERY | GLENSIDE | 47 | • | 10 | PA-EDSS |
| 450502 | PADCHLTCF | ELKINS CREST HEALTH & REHAB CENTER | MONTGOMERY | ELKINS PARK | 53 | 0 | 13 | PA-EDSS |
| 060902 | PADCHLTCF | FOULKEWAYS AT GWYNEDD | MONTGOMERY | GWYNEDD | 0 | • | • | PA-EDSS |
| 860202 | PADCHLTCF | GARDEN SPRING NURSING & REHAB CENTER | MONTGOMERY | WILLOW GROVE | 84 | 5 | 10 | PA-EDSS |
| 075002 | PADCHLTCF | GWYNEDD HEALTHCARE & REHAB CENTER | MONTGOMERY | LANSDALE | 57 | 13 | 29 | PA-EDSS |
| 140502 | PADCHLTCF | HARBORVIEW REHAB & CARE CENTER LANSDALE | MONTGOMERY | LANSDALE | 12 | 0 | • | PA-EDSS |
| 080702 | PADCHLTCF | HARSTON HALL | MONTGOMERY | FLOURTOWN | 79 | • | 14 | PA-EDSS |
| 034402 | PADCHLTCF | HILLCREST CENTER | MONTGOMERY | WYNCOTE | 113 | 6 | 17 | PA-EDSS |
| 082202 | PADCHLTCF | HOPKINS CENTER | MONTGOMERY | WYNCOTE | 50 | • | 7 | PA-EDSS |
| 591902 | PADCHLTCF | IVY HILL REHAB CENTER | MONTGOMERY | WYNDMOOR | 77 | • | 20 | PA-EDSS |
| 649802 | PADCHLTCF | LUTHER WOODS NURSING & REHAB CENTER | MONTGOMERY | HATBORO | 12 | • | • | PA-EDSS |
| 053802 | PADCHLTCF | MANORCARE HEALTH SERVICES HUNTINGDON VAL | MONTGOMERY | HUNTINGDON VALLEY | 9 | • | • | PA-EDSS |
| 125902 | PADCHLTCF | MANORCARE HEALTH SVCS KING OF PRUSSI | MONTGOMERY | KING OF PRUSSIA | 29 | • | 12 | PA-EDSS |
| 380402 | PADCHLTCF | MANORCARE HEALTH SERVICES POTTSTOWN | MONTGOMERY | POTTSTOWN | 0 | • | • | PA-EDSS |
| 382402 | PADCHLTCF | MANORCARE HLTH SERVICES MONTGOMERYVILLE | MONTGOMERY | MONTGOMERYVILLE | 114 | 6 | 25 | PA-EDSS |
| 137102 | PADCHLTCF | MASONIC VILLAGE AT LAFAYETTE HILL | MONTGOMERY | LAFAYETTE HILL | 35 | 7 | 17 | PA-EDSS |
| 392602 | PADCHLTCF | MEADOWOOD | MONTGOMERY | WORCESTER | 12 | • | • | PA-EDSS |
| 082302 | PADCHLTCF | MEADOWVIEW REHABILITATION & NURSING CTR | MONTGOMERY | PHILADELPHIA | 46 | • | 6 | PA-EDSS |
| 182302 | PADCHLTCF | NORRISTOWN SQUARE NURSING AND REHAB CENTER | MONTGOMERY | NORRISTOWN | 114 | 6 | 22 | PA-EDSS |
| 068202 | PADCHLTCF | PAHEIMILL ROAD NURSING AND REHAB CENTER | MONTGOMERY | GLENSIDE | 67 | 0 | 19 | PA-EDSS |
| 590502 | PADCHLTCF | PARKHOUSE REHABILITATION & NURSING CNTR | MONTGOMERY | ROYERSFORD | 137 | 14 | 50 | PA-EDSS |
| 133402 | PADCHLTCF | PETER BECKER COMMUNITY | MONTGOMERY | HARLEYSVILLE | 48 | • | 11 | PA-EDSS |
| 160602 | PADCHLTCF | POWERBACK REHABILITATION 3485 DAVISVILLE | MONTGOMERY | HATBORO | • | • | • | PA-EDSS |
| 060902 | PADCHLTCF | REGINA NURSING CENTER | MONTGOMERY | NORRISTOWN | 91 | • | 35 | PA-EDSS |
| 197202 | PADCHLTCF | REHAB AT SHANNONDELL | MONTGOMERY | AUDUBON | 58 | • | 5 | PA-EDSS |
| 197702 | PADCHLTCF | ROSEMONT CENTER | MONTGOMERY | ROSEMONT | 46 | 8 | 21 | PA-EDSS |
| 050202 | PADCHLTCF | RYDAL PARK OF PHILADELPHIA PRESBY HOMES | MONTGOMERY | RYDAL | 14 | • | • | PA-EDSS |
| 451002 | PADCHLTCF | SANT JOSEPH VILLA | MONTGOMERY | FLOURTOWN | 30 | • | 11 | PA-EDSS |
| 181402 | PADCHLTCF | SARATOGA CENTER | MONTGOMERY | POTTSTOWN | 16 | 0 | • | PA-EDSS |
| 182102 | PADCHLTCF | SAUNDERSHOUSE | MONTGOMERY | WYNNEWOOD | 42 | • | 9 | PA-EDSS |
| 711102 | PADCHLTCF | SILVER STREAM NURSING AND REHAB CENTER | MONTGOMERY | SPRING HOUSE | 91 | • | 35 | PA-EDSS |
| 233702 | PADCHLTCF | SOUDERTON MENNONITE HOMES | MONTGOMERY | SOUDERTON | 58 | • | 5 | PA-EDSS |
| 190402 | PADCHLTCF | ST JOSEPHS MANOR | MONTGOMERY | MEADOWBROOK | 32 | 5 | 11 | PA-EDSS |
| 190902 | PADCHLTCF | ST MARY CENTER FOR REHAB & HEALTHCARE | MONTGOMERY | LANSDALE | 42 | • | 11 | PA-EDSS |
| 060902 | PADCHLTCF | SUBURBAN WOODS HEALTH & REHAB CENTER | MONTGOMERY | NORRISTOWN | 5 | 0 | 0 | PA-EDSS |
| 044002 | PADCHLTCF | TOWNE MANOR EAST | MONTGOMERY | POTTSTOWN | 28 | 0 | 0 | PA-EDSS |
| 125102 | PADCHLTCF | TOWNE MANOR WEST | MONTGOMERY | NORRISTOWN | 21 | • | • | PA-EDSS |
| 124302 | PADCHLTCF | WAVERLY HEIGHTS LTD | MONTGOMERY | GLADWYNE | 0 | • | • | PA-EDSS |
| 233402 | PADCHLTCF | WILLOWBROOKE COURT AT SPRING HOUSE ESTS | MONTGOMERY | LOWER GWYNEDD | 57 | • | 18 | PA-EDSS |
| 971502 | PADCHLTCF | WILLOWBROOKE COURT SCC FT WASHINGTON | MONTGOMERY | FORT WASHINGTON | 17 | • | • | PA-EDSS |
| 150102 | PADCHLTCF | WILLOWBROOKE COURT SCC NORMANDY FARMS | MONTGOMERY | BLUEBELL | 0 | • | 0 | PA-EDSS |
| 142502 | PADCHLTCF | WYNDMOOR HEALTH CARE & REHAB CTR | MONTGOMERY | WYNDMOOR | 37 | 0 | 7 | PA-EDSS |
| 216002 1 | DHSPCH | ALEXANDRIA MANOR OF ALLENTOWN BETHLEHEM CAN | NORTHAMPTON | BETHLEHEM | 37 | 0 | 0 | PA-EDSS |
| 248106021 | DHSPCH | FOXHOUSE | NORTHAMPTON | DANIELSVILLE | 0 | • | 0 | PA-EDSS |
| 248160227 | DHSPCH | MEADOWS LIVING CENTER AT COUNTRY MEADOWS OF | NORTHAMPTON | NORTHAMPTON | 0 | • | 0 | PA-EDSS |
| 248160221 | DHSPCH | MEADOWS LIVING CENTER AT COUNTRY MEADOWS OF | NORTHAMPTON | BETHLEHEM | 28 | 15 | 5 | PA-EDSS |
| 248106031 53 | DHSPCH | MORAVIAN KINGS DAUGHTERS AND SONS HOME | NORTHAMPTON | BETHLEHEM | 0 | • | 0 | PA-EDSS |
| 248103002 | DHSPCH | SAUCON VALLEY MANOR | NORTHAMPTON | HELLERTOWN | 14 | • | 0 | PA-EDSS |
| 056802 | PADCHLTCF | COUNTRY MEADOWS NURSING CENTER BETHLEHEM | NORTHAMPTON | BETHLEHEM | 25 | • | 7 | PA-EDSS |
| 055402 | PADCHLTCF | KIRKLAND VILLAGE | NORTHAMPTON | BETHLEHEM | 50 | 10 | 7 | PA-EDSS |

| ID | Program | Facility | County | City | | | Source |
|---|---|---|---|---|---|---|---|
| 125202 | PADCHLTCF | MANORCARE HEALTH SERVICES EASTON | NORTHAMPTON | EASTON | 132 | 21 | PA.MEDSS |
| 399702 | PADCHLTCF | MORAVIAN HALL SQUARE HLTH & WELLNESS CTR | NORTHAMPTON | NAZARETH | 5 | • | PA.MEDSS |
| 15970201 | DHSPCH | MORAVIAN VILLAGE OF BETHLEHEM | NORTHAMPTON | BETHLEHEM | • | 0 | PA.MEDSS |
| 050102 | PADCHLTCF | NEW EASTWOOD HEALTHCARE & REHAB CENTER | NORTHAMPTON | EASTON | 31 | 6 | PA.MEDSS |
| 072802 | PADCHLTCF | NORTHAMPTON COUNTY HOME GRACEDALE | NORTHAMPTON | NAZARETH | 216 | 45 | PA.MEDSS |
| 09350200 | DHSPCH | OLD ORCHARD HEALTH CARE CENTER | NORTHAMPTON | EASTON | 41 | 24 | PA.MEDSS |
| 168802 | PADCHLTCF | THE GARDENS FOR MEMORY CARE AT EASTON | NORTHAMPTON | EASTON | 109 | 15 | PA.MEDSS |
| 130902 | PADCHLTCF | NURSING & REHABILITATION AT THE MANSION | NORTHUMBERLAND | SUNBURY | 97 | 22 | PA.MEDSS |
| 15110929053 | DHSPCH | ATRIA CENTER CITY | PHILADELPHIA | PHILADELPHIA | 0 | 0 | PA.MEDSS |
| 151103001 | DHSPCH | BETHESDA COURT | PHILADELPHIA | PHILADELPHIA | • | • | PA.MEDSS |
| 15106929088 | DHSPCH | HARMONY PLACE ASSISTED LIVING AT PARKE RIDGE | PHILADELPHIA | PHILADELPHIA | 18 | 0 | PA.MEDSS |
| 15106916692 | DHSPCH | HOLY FAMILY HOME | PHILADELPHIA | PHILADELPHIA | • | 12 | PA.MEDSS |
| 08330200 | DHSPCH | MCCALLUM ASSISTED LIFE | PHILADELPHIA | PHILADELPHIA | 21 | 0 | PA.MEDSS |
| 151106023 | DHSPCH | ORTH HOME | PHILADELPHIA | PHILADELPHIA | • | 0 | PA.MEDSS |
| 151106023 | DHSPCH | PARKER PERSONAL CARE HOME | PHILADELPHIA | PHILADELPHIA | 6 | 0 | PA.MEDSS |
| 151106130 | DHSPCH | PAULS RUN | PHILADELPHIA | PHILADELPHIA | • | 0 | PA.MEDSS |
| 151106023 | DHSPCH | PENN HOME | PHILADELPHIA | PHILADELPHIA | • | 0 | PA.MEDSS |
| 151106130 | DHSPCH | PHILADELPHIA PROTESTANT HOME | PHILADELPHIA | PHILADELPHIA | 40 | 15 | PA.MEDSS |
| 151106784 | DHSPCH | SPEAKS PERSONAL CARE AND RETIREMENT | PHILADELPHIA | PHILADELPHIA | 12 | • | PA.MEDSS |
| 151106721 | DHSPCH | TABOR MANOR | PHILADELPHIA | PHILADELPHIA | 18 | 0 | PA.MEDSS |
| 151106721 | DHSPCH | THE TERRACE AT CHESTNUT HILL | PHILADELPHIA | PHILADELPHIA | • | 0 | PA.MEDSS |
| 151106626 | DHSPCH | WALNUT MANOR | PHILADELPHIA | PHILADELPHIA | 33 | 11 | PA.MEDSS |
| 151106683 | DHSPCH | WESLEY ENHANCED LIVING AT STAPELEY | PHILADELPHIA | PHILADELPHIA | 97 | 25 | PA.MEDSS |
| 151106200 | DHSPCH | WESLEY ENHANCED LIVING PENNYPACK PARK | PHILADELPHIA | PHILADELPHIA | 27 | 9 | PA.MEDSS |
| 151106000 | PADCHLTCF | ANGELA J ANE PAVILION | PHILADELPHIA | PHILADELPHIA | • | 0 | PA.MEDSS |
| 030402 | PADCHLTCF | BALA NURSING & RETIREMENT CENTER | PHILADELPHIA | PHILADELPHIA | 28 | 14 | PA.MEDSS |
| 199902 | PADCHLTCF | CARE PAVILION NURSING & REHABILITATION | PHILADELPHIA | PHILADELPHIA | 124 | 27 | PA.MEDSS |
| 031602 | PADCHLTCF | CATHEDRAL VILLAGE | PHILADELPHIA | PHILADELPHIA | 11 | 17 | PA.MEDSS |
| 032202 | PADCHLTCF | CENTENNIAL HEALTHCARE & REHAB CENTER | PHILADELPHIA | PHILADELPHIA | 8 | 11 | PA.MEDSS |
| 180102 | PADCHLTCF | CHAPEL MANOR | PHILADELPHIA | PHILADELPHIA | 27 | • | PA.MEDSS |
| 030402 | PADCHLTCF | CHELTENHAM NURSING & REHABILITATION CTR | PHILADELPHIA | PHILADELPHIA | 46 | 20 | PA.MEDSS |
| 202002 | PADCHLTCF | CHESTNUT HILL NURSING & REHABILITATION CENTER | PHILADELPHIA | PHILADELPHIA | 10 | 8 | PA.MEDSS |
| 127202000 | PADCHLTCF | CLIVEDEN NURSING & REHABILITATION CENTER | PHILADELPHIA | PHILADELPHIA | 65 | • | PA.MEDSS |
| 127202000 | PADCHLTCF | DEER MEADOWS REHABILITATION CENTER | PHILADELPHIA | PHILADELPHIA | 72 | 8 | PA.MEDSS |
| 102602 | PADCHLTCF | DELAWARE VALLEY VETERANS HOME | PHILADELPHIA | PHILADELPHIA | • | 18 | PA.MEDSS |
| 122702 | PADCHLTCF | FAIRVIEW NURSING & REHABILITATION CENTER | PHILADELPHIA | PHILADELPHIA | 43 | 7 | PA.MEDSS |
| 210102 | PADCHLTCF | GERMANTOWN HOME | PHILADELPHIA | PHILADELPHIA | 92 | 32 | PA.MEDSS |
| 090902 | PADCHLTCF | GLENDALE UPTOWN HOME | PHILADELPHIA | PHILADELPHIA | 28 | • | PA.MEDSS |
| 090902 | PADCHLTCF | IMMACULATE MARY CENTER FOR REHAB & HLTHC | PHILADELPHIA | PHILADELPHIA | 16 | • | PA.MEDSS |
| 032502 | PADCHLTCF | INGLIS HOUSE | PHILADELPHIA | PHILADELPHIA | 51 | • | PA.MEDSS |
| 126602 | PADCHLTCF | KEARSLEY REHABILITATION & NURSING CENTER | PHILADELPHIA | PHILADELPHIA | 51 | 16 | PA.MEDSS |
| 131202 | PADCHLTCF | LAFAYETTE REDEEMER | PHILADELPHIA | PHILADELPHIA | 10 | • | PA.MEDSS |
| 198802 | PADCHLTCF | LAUREL SQUARE HEALTHCARE & REHAB CENTER | PHILADELPHIA | PHILADELPHIA | 25 | • | PA.MEDSS |
| 038002 | PADCHLTCF | LIBERTY CENTER FOR REHAB AND NURSING | PHILADELPHIA | PHILADELPHIA | 35 | 5 | PA.MEDSS |
| 011402 | PADCHLTCF | MAPLEWOOD NURSING & REHABILITATION CTR | PHILADELPHIA | PHILADELPHIA | 91 | 30 | PA.MEDSS |
| 161002 | PADCHLTCF | OAKWOOD HEALTHCARE & REHAB CENTER | PHILADELPHIA | PHILADELPHIA | 12 | • | PA.MEDSS |
| 941002 | PADCHLTCF | PAULS RUN | PHILADELPHIA | PHILADELPHIA | • | 0 | PA.MEDSS |
| 163902 | PADCHLTCF | PENNYPACK NURSING AND REHAB HOME | PHILADELPHIA | PHILADELPHIA | 111 | 4 | PA.MEDSS |
| 681002 | PADCHLTCF | PENNYPACK CREST REHAB & NURSING HOME | PHILADELPHIA | PHILADELPHIA | 7 | 4 | PA.MEDSS |
| 150602 | PADCHLTCF | PHILADELPHIA NURSING HOME | PHILADELPHIA | PHILADELPHIA | • | 0 | PA.MEDSS |
| 200102 | PADCHLTCF | PHILADELPHIA PROTESTANT HOME | PHILADELPHIA | PHILADELPHIA | 58 | 9 | PA.MEDSS |
| 471102 | PADCHLTCF | POWERBACK REHABILITATION 1526 LOMBARD ST | PHILADELPHIA | PHILADELPHIA | • | 6 | PA.MEDSS |
| 420902 | PADCHLTCF | PRESBYTERIAN CENTER FOR CONTINUING CARE | PHILADELPHIA | PHILADELPHIA | 19 | 5 | PA.MEDSS |
|  | PADCHLTCF | RENAISSANCE HEALTHCARE & REHAB CENTER | PHILADELPHIA | PHILADELPHIA |  |  | PA.MEDSS |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 183502 | PADOH LTCF | RIVERS EDGE NURSING & REHAB CENTER | PHILADELPHIA | PHILADELPHIA | 32 | 5 | PA-MEDSS |
| 192802 | PADOH LTCF | SIMPSON HOUSE INC | PHILADELPHIA | PHILADELPHIA | 7 | 0 | PA-MEDSS |
| 131602 | PADOH LTCF | SOMERTON NURSING & REHABILITATION CENTER | PHILADELPHIA | PHILADELPHIA | 42 | * | PA-MEDSS |
| 127502 | PADOH LTCF | SPRINGS AT THE WATERMARK | PHILADELPHIA | PHILADELPHIA | 50 | * | PA-MEDSS |
| 450602 | PADOH LTCF | ST IGNATIUS NURSING & REHAB CENTER | PHILADELPHIA | PHILADELPHIA | 59 | 16 | PA-MEDSS |
| 432202 | PADOH LTCF | ST JOHN NEUMANN CENTER FOR REHAB & HLTHC | PHILADELPHIA | PHILADELPHIA | 11 | 9 | PA-MEDSS |
| 232602 | PADOH LTCF | ST MONICA CENTER FOR REHAB & HEALTHCARE | PHILADELPHIA | PHILADELPHIA | 74 | 21 | PA-MEDSS |
| 403302 | PADOH LTCF | TRANSITIONAL CARE UNIT AT NAZARETH HOSP | PHILADELPHIA | PHILADELPHIA | 0 | 10 | PA-MEDSS |
| 369702 | PADOH LTCF | TUCKER HOUSE NURSING & REHAB CENTER | PHILADELPHIA | PHILADELPHIA | 6 | * | PA-MEDSS |
| 24780201 | PADOH LTCF | TULIP SPECIAL CARE LLC | PHILADELPHIA | PHILADELPHIA | 48 | 12 | PA-MEDSS |
| 455002 | PADOH LTCF | WESLEY ENHANCED LIVING AT STAPELEY | PHILADELPHIA | PHILADELPHIA | 12 | * | PA-MEDSS |
| 311202 | PADOH LTCF | WESLEY ENHANCED LIVING PENNYPACK PARK | PHILADELPHIA | PHILADELPHIA | 14 | 6 | PA-MEDSS |
| 071202 | PADOH LTCF | WILLOW TERRACE | PHILADELPHIA | PHILADELPHIA | 28 | 6 | PA-MEDSS |
| 232002 | PADOH LTCF | WILLOWCREST | PHILADELPHIA | PHILADELPHIA | 7 | 0 | PA-MEDSS |
| 023802 | PADOH LTCF | YORK NURSING & REHABILITATION CENTER | PHILADELPHIA | PHILADELPHIA | 86 | 27 | PA-MEDSS |
| 25211060007 DSHQH | | ALLIANCE SENIOR LIVING CENTER | PIKE | MATAMORAS | * | * | PA-MEDSS |
| 2521060005 DSHQH | | BELLE REVE SENIOR LIVING CENTER | PIKE | MILFORD | 25 | 5 | PA-MEDSS |
| 60012020 | PADOH LTCF | BELLE REVE HEALTH CARE CENTER | PIKE | MILFORD | 10 | 8 | PA-MEDSS |
| 25541060101 DSHQH | | PROVIDENCE PLACE OF POTTSVILLE | SCHUYLKILL | POTTSVILLE | 0 | 0 | PA-MEDSS |
| 061502 | PADOH LTCF | GREEN VALLEY SKILLED NURSING & REHAB CTR | SCHUYLKILL | POTTSVILLE | 10 | * | PA-MEDSS |
| 017902 | PADOH LTCF | HOMETOWN NURSING & REHABILITATION CENTER | SCHUYLKILL | TAMAQUA | 18 | 10 | PA-MEDSS |
| 383802 | PADOH LTCF | MANORCARE HEALTH SERVICES POTTSVILLE | SCHUYLKILL | POTTSVILLE | 62 | 12 | PA-MEDSS |
| 701002 | PADOH LTCF | ROSEWOOD REHAB & NURSING CENTER | SCHUYLKILL | SCHUYLKILL HAVEN | * | 0 | PA-MEDSS |
| 453002 | PADOH LTCF | SCHUYLKILL CENTER | SCHUYLKILL | POTTSVILLE | * | 0 | PA-MEDSS |
| 096902 | PADOH LTCF | SETON MANOR INC | SCHUYLKILL | ORWIGSBURG | * | 0 | PA-MEDSS |
| 190102 | PADOH LTCF | SHENANDOAH MANOR NURSING CENTER | SCHUYLKILL | SHENANDOAH | 16 | * | PA-MEDSS |
| 271102 | PADOH LTCF | TREMONT HEALTH & REHABILITATION CENTER | SCHUYLKILL | TREMONT | 0 | 0 | PA-MEDSS |
| 25831060144 DSHQH | | BARNES-KASSON COUNTY HOSPITAL SNF | SUSQUEHANNA | SUSQUEHANNA | 0 | 0 | PA-MEDSS |
| 020502 | PADOH LTCF | FOREST CITY NURSING & REHAB CENTER | SUSQUEHANNA | FOREST CITY | 0 | 0 | PA-MEDSS |
| 061202 | PADOH LTCF | ELMCROFT OF LEWISBURG | UNION | LEWISBURG | 41 | 14 | PA-MEDSS |
| 26010601209 DSHQH | | RIVERWOODS | UNION | LEWISBURG | 0 | 0 | PA-MEDSS |
| 121702 | PADOH LTCF | MON VALLEY CARE CENTER | WARREN | WARREN | * | 0 | PA-MEDSS |
| 4631060444 DSHQH | | BETHANY VILLAGE | WAYNE | BETHANY | 0 | 0 | PA-MEDSS |
| 126802 | PADOH LTCF | MANORCARE HEALTH SERVICES PETERS TOWNSHIP | WASHINGTON | MCMURRAY | * | 0 | PA-MEDSS |
| 193302 | PADOH LTCF | SOUTH HILLS REHAB AND WELLNESS CENTER | WASHINGTON | MONONGAHELA | 0 | 0 | PA-MEDSS |
| 428902 | PADOH LTCF | SOUTHMONT OF PRESBYTERIAN SENIORCARE | WASHINGTON | WASHINGTON | 16 | 0 | PA-MEDSS |
| 26411060172 DSHQH | | SOUTHWESTERN NURSING CENTER | WASHINGTON | CANONSBURG | 42 | 7 | PA-MEDSS |
| 46500601372 DSHQH | | BETHANY VILLAGE | WESTMORELAND | LIGONIER | * | 0 | PA-MEDSS |
| 46501060131 DSHQH | | LIGONIER GARDENS | WESTMORELAND | LIGONIER | 6 | 5 | PA-MEDSS |
| 086002 | PADOH LTCF | PLEASANT RIDGE MATURE LIVING | WESTMORELAND | LEECHBURG | 7 | 7 | PA-MEDSS |
| 016702 | PADOH LTCF | QUALITY LIFE SERVICES APOLLO | WESTMORELAND | APOLLO | 0 | 0 | PA-MEDSS |
| 134702 | PADOH LTCF | HARMON HOUSE CARE CENTER | WESTMORELAND | MOUNT PLEASANT | 30 | 18 | PA-MEDSS |
| 051202 | PADOH LTCF | LOYALHANNA CARE CENTER | WESTMORELAND | LATROBE | 0 | 6 | PA-MEDSS |
| 020102 | PADOH LTCF | MURRYSVILLE REHAB AND WELLNESS CENTER | WESTMORELAND | MURRYSVILLE | 43 | 8 | PA-MEDSS |
| 231002 | PADOH LTCF | THE GROVE AT LATROBE | WESTMORELAND | LATROBE | 0 | 0 | PA-MEDSS |
| 3671060293 DSHQH | | TRANSITIONS HEALTHCARE NORTH HUNTINGDON | WESTMORELAND | NORTH HUNTINGDON | 0 | 0 | PA-MEDSS |
| 3671060335 DSHQH | | WESTMORELAND MANOR | WESTMORELAND | GREENSBURG | 18 | 5 | PA-MEDSS |
| 530102 | PADOH LTCF | FAIR HAVENS | YORK | HANOVER | 0 | 0 | PA-MEDSS |
| 900802 | PADOH LTCF | SENIOR COMMONS AT POWDER MILL | YORK | YORK | 13 | * | PA-MEDSS |
| 026302 | PADOH LTCF | HANOVER HALL | YORK | HANOVER | * | 0 | PA-MEDSS |
| 026402 | PADOH LTCF | MANORCARE HEALTH SERVICES DALLASTOWN | YORK | DALLASTOWN | * | 0 | PA-MEDSS |
| 280402 | PADOH LTCF | MANORCARE HEALTH SERVICES YORK SOUTH | YORK | YORK | * | 0 | PA-MEDSS |
| 250102 | PADOH LTCF | MANORCARE HEALTH SERVICES KINGSTON COURT | YORK | YORK | 0 | 0 | PA-MEDSS |
| | PADOH LTCF | MANORCARE HEALTH SERVICES YORK | YORK | YORK | 0 | 0 | PA-MEDSS |
| | PADOH LTCF | PLEASANT ACRES NURSING & REHAB CENTER | YORK | YORK | 0 | 0 | PA-MEDSS |

FILE NAME: MA1028775200001.04292018183656

AUDIT NUMBER: 17-634

**FINANCIAL AND STATISTICAL REPORT FOR
NURSING FACILITIES AND SERVICES
UNDER THE MEDICAL ASSISTANCE PROGRAM OF THE
DEPARTMENT OF HUMAN SERVICES
COMMONWEALTH OF PENNSYLVANIA**

## Certification Schedule

### PART I. COST REPORT AND FACILITY INFORMATION

| LINE NO. | DESCRIPTION | RESPONSE |
|---|---|---|
| (1c) | FACILITY NAME | BRIGHTON REHABILITATION & WELLNESS CTR |
| (1d) | MA NO. | 1028775200001 |
| (1e) | REPORT BEGIN DATE | 01/01/17 |
| (1f) | REPORT END DATE | 12/31/17 |

STREET ADDRESS: 246 FRIENDSHIP CIRCLE

CITY: BEAVER                    ZIP: 15009                    COUNTY: Beaver

### PART II. FACILITY AFFILIATION INFORMATION

| LINE NO. | QUESTION | YES | NO |
|---|---|---|---|
| (2a) | Is your facility affiliated with another entity through ownership, management or contractual agreement? If "YES", submit a listing of the components of the entire entity. | X | |
| (2b) | If "YES", name the entity:   Home Office   Management Company   Comprehensive Healthcare Services Manager LLC   Other Controlling Entity | | |
| (2c) | Is this a change from the last reporting period? | | X |

### PART III. CONTACT PERSON'S INFORMATION

| LINE NO. | QUESTION |
|---|---|
| (3a) | CONTACT PERSON'S NAME:  Michael Neufeld |
| (3b) | CONTACT PERSON'S TITLE:  CFO |
| (3c) | CONTACT PERSON'S EMPLOYER:  Brighton Rehabilitation & Wellness Center |
| (3d) | CONTACT PERSON'S TELEPHONE NUMBER:  516-561-1800 |
| (3e) | CONTACT PERSON'S FAX NUMBER:  516-593-4510 |
| (3f) | CONTACT PERSON'S E-MAIL ADDRESS:  mneufeld@chmsgroup.com |

### PART IV. PREPARER INFORMATION

| LINE NO. | QUESTION |
|---|---|
| (4a) | COST REPORT PREPARED BY (If Other than Facility):  B&B CONSULTING |
| (4b) | PREPARER'S FIRM NAME (If applicable):  B&B Consulting |
| (4c) | FIRM TELEPHONE NUMBER: 856-833-1700          DATE: 04/30/2018 |
| (4d) | FIRM FAX NUMBER: |
| (4e) | PREPARER'S E-MAIL ADDRESS: bburdette@BandBconsulting.net |

### PART V. CERTIFICATION STATEMENT

FACILITY OFFICER OR ADMINISTRATOR:  PAUL OMROD

DATE: 04/30/2018

FACILITY TELEPHONE NUMBER: 609-315-2394          FACILITY FAX NUMBER: 609-315-2395

FACILITY OFFICER OR ADMINISTRATOR E-MAIL ADDRESS:  POMROD@PHG-US.COM

### PART VI. MEDICARE INTERMEDIARY

| LINE NO. | QUESTION |
|---|---|
| (6a) | NAME OF MEDICARE INTERMEDIARY:  Novitas Medicare Services |



EXHIBIT
7

FILE NAME: MA1028775200001.04292018183656

AUDIT NUMBER: 17-634

# SUMMARY

**Schedule A**

FACILITY NAME: BRIGHTON REHABILITATION & W   MA No: 1028775200001
REPORT PERIOD BEGIN: 01/01/2017   END:   12/31/2017

| PART I.  TYPE OF FACILITY | PART II.  TYPE OF ORGANIZATION |
|---|---|
| Approved as: [1] | Type of Organization: [3] |
| (1)  General | (1)  Voluntary, Non-Profit |
| (2)  Hospital Based | (2)  Proprietary, Individual |
| (3)  Special Rehabilitation | (3)  Proprietary, Partnership |
| (4)  County | (4)  Proprietary, Corporation |
| | (5)  Proprietary, Other |
| | (6)  Governmental |

| PART III.  STATISTICAL DATA | LINE NO. | NURSING FACILITY (A) | RESIDENTIAL & OTHER (B) | TOTAL (C) | DATE OF CHANGE (D) |
|---|---|---|---|---|---|
| Beds available at beginning of period | (1a) | 589 | 16 | 605 | |
| Changes in total beds during period | (1ba) | 0 | 0 | 0 | |
| | (1bb) | 0 | 0 | 0 | |
| | (1bc) | 0 | 0 | 0 | |
| | (1bd) | 0 | 0 | 0 | |
| Beds available at end of period | (1c) | 589 | 16 | 605 | |
| Bed days available for period | (2) | 214,985 | 5,840 | 220,825 | |
| Actual resident days for period (SEE INSTRUCTIONS) | (3) | 165,920 | 5,289 | 171,209 | |
| Percent overall occupancy (Line (3) / Line (2)) (Round to 4 decimals) | (4) | 77.18 % | | | |
| Percent MA occupancy (Line (6) / Line (3)) (Round to 4 decimals) | (5) | 84.50 % | | | |
| Total MA resident days of care | (6) | 140,200 | | | |

FILE NAME: MA102877520000010.042920181183656

AUDIT NUMBER: 17-634

# SUMMARY OF RESIDENT CENSUS RECORDS

## Schedule B

FACILITY NAME: BRIGHTON REHABILITATION & WELLNESS
MA No: 1028775200001
REPORT PERIOD BEGIN: 01/01/2017
END: 12/31/2017

### DAYS OF CARE

| LINE NO. | MONTH | NURSING FACILITY MA | NURSING FACILITY MA MCO | NURSING FACILITY MA LTCCAP | NURSING FACILITY MA HOSPICE | NURSING FACILITY MEDICARE | NURSING FACILITY ALL OTHER | RESIDENTIAL AND OTHER | TOTAL | LINE NO. | NURSING FACILITY HOSPITAL LEAVE DAYS MA | OTHER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | (A) | (B) | (C) | (D) | (E) | (F) | (G) | (H) | (I) | | (J) | (K) |
| (1) | Jan | 10,922 | 27 | 862 | 154 | 2,282 | 528 | 446 | 15,221 | (1) | 9 | 0 |
| (2) | Feb | 10,001 | 147 | 689 | 202 | 1,971 | 479 | 411 | 13,900 | (2) | 16 | 0 |
| (3) | Mar | 11,336 | 57 | 641 | 70 | 1,611 | 409 | 449 | 14,573 | (3) | 11 | 0 |
| (4) | Apr | 10,699 | 57 | 718 | 93 | 1,416 | 436 | 446 | 13,865 | (4) | 5 | 0 |
| (5) | May | 11,174 | 103 | 790 | 88 | 1,425 | 558 | 438 | 14,576 | (5) | 18 | 0 |
| (6) | Jun | 11,028 | 102 | 719 | 139 | 1,333 | 506 | 463 | 14,290 | (6) | 42 | 0 |
| (7) | Jul | 11,119 | 99 | 765 | 52 | 1,202 | 556 | 465 | 14,258 | (7) | 20 | 0 |
| (8) | Aug | 10,644 | 124 | 659 | 51 | 1,723 | 640 | 484 | 14,325 | (8) | 0 | 0 |
| (9) | Sep | 10,589 | 127 | 599 | 34 | 1,721 | 547 | 451 | 14,068 | (9) | 1 | 0 |
| (10) | Oct | 10,916 | 109 | 565 | 19 | 1,378 | 502 | 442 | 13,931 | (10) | 22 | 0 |
| (11) | Nov | 10,550 | 93 | 618 | 70 | 1,581 | 464 | 418 | 13,794 | (11) | 14 | 0 |
| (12) | Dec | 10,783 | 94 | 606 | 97 | 1,802 | 650 | 378 | 14,408 | (12) | 42 | 8 |
| (13) | TOTAL | 129,761 [1] [4] | 1,139 [1] [4] | 8,231 [1] [4] | 1,069 [1] | 19,445 [1] | 6,275 | 5,289 [2] | 171,209 [3] | (13) | 200 | 8 |

[1] For Line 13:  Column B plus Column C plus Column D plus Column E plus Column F plus Column G must agree to Schedule A, Line 3, Column A.
[2] Line 13 Column H must agree to Schedule A, Line 3, Column B.
[3] Line 13 Column I must agree to Schedule A, Line 3, Column C.
[4] For Line 13:  Column B plus Column C plus Column D plus Column E must agree to Schedule A, Line 6, Column A.

-3-

MA-11 02-29-2016

FILE NAME: MA10287752000001.0429201818356

AUDIT NUMBER: 17-634

# COMPUTATION AND ALLOCATION OF ALLOWABLE COSTS
## (Rounded to Nearest Dollar)

## Schedule C

FACILITY NAME: BRIGHTON REHABILITATION & W
REPORT PERIOD BEGIN: 01/01/2017
MA No: 1028775200001
END: 12/31/2017

| COST CENTERS | LINE NO. | Salary Cost (A) | Fringe Benefits (B) | Other Expenses (C) | Total Expenses (D) | Adjustments (E) | Allowable Cost (F) | ALLOCATION $ Nursing Facility (G) | ALLOCATION $ Residential & Other (H) | ALLOCATION % Nursing Facility (I) | ALLOCATION % Residential & Other (J) | Allocation Basis (K) | LINE NO. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **I. RESIDENT CARE COSTS** | | | | | | | | | | | | | |
| Nursing | (1) | 9,450,600 | 2,563,233 | 3,653,219 | 15,667,352 | 0 | 15,667,352 | 14,899,652 | 767,700 | 0.9510 | -0.0490 | Actual | (1) |
| Director of Nursing/RNAC | (2) | 1,394,384 | 378,179 | 0 | 1,772,563 | 0 | 1,772,563 | 1,772,563 | 0 | 1.0000 | | Direct Salary | (2) |
| Related Clerical Staff | (3) | 207,700 | 56,332 | 5,584 | 269,616 | 0 | 269,616 | 256,405 | 13,211 | 0.9510 | 0.0490 | Actual | (3) |
| Practitioners | (4) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1.0000 | | Direct Salary | (4) |
| Medical Director | (5) | 0 | 0 | 116,746 | 116,746 | 0 | 116,746 | 61,000 | 55,746 | 0.5225 | 0.4775 | Direct Salary | (5) |
| Social Services | (6) | 525,917 | 142,637 | -238,276 | 430,278 | 0 | 430,278 | 409,194 | 21,084 | 0.9510 | 0.0490 | Actual | (6) |
| Resident Activities | (7) | 457,974 | 124,210 | 83,760 | 665,944 | 0 | 665,944 | 665,944 | 0 | 1.0000 | | % Resident Days | (7) |
| Volunteer Services | (8) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1.0000 | | % Resident Days | (8) |
| Pharmacy-Prescription Drugs | (9) | 0 | 0 | 1,026,104 | 1,026,104 | -1,026,104 | 0 | 0 | 0 | | | Actual Costs | (9) |
| Over-the-Counter Drugs | (10) | 0 | 0 | 15,273 | 15,273 | 0 | 15,273 | 15,273 | 0 | 1.0000 | 0 | Actual Costs | (10) |
| Medical Supplies | (11) | 0 | 0 | 804,695 | 804,695 | 0 | 804,695 | 804,695 | 0 | 1.0000 | 0 | Actual Costs | (11) |
| Laboratory and X-rays | (12) | 0 | 0 | 102,221 | 102,221 | -102,221 | 0 | 0 | 0 | | | Actual Costs | (12) |
| Physical, Occupational & Speech Therapy | (13) | 0 | 0 | 3,670,582 | 3,670,582 | -641,020 | 3,029,562 | 3,029,562 | 0 | 1.0000 | 0 | Actual Costs | (13) |
| Oxygen | (14) | 290,375 | 78,754 | 93,986 | 463,115 | 0 | 463,115 | 463,115 | 0 | 1.0000 | 0 | Actual Costs | (14) |
| Beauty and Barber Services | (15) | 0 | 0 | 72,000 | 72,000 | 0 | 72,000 | 72,000 | 0 | 1.0000 | 0 | Actual Costs | (15) |
| RC Minor Movable Property | (16) | 0 | 0 | 0 | 0 | 71,974 | 71,974 | 71,974 | 0 | 1.0000 | 0 | Actual | (16) |
| Nurse Aide Training | (17) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1.0000 | 0 | Actual Costs | (17) |
| Other | (18) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1.0000 | 0 | Actual Costs | (18) |
| LTSR | (19) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1.0000 | 0 | Actual Costs | (19) |
| Total Resident Care Costs | (20) | 12,327,250 | 3,343,345 | 9,405,894 | 25,076,489 | -1,697,371 | 23,379,118 | 22,521,377 | 857,741 | | | | (20) |
| **II. OTHER RESIDENT RELATED** | | | | | | | | | | | | | |
| Dietary and Food | (21) | 1,926,020 | 522,367 | 1,390,825 | 3,839,212 | 0 | 3,839,212 | 3,708,679 | 130,533 | 0.9660 | 0.0340 | # Meals Served | (21) |
| Laundry & Linens | (22) | 266,634 | 72,315 | 511,228 | 850,177 | 0 | 850,177 | 847,116 | 3,061 | 0.9964 | 0.0036 | Actual | (22) |
| Housekeeping | (23) | 0 | 0 | 1,701,001 | 1,701,001 | -5,120 | 1,695,881 | 1,617,362 | 78,519 | 0.9537 | 0.0463 | Sq Ft | (23) |
| Plant Operation and Maintenance | (24) | 1,044,940 | 283,404 | 1,563,125 | 2,891,469 | -9,168 | 2,882,301 | 2,748,850 | 133,451 | 0.9537 | 0.0463 | Sq Ft | (24) |
| ORR Minor Movable Property | (25) | 0 | 0 | 0 | 0 | 6,000 | 6,000 | 5,722 | 278 | 0.9537 | 0.0463 | Sq Ft | (25) |
| Other | (26) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1.0000 | 0 | Actual Costs | (26) |
| Other | (27) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1.0000 | 0 | Actual Costs | (27) |
| Total Other Resident Related Costs | (28) | 3,237,594 | 878,086 | 5,166,179 | 9,281,859 | -8,288 | 9,273,571 | 8,927,729 | 345,842 | | | | (28) |
| **III. ADMINISTRATIVE COSTS** | | | | | | | | | | | | | |
| Administrative (Schedule G) | (29) | 940,416 | 255,066 | 4,016,335 | 5,211,807 | -1,741,414 | 3,470,393 | 3,342,335 | 128,058 | 0.9631 | 0.0369 | Total NO Cost | (29) |
| Total Net Operating (NO) Costs | (30) | 16,505,260 | 4,476,487 | 18,588,408 | 39,570,155 | -3,447,073 | 36,123,082 | 34,791,441 | 1,331,641 | | | | (30) |
| **IV. CAPITAL COSTS** | | | | | | | | | | | | | |
| Real Estate Taxes | (31) | | | 721,943 | 721,943 | 27,662 | 749,605 | 714,898 | 34,707 | 0.9537 | 0.0463 | Sq Ft | (31) |
| Major Movable Property | (32) | | | 462,776 | 462,776 | -145,147 | 317,629 | 302,923 | 14,706 | 0.9537 | 0.0463 | Sq Ft | (32) |
| Nursing Facility Assessment/HAI Assessment | (33) | | | 4,883,277 | 4,883,277 | | | | | | | | (33) |
| Depreciation | (34) | | | 321,303 | 321,303 | | | | | | | | (34) |
| Interest on Capital Indebtedness | (35) | | | 0 | 0 | | | | | | | | (35) |
| Rent on Facility | (36) | | | 5,100,000 | 5,100,000 | | | | | | | | (36) |
| Amortization-Capital Costs | (37) | | | 130,038 | 130,038 | | | | | | | | (37) |
| Other | (38) | | | | | | | | | | | | (38) |
| Total Capital Costs | (39) | | | 11,619,337 | 11,619,337 | -3,564,558 | | | | | | | (39) |
| Total All Costs | (40) | 16,505,260 | 4,476,487 | 30,207,745 | 51,189,492 | | | | | | | | (40) |

FILE NAME: MA1028775200001.04292018183856

AUDIT NUMBER: 17-634

# REVENUES AND ADJUSTMENTS TO REVENUES

# Schedule D

FACILITY NAME: BRIGHTON REHABILITATION & REPORT PERIOD BEGIN: 01/01/2017

MA No: 1028775200001
END: 12/31/2017

| REVENUES | LINE NO. | MEDICAL ASSISTANCE (A) | MEDICARE PART A (B) | MEDICARE PART B (C) | PRIVATE PAY & OTHER (D) | TOTAL GENERAL LEDGER (E) | NURSING FACILITY (F) | RESIDENTIAL & OTHER (G) | REVENUE ADJUSTMENTS TO SCHEDULE C (H) | SCHEDULE C LINE NUMBER (I) |
|---|---|---|---|---|---|---|---|---|---|---|
| **I. RESIDENT** | | | | | | | | | | |
| Nursing Care | (1) | 37,860,328 | 2,118,962 | | 7,990,542 | 47,969,832 | 47,969,832 | | 0 | Line 1 |
| Practitioners | (2) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | Line 4 |
| Pharmacy-Prescription Drugs | (3) | 442 | 0 | 0 | 14 | 456 | 456 | 0 | -1,028,104 | Line 9 |
| Over-the-Counter Drugs | (4) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | Line 10 |
| Medical Supplies | (5) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | Line 11 |
| Laboratory and X-rays | (6) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -102,221 | Line 12 |
| Physical, Occupational & Speech Therapy | (7) | 169,636 | 225,575 | 1,617,656 | 235,055 | 2,247,922 | 2,247,922 | 0 | 0 | Line 13 |
| Oxygen | (8) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | Line 14 |
| Beauty and Barber Services | (9) | 0 | 0 | | 0 | 0 | 0 | 0 | 0 | Line 15 |
| Exceptional DME Grant Payments | (10) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | Submit Schedule |
| | (11) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| | (12) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| **II. OTHER** | | | | | | | | | | |
| Guest and Employe Meals | (13) | | | | | | | | | |
| Discounts | (14) | | | | | 0 | 0 | | 0 | Line 21 |
| Vending Machines | (15) | | | | | 0 | | | | Line 29 |
| Television | (16) | | | | | 0 | | | | Line 29 |
| Telephone | (17) | | | | | 0 | 0 | 0 | | Line 24 |
| Unrestricted Interest/Investment Income | (18) | | | | | 0 | 0 | 0 | | Line 29 |
| Miscellaneous: If any line 19 - 21 greater than $500, provide separate detail with source and amounts | (19) | 0 | 0 | 0 | 1,696,939 | 1,696,939 | 1,696,939 | 0 | -126,742 | Line 29 |
| Laundry Income | (20) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | Line 22 |
| | (21) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| TOTAL: GROSS REVENUES (Add Lines 1 - 21) | (22) | 38,030,406 | 2,344,537 | 1,617,656 | 9,922,550 | 51,915,149 | 51,915,149 | 0 | 0 | |
| **III. DEDUCTIONS FROM REVENUES** | | | | | | | | | | |
| Uncollectible Accounts | (23) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | Line 29 |
| Contractual Adjustments | (24) | -1,570,905 | -1,968,764 | 6,212 | -676,694 | -4,210,151 | -4,210,151 | 0 | 0 | |
| | (25) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| Subtotal: Deductions | (26) | -1,570,905 | -1,968,764 | 6,212 | -676,694 | -4,210,151 | -4,210,151 | 0 | 0 | |
| NET REVENUE (Line 22 minus Line 26) | (27) | 36,601,311 | 4,313,301 | 1,611,444 | 10,599,244 | 56,125,300 | 56,125,300 | | | |
| LESS: EXPENSES (Sch. C, Line 40, Column D) | (28) | | | | | 51,189,492 | | | | |
| NET INCOME (LOSS) | (29) | | | | | 4,935,808 | | | | |
| TOTAL SCHEDULE D ADJUSTMENTS | (30a) | | | | | | | | -1,255,067 | |
| TOTAL SCHEDULE E ADJUSTMENTS | (30b) | | | | | | | | -2,309,491 | |
| TOTAL ADJUSTMENTS | (31) | | | | | | | | -3,564,558 | |

MA-11 02-29-2016

FILE NAME: MA1028775200001.04292018183656                                                                    AUDIT NUMBER: 17-634

# ADJUSTMENTS TO EXPENSES

| | **Schedule E** |
|---|---|

FACILITY NAME: BRIGHTON REHABILITATION &
REPORT PERIOD BEGIN: 01/01/2017

MA No:  1028775200001
END:      12/31/2017

| EXPENSES | LINE NO. | EXPENSE ADJUSTMENTS TO SCHEDULE C (A) | SCHEDULE C LINE NUMBER (B) |
|---|---|---|---|
| **I. NONALLOWABLE COSTS** | | | |
| Direct Facility Payments | (1) | 0 | Submit Schedule |
| Non-routine Beauty & Barber Expenses | (2) | 0 | 0 |
| Employe and Guest Meals | (3) | 0 | Line 21 |
| Taxes | (4) | 0 | Line 29 |
| Free Care or Discounted Services | (5) | 0 | 0 |
| Other Interest | (6) | 0 | Line 29 |
| Personal TV | (7) | 0 | Line 24 |
| Non Allowable A&G Costs From Sch G-1 | (8) | -1,495,562 | Line 29 |
| **II. EXPENSES NOT NECESSARY TO RESIDENT CARE** | | | |
| Travel/Entertainment | (9) | 0 | Line 29 |
| Dues and Subscriptions | (10) | 0 | Line 29 |
| Promotional Advertising | (11) | -78,652 | Line 29 |
| 0 | (12) | 0 | Line 29 |
| **III. EXPENSE ADJUSTMENTS** | | | |
| Part B Services | (13) | -722,574 | Submit Schedule |
| Home Office - Adjustment to Cost | (14) | 0 | Line 29 |
| Compensation for Services of Sole Proprietors and Partners | (15) | 0 | Line 29 |
| Cost of Major Movable Property | (16) | 105,718 | Line 32 |
| Real Estate Taxes | (17) | 28,882 | Line 31 |
| Legal Fees | (18) | 0 | Line 29 |
| Excess Administrative Cost (Schedule G) | (19) | 0 | Line 29 |
| Related Party Profit (Schedule K, Line 16) | (20) | 0 | Line 29 |
| Major Moveable Equip Reclass | (21) | -147,303 | Various |
| **IV. NONALLOWABLE COST CENTERS** | | | |
| Identify: | | | |
| Housekeeping | (22) | 0 | Line 23 |
| Plant Operation & Maintenance | (23) | 0 | Line 24 |
| Administrative Costs | (24) | 0 | Line 29 |
| Real Estate Taxes | (25) | 0 | Line 31 |
| 0 | (26) | 0 | 0 |
| TOTAL SCHEDULE E ADJUSTMENTS | (27) | -2,309,491 | |

FILE NAME: MA1028775200001.04292018183656

AUDIT NUMBER: 17-634

# DEPRECIATION

| Schedule F |
|---|

FACILITY NAME: BRIGHTON REHABILITATION & W  
REPORT PERIOD BEGIN: 01/01/2017

MA No: 1028775200001  
END:    12/31/2017

| PROPERTY, PLANT AND EQUIPMENT (1) | LINE NO. | Date Acquired (A) | Cost or Other Basis (B) | Accumulated Depreciation To Date (C) | Method of Computing Depreciation (D) | Life or Rate (E) | Depreciation Expense For Period (F) |
|---|---|---|---|---|---|---|---|
| Land | (1) | Various | 0 | | | | |
| Buildings | (2) | Various | 0 | 0 | Straight Line | Various | 0 |
| Fixed Equipment | (3) | Various | 0 | 0 | Straight Line | Various | 0 |
| Other:Leasehold Improvment | (4) | Various | 3,401,382 | 989,972 | Straight Line | Various | 321,303 |
| Subtotal | (5) | | 3,401,382 | 989,972 | | | 321,303 |
| Movable Property | (6) | Various | 1,183,004 | 0 | Straight Line | Various | 0 |
| Other Movable (specify) | (7) | Various | 0 | 0 | Straight Line | Various | 0 |
| Transportation Equipment | (8) | Various | 0 | 0 | Straight Line | Various | 0 |
| Other: | (9) | Various | 0 | 0 | Straight Line | Various | 0 |
| Other: | (10) | Various | 0 | 0 | Straight Line | Various | 0 |
| TOTAL | (11) | | 4,584,386 | 989,972 (2) | | | 321,303 (3) |

(1) Submit a schedule of additions and deletions since the last report period as outlined in Required.
Supporting Documents for PPE

(2) Difference between Column B and Column C must equal amount shown on Schedule L, Line 13, Column A.

(3) Line 11, Column F must agree with amount shown on Schedule C, Line 34, Column D.

FILE NAME: MA1028775200001.04292018183656

AUDIT NUMBER: 17-634

# ADMINISTRATIVE COSTS

## Schedule G

FACILITY NAME: BRIGHTON REHABILITATION & W   MA No:   1028775200001
REPORT PERIOD BEGIN: 01/01/2017   END:   12/31/2017

| | LINE NO. | SALARY COST (A) | FRINGE BENEFITS (B) | OTHER EXPENSES (C) | TOTAL EXPENSES (D) |
|---|---|---|---|---|---|
| Administrator | (1) | 151,399 | 41,062 | 0 | 192,461 |
| Office Personnel | (2) | 789,017 | 213,994 | 0 | 1,003,011 |
| Management Fees | (3) | 0 | 0 | 1,247,412 | 1,247,412 |
| Home Office Costs | (4) | 0 | 0 | 0 | 0 |
| Professional Services | (5) | 0 | 0 | 156,591 | 156,591 |
| Determination of Eligibility | (6) | 0 | 0 | 0 | 0 |
| Gift Shop | (7) | 0 | 0 | 0 | 0 |
| Advertising | (8) | | | 78,652 | 78,652 |
| Travel / Entertainment | (9) | | | 68,784 | 68,784 |
| Telephone | (10) | | | 50,624 | 50,624 |
| Insurance | (11) | | | 436,294 | 436,294 |
| Other Interest | (12) | | | 0 | 0 |
| Legal Fees | (13) | | | 287,609 | 287,609 |
| Federal/State Corporate/Capital Stock Tax | (14) | | | 0 | 0 |
| Office Supplies | (15) | | | 49,848 | 49,848 |
| Amortization - Administrative Costs | (16) | | | 0 | 0 |
| Officers' Life Insurance | (17) | | | 0 | 0 |
| Admin Minor Movable Property | (18) | | | 0 | 0 |
| Other: (If greater than $1,000, provide separate listing) | (19) | | | 1,640,521 | 1,640,521 |
| Total Administrative Costs (Schedule C, Line 29) | (20) | 940,416 | 255,056 | 4,016,335 | 5,211,807 |

### ADMINISTRATIVE ALLOWANCE COMPUTATION
This computation should be made only after all other Schedule D and Schedule E adjustments.

| | | |
|---|---|---|
| Total Net Operating Costs (Schedule C, Column F, Line 30) | (21) | 36,123,082 |
| Administrative Costs (Schedule C, Column F, Line 29) | (22) | 3,470,393 |
| Subtract Line 22 from Line 21 | (23) | 32,652,689 |
| Limit on Administrative Costs (Line 23 divided by .88) | (24) | 37,105,328 |
| Excess Administrative Costs (Subtract Line 24 from Line 21. Enter 0 if answer is negative. Enter on Schedule E, Line 19.) | (25) | 0 |

FILE NAME: MA1028775200001.04292018183656

AUDIT NUMBER: 17-634

# NURSING CARE STAFFING

(Only for Nursing Facility Services)

**Schedule H**

FACILITY NAME: BRIGHTON REHABILITATION & W   MA No:   1028775200001
REPORT PERIOD BEGIN: 01/01/2017   END:   12/31/2017

### EMPLOYES

| POSITION | LINE NO. | Salary Cost / Fees (A) | Fringe Benefits (B) | Hours Paid (C) | Hours Worked (D) | Number of Full Time Employes or Equivalents at Year End (E) |
|---|---|---|---|---|---|---|
| Registered Nurses | (1) | 1,176,297 | 319,123 | 53,720 | 45,807 | 26 |
| Licensed Practical Nurses | (2) | 2,339,168 | 634,400 | 94,972 | 82,208 | 46 |
| Nurse Aides | (3) | 5,278,641 | 1,431,566 | 305,477 | 265,307 | 147 |
| Orderlies / Attendants | (4) | 0 | 0 | 0 | 0 | 0 |
| Other (Restorative/LTSR) | (5) | 656,794 | 178,144 | 36,227 | 31,767 | 17 |
| Subtotal | (6) | 9,450,900 | 2,563,233 | 490,396 | 425,089 | 236 |
| **REGISTRY / POOLED / CONTRACT STAFF** | | | | | | |
| Registered Nurses | (7) | 17,919 | | 496 | 496 | 0 |
| Licensed Practical Nurses | (8) | 1,521,171 | | 41,412 | 41,412 | 20 |
| Nurse Aides | (9) | 798,969 | | 33,998 | 33,998 | 16 |
| Orderlies / Attendants | (10) | 0 | | 0 | 0 | 0 |
| Other (Restorative/LTSR) | (11) | 21,084 | | 228 | 228 | 0 |
| Subtotal | (12) | 2,359,143 | | 76,134 | 76,134 | 36 |
| **Total Nursing Care** | (13) | 14,373,276 [1] | | 566,530 | 501,223 | 272 |

[1] Add Line 6, Column A; Line 6, Column B; and Line 12, Column A

FILE NAME: MA1028775200001.04292018183656

AUDIT NUMBER: 17-634

# SUPPLEMENTAL QUESTIONNAIRE

## Schedule I

FACILITY NAME: BRIGHTON REHABILITATION &
REPORT PERIOD BEGIN: 01/01/2017

MA No:   1028775200001
END:     12/31/2017

| LINE NO. | | YES | NO | LINE NO. |
|---|---|---|---|---|
| (1) | Has interest/investment income from sources other than donor restricted or specifically excluded by Medical Assistance Regulations been offset on Schedule D, Line 18? | X | | (1) |
| (1a) | If "NO", please state amount of income not offset. | | 0 | (1a) |
| (2) | Have all costs for nonresident meals been deducted from dietary and food expense? | X | | (2) |
| (2a) | State actual number of meals served: — Nursing facility resident meals | | 497,304 | (2a) |
| (2b) | Resident days times three is NOT acceptable. — Non-nursing facility resident meals | | 17,520 | (2b) |
| (2c) | Employe meals | | 0 | (2c) |
| (2d) | Volunteer meals | | 0 | (2d) |
| (2e) | Visitor meals | | 0 | (2e) |
| (2f) | Provide supporting documentation as prescribed in — Other (identify): | | 0 | (2f) |
| (2g) | Required Supporting Documentation Section. — Total, all meals | | 514,824 | (2g) |
| (3) | Has personal laundry expense for dry cleaning, mending, or other specialty laundry services been deducted from reported laundry expense? | X | | (3) |
| (3a) | If "NO", state total specialty laundry expense. | | 0 | (3a) |
| (4) | Have any capital assets with an acquisition cost of $500 or more been expensed in net operating costs? | | X | (4) |
| | If "YES", submit detail and identify Schedule C line item. | | | |
| (5) | Have any administrative expenses been included in any other allowable cost centers (e.g., telephone expense to any other category such as Nursing)? | | X | (5) |
| | If "YES", submit a schedule showing cost category, basis of allocation, and amount allocated for each line item. | | | |
| (6) | Does the nursing facility share costs or services with another area or entity such as a residential or personal care facility?  Identify: LTSR, Dialysis | X | | (6) |
| | If "YES", shared costs must be allocated per Schedule C instructions. | | | |
| (7) | What is the total square footage of the facility? | | 265,786 | (7) |
| (7a) | What is the total square footage of the facility used for nursing facility services? | | 257,397 | (7a) |
| (8) | Do you have any nonallowable cost centers in the facility (such as a gift shop, snack shop, administrator's or other employe's living quarters, and/or other areas not related to resident care)?  Identify: LTSR, Dialysis | X | | (8) |
| (8a) | What is the total square footage of the nonallowable cost centers? | | 8,389 | (8a) |
| (9) | Have indirect costs applicable to nonallowable cost centers been eliminated on Schedule E? | X | | (9) |

FILE NAME: MA1028775200001.04292018183656

AUDIT NUMBER: 17-634

**SUPPLEMENTAL QUESTIONNAIRE**

| | **Schedule I** |

FACILITY NAME: BRIGHTON REHABILITATION &
REPORT PERIOD BEGIN: 01/01/2017

MA No:   1028775200001
END:       12/31/2017

| LINE NO. | | | | | | YES | NO | LINE NO. |
|---|---|---|---|---|---|---|---|---|
| | List the annual gross salaries/wages and fringe benefits and/or contracted amounts for the report period for the following personnel: | | **Salary** | **Fringe Benefits** | **Contracted** | | | |
| (10a) | | Administrator | 146,655 | 39,775 | 0 | | | (10a) |
| (10b) | | Assistant/Associate Administrator | 0 | 0 | 0 | | | (10b) |
| (10c) | | Chief Dietitian | 144,058 | 39,071 | 0 | | | (10c) |
| (10d) | | Chief of Fiscal Services | 34,697 | 9,410 | 0 | | | (10d) |
| (10e) | | Director of Housekeeping | 0 | 0 | 0 | | | (10e) |
| (10f) | | Director of Nursing | 122,144 | 33,127 | 0 | | | (10f) |
| (10g) | | Facility Engineer | 74,276 | 20,145 | 0 | | | (10g) |
| (10h) | | All Approved Feeding Assistants while providing specific duties | 0 | 0 | 0 | | | (10h) |
| (11) | Does the facility employ any individuals who are related to the owner(s) or officers/directors? | | | | | | X | (11) |
| | If "YES", submit a separate schedule identifying Name, Title and/or Function, number of hours worked per week, salaries/wages, fringe benefits, and line of Schedule C on which this is recorded. | | | | | | | |
| (12) | Have all personal expenses been excluded from the cost report? (Examples: direct or indirect payment for administrator's or owners/employe's living quarters or expenses, personal portion of company car, trips, conventions, meals and lodging, phone, entertainment, etc.) | | | | | X | | (12) |
| | If "NO", please provide specific details including amounts, Schedule, and line on which this is recorded. | | | | | | | |
| (13) | Were there any loans, notes or advances to officers, employes, members of the Board of Directors, or owners due to the facility during the report period? | | | | | | X | (13) |
| | If "YES", submit a separate schedule identifying to whom, amount, and interest during report period. | | | | | | | |
| (14) | Were there any working capital loans, notes or advances from officers, employes, members of the Board of Directors, or owners due from the facility during the report period? | | | | | | X | (14) |
| | If "YES", submit a schedule identifying name of lender, purpose of loan, period of loan, interest rate, interest expense and balance of loan at end of report period. | | | | | | | |
| (15) | Has an adjustment been made for those types of expenses that were disallowed in prior audits or are otherwise nonallowable? | | | | | | X | (15) |
| (16) | Is the facility a Continuing Care Retirement Community (CCRC)? | | | | | | X | (16) |
| (17) | Is it the formal or informal policy of the facility to require an admission fee on or before the date of admission? | | | | | | X | (17) |

FILE NAME: MA1028775200001.0429201813656

AUDIT NUMBER: 17-634

**Schedule J**

# STATEMENTS OF COMPENSATION
## OF OWNERS, DIRECTORS, AND RELATED INDIVIDUALS

FACILITY NAME: BRIGHTON REHABILITATION &
REPORT PERIOD BEGIN: 01/01/2017

MA No: 1028775200001
END: 12/31/2017

SCHEDULE J COMPLETED? No

| LINE NO. | NAME (A) | Reserved (B) | Title/ Function (C) | Business Organization ||| Time Devoted to Nursing Facility Work || Compensation Included In Allowable Cost ||| LINE NO. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Type (D) | % Owned (E) | % P & L (F) | # Hours/ Week (G) | % Time/ Week (H) | $ (I) | Schedule C Line # (J) | |
| (1) | | | | | | | | | | | (1) |
| (2) | | | | | | | | | | | (2) |
| (3) | | | | | | | | | | | (3) |
| (4) | | | | | | | | | | | (4) |
| (5) | | | | | | | | | | | (5) |
| (6) | | | | | | | | | | | (6) |
| (7) | | | | | | | | | | | (7) |
| (8) | | | | | | | | | | | (8) |
| (9) | | | | | | | | | | | (9) |
| (10) | | | | | | | | | | | (10) |
| (11) | | | | | | | | | | | (11) |
| (12) | | | | | | | | | | | (12) |
| (13) | | | | | | | | | | | (13) |
| (14) | | | | | | | | | | | (14) |
| (15) | | | | | | | | | | | (15) |

-12-

MA-11 02-29-2016

Printed: 6/28/2018

FILE NAME: MA1028775200001.0429201818356

AUDIT NUMBER: 17-634

# FACILITY TRANSACTIONS WITH RELATED PARTIES

## Schedule K

FACILITY NAME: BRIGHTON REHABILITATION &
REPORT PERIOD BEGIN: 01/01/2017

MA No:   1028775200001
END:     12/31/2017

SCHEDULE K COMPLETED? Yes

TRANSACTIONS WITH RELATED PARTIES ARE INCLUDED IN:

| LINE NO. (A) | Sch C Line # (A) | Sch C Amount (B) | Amount of Profit (C) | Position Service or Supply (D) | Name of Related Business (E) | EIN (F) | Owner(s) of Related Business (G) | % Ownership In Nursing Facility (H) | % Ownership In Related Business (I) | LINE NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| (1) | | | | | | | | | | (1) |
| (2) | 29 | 1,247,412 | 0 | Management | Comprehensive HC Management Services Group | 47-2772091 | See Attached | 1.0000 | 1.0000 | (2) |
| (3) | | | | | | | | | | (3) |
| (4) | | | | | | | | | | (4) |
| (5) | | | | | | | | | | (5) |
| (6) | | | | | | | | | | (6) |
| (7) | | | | | | | | | | (7) |
| (8) | | | | | | | | | | (8) |
| (9) | | | | | | | | | | (9) |
| (10) | | | | | | | | | | (10) |
| (11) | | | | | | | | | | (11) |
| (12) | | | | | | | | | | (12) |
| (13) | | | | | | | | | | (13) |
| (14) | | | | | | | | | | (14) |
| (15) | | | 0 | | | | | | | (15) |
| (16) | | | 0 | | | | | | | (16) |

Line 15 = Total Column C Profits from any additional Schedule K. Leave blank if no additional lines greater then 14 are needed.

Line 16 = Total Profit for Schedule K in Column C. Must agree with Schedule E, Line 20, Column A.

FILE NAME: MA1028775200001.04292018183656

AUDIT NUMBER: 17-634

# COMPARATIVE
# BALANCE SHEET

SCHEDULE L COMPLETED? Yes

FACILITY NAME: BRIGHTON REHABILITATION &
REPORT PERIOD BEGIN: 01/01/2017

## Schedule L

MA No:  1028775200001
END:     12/31/2017

| | LINE NO. | END OF CURRENT PERIOD (A) | END OF PRIOR PERIOD (B) |
|---|---|---|---|
| **CURRENT ASSETS** | | | |
| Cash on hand and in banks | (1) | 1,408,802 | 1,865,875 |
| Accounts and notes receivable (Less allowance 0) | (2) | 17,703,377 | 14,258,531 |
| Inventories (priced at Cost) | (3) | 0 | 0 |
| Investments | (4) | 0 | 0 |
| Prepaid expenses | (5) | 411,299 | 704,974 |
| Total Current Assets | (6) | 19,523,478 | 16,829,380 |
| **PROPERTY, PLANT AND EQUIPMENT** | | | |
| Land | (7) | 0 | 0 |
| Buildings | (8) | 0 | 0 |
| Leasehold Improvements | (9) | 3,401,382 | 2,467,513 |
| Equipment | (10) | 1,183,004 | 1,027,314 |
| Total property, plant and equipment | (11) | 4,584,386 | 3,494,827 |
| Less accumulated depreciation | (12) | 989,972 | 538,630 |
| Net Property, Plant and Equipment | (13) | 3,594,414 | 2,956,197 |
| **OTHER ASSETS** | | | |
| Notes receivable | (14) | 0 | 0 |
| Other assets | (15) | -2,770,361 | -2,366,811 |
| TOTAL ASSETS | (16) | 20,347,531 | 17,418,766 |
| **CURRENT LIABILITIES** | | | |
| Accounts payable | (17) | 6,818,059 | 4,961,905 |
| Notes payable | (18) | 12,796,259 | 5,922,815 |
| Accrued salaries, wages, fees payable | (19) | 1,887,589 | 1,931,078 |
| Deferred income | (20) | 0 | 0 |
| Total Current Liabilities | (21) | 21,501,907 | 12,815,798 |
| **LONG-TERM LIABILITIES** | | | |
| Mortgage payable | (22) | 0 | 0 |
| Notes payable | (23) | 0 | 0 |
| Other | (24) | -711,506 | 93,767 |
| TOTAL LIABILITIES | (25) | 20,790,401 | 12,909,565 |
| **CAPITAL** | | | |
| Owner's equity (proprietary or partnership) | (26) | -5,378,678 | 854,578 |
| Capital stock outstanding (corporation) | (27) | 0 | 0 |
| Retained earnings (R/E) - beginning of year | (28) | 0 | -127,557 |
| Current year's operating profit (loss) | (29) | 4,935,808 | 3,782,180 |
| Other R/E account transactions (net) | (30) | 0 | 0 |
| Balance, end of year | (31) | 4,935,808 | 3,654,623 |
| Total Capital | (32) | -442,870 | 4,509,201 |
| TOTAL LIABILITIES AND CAPITAL | (33) | 20,347,531 | 17,418,766 |

Printed: 6/28/2018

MA-11 02-29-2016

FILE NAME: MA1028775200001.04292018183656                                                    AUDIT NUMBER: 17-634

## PRIVATE PAY AND MEDICARE RATE CERTIFICATION STATEMENTS

**Schedule MA-58**

FACILITY NAME: BRIGHTON REHABILITATION &
REPORT PERIOD BEGIN: 01/01/2017

MA No:   1028775200001
END:     12/31/2017

| PART I.  PRIVATE PAY RATE | | |
|---|---|---|
| **LINE NO.** | **QUESTION** | |

| | | YES | NO |
|---|---|---|---|
| (1a) | During the report period, did the Medical Assistance rate charged to the Department exceed the usual and customary charges made to the general public for a room? | | X |
| (1b) | If YES, give all-inclusive or room and board plus ancillary private pay rate. | | |

If NO, sign and date the following certification statement that will appear on the Certification Report.

FACILITY OFFICER OR ADMINISTRATOR:  PAUL OMROD

DATE: 04/30/2018

| PART II.  MEDICARE RATE | |
|---|---|
| **LINE NO.** | **QUESTION** |

| | | |
|---|---|---|
| (2a) | Indicate the Medicare rate that was in effect during the MA-11 report period (submit schedule). | 401.31 |
| (2b) | Indicate the effective date of the Medicare rate. | 10/01/2017 |

| | | YES | NO |
|---|---|---|---|
| (2c) | Indicate whether the Medicare rate is an audited rate. | | X |

If Medicare Rate (2a) is completed, sign and date the following certification statement that will appear on the Certification Report.

FACILITY OFFICER OR ADMINISTRATOR:  PAUL OMROD

DATE: 04/30/2018

| PART III. ADMINISTRATOR INFORMATION | |
|---|---|
| **LINE NO.** | **QUESTION** |
| (3a) | Administrator's Name:            Thomas Lowden |
| (3b) | Administrator's Telephone Number:    724-775-7100 |
| (3c) | Administrator's Fax Number:       724-770-3172 |
| (3d) | Administrator's E-mail Address: |

FILE NAME:  MA1028775200001.04202019131319

AUDIT NUMBER:  18-397

**FINANCIAL AND STATISTICAL REPORT FOR**
**NURSING FACILITIES AND SERVICES**
**UNDER THE MEDICAL ASSISTANCE PROGRAM OF THE**
**DEPARTMENT OF HUMAN SERVICES**
**COMMONWEALTH OF PENNSYLVANIA**

## Certification Schedule

### PART I.  COST REPORT AND FACILITY INFORMATION

| LINE NO. | DESCRIPTION | RESPONSE |
|---|---|---|
| (1c) | FACILITY NAME | BRIGHTON REHABILITATION & WELLNESS CTR |
| (1d) | MA NO. | 1028775200001 |
| (1e) | REPORT BEGIN DATE | 01/01/18 |
| (1f) | REPORT END DATE | 12/31/18 |

STREET ADDRESS: 246 FRIENDSHIP CIRCLE

CITY: BEAVER                    ZIP: 15009                    COUNTY: Beaver

### PART II.  FACILITY AFFILIATION INFORMATION

| LINE NO. | QUESTION | YES | NO |
|---|---|---|---|
| (2a) | Is your facility affiliated with another entity through ownership, management or contractual agreement?  If "YES", submit a listing of the components of the entire entity. | X | |
| (2b) | If "YES", name the entity:       Home Office | | |
| | Management Company       Comprehensive Healthcare Services Manager LLC | | |
| | Other Controlling Entity | | |
| (2c) | Is this a change from the last reporting period? | | X |

### PART III.  CONTACT PERSON'S INFORMATION

| LINE NO. | QUESTION |
|---|---|
| (3a) | CONTACT PERSON'S NAME:  Michael Neufeld |
| (3b) | CONTACT PERSON'S TITLE:  CFO |
| (3c) | CONTACT PERSON'S EMPLOYER:  Brighton Rehabilitation & Wellness Center |
| (3d) | CONTACT PERSON'S TELEPHONE NUMBER:  516-561-1800 |
| (3e) | CONTACT PERSON'S FAX NUMBER:  516-593-4510 |
| (3f) | CONTACT PERSON'S E-MAIL ADDRESS:  mneufeld@chmsgroup.com |

### PART IV.  PREPARER INFORMATION

| LINE NO. | QUESTION |
|---|---|
| (4a) | COST REPORT PREPARED BY (If Other than Facility):  B&B CONSULTING |
| (4b) | PREPARER'S FIRM NAME (If applicable):  B&B Consulting |
| (4c) | FIRM TELEPHONE NUMBER:  856-833-1700                    DATE:  04/23/2019 |
| (4d) | FIRM FAX NUMBER: |
| (4e) | PREPARER'S E-MAIL ADDRESS:  bburdette@BandBconsulting.net |

### PART V.  CERTIFICATION STATEMENT

FACILITY OFFICER OR ADMINISTRATOR:  PAUL ORMOD

DATE:  04/23/2019

FACILITY TELEPHONE NUMBER: 610-833-4529                    FACILITY FAX NUMBER: 610-833-4429

FACILITY OFFICER OR ADMINISTRATOR E-MAIL ADDRESS:  POMROD@PGH-US.COM

### PART VI.  MEDICARE INTERMEDIARY

| LINE NO. | QUESTION |
|---|---|
| (6a) | NAME OF MEDICARE INTERMEDIARY:  Novitas Medicare Services |

**EXHIBIT**
**8**
tabbies

FILE NAME: MA1028775200001.04202019131319

AUDIT NUMBER: 18-397

# SUMMARY

## Schedule A

FACILITY NAME: BRIGHTON REHABILITATION & W   MA No: 1028775200001
REPORT PERIOD BEGIN: 01/01/2018                           END:   12/31/2018

| PART I.  TYPE OF FACILITY | PART II.  TYPE OF ORGANIZATION |
|---|---|
| Approved as: [ 1 ] | Type of Organization: [ 3 ] |
| (1)  General | (1)  Voluntary, Non-Profit |
| (2)  Hospital Based | (2)  Proprietary, Individual |
| (3)  Special Rehabilitation | (3)  Proprietary, Partnership |
| (4)  County | (4)  Proprietary, Corporation |
| | (5)  Proprietary, Other |
| | (6)  Governmental |

| PART III.  STATISTICAL DATA | LINE NO. | NURSING FACILITY (A) | RESIDENTIAL & OTHER (B) | TOTAL (C) | DATE OF CHANGE (D) |
|---|---|---|---|---|---|
| Beds available at beginning of period | (1a) | 589 | 16 | 605 | |
| Changes in total beds during period | (1ba) | 0 | 0 | 0 | |
| | (1bb) | 0 | 0 | 0 | |
| | (1bc) | 0 | 0 | 0 | |
| | (1bd) | 0 | 0 | 0 | |
| Beds available at end of period | (1c) | 589 | 16 | 605 | |
| Bed days available for period | (2) | 214,985 | 5,840 | 220,825 | |
| Actual resident days for period (SEE INSTRUCTIONS) | (3) | 166,697 | 5,169 | 171,866 | |
| Percent overall occupancy (Line (3) / Line (2)) (Round to 4 decimals) | (4) | 77.54 % | | | |
| Percent MA occupancy (Line (6) / Line (3)) (Round to 4 decimals) | (5) | 82.11 % | | | |
| Total MA resident days of care | (6) | 136,878 | | | |

Printed 5/28/2019                                                        -2-                                                        MA-11 06/05

FILE NAME: MA102877520001.0420201913319

AUDIT NUMBER: 18-397

# SUMMARY OF RESIDENT CENSUS RECORDS

**Schedule B**

FACILITY NAME: BRIGHTON REHABILITATION & WELMIA No: 102877520000 1
REPORT PERIOD BEGIN: 01/01/2018   END:   12/31/2018

## DAYS OF CARE

| LINE NO. (A) | MONTH | NURSING FACILITY MA FEE FOR SERVICE (B) | NURSING FACILITY MA COMMUNITY HEALTHCHOICES (C) | NURSING FACILITY MA HEALTHCHOICES (D) | NURSING FACILITY MA LIFE (E) | NURSING FACILITY MA HOSPICE (F) | NURSING FACILITY MEDICARE (G) | NURSING FACILITY ALL OTHER (H) | RESIDENTIAL AND OTHER (I) | TOTAL (J) | LINE NO. | NURSING FACILITY HOSPITAL LEAVE DAYS MA (K) | OTHER (L) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (1) | Jan | 1,368 | 9,719 | 34 | 631 | 205 | 1,316 | 1,647 | 331 | 15,251 | (1) | 0 | 0 |
| (2) | Feb | 1,211 | 8,273 | 80 | 502 | 158 | 1,104 | 1,656 | 345 | 13,329 | (2) | 0 | 0 |
| (3) | Mar | 1,581 | 9,504 | 99 | 534 | 133 | 1,185 | 1,634 | 471 | 15,141 | (3) | 0 | 0 |
| (4) | Apr | 1,329 | 9,340 | 74 | 677 | 173 | 810 | 1,757 | 462 | 14,622 | (4) | 0 | 0 |
| (5) | May | 1,349 | 9,738 | 4 | 624 | 81 | 865 | 1,642 | 462 | 14,765 | (5) | 0 | 0 |
| (6) | Jun | 1,437 | 9,318 | 34 | 517 | 50 | 1,025 | 1,444 | 448 | 14,273 | (6) | 0 | 0 |
| (7) | Jul | 1,682 | 9,326 | 35 | 430 | 88 | 916 | 1,312 | 475 | 14,264 | (7) | 0 | 0 |
| (8) | Aug | 1,922 | 9,076 | 91 | 426 | 51 | 630 | 1,678 | 458 | 14,332 | (8) | 0 | 0 |
| (9) | Sep | 1,901 | 8,592 | 63 | 499 | 66 | 698 | 1,610 | 397 | 13,826 | (9) | 0 | 0 |
| (10) | Oct | 2,132 | 8,443 | 107 | 546 | 106 | 665 | 1,665 | 396 | 14,060 | (10) | 1 | 0 |
| (11) | Nov | 2,393 | 7,928 | 93 | 494 | 155 | 808 | 1,471 | 464 | 13,806 | (11) | 4 | 0 |
| (12) | Dec | 2,777 | 8,034 | 65 | 470 | 110 | 905 | 1,376 | 460 | 14,197 | (12) | 6 | 7 |
| (13) | TOTAL [1] [4] | 21,082 [3] [4] | 107,291 [3] [4] | 779 [3] [4] | 6,350 [3] [4] | 1,376 [3] | 10,927 [1] | 18,892 [2] | 5,169 | 171,866 [3] | (13) | 11 | 7 |

[1] For Line 13: Column B plus Column C plus Column D plus Column E plus Column F plus Column G plus Column H must agree to Schedule A, Line 3, Column A.
[2] Line 13 Column I must agree to Schedule A, Line 3, Column B.
[3] Line 13 Column J must agree to Schedule A, Line 3, Column C.
[4] For Line 13: Column B plus Column C plus Column D plus Column E plus Column F must agree to Schedule A, Line 6, Column A.

FILE NAME: MA102877520000.0420201913.1319

AUDIT NUMBER: 18-397

# COMPUTATION AND ALLOCATION OF ALLOWABLE COSTS
## (Rounded to Nearest Dollar)

**Schedule C**

FACILITY NAME: BRIGHTON REHABILITATION & W
REPORT PERIOD BEGIN: 01/01/2018

MA No: 102877520000.1
END: 12/31/2018

| COST CENTERS | LINE NO. | Salary Cost (A) | Fringe Benefits (B) | Other Expenses (C) | Total Expenses (D) | Adjustments (E) | Allowable Cost (F) | ALLOCATION $ Nursing Facility (G) | ALLOCATION $ Residential & Other (H) | ALLOCATION % Nursing Facility (I) | ALLOCATION % Residential & Other (J) | Allocation Basis (K) | LINE NO. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **I. RESIDENT CARE COSTS** | | | | | | | | | | | | | |
| Nursing | (1) | 9,922,875 | 2,803,908 | -3,187,061 | 15,913,844 | 0 | 15,913,844 | 15,006,755 | 907,089 | 0.9430 | 0.0570 | Actual | (1) |
| Director of Nursing/RN/AC | (2) | 1,462,123 | 413,152 | 0 | 1,875,275 | 0 | 1,875,275 | 1,875,275 | 0 | 1.0000 | | Direct Salary | (2) |
| Related Clerical Staff | (3) | 242,836 | 68,618 | 1,372 | 312,826 | 0 | 312,826 | 294,995 | 17,831 | 0.9430 | 0.0570 | Actual | (3) |
| Practitioners | (4) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1.0000 | | Direct Salary | (4) |
| Medical Director | (5) | 0 | 0 | 114,621 | 114,621 | 0 | 114,621 | 61,001 | 53,620 | 0.5322 | 0.4678 | Direct Salary | (5) |
| Social Services | (6) | 565,738 | 159,861 | -259,967 | 465,632 | 0 | 465,632 | 439,091 | 26,541 | 0.9430 | 0.0570 | Actual | (6) |
| Resident Activities | (7) | 482,393 | 136,310 | 73,968 | 692,671 | 0 | 692,671 | 692,671 | 0 | 1.0000 | | % Resident Days | (7) |
| Volunteer Services | (8) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1.0000 | | % Resident Days | (8) |
| Pharmacy-Prescription Drugs | (9) | 0 | 0 | 1,448,742 | 1,448,742 | -1,448,742 | 0 | 0 | 0 | | | Actual Costs | (9) |
| Over-the-Counter Drugs | (10) | 0 | 0 | 365 | 365 | 0 | 365 | 365 | 0 | 1.0000 | 0 | Actual Costs | (10) |
| Medical Supplies | (11) | 0 | 0 | 954,598 | 954,598 | 0 | 954,598 | 954,598 | 0 | 1.0000 | 0 | Actual Costs | (11) |
| Laboratory and X-rays | (12) | 0 | 0 | 142,560 | 142,560 | -142,560 | 0 | 0 | 0 | | | Actual Costs | (12) |
| Physical, Occupational & Speech Therapy | (13) | 0 | 0 | 3,694,888 | 3,694,888 | -1,322,056 | 2,372,832 | 2,372,832 | 0 | 1.0000 | 0 | Actual Costs | (13) |
| Oxygen | (14) | 285,361 | 80,634 | 93,686 | 459,681 | 0 | 459,681 | 459,681 | 0 | 1.0000 | 0 | Actual Costs | (14) |
| Beauty and Barber Services | (15) | 0 | 0 | 72,000 | 72,000 | 0 | 72,000 | 72,000 | 0 | 1.0000 | 0 | Actual Costs | (15) |
| RC Minor Movable Property | (16) | 0 | 0 | 0 | 0 | 67,782 | 67,782 | 67,782 | 0 | 1.0000 | 0 | Actual | (16) |
| Nurse Aide Training | (17) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1.0000 | 0 | Actual Costs | (17) |
| Other | (18) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1.0000 | 0 | Actual Costs | (18) |
| LTSR | (19) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1.0000 | 0 | Actual Costs | (19) |
| Total Resident Care Costs | (20) | 12,961,326 | 3,662,483 | 9,523,894 | 26,147,703 | -2,845,576 | 23,302,127 | 22,297,046 | 1,005,081 | | | | (20) |
| **II. OTHER RESIDENT RELATED** | | | | | | | | | | | | | |
| Dietary and Food | (21) | 1,910,396 | 539,821 | 1,499,217 | 3,949,434 | -4,087 | 3,945,347 | 3,811,600 | 133,747 | 0.9661 | 0.0339 | # Meals Served | (21) |
| Laundry & Linens | (22) | 277,033 | 78,281 | 535,132 | 890,446 | 0 | 890,446 | 885,638 | 4,808 | 0.9946 | 0.0054 | Actual | (22) |
| Housekeeping | (23) | 0 | 0 | 1,509,970 | 1,509,970 | -3,245 | 1,506,725 | 1,436,964 | 69,761 | 0.9537 | 0.0463 | Sq Ft | (23) |
| Plant Operation and Maintenance | (24) | 342,052 | 98,654 | 2,090,457 | 2,529,163 | -16,518 | 2,512,645 | 2,396,310 | 116,335 | 0.9537 | 0.0463 | Sq Ft | (24) |
| ORR Minor Movable Property | (25) | 0 | 0 | 0 | 0 | 6,000 | 6,000 | 5,722 | 278 | 0.9537 | 0.0463 | Sq Ft | (25) |
| Other | (26) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1.0000 | 0 | Actual Costs | (26) |
| Other | (27) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | | (27) |
| Total Other Resident Related Costs | (28) | 2,529,481 | 714,756 | 5,634,776 | 8,879,013 | -17,850 | 8,861,163 | 8,536,234 | 324,929 | | | | (28) |
| **III. ADMINISTRATIVE COSTS** | | | | | | | | | | | | | |
| Administrative (Schedule G) | (29) | 618,681 | 174,821 | 6,311,721 | 7,105,223 | -3,249,257 | 3,855,966 | 3,696,329 | 159,637 | 0.9586 | 0.0414 | Total NO Cost | (29) |
| Total Net Operating (NO) Costs | (30) | 16,109,488 | 4,552,060 | 21,470,391 | 42,131,939 | -6,112,683 | 36,019,256 | 34,529,609 | 1,489,647 | 0.9586 | 0.0414 | Total NO Cost | (30) |
| **IV. CAPITAL COSTS** | | | | | | | | | | | | | |
| Real Estate Taxes | (31) | | | 769,169 | 769,169 | -2,462 | 766,707 | 731,208 | 35,499 | 0.9537 | 0.0463 | Sq Ft | (31) |
| Major Movable Property | (32) | | | 471,213 | 471,213 | -80,536 | 390,677 | 372,589 | 18,088 | 0.9537 | 0.0463 | Sq Ft | (32) |
| Nursing Facility Assessment/HAI Assessment | (33) | | | 4,801,308 | 4,801,308 | | | | | | | | (33) |
| Depreciation | (34) | | | 341,451 | 341,451 | | | | | | | | (34) |
| Interest on Capital Indebtedness | (35) | | | 0 | 0 | | | | | | | | (35) |
| Rent on Facility | (36) | | | 5,100,000 | 5,100,000 | | | | | | | | (36) |
| Amortization-Capital Costs | (37) | | | 220,000 | 220,000 | | | | | | | | (37) |
| Other | (38) | | | 0 | 0 | | | | | | | | (38) |
| Total Capital Costs | (39) | | | 11,703,141 | 11,703,141 | | | | | | | | (39) |
| Total All Costs | (40) | 16,109,488 | 4,552,060 | 33,173,532 | 53,835,080 | -6,199,681 | | | | | | | (40) |

FILE NAME: MA1028775200001.042020191313 19

AUDIT NUMBER: 18-397

# REVENUES AND ADJUSTMENTS TO REVENUES

## Schedule D

FACILITY NAME: BRIGHTON REHABILITATION & REPORT PERIOD BEGIN: 01/01/2018

M/A No: 1028775200001
END: 12/31/2018

| REVENUES | LINE NO. | MEDICAL ASSISTANCE (A) | MEDICARE PART A (B) | MEDICARE PART B (C) | PRIVATE PAY & OTHER (D) | TOTAL GENERAL LEDGER (E) | NURSING FACILITY (F) | RESIDENTIAL & OTHER (G) | REVENUE ADJUSTMENTS TO SCHEDULE C (H) | SCHEDULE C LINE NUMBER (I) |
|---|---|---|---|---|---|---|---|---|---|---|
| **I. RESIDENT** | | | | | | | | | | |
| Nursing Care | (1) | 45,973,136 | 2,402,387 | | 9,971,250 | 58,346,773 | 58,346,773 | 0 | 0 | Line 1 |
| Practitioners | (2) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | Line 4 |
| Pharmacy-Prescription Drugs | (3) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -1,448,742 | Line 9 |
| Over-the-Counter Drugs | (4) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | Line 10 |
| Medical Supplies | (5) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | Line 11 |
| Laboratory and X-rays | (6) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -142,560 | Line 12 |
| Physical, Occupational & Speech Therapy | (7) | 813,117 | 5,077,915 | 3,603,357 | 49,725 | 9,544,114 | 9,544,114 | 0 | 0 | Line 13 |
| Oxygen | (8) | 0 | 0 | | 0 | 0 | 0 | 0 | 0 | Line 14 |
| Beauty and Barber Services | (9) | 0 | 0 | | 0 | 0 | 0 | 0 | 0 | Line 15 |
| Exceptional DME Grant Payments | (10) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | Submit Schedule |
| | (11) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| | (12) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| **II. OTHER** | | | | | | | | | | |
| Guest and Employe Meals | (13) | | | | | 0 | 0 | 0 | 0 | Line 21 |
| Discounts | (14) | | | | | 0 | | | 0 | Line 29 |
| Vending Machines | (15) | | | | | 0 | | | 0 | Line 29 |
| Television | (16) | | | | | 0 | 0 | 0 | 0 | Line 24 |
| Telephone | (17) | | | | | 0 | 0 | 0 | 0 | Line 29 |
| Unrestricted Interest/Investment Income | (18) | | | | | 0 | 0 | 0 | 0 | Line 29 |
| Miscellaneous: If any line 19 - 21 greater than $500, provide separate detail with source & amounts | (19) | 0 | 0 | 0 | 1,576,800 | 1,576,800 | 1,576,800 | 0 | -46,062 | Line 29 |
| Laundry Income | (20) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | Line 22 |
| | (21) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| **TOTAL GROSS REVENUES (Add Lines 1 - 21)** | (22) | 46,786,253 | 7,480,302 | 3,603,357 | 11,597,775 | 69,467,687 | 69,467,687 | 0 | 0 | |
| **III. DEDUCTIONS FROM REVENUES** | | | | | | | | | | |
| Uncollectible Accounts | (23) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | Line 29 |
| Contractual Adjustments | (24) | 7,988,664 | 3,275,464 | 2,116,696 | 48,200 | 13,429,024 | 13,429,024 | 0 | 0 | |
| | (25) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| Subtotal: Deductions | (26) | 7,988,664 | 3,275,464 | 2,116,696 | 48,200 | 13,429,024 | 13,429,024 | 0 | 0 | |
| NET REVENUE (Line 22 minus Line 26) | (27) | 38,797,589 | 4,204,838 | 1,486,661 | 11,549,575 | 56,038,663 | 56,038,663 | 0 | | |
| LESS: EXPENSES (Sch. C, Line 40, Column D) | (28) | | | | | 53,835,080 | | | | |
| NET INCOME (LOSS) | (29) | | | | | 2,203,583 | | | | |
| TOTAL SCHEDULE D ADJUSTMENTS | (30a) | | | | | | | | -1,637,364 | |
| TOTAL SCHEDULE E ADJUSTMENTS | (30b) | | | | | | | | -4,558,317 | |
| TOTAL ADJUSTMENTS | (31) | | | | | | | | -6,195,681 | |

MA-11 01-01-2019

FILE NAME: MA1028775200001.04202019131319                                     AUDIT NUMBER: 18-397

## ADJUSTMENTS
## TO EXPENSES

FACILITY NAME: BRIGHTON REHABILITATION &
REPORT PERIOD BEGIN: 01/01/2018

## Schedule E

MA No:   1028775200001
END:     12/31/2018

| EXPENSES | LINE NO. | EXPENSE ADJUSTMENTS TO SCHEDULE C (A) | SCHEDULE C LINE NUMBER (B) |
|---|---|---|---|
| **I. NONALLOWABLE COSTS** | | | |
| Direct Facility Payments | (1) | 0 | Submit Schedule |
| Non-routine Beauty & Barber Expenses | (2) | 0 | 0 |
| Employe and Guest Meals | (3) | -4,087 | Line 21 |
| Taxes | (4) | 0 | Line 29 |
| Free Care or Discounted Services | (5) | 0 | 0 |
| Other Interest | (6) | 0 | Line 29 |
| Personal TV | (7) | 0 | Line 24 |
| Non Allowable A&G Costs From Sch G-1 | (8) | -3,077,569 | Line 29 |
| **II. EXPENSES NOT NECESSARY TO RESIDENT CARE** | | | |
| Travel/Entertainment | (9) | 0 | Line 29 |
| Dues and Subscriptions | (10) | 0 | Line 29 |
| Promotional Advertising | (11) | -28,489 | Line 29 |
| 0 | (12) | 0 | Line 29 |
| **III. EXPENSE ADJUSTMENTS** | | | |
| Part B Services | (13) | -1,468,542 | Submit Schedule |
| Home Office - Adjustment to Cost | (14) | 0 | Line 29 |
| Compensation for Services of Sole Proprietors and Partners | (15) | 0 | Line 29 |
| Cost of Major Movable Property | (16) | 164,926 | Line 32 |
| Real Estate Taxes | (17) | 0 | Line 31 |
| Legal Fees | (18) | 0 | Line 29 |
| Excess Administrative Cost (Schedule G) | (19) | 0 | Line 29 |
| Related Party Profit (Schedule K, Line 16) | (20) | 0 | Line 29 |
| Major Moveable Equip Reclass | (21) | -144,556 | Various |
| **IV. NONALLOWABLE COST CENTERS** | | | |
| Identify: | | | |
| Housekeeping | (22) | 0 | Line 23 |
| Plant Operation & Maintenance | (23) | 0 | Line 24 |
| Administrative Costs | (24) | 0 | Line 29 |
| Real Estate Taxes | (25) | 0 | Line 31 |
| 0 | (26) | 0 | 0 |
| TOTAL SCHEDULE E ADJUSTMENTS | (27) | -4,558,317 | |

FILE NAME: MA1028775200001.04202019131319                                    AUDIT NUMBER: 18-397

# DEPRECIATION

## Schedule F

FACILITY NAME: BRIGHTON REHABILITATION & W    MA No:   1028775200001
REPORT PERIOD BEGIN: 01/01/2018               END:     12/31/2018

| PROPERTY, PLANT AND EQUIPMENT (1) | LINE NO. | Date Acquired (A) | Cost or Other Basis (B) | Accumulated Depreciation To Date (C) | Method of Computing Depreciation (D) | Life or Rate (E) | Depreciation Expense For Period (F) |
|---|---|---|---|---|---|---|---|
| Land | (1) | Various | 0 | | | | |
| Buildings | (2) | Various | 0 | 0 | Straight Line | Various | 0 |
| Fixed Equipment | (3) | Various | 0 | 0 | Straight Line | Various | 0 |
| Other:Leasehold Improvment | (4) | Various | 4,879,373 | 842,241 | Straight Line | Various | 341,451 |
| Subtotal | (5) | | 4,879,373 | 842,241 | | | 341,451 |
| Movable Property | (6) | Various | 1,413,249 | 0 | Straight Line | Various | 0 |
| Other Movable (specify) | (7) | Various | 0 | 0 | Straight Line | Various | 0 |
| Transportation Equipment | (8) | Various | 0 | 0 | Straight Line | Various | 0 |
| Other: | (9) | Various | 0 | 0 | Straight Line | Various | 0 |
| Other: | (10) | Various | 0 | 0 | Straight Line | Various | 0 |
| TOTAL | (11) | | 6,292,622 | 842,241 (2) | | | 341,451 (3) |

(1) Submit a schedule of additions and deletions since the last report period as outlined in Required. Supporting Documents for PPE.

(2) Difference between Column B and Column C must equal amount shown on Schedule L, Line 13, Column A.

(3) Line 11, Column F must agree with amount shown on Schedule C, Line 34, Column D.

FILE NAME: MA1028775200001.04202019131319                                          AUDIT NUMBER: 18-397

# ADMINISTRATIVE COSTS

## Schedule G

FACILITY NAME: BRIGHTON REHABILITATION & W   MA No:   1028775200001
REPORT PERIOD BEGIN: 01/01/2018              END:     12/31/2018

|  | LINE NO. | SALARY COST (A) | FRINGE BENEFITS (B) | OTHER EXPENSES (C) | TOTAL EXPENSES (D) |
|---|---|---|---|---|---|
| Administrator | (1) | 160,280 | 45,290 | 10 | 205,580 |
| Office Personnel | (2) | 458,401 | 129,531 | 0 | 587,932 |
| Management Fees | (3) | 0 | 0 | 2,097,229 | 2,097,229 |
| Home Office Costs | (4) | 0 | 0 | 0 | 0 |
| Professional Services | (5) | 0 | 0 | 244,510 | 244,510 |
| Determination of Eligibility | (6) | 0 | 0 | 0 | 0 |
| Gift Shop | (7) | 0 | 0 | 0 | 0 |
| Advertising | (8) | | | 28,489 | 28,489 |
| Travel / Entertainment | (9) | | | 63,425 | 63,425 |
| Telephone | (10) | | | 54,524 | 54,524 |
| Insurance | (11) | | | 475,902 | 475,902 |
| Other Interest | (12) | | | 0 | 0 |
| Legal Fees | (13) | | | 65,244 | 65,244 |
| Federal/State Corporate/Capital Stock Tax | (14) | | | 0 | 0 |
| Office Supplies | (15) | | | 52,995 | 52,995 |
| Amortization - Administrative Costs | (16) | | | 0 | 0 |
| Officers' Life Insurance | (17) | | | 0 | 0 |
| Admin Minor Movable Property | (18) | | | 0 | 0 |
| Other: (If greater than $1,000, provide separate listing) | (19) | | | 3,229,393 | 3,229,393 |
| Total Administrative Costs (Schedule C, Line 29) | (20) | 618,681 | 174,821 | 6,311,721 | 7,105,223 |

### ADMINISTRATIVE ALLOWANCE COMPUTATION
This computation should be made only after all other Schedule D and Schedule E adjustments.

| | | |
|---|---|---|
| Total Net Operating Costs (Schedule C, Column F, Line 30) | (21) | 36,019,256 |
| Administrative Costs (Schedule C, Column F, Line 29) | (22) | 3,855,966 |
| Subtract Line 22 from Line 21 | (23) | 32,163,290 |
| Limit on Administrative Costs (Line 23 divided by .88) | (24) | 36,549,193 |
| Excess Administrative Costs<br>(Subtract Line 24 from Line 21. Enter 0 if answer is negative.<br>Enter on Schedule E, Line 19.) | (25) | 0 |

FILE NAME: MA1028775200001.04202019131319

AUDIT NUMBER: 18-397

# NURSING CARE STAFFING
(Only for Nursing Facility Services)

| Schedule H |
|:---:|

FACILITY NAME: BRIGHTON REHABILITATION & W   MA No:   1028775200001
REPORT PERIOD BEGIN: 01/01/2018                        END:      12/31/2018

## EMPLOYES

| POSITION | LINE NO. | Salary Cost / Fees (A) | Fringe Benefits (B) | Hours Paid (C) | Hours Worked (D) | Number of Full Time Employes or Equivalents at Year End (E) |
|---|---|---|---|---|---|---|
| Registered Nurses | (1) | 2,209,561 | 624,430 | 67,572 | 60,793 | 32 |
| Licensed Practical Nurses | (2) | 1,843,281 | 520,966 | 69,533 | 60,806 | 33 |
| Nurse Aides | (3) | 5,049,506 | 1,426,909 | 283,059 | 255,648 | 136 |
| Orderlies / Attendants | (4) | 0 | 0 | 0 | 0 | 0 |
| Other (Restorative/LTSR) | (5) | 820,527 | 231,603 | 42,222 | 37,977 | 20 |
| Subtotal | (6) | 9,922,875 | 2,803,908 | 462,386 | 415,224 | 221 |

### REGISTRY / POOLED / CONTRACT STAFF

| POSITION | LINE NO. | Salary Cost / Fees (A) | Fringe Benefits (B) | Hours Paid (C) | Hours Worked (D) | Number of Full Time Employes or Equivalents at Year End (E) |
|---|---|---|---|---|---|---|
| Registered Nurses | (7) | 114,625 | | 2,538 | 2,538 | 1 |
| Licensed Practical Nurses | (8) | 1,604,217 | | 42,163 | 42,163 | 20 |
| Nurse Aides | (9) | 1,318,191 | | 53,628 | 53,628 | 26 |
| Orderlies / Attendants | (10) | 0 | | 0 | 0 | 0 |
| Other (Restorative/LTSR) | (11) | 167,136 | | 6,800 | 6,800 | 3 |
| Subtotal | (12) | 3,204,169 | | 105,129 | 105,129 | 50 |
| Total Nursing Care | (13) | 15,930,952 [1] | | 567,515 | 520,353 | 271 |

[1] Add Line 6, Column A; Line 6, Column B; and Line 12, Column A

FILE NAME: MA1028775200001.04202019131319

AUDIT NUMBER: 18-397

# SUPPLEMENTAL QUESTIONNAIRE

| Schedule I |
|---|

FACILITY NAME: BRIGHTON REHABILITATION &
REPORT PERIOD BEGIN: 01/01/2018

MA No:   1028775200001
END:      12/31/2018

| LINE NO. | | | YES | NO | LINE NO. |
|---|---|---|---|---|---|
| (1) | Has interest/investment income from sources other than donor restricted or specifically excluded by Medical Assistance Regulations been offset on Schedule D, Line 18? | | X | | (1) |
| (1a) | If "NO", please state amount of income not offset. | | | 0 | (1a) |
| (2) | Have all costs for nonresident meals been deducted from dietary and food expense? | | X | | (2) |
| (2a) | State actual number of meals served: | Nursing facility resident meals | | 499,935 | (2a) |
| (2b) | Resident days times three is NOT acceptable. | Non-nursing facility resident meals | | 17,520 | (2b) |
| (2c) | | Employe meals | | 320 | (2c) |
| (2d) | | Volunteer meals | | 135 | (2d) |
| (2e) | | Visitor meals | | 81 | (2e) |
| (2f) | Provide supporting documentation as prescribed in | Other (identify): | | 0 | (2f) |
| (2g) | Required Supporting Documentation Section. | Total, all meals | | 517,991 | (2g) |
| (3) | Has personal laundry expense for dry cleaning, mending, or other specialty laundry services been deducted from reported laundry expense? | | X | | (3) |
| (3a) | If "NO", state total specialty laundry expense. | | | 0 | (3a) |
| (4) | Have any capital assets with an acquisition cost of $500 or more been expensed in net operating costs? | | | X | (4) |
| | If "YES", submit detail and identify Schedule C line item. | | | | |
| (5) | Have any administrative expenses been included in any other allowable cost centers (e.g., telephone expense to any other category such as Nursing)? | | | X | (5) |
| | If "YES", submit a schedule showing cost category, basis of allocation, and amount allocated for each line item. | | | | |
| (6) | Does the nursing facility share costs or services with another area or entity such as a residential or personal care facility?  Identify: LTSR, Dialysis | | X | | (6) |
| | If "YES", shared costs must be allocated per Schedule C instructions. | | | | |
| (7) | What is the total square footage of the facility? | | | 265,786 | (7) |
| (7a) | What is the total square footage of the facility used for nursing facility services? | | | 257,397 | (7a) |
| (8) | Do you have any nonallowable cost centers in the facility (such as a gift shop, snack shop, administrator's or other employe's living quarters, and/or other areas not related to resident care)? Identify: LTSR, Dialysis | | X | | (8) |
| (8a) | What is the total square footage of the nonallowable cost centers? | | | 8,389 | (8a) |
| (9) | Have indirect costs applicable to nonallowable cost centers been eliminated on Schedule E? | | X | | (9) |

FILE NAME: MA1028775200001.04202019131319                                                  AUDIT NUMBER: 18-397

**SUPPLEMENTAL
QUESTIONNAIRE**

| **Schedule I** |
| --- |

FACILITY NAME: BRIGHTON REHABILITATION &            MA No:   1028775200001
REPORT PERIOD BEGIN: 01/01/2018                                END:       12/31/2018

| LINE NO. | | Salary | Fringe Benefits | Contracted | YES | NO | LINE NO. |
|---|---|---|---|---|---|---|---|
| | List the annual gross salaries/wages and fringe benefits and/or contracted amounts for the report period for the following personnel: | | | | | | |
| (10a) | Administrator | 146,655 | 41,440 | 0 | | | (10a) |
| (10b) | Assistant/Associate Administrator | 0 | 0 | 0 | | | (10b) |
| (10c) | Chief Dietitian | 152,992 | 43,231 | 0 | | | (10c) |
| (10d) | Chief of Fiscal Services | 41,842 | 11,823 | 0 | | | (10d) |
| (10e) | Director of Housekeeping | 0 | 0 | 0 | | | (10e) |
| (10f) | Director of Nursing | 132,693 | 37,495 | 0 | | | (10f) |
| (10g) | Facility Engineer | 65,789 | 18,590 | 0 | | | (10g) |
| (10h) | All Approved Feeding Assistants while providing specific duties | 0 | 0 | 0 | | | (10h) |
| (11) | Does the facility employ any individuals who are related to the owner(s) or officers/directors? | | | | | X | (11) |
| | If "YES", submit a separate schedule identifying Name, Title and/or Function, number of hours worked per week, salaries/wages, fringe benefits, and line of Schedule C on which this is recorded. | | | | | | |
| (12) | Have all personal expenses been excluded from the cost report? (Examples: direct or indirect payment for administrator's or owners/employe's living quarters or expenses, personal portion of company car, trips, conventions, meals and lodging, phone, entertainment, etc.) | | | | X | | (12) |
| | If "NO", please provide specific details including amounts, Schedule, and line on which this is recorded. | | | | | | |
| (13) | Were there any loans, notes or advances to officers, employes, members of the Board of Directors, or owners due to the facility during the report period? | | | | | X | (13) |
| | If "YES", submit a separate schedule identifying to whom, amount, and interest during report period. | | | | | | |
| (14) | Were there any working capital loans, notes or advances from officers, employes, members of the Board of Directors, or owners due from the facility during the report period? | | | | | X | (14) |
| | If "YES", submit a schedule identifying name of lender, purpose of loan, period of loan, interest rate, interest expense and balance of loan at end of report period. | | | | | | |
| (15) | Has an adjustment been made for those types of expenses that were disallowed in prior audits or are otherwise nonallowable? | | | | | X | (15) |
| (16) | Is the facility a Continuing Care Retirement Community (CCRC)? | | | | | X | (16) |
| (17) | Is it the formal or informal policy of the facility to require an admission fee on or before the date of admission? | | | | | X | (17) |

FILE NAME: MA1028775200001.0420201913319

AUDIT NUMBER: 18-397

# STATEMENTS OF COMPENSATION
# OF OWNERS, DIRECTORS, AND RELATED INDIVIDUALS

**Schedule J**

FACILITY NAME: BRIGHTON REHABILITATION &
REPORT PERIOD BEGIN: 01/01/2018

MA No:  1028775200001
END:    12/31/2018

SCHEDULE J COMPLETED? No

| LINE NO. | NAME (A) | Reserved (B) | Title/ Function (C) | Business Organization Type (D) | Business Organization % Owned (E) | Business Organization % P & L (F) | Time Devoted to Nursing Facility Work # Hours/ Week (G) | Time Devoted to Nursing Facility Work % Time/ Week (H) | Compensation Included In Allowable Cost $ (I) | Compensation Included In Allowable Cost Schedule C Line # (J) | LINE NO. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| (1) | | | | | | | | | | | (1) |
| (2) | | | | | | | | | | | (2) |
| (3) | | | | | | | | | | | (3) |
| (4) | | | | | | | | | | | (4) |
| (5) | | | | | | | | | | | (5) |
| (6) | | | | | | | | | | | (6) |
| (7) | | | | | | | | | | | (7) |
| (8) | | | | | | | | | | | (8) |
| (9) | | | | | | | | | | | (9) |
| (10) | | | | | | | | | | | (10) |
| (11) | | | | | | | | | | | (11) |
| (12) | | | | | | | | | | | (12) |
| (13) | | | | | | | | | | | (13) |
| (14) | | | | | | | | | | | (14) |
| (15) | | | | | | | | | | | (15) |

Printed: 5/28/2019

-12-

MA-11 01-01-2019

FILE NAME: MA102877520000010420201931319

AUDIT NUMBER: 18-397

# FACILITY TRANSACTIONS WITH RELATED PARTIES

## Schedule K

MA No:   102877520000001
END:     12/31/2018

FACILITY NAME: BRIGHTON REHABILITATION &
REPORT PERIOD BEGIN: 01/01/2018

SCHEDULE K COMPLETED? Yes

**TRANSACTIONS WITH RELATED PARTIES ARE INCLUDED IN:**

| LINE NO. | Sch C Line # (A) | Sch C Amount (B) | Amount of Profit (C) | Position Service or Supply (D) | Name of Related Business (E) | EIN (F) | Owner(s) of Related Business (G) | % Ownership In Nursing Facility (H) | % Ownership In Related Business (I) | LINE NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| (1) | | | | | | | | | | (1) |
| (2) | 29 | 2,097,229 | 0 | Management | Comprehensive HC Management Services Group | 46-4971698 | See Attached | 1.0000 | 1.0000 | (2) |
| (3) | 1 | 0 | 0 | Nursing | Maybrook/Brighton Allocation | 81-1096211 | See Attached | 1.0000 | 1.0000 | (3) |
| (4) | 6 | 0 | 0 | Social Service | Maybrook/Brighton Allocation | 81-1096211 | See Attached | 1.0000 | 1.0000 | (4) |
| (5) | 21 | 0 | 0 | Dietary | Maybrook/Brighton Allocation | 81-1096211 | See Attached | 1.0000 | 1.0000 | (5) |
| (6) | 24 | 0 | 0 | Maintenance | Maybrook/Brighton Allocation | 81-1096211 | See Attached | 1.0000 | 1.0000 | (6) |
| (7) | 23 | 0 | 0 | Housekeeping | Maybrook/Brighton Allocation | 81-1096211 | See Attached | 1.0000 | 1.0000 | (7) |
| (8) | 29 | 8,210 | 0 | Administrative | Maybrook/Brighton Allocation | 81-1096211 | See Attached | 1.0000 | 1.0000 | (8) |
| (9) | | | | | | | | | | (9) |
| (10) | | | | | | | | | | (10) |
| (11) | | | | | | | | | | (11) |
| (12) | | | | | | | | | | (12) |
| (13) | | | | | | | | | | (13) |
| (14) | | | | | | | | | | (14) |
| (15) | | | 0 | | | | | | | (15) |
| (16) | | | 0 | | | | | | | (16) |

Line 15 = Total Column C Profits from any additional Schedule K. Leave blank if no additional lines greater then 14 are needed.

Line 16 = Total Profit for Schedule K in Column C. Must agree with Schedule E, Line 20, Column A.

-13-

MA-11 01-01-2019

FILE NAME: MA1028775200001.04202019131319

AUDIT NUMBER: 18-397

# COMPARATIVE BALANCE SHEET

## Schedule L

FACILITY NAME: BRIGHTON REHABILITATION &
REPORT PERIOD BEGIN: 01/01/2018

SCHEDULE L COMPLETED? Yes

MA No:   1028775200001
END:      12/31/2018

| | LINE NO. | END OF CURRENT PERIOD (A) | END OF PRIOR PERIOD (B) |
|---|---|---|---|
| **CURRENT ASSETS** | | | |
| Cash on hand and in banks | (1) | 3,930,370 | 1,408,802 |
| Accounts and notes receivable (Less allowance 0) | (2) | 14,019,047 | 17,703,377 |
| Inventories (priced at Cost) | (3) | 0 | 0 |
| Investments | (4) | 0 | 0 |
| Prepaid expenses | (5) | 411,308 | 411,299 |
| Total Current Assets | (6) | 18,360,725 | 19,523,478 |
| **PROPERTY, PLANT AND EQUIPMENT** | | | |
| Land | (7) | 0 | 0 |
| Buildings | (8) | 0 | 0 |
| Leasehold improvements | (9) | 4,879,373 | 3,401,382 |
| Equipment | (10) | 1,413,249 | 1,183,004 |
| Total property, plant and equipment | (11) | 6,292,622 | 4,584,386 |
| Less accumulated depreciation | (12) | 842,241 | 989,972 |
| Net Property, Plant and Equipment | (13) | 5,450,381 | 3,594,414 |
| **OTHER ASSETS** | | | |
| Notes receivable | (14) | 0 | 0 |
| Other assets | (15) | -4,615,155 | -2,770,361 |
| TOTAL ASSETS | (16) | 19,195,951 | 20,347,531 |
| **CURRENT LIABILITIES** | | | |
| Accounts payable | (17) | 6,448,792 | 6,818,059 |
| Notes payable | (18) | 11,667,816 | 12,796,259 |
| Accrued salaries, wages, fees payable | (19) | 2,211,480 | 1,887,589 |
| Deferred income | (20) | 0 | 0 |
| Total Current Liabilities | (21) | 20,328,088 | 21,501,907 |
| **LONG-TERM LIABILITIES** | | | |
| Mortgage payable | (22) | 0 | 0 |
| Notes payable | (23) | 0 | 0 |
| Other | (24) | -662,251 | -711,506 |
| TOTAL LIABILITIES | (25) | 19,665,837 | 20,790,401 |
| **CAPITAL** | | | |
| Owner's equity (proprietary or partnership) | (26) | -2,673,469 | -5,378,678 |
| Capital stock outstanding (corporation) | (27) | 0 | 0 |
| Retained earnings (R/E) - beginning of year | (28) | 0 | 0 |
| Current year's operating profit (loss) | (29) | 2,203,583 | 4,935,808 |
| Other R/E account transactions (net) | (30) | 0 | 0 |
| Balance, end of year | (31) | 2,203,583 | 4,935,808 |
| Total Capital | (32) | -469,886 | -442,870 |
| TOTAL LIABILITIES AND CAPITAL | (33) | 19,195,951 | 20,347,531 |

Printed: 5/28/2019

MA-11 01-01-2019

FILE NAME: MA1028775200001.04202019131319                                          AUDIT NUMBER: 18-397

| PRIVATE PAY AND MEDICARE RATE CERTIFICATION STATEMENTS | FACILITY NAME: BRIGHTON REHABILITATION & REPORT PERIOD BEGIN: 01/01/2018 | Schedule MA-58 MA No: 1028775200001 END:      12/31/2018 |
|---|---|---|

| PART I.  PRIVATE PAY RATE | | | |
|---|---|---|---|
| **LINE NO.** | **QUESTION** | **YES** | **NO** |
| (1a) | During the report period, did the Medical Assistance rate charged to the Department exceed the usual and customary charges made to the general public for a room? | | X |
| (1b) | If YES, give all-inclusive or room and board plus ancillary private pay rate. | | |

If NO, sign and date the following certification statement that will appear on the Certification Report.

FACILITY OFFICER OR ADMINISTRATOR:  PAUL OMROD

DATE:  04/23/2019

| PART II.  MEDICARE RATE | | | |
|---|---|---|---|
| **LINE NO.** | **QUESTION** | | |
| (2a) | Indicate the Medicare rate that was in effect during the MA-11 report period (submit schedule). | | 384.81 |
| (2b) | Indicate the effective date of the Medicare rate. | | 10/01/2018 |
| (2c) | Indicate whether the Medicare rate is an audited rate. | **YES** | **NO** |
| | | | X |

If Medicare Rate (2a) is completed, sign and date the following certification statement that will appear on the Certification Report.

FACILITY OFFICER OR ADMINISTRATOR:  PAUL OMROD

DATE:  04/23/2019

| PART III. ADMINISTRATOR INFORMATION | |
|---|---|
| **LINE NO.** | **QUESTION** |
| (3a) | Administrator's Name:                    Robert Reed |
| (3b) | Administrator's Telephone Number:    724-775-7100 |
| (3c) | Administrator's Fax Number:             724-770-3172 |
| (3d) | Administrator's E-mail Address: |

# CMS Expected Staffing

Provider ID 395015

Table of Contents

Information Index

## 2016

**2016 — Hours Per Resident Per Day (Form 671 vs. CMS Expected)**

| | RN Time | | | LPN Time | | | Aide Time | | | Total Licensed Time | | | Total Time | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Quarter | RN Reported | RN Expected | RN Difference | LPN Reported | LPN Expected | LPN Difference | Aide Reported | Aide Expected | Aide Difference | Total Lic. Reported | Total Lic. Expected | Total Lic. Difference | Total Reported | Total Expected | Total Difference | % Below/Above Expected |
| 2016 Q1 | 0.598830 | 1.286190 | -0.687360 | 0.907110 | 0.724330 | 0.182780 | 2.070700 | 2.394120 | -0.323420 | 1.505940 | 2.010520 | -0.504580 | 3.576640 | 4.404640 | -0.828000 | -18.8% |
| 2016 Q2 | 0.598830 | 1.331670 | -0.732840 | 0.907110 | 0.725030 | 0.182080 | 2.070700 | 2.431600 | -0.360900 | 1.505940 | 2.056700 | -0.550760 | 3.576640 | 4.488300 | -0.911660 | -20.3% |
| 2016 Q3 | 0.598830 | 1.331670 | -0.732840 | 0.907110 | 0.725030 | 0.182080 | 2.070700 | 2.431600 | -0.360900 | 1.505940 | 2.056700 | -0.550760 | 3.576640 | 4.488300 | -0.911660 | -20.3% |
| 2016 Q4 | 0.552670 | 1.404710 | -0.852040 | 0.906010 | 0.753950 | 0.152060 | 2.151670 | 2.453920 | -0.302250 | 1.458690 | 2.158660 | -0.699970 | 3.610350 | 4.612590 | -1.002240 | -21.7% |

**2016 — Hours Per Resident Per Day (Form 2540-10 vs. CMS Expected)**

| | RN Time | | | LPN Time | | | Aide Time | | | Total Licensed Time | | | Total Time | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Quarter | RN Reported | RN Expected | RN Difference | LPN Reported | LPN Expected | LPN Difference | Aide Reported | Aide Expected | Aide Difference | Total Lic. Reported | Total Lic. Expected | Total Lic. Difference | Total Reported | Total Expected | Total Difference | % Below/Above Expected |
| 2016 Q1 | 0.364124 | 1.286190 | -0.922066 | 0.818067 | 0.724330 | 0.093737 | 2.048238 | 2.394120 | -0.345882 | 1.182191 | 2.010520 | -0.828329 | 3.230429 | 4.404640 | -1.174211 | -26.7% |
| 2016 Q2 | 0.364124 | 1.331670 | -0.967546 | 0.818067 | 0.725030 | 0.093037 | 2.048238 | 2.431600 | -0.383362 | 1.182191 | 2.056700 | -0.874509 | 3.230429 | 4.488300 | -1.257871 | -28.0% |
| 2016 Q3 | 0.364124 | 1.331670 | -0.967546 | 0.818067 | 0.725030 | 0.093037 | 2.048238 | 2.431600 | -0.383362 | 1.182191 | 2.056700 | -0.874509 | 3.230429 | 4.488300 | -1.257871 | -28.0% |
| 2016 Q4 | 0.364124 | 1.404710 | -1.040586 | 0.818067 | 0.753950 | 0.064117 | 2.048238 | 2.453920 | -0.405682 | 1.182191 | 2.158660 | -0.976469 | 3.230429 | 4.612590 | -1.382161 | -30.0% |

**2016 — Hours Per Resident Per Day (Form 2540-10 vs. CMS Expected)**

| | RN + Nursing Administration Time | | | LPN Time | | | Aide Time | | | Total Licensed Time | | | Total Time | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Quarter | RN Reported | RN Expected | RN Difference | LPN Reported | LPN Expected | LPN Difference | Aide Reported | Aide Expected | Aide Difference | Total Lic. Reported | Total Lic. Expected | Total Lic. Difference | Total Reported | Total Expected | Total Difference | % Below/Above Expected |
| 2016 Q1 | 0.584572 | 1.286190 | -0.701618 | 0.818067 | 0.724330 | 0.093737 | 2.048238 | 2.394120 | -0.345882 | 1.402639 | 2.010520 | -0.607881 | 3.450877 | 4.404640 | -0.953763 | -21.7% |
| 2016 Q2 | 0.584572 | 1.331670 | -0.747098 | 0.818067 | 0.725030 | 0.093037 | 2.048238 | 2.431600 | -0.383362 | 1.402639 | 2.056700 | -0.654061 | 3.450877 | 4.488300 | -1.037423 | -23.1% |
| 2016 Q3 | 0.584572 | 1.331670 | -0.747098 | 0.818067 | 0.725030 | 0.093037 | 2.048238 | 2.431600 | -0.383362 | 1.402639 | 2.056700 | -0.654061 | 3.450877 | 4.488300 | -1.037423 | -23.1% |
| 2016 Q4 | 0.584572 | 1.404710 | -0.820138 | 0.818067 | 0.753950 | 0.064117 | 2.048238 | 2.453920 | -0.405682 | 1.402639 | 2.158660 | -0.756021 | 3.450877 | 4.612590 | -1.161713 | -25.2% |

Reported Time is LESS than CMS Expected time
Reported Time is MORE than CMS Expected time

## 2017

**2017 — Hours Per Resident Per Day (Form 671 vs. CMS Expected)**

| | RN Time | | | LPN Time | | | Aide Time | | | Total Licensed Time | | | Total Time | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Quarter | RN Reported | RN Expected | RN Difference | LPN Reported | LPN Expected | LPN Difference | Aide Reported | Aide Expected | Aide Difference | Total Lic. Reported | Total Lic. Expected | Total Lic. Difference | Total Reported | Total Expected | Total Difference | % Below/Above Expected |
| 2017 Q1 | 0.552670 | 1.426250 | -0.873580 | 0.906010 | 0.776220 | 0.129790 | 2.151670 | 2.504960 | -0.353290 | 1.458690 | 2.202470 | -0.743780 | 3.610350 | 4.707440 | -1.097090 | -23.3% |
| 2017 Q2 | 0.552670 | 1.426250 | -0.873580 | 0.906010 | 0.776220 | 0.129790 | 2.151670 | 2.504960 | -0.353290 | 1.458690 | 2.202470 | -0.743780 | 3.610350 | 4.707440 | -1.097090 | -23.3% |
| 2017 Q3 | 0.552670 | 1.426250 | -0.873580 | 0.906010 | 0.776220 | 0.129790 | 2.151670 | 2.504960 | -0.353290 | 1.458690 | 2.202470 | -0.743780 | 3.610350 | 4.707440 | -1.097090 | -23.3% |
| 2017 Q4 | 0.552670 | 1.426250 | -0.873580 | 0.906010 | 0.776220 | 0.129790 | 2.151670 | 2.504960 | -0.353290 | 1.458690 | 2.202470 | -0.743780 | 3.610350 | 4.707440 | -1.097090 | -23.3% |

**2017 — Hours Per Resident Per Day (Form 2540-10 vs. CMS Expected)**

| | RN Time | | | LPN Time | | | Aide Time | | | Total Licensed Time | | | Total Time | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Quarter | RN Reported | RN Expected | RN Difference | LPN Reported | LPN Expected | LPN Difference | Aide Reported | Aide Expected | Aide Difference | Total Lic. Reported | Total Lic. Expected | Total Lic. Difference | Total Reported | Total Expected | Total Difference | % Below/Above Expected |
| 2017 Q1 | 0.039129 | 1.426250 | -1.387121 | 0.366257 | 0.776220 | -0.409963 | 2.353240 | 2.504960 | -0.151720 | 0.405386 | 2.202470 | -1.797084 | 2.758627 | 4.707440 | -1.948813 | -41.4% |
| 2017 Q2 | 0.039129 | 1.426250 | -1.387121 | 0.366257 | 0.776220 | -0.409963 | 2.353240 | 2.504960 | -0.151720 | 0.405386 | 2.202470 | -1.797084 | 2.758627 | 4.707440 | -1.948813 | -41.4% |
| 2017 Q3 | 0.039129 | 1.426250 | -1.387121 | 0.366257 | 0.776220 | -0.409963 | 2.353240 | 2.504960 | -0.151720 | 0.405386 | 2.202470 | -1.797084 | 2.758627 | 4.707440 | -1.948813 | -41.4% |
| 2017 Q4 | 0.039129 | 1.426250 | -1.387121 | 0.366257 | 0.776220 | -0.409963 | 2.353240 | 2.504960 | -0.151720 | 0.405386 | 2.202470 | -1.797084 | 2.758627 | 4.707440 | -1.948813 | -41.4% |

**2017 — Hours Per Resident Per Day (Form 2540-10 vs. CMS Expected)**

| | RN + Nursing Administration Time | | | LPN Time | | | Aide Time | | | Total Licensed Time | | | Total Time | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Quarter | RN Reported | RN Expected | RN Difference | LPN Reported | LPN Expected | LPN Difference | Aide Reported | Aide Expected | Aide Difference | Total Lic. Reported | Total Lic. Expected | Total Lic. Difference | Total Reported | Total Expected | Total Difference | % Below/Above Expected |
| 2017 Q1 | 0.326351 | 1.426250 | -1.099899 | 0.366257 | 0.776220 | -0.409963 | 2.353240 | 2.504960 | -0.151720 | 0.692608 | 2.202470 | -1.509862 | 3.045848 | 4.707440 | -1.661592 | -35.3% |
| 2017 Q2 | 0.326351 | 1.426250 | -1.099899 | 0.366257 | 0.776220 | -0.409963 | 2.353240 | 2.504960 | -0.151720 | 0.692608 | 2.202470 | -1.509862 | 3.045848 | 4.707440 | -1.661592 | -35.3% |
| 2017 Q3 | 0.326351 | 1.426250 | -1.099899 | 0.366257 | 0.776220 | -0.409963 | 2.353240 | 2.504960 | -0.151720 | 0.692608 | 2.202470 | -1.509862 | 3.045848 | 4.707440 | -1.661592 | -35.3% |
| 2017 Q4 | 0.326351 | 1.426250 | -1.099899 | 0.366257 | 0.776220 | -0.409963 | 2.353240 | 2.504960 | -0.151720 | 0.692608 | 2.202470 | -1.509862 | 3.045848 | 4.707440 | -1.661592 | -35.3% |

Reported Time is LESS than CMS Expected time
Reported Time is MORE than CMS Expected time

## 2018

**2018 — Hours Per Resident Per Day (Form 671 vs. CMS Expected)**

| | RN Time | | | LPN Time | | | Aide Time | | | Total Licensed Time | | | Total Time | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Quarter | RN Reported | RN Expected | RN Difference | LPN Reported | LPN Expected | LPN Difference | Aide Reported | Aide Expected | Aide Difference | Total Lic. Reported | Total Lic. Expected | Total Lic. Difference | Total Reported | Total Expected | Total Difference | % Below/Above Expected |
| 2018 Q1 | 0.727610 | 1.497350 | -0.769740 | 0.795220 | 0.772510 | 0.022710 | 2.637070 | 2.462650 | 0.174420 | 1.522830 | 2.269860 | -0.747030 | 4.159900 | 4.732510 | -0.572610 | -12.1% |
| 2018 Q2 | 0.000000 | 0.000000 | 0.000000 | 0.000000 | 0.000000 | 0.000000 | 0.000000 | 0.000000 | 0.000000 | 0.000000 | 0.000000 | 0.000000 | 0.000000 | 0.000000 | 0.000000 | #DIV/0! |
| 2018 Q3 | 0.000000 | 0.000000 | 0.000000 | 0.000000 | 0.000000 | 0.000000 | 0.000000 | 0.000000 | 0.000000 | 0.000000 | 0.000000 | 0.000000 | 0.000000 | 0.000000 | 0.000000 | #DIV/0! |
| 2018 Q4 | 0.000000 | 0.000000 | 0.000000 | 0.000000 | 0.000000 | 0.000000 | 0.000000 | 0.000000 | 0.000000 | 0.000000 | 0.000000 | 0.000000 | 0.000000 | 0.000000 | 0.000000 | #DIV/0! |

**2018 — Hours Per Resident Per Day (Form 2540-10 vs. CMS Expected)**

| | RN Time | | | LPN Time | | | Aide Time | | | Total Licensed Time | | | Total Time | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Quarter | RN Reported | RN Expected | RN Difference | LPN Reported | LPN Expected | LPN Difference | Aide Reported | Aide Expected | Aide Difference | Total Lic. Reported | Total Lic. Expected | Total Lic. Difference | Total Reported | Total Expected | Total Difference | % Below/Above Expected |
| 2018 Q1 | 0.421799 | 1.497350 | -1.075551 | 0.638455 | 0.772510 | -0.134055 | 1.950606 | 2.462650 | -0.512044 | 1.060253 | 2.269860 | -1.209607 | 3.010859 | 4.732510 | -1.721651 | -36.4% |
| 2018 Q2 | 0.421799 | 0.000000 | 0.421799 | 0.638455 | 0.000000 | 0.638455 | 1.950606 | 0.000000 | 1.950606 | 1.060253 | 0.000000 | 1.060253 | 3.010859 | 0.000000 | 3.010859 | #DIV/0! |
| 2018 Q3 | 0.421799 | 0.000000 | 0.421799 | 0.638455 | 0.000000 | 0.638455 | 1.950606 | 0.000000 | 1.950606 | 1.060253 | 0.000000 | 1.060253 | 3.010859 | 0.000000 | 3.010859 | #DIV/0! |
| 2018 Q4 | 0.421799 | 0.000000 | 0.421799 | 0.638455 | 0.000000 | 0.638455 | 1.950606 | 0.000000 | 1.950606 | 1.060253 | 0.000000 | 1.060253 | 3.010859 | 0.000000 | 3.010859 | #DIV/0! |

**2018 — Hours Per Resident Per Day (Form 2540-10 vs. CMS Expected)**

| | RN + Nursing Administration Time | | | LPN Time | | | Aide Time | | | Total Licensed Time | | | Total Time | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Quarter | RN Reported | RN Expected | RN Difference | LPN Reported | LPN Expected | LPN Difference | Aide Reported | Aide Expected | Aide Difference | Total Lic. Reported | Total Lic. Expected | Total Lic. Difference | Total Reported | Total Expected | Total Difference | % Below/Above Expected |
| 2018 Q1 | 0.638894 | 1.497350 | -0.858456 | 0.638455 | 0.772510 | -0.134055 | 1.950606 | 2.462650 | -0.512044 | 1.277349 | 2.269860 | -0.992511 | 3.227955 | 4.732510 | -1.504555 | -31.8% |
| 2018 Q2 | 0.638894 | 0.000000 | 0.638894 | 0.638455 | 0.000000 | 0.638455 | 1.950606 | 0.000000 | 1.950606 | 1.277349 | 0.000000 | 1.277349 | 3.227955 | 0.000000 | 3.227955 | #DIV/0! |
| 2018 Q3 | 0.638894 | 0.000000 | 0.638894 | 0.638455 | 0.000000 | 0.638455 | 1.950606 | 0.000000 | 1.950606 | 1.277349 | 0.000000 | 1.277349 | 3.227955 | 0.000000 | 3.227955 | #DIV/0! |
| 2018 Q4 | 0.638894 | 0.000000 | 0.638894 | 0.638455 | 0.000000 | 0.638455 | 1.950606 | 0.000000 | 1.950606 | 1.277349 | 0.000000 | 1.277349 | 3.227955 | 0.000000 | 3.227955 | #DIV/0! |

Reported Time is LESS than CMS Expected time
Reported Time is MORE than CMS Expected time

tabbies
EXHIBIT
9



[redacted] Raw Data [redacted]

**Year 1**

| | | Reported Hours Per Resident Per Day | | | | | [redacted] Expected Hours Per Resident Per Day [redacted] | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Quarter | Prov. Num. | Aides | LPNS | RNS | Total Lic. | Total All | Aides | LPNS | RNS | Total Lic. | Total All |
| 2016 Q1 | 395015 | 2.0707 | 0.90711 | 0.59883 | 1.50594 | 3.57664 | 2.39412 | 0.72433 | 1.28619 | 2.01052 | 4.40464 |
| 2016 Q2 | 395015 | 2.0707 | 0.90711 | 0.59883 | 1.50594 | 3.57664 | 2.4316 | 0.72503 | 1.33167 | 2.0567 | 4.4883 |
| 2016 Q3 | 395015 | 2.0707 | 0.90711 | 0.59883 | 1.50594 | 3.57664 | 2.4316 | 0.72503 | 1.33167 | 2.0567 | 4.4883 |
| 2016 Q4 | 395015 | 2.15167 | 0.90601 | 0.55267 | 1.45869 | 3.61035 | 2.45392 | 0.75395 | 1.40471 | 2.15866 | 4.61259 |

**Year 2**

| | | Reported Hours Per Resident Per Day | | | | | [redacted] Expected Hours Per Resident Per Day [redacted] | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Quarter | Prov. Num. | Aides | LPNS | RNS | Total Lic. | Total All | Aides | LPNS | RNS | Total Lic. | Total All |
| 2017 Q1 | 395015 | 2.15167 | 0.90601 | 0.55267 | 1.45869 | 3.61035 | 2.50496 | 0.77622 | 1.42625 | 2.20247 | 4.70744 |
| 2017 Q2 | 395015 | 2.15167 | 0.90601 | 0.55267 | 1.45869 | 3.61035 | 2.50496 | 0.77622 | 1.42625 | 2.20247 | 4.70744 |
| 2017 Q3 | 395015 | 2.15167 | 0.90601 | 0.55267 | 1.45869 | 3.61035 | 2.50496 | 0.77622 | 1.42625 | 2.20247 | 4.70744 |
| 2017 Q4 | 395015 | 2.15167 | 0.90601 | 0.55267 | 1.45869 | 3.61035 | 2.50496 | 0.77622 | 1.42625 | 2.20247 | 4.70744 |

**Year 3**

| | | Reported Hours Per Resident Per Day | | | | | [redacted] Expected Hours Per Resident Per Day [redacted] | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Quarter | Prov. Num. | Aides | LPNS | RNS | Total Lic. | Total All | Aides | LPNS | RNS | Total Lic. | Total All |
| 2018 Q1 | 395015 | 2.63707 | 0.79522 | 0.72761 | 1.52283 | 4.1599 | 2.46265 | 0.77251 | 1.49735 | 2.26986 | 4.73251 |
| 2018 Q2 | 395015 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2018 Q3 | 395015 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2018 Q4 | 395015 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

**Year 1 - Hours - 671 vs. CMS**

| | RN Rpt | RN Exp | LPN Rpt | LPN Exp | Aide Rpt | Aide Exp | Tot Lic Rpt | Tot Lic Exp | Tot Rpt | Tot Exp |
|---|---|---|---|---|---|---|---|---|---|---|
| 2016 Q1 | 0.598830 | 1.286190 | 0.907110 | 0.724330 | 2.070700 | 2.394120 | 1.505940 | 2.010520 | 3.576640 | 4.404640 |
| 2016 Q2 | 0.598830 | 1.331670 | 0.907110 | 0.725030 | 2.070700 | 2.431600 | 1.505940 | 2.056700 | 3.576640 | 4.488300 |
| 2016 Q3 | 0.598830 | 1.331670 | 0.907110 | 0.725030 | 2.070700 | 2.431600 | 1.505940 | 2.056700 | 3.576640 | 4.488300 |
| 2016 Q4 | 0.552670 | 1.404710 | 0.906010 | 0.753950 | 2.151670 | 2.453920 | 1.458690 | 2.158660 | 3.610350 | 4.612590 |
| | 0.587290 | 1.338560 | 0.906835 | 0.732085 | 2.090943 | 2.427810 | 1.494128 | 2.070645 | 3.585068 | 4.498458 |

**Year 1 - Hours - 2540 vs. CMS**

| | RN Rpt | RN Exp | LPN Rpt | LPN Exp | Aide Rpt | Aide Exp | Tot Lic Rpt | Tot Lic Exp | Tot Rpt | Tot Exp |
|---|---|---|---|---|---|---|---|---|---|---|
| 2016 Q1 | 0.364124404 | 1.286190 | 0.818066761 | 0.724330 | 2.048238011 | 2.394120 | 1.182191165 | 2.010520 | 3.230429176 | 4.404640 |
| 2016 Q2 | 0.364124404 | 1.331670 | 0.818066761 | 0.725030 | 2.048238011 | 2.431600 | 1.182191165 | 2.056700 | 3.230429176 | 4.488300 |
| 2016 Q3 | 0.364124404 | 1.331670 | 0.818066761 | 0.725030 | 2.048238011 | 2.431600 | 1.182191165 | 2.056700 | 3.230429176 | 4.488300 |
| 2016 Q4 | 0.364124404 | 1.404710 | 0.818066761 | 0.753950 | 2.048238011 | 2.453920 | 1.182191165 | 2.158660 | 3.230429176 | 4.612590 |
| | 0.364124404 | 1.33856 | 0.818066761 | 0.732035 | 2.048238011 | 2.42781 | 1.182191165 | 2.070645 | 3.230429176 | 4.4984575 |

**Year 1 - Hours - 2540 vs. CMS**

| | RN+Admin Rpt | RN Exp | LPN Rpt | LPN Exp | Aide Rpt | Aide Exp | Tot Lic Rpt | Tot Lic Exp | Tot Rpt | Tot Exp |
|---|---|---|---|---|---|---|---|---|---|---|
| 2016 Q1 | 0.584572474 | 1.286190 | 0.818066761 | 0.724330 | 2.048238011 | 2.394120 | 1.402639235 | 2.010520 | 3.450877246 | 4.404640 |
| 2016 Q2 | 0.584572474 | 1.331670 | 0.818066761 | 0.725030 | 2.048238011 | 2.431600 | 1.402639235 | 2.056700 | 3.450877246 | 4.488300 |
| 2016 Q3 | 0.584572474 | 1.331670 | 0.818066761 | 0.725030 | 2.048238011 | 2.431600 | 1.402639235 | 2.056700 | 3.450877246 | 4.488300 |
| 2016 Q4 | 0.584572474 | 1.404710 | 0.818066761 | 0.753950 | 2.048238011 | 2.453920 | 1.402639235 | 2.158660 | 3.450877246 | 4.612590 |
| | 0.584572474 | 1.33856 | 0.818066761 | 0.732035 | 2.048238011 | 2.42781 | 1.402639235 | 2.070645 | 3.450877246 | 4.4984575 |

**Year 3 - Hours - 671 vs. CMS**

| | RN Rpt | RN Exp | LPN Rpt | LPN Exp | Aide Rpt | Aide Exp | Tot Lic Rpt | Tot Lic Exp | Tot Rpt | Tot Exp |
|---|---|---|---|---|---|---|---|---|---|---|
| 2017 Q1 | 0.55267 | 1.42625 | 0.90601 | 0.77622 | 2.15167 | 2.50496 | 1.45869 | 2.20247 | 3.61035 | 4.70744 |
| 2017 Q2 | 0.55267 | 1.42625 | 0.90601 | 0.77622 | 2.15167 | 2.50496 | 1.45869 | 2.20247 | 3.61035 | 4.70744 |
| 2017 Q3 | 0.55267 | 1.42625 | 0.90601 | 0.77622 | 2.15167 | 2.50496 | 1.45869 | 2.20247 | 3.61035 | 4.70744 |
| 2017 Q4 | 0.55267 | 1.42625 | 0.90601 | 0.77622 | 2.15167 | 2.50496 | 1.45869 | 2.20247 | 3.61035 | 4.70744 |
| | 0.55267 | 1.42625 | 0.90601 | 0.77622 | 2.15167 | 2.50496 | 1.45869 | 2.20247 | 3.61035 | 4.70744 |

**Year 2 - Hours - 2540 vs. CMS**

| | RN Rpt | RN Exp | LPN Rpt | LPN Exp | Aide Rpt | Aide Exp | Tot Lic Rpt | Tot Lic Exp | Tot Rpt | Tot Exp |
|---|---|---|---|---|---|---|---|---|---|---|

Differences

**Year 1 - Hours - 671 vs. CMS**

| | RN | LPN | Aide | Licensed | Total |
|---|---|---|---|---|---|
| 2016 Q1 | -0.687360 | 0.182780 | -0.323420 | -0.504580 | -0.828000 |
| 2016 Q2 | -0.732840 | 0.182080 | -0.360900 | -0.550760 | -0.911660 |
| 2016 Q3 | -0.732840 | 0.182080 | -0.360900 | -0.550760 | -0.911660 |
| 2016 Q4 | -0.852040 | 0.152060 | -0.302250 | -0.699970 | -1.002240 |

**2016 - Hours - 671 vs. CMS**

| | % Under Est. |
|---|---|
| 2016 Q1 | -18.8% |
| 2016 Q2 | -20.3% |
| 2016 Q3 | -20.3% |
| 2016 Q4 | -21.7% |

**Year 1 - Hours - 2540 vs. CMS**

| | RN | LPN | Aide | Licensed | Total |
|---|---|---|---|---|---|
| 2016 Q1 | -0.922066 | 0.093737 | -0.345882 | -0.828329 | -1.174211 |
| 2016 Q2 | -0.967546 | 0.093037 | -0.383362 | -0.874509 | -1.257871 |
| 2016 Q3 | -0.967546 | 0.093037 | -0.383362 | -0.874509 | -1.257871 |
| 2016 Q4 | -1.040586 | 0.064117 | -0.405682 | -0.976469 | -1.382161 |

**2016 - Hours - 2540 vs. CMS**

| | % Under Est. |
|---|---|
| 2016 Q1 | -26.7% |
| 2016 Q2 | -28.0% |
| 2016 Q3 | -28.0% |
| 2016 Q4 | -30.0% |

**Year 2 - Hours - 671 vs. CMS**

| | RN | LPN | Aide | Licensed | Total |
|---|---|---|---|---|---|
| 2017 Q1 | -0.874 | 0.130 | -0.353 | -0.744 | -1.097 |
| 2017 Q2 | -0.874 | 0.130 | -0.353 | -0.744 | -1.097 |
| 2017 Q3 | -0.874 | 0.130 | -0.353 | -0.744 | -1.097 |
| 2017 Q4 | -0.874 | 0.130 | -0.353 | -0.744 | -1.097 |

**2017 - Hours - 671 vs. CMS**

| | % Under Est. |
|---|---|
| 2017 Q1 | -23.3% |
| 2017 Q2 | -23.3% |
| 2017 Q3 | -23.3% |
| 2017 Q4 | -23.3% |

**Year 2 - Hours - 2540 vs. CMS**

| | RN | LPN | Aide | Licensed | Total |
|---|---|---|---|---|---|

**2017 - Hours - 2540 vs. CMS**

| | % Under Est. |
|---|---|

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2017 Q1 | 0.039129072 | 1.42625 | 0.366257277 | 0.77622 | 2.353240367 | 2.50496 | 0.405386349 | 2.20247 | 2.758626716 | 4.70744 |
| 2017 Q2 | 0.039129072 | 1.42625 | 0.366257277 | 0.77622 | 2.353240367 | 2.50496 | 0.405386349 | 2.20247 | 2.758626716 | 4.70744 |
| 2017 Q3 | 0.039129072 | 1.42625 | 0.366257277 | 0.77622 | 2.353240367 | 2.50496 | 0.405386349 | 2.20247 | 2.758626716 | 4.70744 |
| 2017 Q4 | 0.039129072 | 1.42625 | 0.366257277 | 0.77622 | 2.353240367 | 2.50496 | 0.405386349 | 2.20247 | 2.758626716 | 4.70744 |
| | 0.039129072 | 1.42625 | 0.366257277 | 0.77622 | 2.353240367 | 2.50496 | 0.405386349 | 2.20247 | 2.758626716 | 4.70744 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2017 Q1 | -1.387120928 | -0.409962723 | -0.151719633 | -1.797083651 | -1.948813284 |
| 2017 Q2 | -1.387120928 | -0.409962723 | -0.151719633 | -1.797083651 | -1.948813284 |
| 2017 Q3 | -1.387120928 | -0.409962723 | -0.151719633 | -1.797083651 | -1.948813284 |
| 2017 Q4 | -1.387120928 | -0.409962723 | -0.151719633 | -1.797083651 | -1.948813284 |

| | |
|---|---|
| 2017 Q1 | -41.4% |
| 2017 Q2 | -41.4% |
| 2017 Q3 | -41.4% |
| 2017 Q4 | -41.4% |

**Year 2 - Hours < 2540 vs CMS**

| | RN+Admin Rpt | RN Exp | LPN Rpt | LPN Exp | Aide Rpt | Aide Exp | Tot Lic Rpt | Tot Lic Exp | Tot Rpt | Tot Exp |
|---|---|---|---|---|---|---|---|---|---|---|
| 2017 Q1 | 0.326351 | 1.42625 | 0.366257 | 0.77622 | 2.353240 | 2.50496 | 0.692608 | 2.20247 | 3.045848 | 4.70744 |
| 2017 Q2 | 0.326351 | 1.42625 | 0.366257 | 0.77622 | 2.353240 | 2.50496 | 0.692608 | 2.20247 | 3.045848 | 4.70744 |
| 2017 Q3 | 0.326351 | 1.42625 | 0.366257 | 0.77622 | 2.353240 | 2.50496 | 0.692608 | 2.20247 | 3.045848 | 4.70744 |
| 2017 Q4 | 0.326351 | 1.42625 | 0.366257 | 0.77622 | 2.353240 | 2.50496 | 0.692608 | 2.20247 | 3.045848 | 4.70744 |
| | 0.326350806 | 1.42625 | 0.366257277 | 0.77622 | 2.353240367 | 2.50496 | 0.692608083 | 2.20247 | 3.045848449 | 4.70744 |

**Year 3 - Hours < 671 vs CMS**

| | RN Rpt | RN Exp | LPN Rpt | LPN Exp | Aide Rpt | Aide Exp | Tot Lic Rpt | Tot Lic Exp | Tot Rpt | Tot Exp |
|---|---|---|---|---|---|---|---|---|---|---|
| 2018 Q1 | 0.72761 | 1.49735 | 0.79522 | 0.77251 | 2.63707 | 2.46265 | 1.52283 | 2.26986 | 4.1599 | 4.73251 |
| 2018 Q2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2018 Q3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2018 Q4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 0.72761 | 1.49735 | 0.79522 | 0.77251 | 2.63707 | 2.46265 | 1.52283 | 2.26986 | 4.1599 | 4.73251 |

**Year 3 - Hours < 671 vs CMS**

| | RN | LPN | Aide | Licensed | Total |
|---|---|---|---|---|---|
| 2018 Q1 | -0.76974 | 0.02271 | 0.17442 | -0.74703 | -0.57261 |
| 2018 Q2 | 0 | 0 | 0 | 0 | 0 |
| 2018 Q3 | 0 | 0 | 0 | 0 | 0 |
| 2018 Q4 | 0 | 0 | 0 | 0 | 0 |

**2018 - Hours < 671 vs CMS**

| | % Under Est. |
|---|---|
| 2018 Q1 | -12.1% |
| 2018 Q2 | #DIV/0! |
| 2018 Q3 | #DIV/0! |
| 2018 Q4 | #DIV/0! |

**Year 3 - Hours > 2540 vs CMS**

| | RN Rpt | RN Exp | LPN Rpt | LPN Exp | Aide Rpt | Aide Exp | Tot Lic Rpt | Tot Lic Exp | Tot Rpt | Tot Exp |
|---|---|---|---|---|---|---|---|---|---|---|
| 2018 Q1 | 0.421798543 | 1.49735 | 0.638454612 | 0.77251 | 1.950605893 | 2.46265 | 1.060253155 | 2.26986 | 3.010859049 | 4.73251 |
| 2018 Q2 | 0.421798543 | 0 | 0.638454612 | 0 | 1.950605893 | 0 | 1.060253155 | 0 | 3.010859049 | 0 |
| 2018 Q3 | 0.421798543 | 0 | 0.638454612 | 0 | 1.950605893 | 0 | 1.060253155 | 0 | 3.010859049 | 0 |
| 2018 Q4 | 0.421798543 | 0 | 0.638454612 | 0 | 1.950605893 | 0 | 1.060253155 | 0 | 3.010859049 | 0 |
| | 0.421798543 | 1.49735 | 0.638454612 | 0.77251 | 1.950605893 | 2.46265 | 1.060253155 | 2.26986 | 3.010859049 | 4.73251 |

**Year 3 - Hours > 2540 vs CMS**

| | RN | LPN | Aide | Licensed | Total |
|---|---|---|---|---|---|
| 2018 Q1 | -1.075551457 | -0.134055388 | -0.512044107 | -1.209606845 | -1.721650951 |
| 2018 Q2 | 0.421798543 | 0.638454612 | 1.950605893 | 1.060253155 | 3.010859049 |
| 2018 Q3 | 0.421798543 | 0.638454612 | 1.950605893 | 1.060253155 | 3.010859049 |
| 2018 Q4 | 0.421798543 | 0.638454612 | 1.950605893 | 1.060253155 | 3.010859049 |

**2018 - Hours > 2540 vs CMS**

| | % Under Est. |
|---|---|
| 2018 Q1 | -36.4% |
| 2018 Q2 | #DIV/0! |
| 2018 Q3 | #DIV/0! |
| 2018 Q4 | #DIV/0! |

**Year 3 - Hours < 2540 vs CMS**

| | RN+ Admin Rpt | RN Exp | LPN Rpt | LPN Exp | Aide Rpt | Aide Exp | Tot Lic Rpt | Tot Lic Exp | Tot Rpt | Tot Exp |
|---|---|---|---|---|---|---|---|---|---|---|
| 2018 Q1 | 0.638894 | 1.49735 | 0.638455 | 0.77251 | 1.950606 | 2.46265 | 1.277349 | 2.26986 | 3.227955 | 4.73251 |
| 2018 Q2 | 0.638894 | 0 | 0.638455 | 0 | 1.950606 | 0 | 1.277349 | 0 | 3.227955 | 0 |
| 2018 Q3 | 0.638894 | 0 | 0.638455 | 0 | 1.950606 | 0 | 1.277349 | 0 | 3.227955 | 0 |
| 2018 Q4 | 0.638894 | 0 | 0.638455 | 0 | 1.950606 | 0 | 1.277349 | 0 | 3.227955 | 0 |
| | 0.638894335 | 1.49735 | 0.638454612 | 0.77251 | 1.950605893 | 2.46265 | 1.277348947 | 2.26986 | 3.22795484 | 4.73251 |

EXHIBIT 10



# Nursing Care Costs

Table of Contents
Information Index

## Nursing Care Costs (RN + Nursing Administration)

**Nursing Care Cost per day per patient**
Front Care Reports

| | 2016 | | | 2017 | | | 2018 | | |
|---|---|---|---|---|---|---|---|---|---|
| | Hours per Day | Average Hourly Wage | Cost per Patient | Hours per Day | Average Hourly Wage | Cost per Patient | Hours per Day | Average Hourly Wage | Cost per Patient |
| Registered Nurses (RN) | | | | | | | | | |
| Licensed Practical Nurses (LPN) | | | | | | | | | |
| Certified Nursing Assistants (CNA) | | | | | | | | | |
| Total per patient per day | | | | | | | | | |

**Costs / Savings compared to CMS Expected Staffing**

| | 2016 | 2017 | 2018 |
|---|---|---|---|
| Average Patient Count | | | |
| Cost Expectations | | | |
| Total for Period | | | |
| Total for Day | | | |
| Total for Year | | | |

**Actual Nursing Cost vs. Expected**

| | 2016 | | | 2017 | | | 2018 | | |
|---|---|---|---|---|---|---|---|---|---|
| | Hours per Day | Average Hourly Wage | Cost per Patient | Hours per Day | Average Hourly Wage | Cost per Patient | Hours per Day | Average Hourly Wage | Cost per Patient |
| Registered Nurses (RN) | | | | | | | | | |
| Licensed Practical Nurses (LPN) | | | | | | | | | |
| Certified Nursing Assistants (CNA) | | | | | | | | | |
| Total per patient per day | | | | | | | | | |

Savings from staffing below CMS Expected Staffing
Costs from staffing above CMS Expected Staffing

**Costs / Savings compared to CMS Expected Staffing**
Cost per patient per day

| | 2016 | 2017 | 2018 |
|---|---|---|---|
| Average Patient Count | | | |
| CMS Expected Cost | | | |
| Actual Patient × Actual Payed | | | |
| Total per Day | | | |

Savings from staffing below CMS Expected Staffing
Costs from staffing above CMS Expected Staffing

tabbles'

**EXHIBIT 11**

Raw Data

**Costs / Savings compared to CMS Expected Staffing**

| Cost Year | PNH 2015 back | Net** 2017 +78% | KoFc 2018 MK13 |
| --- | --- | --- | --- |
| Average Patient Count | 454.62 | 450.57 | |
| CMS Expectation - Actual Payed | $   33.33 | $   32.64 | |
| Total for Period | $  5,547,794.78 | $  6,775,560.28 | |
| Total for Year | $  5,625,564.55 | $  16,561,405.14 | $  6,775,560.08 |

Savings from staffing below CMS Expected Staffing
Costs from staffing above CMS Expected Staffing

**Nursing Care Cost per day per patient**
from Cost Reports

| | 2016 | | 2017 | | 2018 | |
| --- | --- | --- | --- | --- | --- | --- |
| | Hours per day | Cost per Patient | Hours per day | Cost per Patient | Hours per day | Cost per Patient |
| Registered Nurses (RN) | 0.184434636 | 14.67715645 | 0.019173609 | 1.224435157 | 0.66129564 | 4.51744260 |
| Licensed Practical Nurses (LPN) | 0.81504701 | 26.46021154 | 0.24645277727 | 21.02152509 | 33.2798315507 | 28.170351507 |
| Certified Nursing Assistants (CNA) | 2.048398011 | 44.99917963 | 1.315243097 | 35.534545338 | 1.90000803 | 43.52651897 |
| Total per patient per day | 3.330429376 | 85.77092875 | 2.75552716 | 74.97201234 | 3.011059009 | 90.52020641 |

**Nursing Care Cost per day per patient**
from CMS Expectations

| | 2016 | | 2017 | | 2018 | |
| --- | --- | --- | --- | --- | --- | --- |
| | Hours per day | Cost per Patient | Hours per day | Cost per Patient | Hours per day | Cost per Patient |
| Registered Nurses (RN) | 1.18154 | 53.55442929 | 0.8625 | 46.6264366 | 1.0735 | 61.72081578 |
| Licensed Practical Nurses (LPN) | 0.772653 | 23.00493751 | 0.27622 | 48.9015407 | 0.77251 | 28.794509 |
| Certified Nursing Assistants (CNA) | 2.71781 | 57.74846764 | 2.350496 | 42.0504538337 | 2.24665 | 63.11504527 |
| Total per patient per day | 4.99845 | 134.25046906 | 4.72743 | 537.56606191 | 4.73251 | 152.61637 |

**Costs / Savings compared to CMS Expected Staffing per Day**

| | 2016 | 2017 | 2018 |
| --- | --- | --- | --- |
| Average Patient Count | 455.50566449 | 454.62424575 | 458.70311899 |
| CMS Expectation - Actual Payed | 4.75197740429 | 25.41677961 | 62.79554151 |
| Total for Day | 8.3646424524 | 22.74795623 | 12.76769561 |

**Actual Nursing Cost vs. Expected per patient per day**

| | 2016 | 2017 | 2018 |
| --- | --- | --- | --- |
| | 44.721169063 | 461.795659 | 62.79554151 |

**Costs / Savings compared to CMS Expected Staffing per Year**

| | 2016 | 2017 | 2018 |
| --- | --- | --- | --- |
| Average Patient Count | 455.50566449 | 454.62424575 | 458.70311899 |
| CMS Expectation - Actual Payed | 44.721169063 | 462.79464990 | 62.79554151 |
| Total for Period | 7456361.813 | 2079311123 | 19467709.5 |

## VERIFICATION

I verify that the averments of fact made in the foregoing Plaintiff's Complaint are true and correct based on my personal knowledge, information or belief. I understand that averments of fact in said document are made subject to the penalties of 18 Pa. C.S. § 4904, relating to unsworn falsifications to authorities.

Sep 25, 2020
_____
Date

Jodi Ann Gill (Sep 25, 2020 17:58 EDT)
_____
Signed

## **VERIFICATION**

I verify that the averments of fact made in the foregoing Plaintiff's Complaint are true and correct based on my personal knowledge, information or belief. I understand that averments of fact in said document are made subject to the penalties of 18 Pa. C.S. § 4904, relating to unsworn falsifications to authorities.

# Sep 25, 2020

Date

*Kenneth Wright*
Kenneth Wright (Sep 25, 2020 14:33 EDT)

Signed

## VERIFICATION

I verify that the averments of fact made in the foregoing Plaintiff's Complaint are true and correct based on my personal knowledge, information or belief. I understand that averments of fact in said document are made subject to the penalties of 18 Pa. C.S. § 4904, relating to unsworn falsifications to authorities.

Oct 17, 2020

Date

Shelby Galton (Oct 17, 2020 08:46 EDT)

Signed

## **VERIFICATION**

I verify that the averments of fact made in the foregoing Plaintiff's Complaint are true and correct based on my personal knowledge, information or belief. I understand that averments of fact in said document are made subject to the penalties of 18 Pa. C.S. § 4904, relating to unsworn falsifications to authorities.

Sep 25, 2020

_____
Date

_Judith Grace Marie_
Judith Grace Marie (Sep 25, 2020 13:42 EDT)
_____
Signed

## VERIFICATION

I verify that the averments of fact made in the foregoing Plaintiff's Complaint are true and correct based on my personal knowledge, information or belief. I understand that averments of fact in said document are made subject to the penalties of 18 Pa. C.S. § 4904, relating to unsworn falsifications to authorities.

# Sep 25, 2020

Date

*Jamal Williams*

Jamal Williams (Sep 25, 2020 14:33 EDT)

Signed

## VERIFICATION

I verify that the averments of fact made in the foregoing Plaintiff's Complaint are true and correct based on my personal knowledge, information or belief. I understand that averments of fact in said document are made subject to the penalties of 18 Pa. C.S. § 4904, relating to unsworn falsifications to authorities.

Sep 25, 2020

Date

*Jamie Worthy-Smith*
Jamie Worthy-Smith (Sep 25, 2020 13:45 EDT)

Signed

## VERIFICATION

I verify that the averments of fact made in the foregoing Plaintiff's Complaint are true and correct based on my personal knowledge, information or belief. I understand that averments of fact in said document are made subject to the penalties of 18 Pa. C.S. § 4904, relating to unsworn falsifications to authorities.

9-25-2020

Dated

Mark Lanton

## VERIFICATION

I verify that the averments of fact made in the foregoing Plaintiff's Complaint are true and correct based on my personal knowledge, information or belief. I understand that averments of fact in said document are made subject to the penalties of 18 Pa. C.S. § 4904, relating to unsworn falsifications to authorities.

Oct 13, 2020
_____
Date

_____
Dr. Jacqueline Young (Oct 13, 2020 14:11 EDT)
Signed

**VERIFICATION**

I verify that the averments of fact made in the foregoing Plaintiff's Complaint are true and correct based on my personal knowledge, information or belief. I understand that averments of fact in said document are made subject to the penalties of 18 Pa. C.S. § 4904, relating to unsworn falsifications to authorities.

Sep 25, 2020
_____
Date

_____
Brandy Hedger (Sep 25, 2020 14:09 EDT)
Signed

## **VERIFICATION**

I verify that the averments of fact made in the foregoing Plaintiff's Complaint are true and correct based on my personal knowledge, information or belief. I understand that averments of fact in said document are made subject to the penalties of 18 Pa. C.S. § 4904, relating to unsworn falsifications to authorities.

Oct 19, 2020

Date

*Keri L Boyer*

Keri L Boyer (Oct 19, 2020 11:44 EDT)

Signed

## <u>VERIFICATION</u>

I verify that the averments of fact made in the foregoing Plaintiff's Complaint are true and correct based on my personal knowledge, information or belief. I understand that averments of fact in said document are made subject to the penalties of 18 Pa. C.S. § 4904, relating to unsworn falsifications to authorities.

Oct 19, 2020

_____
Date

*Denise Eldridge*
Denise Eldridge (Oct 19, 2020 21:14 EDT)

_____
Signed

## VERIFICATION

I verify that the averments of fact made in the foregoing Plaintiff's Complaint are true and correct based on my personal knowledge, information or belief. I understand that averments of fact in said document are made subject to the penalties of 18 Pa. C.S. § 4904, relating to unsworn falsifications to authorities.

Oct 13, 2020
_____
Date

Tracey Mizer (Oct 13, 2020 14:27 EDT)
_____
Signed

## VERIFICATION

COMMONWEALTH OF PENNSYLVANIA )
                                                       )        SS:
COUNTY OF BEAVER                           )

I/we verify that the statements made in the Complaint are true, correct and based upon information which has been gathered by my counsel in the preparation of the lawsuit. The language of it is that of counsel and not of ourselves. I/we have read it and to the extent that it is based upon information which I/we have given to my counsel, it is true and correct to the best of my knowledge, information, and belief. To the extent that the content of it is that of counsel, I/we have relied upon counsel in making this Verification. I/we understand that false statements herein made are subject to the penalties of *18 Pa. C.S. Section 4904* relating to unsworn falsification to authorities.

_Bobbie Johnson_                                        _10-8-2020_
Bobbie Johnson                                           Date

# IN THE COURT OF COMMON PLEAS OF BEAVER COUNTY, PENNSYLVANIA

## Civil Division

JODI GILL as Attorney-in-Fact of GLENN
OSCAR GILL;

KENNETH WRIGHT;

SHELBY GALTON;                                    Case No.

JUDITH MARIE as Guardian *Ad Litem* of
DOROTHY UMSTEAD;

JAMAL WILLIAMS as Guardian *Ad Litem*
of LUCILLE WILLIAMS;

JAMIE WORTHY-SMITH, Individually and
as Administratrix of the Estate of KIM L.
McCOY-WARFORD;

MARK J. LANTON, Individually and as
Administrator of the Estate of GLORIA
LANTON;

JACQUELINE YOUNG, Individually and as
Administratrix of the Estate of MARION
YOUNG;

BRANDY HEDGER Individually and as
Administratrix of the Estate of REBECCA
JOY VANKIRK;

KERI BOYER Individually and as
Administratrix of the Estate of EARL
DENBOW, JR.;

DENISE ELDRIDGE Individually and as
Administratrix of the Estate of VIRGINIA
ELDRIDGE;

TRACY MINEO and SUSAN FRAGOMENI,
Individually and as Co-Administratrixes of
the Estate of NANCY KEMERER;

1

PATRICIA MAZZOCCA and BARBARA
MACURAK, Individually and as Co-
Executrixes of the Estate of ALA
MAZZOCCA;

CHRISTINA CLAVELLI, Individually and
as Administratrix of the Estate of JOSEPH
"RANDY" CLAVELLI; and,

BOBBIE JOHNSON, Individually and as
Administratrix of the Estate of SHIRLEY M.
MIKE,

        Plaintiffs,

   vs.

COMPREHENSIVE HEALTHCARE
MANAGEMENT SERVICES, LLC d/b/a
BRIGHTON REHABILITATION &
WELLNESS CENTER and DAVID G.
THIMONS, D.O.,

      Defendants.

## CERTIFICATE OF MERIT REGARDING DEFENDANT COMPREHENSIVE HEALTHCARE MANAGEMENT SERVICES, LLC d/b/a BRIGHTON REHABILITATION & WELLNESS CENTER

I, Robert F. Daley, Esquire, certify that:

An appropriate licensed professional has supplied a written statement to the undersigned that there is a basis to conclude that the care, skill or knowledge exercised or exhibited by the defendant in the treatment, practice or work that is the subject of the complaint, fell outside acceptable professional standards and that such conduct was a cause in bringing about harm;

And

The claim that defendant deviated from an acceptable professional standard is based solely or in part on allegations that other licensed professionals for whom this defendant is responsible deviated from an acceptable professional standard and an appropriate licensed professional has supplied a written statement to the undersigned that there is a basis to conclude that the care, skill or knowledge exercised or exhibited by the other licensed professionals in the treatment, practice or work that is the subject of the Complaint, fell

2

outside acceptable professional standards and that such conduct was a cause in bringing about the harm;

Or

_____ Expert testimony of an appropriate licensed professional is unnecessary for prosecution of the claim against these defendants.

Respectfully submitted,

ROBERT PEIRCE & ASSOCIATES, P.C.

By: _____

ROBERT F. DALEY, ESQUIRE
Counsel for Plaintiffs

# IN THE COURT OF COMMON PLEAS OF BEAVER COUNTY, PENNSYLVANIA

### Civil Division

JODI GILL as Attorney-in-Fact of GLENN
OSCAR GILL;

KENNETH WRIGHT;

SHELBY GALTON;

JUDITH MARIE as Guardian *Ad Litem* of
DOROTHY UMSTEAD;

JAMAL WILLIAMS as Guardian *Ad Litem*
of LUCILLE WILLIAMS;

JAMIE WORTHY-SMITH, Individually and
as Executrix of the Estate of KIM L.
McCOY-WARFORD;

MARK J. LANTON, Individually and as
Administrator of the Estate of GLORIA
LANTON;

JACQUELINE YOUNG, Individually and as
Administratrix of the Estate of MARION
YOUNG;

BRANDY HEDGER Individually and as
Administratrix of the Estate of REBECCA
JOY VANKIRK;

KERI BOYER Individually and as
Administratrix of the Estate of EARL
DENBOW, JR.;

DENISE ELDRIDGE Individually and as
Administratrix of the Estate of VIRGINIA
ELDRIDGE;

TRACY MINEO and SUSAN FRAGOMENI,
Individually and as Co-Administratrixes of
the Estate of NANCY KEMERER;

Case No.

1

PATRICIA MAZZOCCA and BARBARA
MACURAK, Individually and as Co-
Executrixes of the Estate of ALA
MAZZOCCA;

CHRISTINA CLAVELLI, Individually and
as Administratrix of the Estate of JOSEPH
"RANDY" CLAVELLI; and,

BOBBIE JOHNSON, Individually and as
Administratrix of the Estate of SHIRLEY M.
MIKE,

          Plaintiffs,

   vs.

COMPREHENSIVE HEALTHCARE
MANAGEMENT SERVICES, LLC d/b/a
BRIGHTON REHABILITATION &
WELLNESS CENTER and DAVID G.
THIMONS, D.O.,

          Defendants.

## CERTIFICATE OF MERIT REGARDING
## DEFENDANT DAVID G. THIMONS, D.O.

I, Robert F. Daley, Esquire, certify that:

✓   An appropriate licensed professional has supplied a written statement to the undersigned that there is a basis to conclude that the care, skill or knowledge exercised or exhibited by the defendant in the treatment, practice or work that is the subject of the complaint, fell outside acceptable professional standards and that such conduct was a cause in bringing about harm;

And

_____   The claim that defendant deviated from an acceptable professional standard is based solely or in part on allegations that other licensed professionals for whom this defendant is responsible deviated from an acceptable professional standard and an appropriate licensed professional has supplied a written statement to the undersigned that there is a basis to conclude that the care, skill or knowledge exercised or exhibited by the other licensed professionals in the treatment, practice or work that is the subject of the Complaint, fell

outside acceptable professional standards and that such conduct was a cause in bringing about the harm;

Or

_____ Expert testimony of an appropriate licensed professional is unnecessary for prosecution of the claim against these defendants.

Respectfully submitted,

ROBERT PEIRCE & ASSOCIATES, P.C.

By:_____

ROBERT F. DALEY, ESQUIRE
Counsel for Plaintiffs

**IN THE COURT OF COMMON PLEAS OF BEAVER COUNTY, PENNSYLVANIA**

**Civil Division**

JODI GILL as Attorney-in-Fact of GLENN
OSCAR GILL;

KENNETH WRIGHT;

SHELBY GALTON;                                    Case No.

JUDITH MARIE as Guardian *Ad Litem* of
DOROTHY UMSTEAD;

JAMAL WILLIAMS as Guardian *Ad Litem*
of LUCILLE WILLIAMS;

JAMIE WORTHY-SMITH, Individually and
as Executrix of the Estate of KIM L.
McCOY-WARFORD;

MARK J. LANTON, Individually and as
Administrator of the Estate of GLORIA
LANTON;

JACQUELINE YOUNG, Individually and as
Administratrix of the Estate of MARION
YOUNG;

BRANDY HEDGER Individually and as
Administratrix of the Estate of REBECCA
JOY VANKIRK;

KERI BOYER Individually and as
Administratrix of the Estate of EARL
DENBOW, JR.;

DENISE ELDRIDGE Individually and as
Administratrix of the Estate of VIRGINIA
ELDRIDGE;

TRACY MINEO and SUSAN FRAGOMENI,
Individually and as Co-Administratrixes of
the Estate of NANCY KEMERER;

1

PATRICIA MAZZOCCA and BARBARA
MACURAK, Individually and as Co-
Executrixes of the Estate of ALA
MAZZOCCA;

CHRISTINA CLAVELLI, Individually and
as Administratrix of the Estate of JOSEPH
"RANDY" CLAVELLI; and,

BOBBIE JOHNSON, Individually and as
Administratrix of the Estate of SHIRLEY M.
MIKE,

        Plaintiffs,

  vs.

COMPREHENSIVE HEALTHCARE
MANAGEMENT SERVICES, LLC d/b/a
BRIGHTON REHABILITATION &
WELLNESS CENTER and DAVID G.
THIMONS, D.O.,

        Defendants.

## **CERTIFICATE OF COMPLIANCE**

I certify that this filing complies with the provisions of the *Case Records Public Access*

*Policy of the Unified Judicial System of Pennsylvania* that require filing confidential information

and documents differently than non-confidential information and documents.

Submitted by: Robert F. Daley, Esquire

Signature:

Attorney No.:       81992

2

RECEIPT FOR PAYMENT
===================

Beaver County Prothonotary                    Receipt Date 10/21/2020
     MICHAEL ROSSI                            Receipt Time   08:57:32
     Beaver, PA  15009                        Receipt No.      498919


   JODI GILL, ATTORNEY-IN FACT OF (vs) COMPREHENSIVE HEALTHCARE
---                                                              ---

   Case Number    2020-11109

   Received of:   ROBERT PIERCE & ASSOCIATES
                  BJB

------------------------- Transaction Distribution -----------------------
Cost/Fee Description      Payment Amount      Payee Name

TAX ON CMPLT                        .50       BUREAU OF RECEIPTS & CNTR.M.D.
JCP SURCHARGE                     40.25       BUREAU OF RECEIPTS & CNTR.M.D.
ACT 164                            5.00       ACT 164
SET. DISCON W/O                   12.25       TREASURER OF BEAVER COUNTY
ADD'L NAMES                        8.25       TREASURER OF BEAVER COUNTY
COMPLAINT FILED                  119.00       TREASURER OF BEAVER COUNTY
                           ----------------
                                $185.25


Check# 156871                     $185.25
                           ----------------
Total Received...........         $185.25


Case Balance Due:                   $.00

FILED OR ISSUED
2020 OCT 21  AM 9: 00
MICHAEL ROSSI
PROTHONOTARY
BEAVER COUNTY, PA